UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| DANIEL RODRIGUEZ, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| Defendant. | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| | : | 18 U.S.C. § 1361 |
| | : | (Destruction of Government Property) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(3) and (b)(1)(A) |
| | : | (Impeding Ingress and Egress in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about January 6, 2021, within the District of Columbia and elsewhere, **DANIEL RODRIGUEZ**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority, and assaulting, resisting, opposing, impeding, intimidating and interfering with an officer and employee of the United States, and committing an act of civil disorder, and engaging in disorderly and disruptive conduct, and destroying federal property.

> **(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT 2

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is M.F., an officer from the Metropolitan Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

> **(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT 3

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, M.F. an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the

acts in violation of this section involve physical contact with the victim and the intent to commit another felony. In so doing, RODRIGUEZ used a deadly and dangerous weapon, specifically an electroshock weapon, and inflicted bodily injury on M.F.

   **(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT 4

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did embezzle, steal, purloin, and knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, an emergency escape hood bag, which has a value of less than $1000.

   **(Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

## COUNT 5

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is a window of the U.S. Capitol building, causing damage in an amount more than $1000.

   **(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT 6

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an electroshock weapon and a flagpole.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(1)(A))

## COUNT 7

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an electroshock weapon and a flagpole.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(1)(A))

## COUNT 8

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, obstructed and impeded ingress and egress to and from a restrict building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an electroshock weapon.

      **(Impeding Ingress and Egress in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(3) and (b)(1)(A))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips*

Attorney of the United States in
and for the District of Columbia.