**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:21-cr-00246 |
| | Assigned to: Judge Berman Jackson, Amy |
| v. | Assign Date: 3/24/2021 |
| | Description: INDICTMENT (B) |
| **DANIEL RODRIGUEZ,** | |
| | **VIOLATIONS:** |
| **Defendant.** | **18 U.S.C. §§ 1512(c)(2), 2** |
| | **(Obstruction of an Official Proceeding)** |
| | **18 U.S.C. § 231(a)(3)** |
| | **(Civil Disorder)** |
| | **18 U.S.C. §§ 111(a)(1) and (b)** |
| | **(Assaulting, Resisting, or Impeding** |
| | **Certain Officers)** |
| | **18 U.S.C. § 641** |
| | **(Theft of Government Property)** |
| | **18 U.S.C. § 1361** |
| | **(Destruction of Government Property)** |
| | **18 U.S.C. § 1752(a)(1) and (b)(1)(A)** |
| | **(Entering and Remaining in a Restricted** |
| | **Building or Grounds with a Deadly or** |
| | **Dangerous Weapon)** |
| | **18 U.S.C. §§ 1752(a)(2) and (b)(1)(A)** |
| | **(Disorderly and Disruptive Conduct in a** |
| | **Restricted Building or Grounds with a** |
| | **Deadly or Dangerous Weapon)** |
| | **18 U.S.C. § 1752(a)(3) and (b)(1)(A)** |
| | **(Impeding Ingress and Egress in a** |
| | **Restricted Building or Grounds with a** |
| | **Deadly or Dangerous Weapon)** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States

to seal the Indictment, Arrest Warrant, the Government's Motion to Seal and Supporting

Memorandum, the proposed Order attached to that Motion, and any Order granting the motion,

the Court finds that, because of such reasonable grounds to believe the disclosure will result in

1

flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment and related filings, the Arrest Warrant and related filings, the Government's Motion to Seal and Supporting Memorandum, the proposed Order attached to that Motion, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:  March 24, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

cc:     Risa Berkower
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530