AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-cr-00246 |
| Daniel Rodriguez | ) Assigned to: Judge Berman Jackson, A |
| | ) Assign Date: 3/24/2021 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel Rodriguez

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2), 2 Obstruction
18 U.S.C. 231(a)(3) Civil Disorder
18 U.S.C. 111(a)(1) and (b) Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon
18 U.S.C. 641 Theft of Government Property
18 U.S.C. 1361 Destruction of Government Property
18 U.S.C. 1752(a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A), (a)(3) and (b)(1)(A) Entering and Remaining / Disorderly Conduct / Impeding Ingress/Egress in a Restricted Building or Grounds with a Dangerous Weapon

Date: 03/24/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.24 16:19:47 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/24/2021, and the person was arrested on *(date)* 03/31/2021
at *(city and state)* Fontana, California.

Date: 03/31/2021

*Arresting officer's signature*

Enrique Armenta, Special Agent
*Printed name and title*