AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) |
| v. | ) |
| | ) |
| Daniel Rodriguez | ) |
| | ) |
| _Defendant_ | ) |

Case: 1:21-cr-00246
Assigned to: Judge Berman Jackson, A
Assign Date: 3/24/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Daniel Rodriguez

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 1512(c)(2), 2 Obstruction
18 U.S.C. 231(a)(3) Civil Disorder
18 U.S.C. 111(a)(1) and (b) Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon
18 U.S.C. 641 Theft of Government Property
18 U.S.C. 1361 Destruction of Government Property
18 U.S.C. 1752(a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A), (a)(3) and (b)(1)(A) Entering and Remaining / Disorderly Conduct / Impeding Ingress/Egress in
a Restricted Building or Grounds with a Dangerous Weapon

Date:    03/24/2021

Digitally signed by G. Michael
Harvey
Date: 2021.03.24 16:19:47 -04'00'

_Issuing officer's signature_

City and state:    Washington, DC

G. Michael Harvey, United States Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 03/24/2021 , and the person was arrested on _(date)_ 03/31/2021 at _(city and state)_ Fontana, California. |
| Date: 03/31/2021 |

_Arresting officer's signature_

Enrique Armenta, Special Agent
_Printed name and title_

FILED
U.S. DISTRICT COURT

3/31/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ LM _____ DEPUTY

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

5:21-mj-00224

United States of America

v.

Daniel Rodriguez

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-cr-00246
Assigned to: Judge Berman Jackson, Amy
Assign Date: 3/24/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel Rodriguez

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 1512(c)(2), 2 Obstruction
18 U.S.C. 231(a)(3) Civil Disorder
18 U.S.C. 111(a)(1) and (b) Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon
18 U.S.C. 641 Theft of Government Property
18 U.S.C. 1361 Destruction of Government Property
18 U.S.C. 1752(a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A), (a)(3) and (b)(1)(A) Entering and Remaining / Disorderly Conduct / Impeding Ingress/Egress in a Restricted Building or Grounds with a Dangerous Weapon

Digitally signed by G. Michael
Harvey
Date: 2021.03.24 16:19:47 -04'00'

Date:     03/24/2021                                   _____
                                                          *Issuing officer's signature*

City and state:   Washington, DC                  G. Michael Harvey, United States Magistrate Judge
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____ | _____ |
|  | *Arresting officer's signature* |
|  | _____ |
|  | *Printed name and title* |

**RECEIVED**

MAR 2 4 2021

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on January 8, 2021**

**5:21-mj-00224**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DANIEL RODRIGUEZ,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 1512(c)(2), 2** |
| Defendant. | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| | : | **18 U.S.C. §§ 111(a)(1) and (b)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |
| | : | **18 U.S.C. § 641** |
| | : | **(Theft of Government Property)** |
| | : | **18 U.S.C. § 1361** |
| | : | **(Destruction of Government Property)** |
| | : | **18 U.S.C. § 1752(a)(1) and (b)(1)(A)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds with a Deadly or** |
| | : | **Dangerous Weapon)** |
| | : | **18 U.S.C. §§ 1752(a)(2) and (b)(1)(A)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(3) and (b)(1)(A)** |
| | : | **(Impeding Ingress and Egress in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

## COUNT 1

On or about January 6, 2021, within the District of Columbia and elsewhere, **DANIEL RODRIGUEZ**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority, and assaulting, resisting, opposing, impeding, intimidating and interfering with an officer and employee of the United States, and committing an act of civil disorder, and engaging in disorderly and disruptive conduct, and destroying federal property.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT 2

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is M.F., an officer from the Metropolitan Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT 3

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, M.F. an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the

2

acts in violation of this section involve physical contact with the victim and the intent to commit another felony.  In so doing, RODRIGUEZ used a deadly and dangerous weapon, specifically an electroshock weapon, and inflicted bodily injury on M.F.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT 4

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did embezzle, steal, purloin, and knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, an emergency escape hood bag, which has a value of less than $1000.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

## COUNT 5

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is a window of the U.S. Capitol building, causing damage in an amount more than $1000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT 6

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an electroshock weapon and a flagpole.

(**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(1)(A))

## COUNT 7

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an electroshock weapon and a flagpole.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(1)(A))

4

## COUNT 8

On or about January 6, 2021, within the District of Columbia, **DANIEL RODRIGUEZ**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, obstructed and impeded ingress and egress to and from a restrict building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an electroshock weapon.

> **(Impeding Ingress and Egress in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(3) and (b)(1)(A))

A TRUE BILL:

FOREPERSON.

Channing D. Phillips / j/t

Attorney of the United States in
and for the District of Columbia.

FILED
CLERK, U.S. DISTRICT COURT

3/31/2021

CENTRAL DISTRICT OF CALIFORNIA
BY:        LM        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

5:21-mj-00224

| | | CASE NUMBER: | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | | 1:21-cr-00246 |
| V. | PLAINTIFF | | |
| Daniel Rodriguez | | **REPORT COMMENCING CRIMINAL ACTION** | |
| USMS# _____ | DEFENDANT | | |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest: _3/31/2021 6:36_ ☒ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☐ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):    ☐ Yes    ☐ No

4.  Charges under which defendant has been booked:    Per email at 10:18 am from Agent Enrique Armenta, they "will be turning him into the Marshals shortly".
    18 USC 1512, 18 USC 231, 18 USC 111, 18 USC 641, 18 USC 1361, and 18 USC 1752.

5.  Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☒ Other Misdemeanor

6.  Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7.  Year of Birth: _1982_

8.  Defendant has retained counsel:    ☒ No
    ☐ Yes    Name: _____    Phone Number: _____

9.  Name of Pretrial Services Officer notified: _yes_

10. Remarks (if any): _____

11. Name: _Enrique J. Armenta_    (please print)

12. Office Phone Number: 951-686-0335    13. Agency: FBI

14. Signature: _[signature]_    15. Date: _03/31/2021_

CR-64 (05/18)    **REPORT COMMENCING CRIMINAL ACTION**

FILED
CLERK, U.S. DISTRICT COURT

**3/31/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ **LM** ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

5:21-mj-00224

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| v. | PLAINTIFF | 1:21-cr-00246 |
| Daniel Rodriguez | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  3/31/2021  6:36  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☐ No

4. Charges under which defendant has been booked:  Per email at 10:18 am from Agent Enrique Armenta, they "will be turning him into the Marshals shortly".
   18 USC 1512, 18 USC 231, 18 USC 111, 18 USC 641, 18 USC 1361, and 18 USC 1752.

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☒ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  yes

10. Remarks (if any): _____

11. Name: Enrique J. Armenta  (please print)

12. Office Phone Number: 951-686-0335  13. Agency: FBI

14. Signature: _____  15. Date: 03/31/2021

CR-64 (05/18)  **REPORT COMMENCING CRIMINAL ACTION**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                                                    Plaintiff, |   <u>Eastern</u> Division

        vs.                                                    |   Case Number: <u>5:21-MJ-00224</u>      <u>Out of District Affidavit</u>
                                                               |   Initial App. Date: <u>03/31/2021</u>      <u>Custody</u>
<u>Daniel Rodriguez</u>                                        |   Initial App. Time: <u>2:00 PM</u>
                                                               |
                                                               |
                                                    Defendant. |   Date Filed:
                                                               |   Violation: <u>18 USC 1512, 18 USC 231, 18</u>
                                                               |   <u>USC 111, 18 USC 641, 18 USC 1361,</u>
                                                               |   <u>and 18 USC 1752</u>
                                                               |   CourtSmart/ Reporter: _Phyllis Preston_

| **PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE: <u>Sheri Pym</u>** | **CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE** |
|---|---|

**PRESENT:**     Carter, Kimberly          _Jeremiah Levine_                    None

            _Deputy Clerk_            _Assistant U.S. Attorney_          _Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☐ is as charged ☒ is _Danny Rodriguez_
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to
    file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: <u>Andrew Byrd, DFPD</u> ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☐ **Special appearance by:** _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
    setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
    District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
        ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
        ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
        ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) _4-2-2021_ (Time) _2:00_ AM (PM)
    Type of Hearing: _Bail/Detention_ Before Judge _Pym_ /Duty Magistrate Judge.
    Proceedings will be held in the ☒ Duty Courtroom _4-PM_ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

    ☒ PSA ☐ USPO ☒ FINANCIAL          ☒ CR-10 ☒ CR-29          ☒ READY
                                                            Deputy Clerk Initials : _KC_
                                                            _12 minutes_

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**PLAINTIFF**

v.

Daniel Rodriguez

**DEFENDANT.**

CASE NUMBER:

5:21-mj-00224

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____ District of Columbia alleging violation of 18 USC 1512(c)(2) and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒    have an identity hearing
☒    arrival of process
☐    have a preliminary hearing
☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

/s/ _____ for Daniel Rodriguez
_____
Defendant

_____
Defense Counsel

Date: 3/31/20

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

1  TRACY L. WILKISON
   Acting United States Attorney
2  JERRY C. YANG
   Assistant United States Attorney
3  Chief, Riverside Branch Office
   BYRON R. TUYAY (Cal. Bar No. 308049)
4  Assistant United States Attorney
   Riverside Branch Office
5      3403 10th Street, Suite 200
       Riverside, California 92501
6      Telephone: (951) 276-6230
       Facsimile: (951) 276-6202
7      E-mail:  byron.tuyay@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                     UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         No.  **5:21-mj-00229**

13             Plaintiff,             ~~GOVERNMENT'S NOTICE OF REQUEST FOR~~
                                      ~~DETENTION~~
14                  v.

15  MIREYA RAMOS,

16             Defendant.

17

18       Plaintiff, United States of America, by and through its counsel

19  of record, hereby requests detention of defendant and gives notice of

20  the following material factors:

21  ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

22          following grounds:

23  ☐  a.   present offense committed while defendant was on release

24          pending (felony trial),

25  ☐  b.   defendant is an alien not lawfully admitted for

26          permanent residence; and

27  ☐  c.   defendant may flee; or

28

FILED
CLERK, U.S. DISTRICT COURT

4/1/2021

CENTRAL DISTRICT OF CALIFORNIA
BY:      LM      DEPUTY

☐    d.    pose a danger to another or the community.

☒    2.    Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

     ☒    a.    the appearance of the defendant as required;

     ☐    b.    safety of any other person and the community.

☐    3.    Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

     ☐    a.    defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

     ☐    b.    defendant cannot establish by clear and convincing evidence that he/she will not flee.

☐    4.    Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

     ☐    a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

     ☐    b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

     ☐    c.    offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

2260, 2421, 2422, 2423 or 2425 (presumption of danger
to community and flight risk);

☐ d.   defendant currently charged with an offense described
in paragraph 5a - 5e below, AND defendant was
previously convicted of an offense described in
paragraph 5a - 5e below (whether Federal or
State/local), AND that previous offense was committed
while defendant was on release pending trial, AND the
current offense was committed within five years of
conviction or release from prison on the above-
described previous conviction (presumption of danger to
community).

☒ 5.   Government Is Entitled to Detention Hearing Under § 3142(f)
If the Case Involves:

☐ a.   a crime of violence (as defined in 18 U.S.C.
§ 3156(a)(4)) or Federal crime of terrorism (as defined
in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum
sentence is 10 years' imprisonment or more;

☐ b.   an offense for which maximum sentence is life
imprisonment or death;

☐ c.   Title 21 or MDLEA offense for which maximum sentence is
10 years' imprisonment or more;

☐ d.   any felony if defendant has two or more convictions for
a crime set forth in a-c above or for an offense under
state or local law that would qualify under a, b, or c
if federal jurisdiction were present, or a combination
or such offenses;

1    ☐   e.   any felony not otherwise a crime of violence that

2    involves a minor victim or the possession or use of a

3    firearm or destructive device (as defined in 18 U.S.C.

4    § 921), or any other dangerous weapon, or involves a

5    failure to register under 18 U.S.C. § 2250;

6    ☒   f.   serious risk defendant will flee;

7    ☐   g.   serious risk defendant will (obstruct or attempt to

8    obstruct justice) or (threaten, injure, or intimidate

9    prospective witness or juror, or attempt to do so).

10    ☐  6.  Government requests continuance of _____ days for detention

11    hearing under § 3142(f) and based upon the following

12    reason(s):

13

14    _____

15    _____

16    _____

17  //    _____

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

☐   7.   Good cause for continuance in excess of three days exists in

that:

_____

_____

_____

_____

Dated: March 31, 2021          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
BYRON R. TUYAY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. 5:21-MJ-00224 _____ CourtSmart *Phyllis Preston* Date: 04/02/2021

Present: The Honorable SHERI PYM _____ , U.S. Magistrate Judge

| Kimberly Carter | *Jeremiah Levine* | none |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

| USA v.<br>Daniel Rodriguez (APPEARANCE WAIVED) | Attorney Present for Defendant:<br>Andrew Byrd |
|---|---|
| ☐ Present  ☐ Custody  ☐ Bond  ☒ Not present | ☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present |

**PROCEEDINGS:  DETENTION HEARING**

☒ Government's request for detention is: ☒ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED

☐ Witnesses CST (see separate list).        ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits are returned to the respective counsel / party of record.
    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☒ Court finds presumption under 18 USC 3142e _____ has not been rebutted.

☒ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.

☐ **Court sets bail at: $ _____ .**      ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM**
**FOR CONDITIONS OF RELEASE.**

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
Courtroom _____ before Judge _____

☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in
Courtroom _____ before Judge _____ .

☐ Release Order Issued - Release No. _____

☒ Other: *Court ORDERS Defendant Held to answer to the District of Columbia.*
*Warrant of Removal and final commitment to issue 4-2-2021 by KC*

**PROCEEDINGS:**  ☐ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
                 ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
                 ☐ GRANTED  ☐ DENIED

Court ORDERS bail as to the above-named defendant  ☐ **modified to**  ☐ **set at: $ _____**
    ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained. See separate order.

☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list).        ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.
    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
before Judge _____ in Courtroom _____ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☐ Other _____

_____ 00 : *8 minutes*

Release Order Issued - Release No. _____

Deputy Clerk Initials kc

FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5: 21 - 224M |
| Plaintiff, | |
| v. | ORDER OF PRETRIAL DETENTION |
| Daniel Rodriguez, | (18 U.S.C. §§ 3142(e), (i)) |
| Defendant. | |

I.

A.    (X)    On motion of the Government in a case that involves:

    1.    (X)    a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of ten years or more is prescribed.

    2.    ( )    an offense for which the maximum sentence is life imprisonment or death.

    3.    ( )    an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act, or the Maritime Drug Law Enforcement Act.

4.   ( )   any felony if defendant has been convicted of two or more offenses described above, two or more state or local offenses that would have been offenses described above if a circumstance giving rise to federal jurisdiction had existed, or a combination of such offenses..

5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or that involves possession or use of a firearm or destructive device or any other dangerous weapon, or that involves a failure to register under 18 U.S.C § 2250.

B.   On motion ( ) by the Government / ( ) of the Court *sua sponte* in a case that involves:

1.   ( )   a serious risk defendant will flee.

2.   ( )   a serious risk defendant will:

    a.   ( )   obstruct or attempt to obstruct justice.

    b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is / ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

## II.

The Court finds that no condition or combination of conditions will reasonably assure:

A.   ( )   the appearance of defendant as required.

B.   ( )   the safety of any person or the community.

2

III.

The Court has considered:

A.    the nature and circumstances of the offense(s) charged;

B.    the weight of the evidence against defendant;

C.    the history and characteristics of defendant; and

D.    the nature and seriousness of the danger to any person or the community
      that would be posed by defendant's release.

IV.

The Court has considered all the evidence proffered and presented at the
hearing, the arguments and/or statements of counsel, and the Pretrial Services
Report and recommendation.

V.

The Court concludes:

A.    (X)    Defendant poses a serious flight risk based on:

             (X)    information in Pretrial Services Report and Recommendation
             (X)    other: _indictment_
                    _video_
                    _____

B.    (X)    Defendant poses a risk to the safety of other persons and the
             community based on:

             (X)    information in Pretrial Services Report and Recommendation
             (X)    other: _indictment_
                    _video_
                    _____

C.    (  )    A serious risk exists that defendant will:

      1.    (  ) obstruct or attempt to obstruct justice,

      2.    (  ) threaten, injure, or intimidate a witness/juror, or attempt to do so,

1    based on: _____

2    _____

3    _____

4    _____

5    D.    (X)    Defendant has not rebutted by sufficient evidence to the contrary the

6            presumption provided in 18 U.S.C. § 3142(e) that no condition or

7            combination of conditions will reasonably assure the appearance of

8            defendant as required.

9    E.    (X)    Defendant has not rebutted by sufficient evidence to the contrary the

10            presumption provided in 18 U.S.C. § 3142(e) that no condition or

11            combination of conditions will reasonably assure the safety of any

12            other person and the community.

13                                    VI.

14   A.    IT IS THEREFORE ORDERED that defendant be detained prior to trial.

15   B.    IT IS FURTHER ORDERED that defendant be committed to the custody of

16            the Attorney General for confinement in a corrections facility separate, to

17            the extent practicable, from persons awaiting or serving sentences or being

18            held in custody pending appeal.

19   C.    IT IS FURTHER ORDERED that defendant be afforded reasonable

20            opportunity for private consultation with counsel.

21   D.    IT IS FURTHER ORDERED that, on order of a Court of the United States

22            or on request of an attorney for the Government, the person in charge of the

23            corrections facility in which defendant is confined deliver defendant to a

24            United States Marshal for the purpose of an appearance in connection with a

25            court proceeding.

26   DATED:  April 2, 2021

27                                    _____
                                          SHERI PYM
28                                    United States Magistrate Judge

                                          4

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 5:21-MJ-00224 |
| Plaintiff(s), | |
| vs. | |
| Daniel Rodriguez | **FINAL COMMITMENT AND WARRANT** |
| Defendant(s). | **OF REMOVAL** |
| | |
| | District of Columbia |
| | at Washington |
| | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):
- ☑ Indictment
- ☑ charging him with: Obstruction; Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon; Theft of Government Property; Destruction of Government Property; Entereing and Reamining/Disorderly Conduct/Impreding Egress in a Restricted Building or Grounds with a Dangerous Weapon
- ☑ in violation of : 18:1512, 231(a)(3), 111(a)(l)(b), 641, 1361, 1752(a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A), (a)(3) and (b)(1)(A)

The defendant has now:
- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on 03/31/2021.
- ☑ No bail has been set.
- ☑ Permanent detention has been ordered.

| 04/02/2021 | Sheri Pym |
|---|---|
| ------------------- | ------------------------- |
| Date | United States Magistrate Judge |

================================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on
_____, committed him to
_____ and left with the custodian at the same time a
certified copy of the within temporary commitment.

United States Marshal, Central District of California

| | |
|---|---|
| _____ | _____ |
| Date | Deputy |

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-00224-DUTY All Defendants

Case title: USA v. Rodriguez             Date Filed: 03/31/2021

Other court case number: 1:21-cr-00246 District of Columbia      Date Terminated: 04/02/2021

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Daniel Rodriguez**           represented by   **Andrew Byrd**
REG 37567-509                                        Federal Public Defenders Office
*TERMINATED: 04/02/2021*                          Riverside Office
                                              3801 University Avenue Suite 700
                                              Riverside, CA 92501
                                              951-779-8028
                                              Fax: 951-276-6368
                                              Email: andrew_byrd@fd.org
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Public Defender or*
                                              *Community Defender Appointment*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

None

**Plaintiff**

| | | |
|---|---|---|
| **USA** | | represented by **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Daniel Rodriguez, originating in the District of Columbia. Defendant charged in violation of: 18:1512, 231(a)(3), 111(a)(l)(b), 641, 1361,. Signed by agent Enrique J. Armenta, FBI, Special Agent. filed by Plaintiff USA. (cio) (Entered: 04/06/2021) |
| 03/31/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Daniel Rodriguez; defendants Year of Birth: 1982; date of arrest: 3/31/2021 (cio) (Entered: 04/06/2021) |
| 03/31/2021 | 3 | Defendant Daniel Rodriguez arrested on warrant issued by the USDC District of Columbia at Washington. (Attachments: # 1 Out-of-District Indictment)(cio) (Entered: 04/06/2021) |
| 03/31/2021 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Sheri Pym as to Defendant Daniel Rodriguez. Defendant arraigned and states true name is Danny Rodriguez. Attorney: Andrew Byrd for Daniel Rodriguez, Deputy Federal Public Defender, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 4/2/2021 02:00 PM before Magistrate Judge Sheri Pym. Court Reporter: Phyllis Preston. (Entered: 04/07/2021) |
| 03/31/2021 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Daniel Rodriguez. (cio) (Entered: 04/07/2021) |
| 03/31/2021 | 6 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Daniel Rodriguez. (cio) (Entered: 04/07/2021) |
| 03/31/2021 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Sheri Pym as to Defendant Daniel Rodriguez. (cio) (Entered: 04/07/2021) |
| 03/31/2021 | 8 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Daniel Rodriguez (cio) (Entered: 04/07/2021) |
| 03/31/2021 | 14 | FINANCIAL AFFIDAVIT filed as to Defendant Daniel Rodriguez. (Not for Public View pursuant to the E-Government Act of 2002) (cio) (Entered: 04/08/2021) |
| 04/01/2021 | 10 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Daniel Rodriguez (cio) (Entered: 04/07/2021) |
| 04/02/2021 | 9 | MINUTES OF Detention Hearing held before Magistrate Judge Sheri Pym as to Defendant Daniel Rodriguez, The Court Orders the defendant permanently detained. Court finds presumption under 18:3142e has not been rebutted. Court orders defendant Held to answer to the District of Columbia. Warrant of removal and final commitment to issue: 04/02/2021 By KC. Court Reporter: Phyllis Preston. (cio) (Entered: 04/07/2021) |
| 04/02/2021 | 11 | ORDER OF DETENTION by Magistrate Judge Sheri Pym as to Defendant Daniel Rodriguez, (cio) (Entered: 04/07/2021) |

| 04/02/2021 | 12 | WAIVER of Defendants Presence filed by Defendant Daniel Rodriguez. (cio) (Entered: 04/07/2021) |
|---|---|---|
| 04/02/2021 | 13 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Sheri Pym that Defendant Daniel Rodriguez be removed to the District of Columbia (cio) (Entered: 04/07/2021) |
| 04/07/2021 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Daniel Rodriguez. Your case number is: 1:21-cr-0024. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 9 Detention Hearing,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 04/07/2021) |
| 04/08/2021 | | Notice to District of Columbia of an ADDITIONAL Rule 5 or Rule 32 Initial Appearance DOCUMENT as to Defendant Daniel Rodriguez. Your case number is: 1:21-cr-00246. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 14 Financial Affidavit (CJA 23) - NFPV. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 04/08/2021) |