UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DANIEL RODRIGUEZ,**<br><br>**Defendant.** | Case No. 21-cr-246 (ABJ) |

**ORDER**

Defendant was arrested on March 31, 2021 in Fontana, California. ECF No. 5. Defendant had an initial appearance pursuant to Federal Rule of Criminal Procedure 5(c)(2) in the Central District of California on March 31, 2021 and a detention hearing before the same court on April 2, 2021. ECF No. 8 at 24. Defendant was held and ordered removed to the District of Columbia. *Id.* at 17, 22. A status hearing to address appointment of counsel has been set for April 23, 2021 at 3:00 p.m. before this Court. Defendant will attend the hearing remotely from a California detention facility. In the Interest of Justice and to protect the Constitutional rights of Defendant, it is hereby

**ORDERED** that the United States Marshals Service shall keep Defendant in his current detention facility until April 23, 2021 in order to ensure his appearance at the status hearing scheduled before this Court. The United States Marshals Service shall not transport the defendant to Washington, D.C. until after April 23, 2021. The United States Marshals Service shall coordinate with the detention facility, counsel, and this Court to ensure the defendant is available for any future remote hearings.

**SO ORDERED.**

2

Date: April 20, 2021

_____
G. Michael Harvey
United States Magistrate Judge