UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RODRIGUEZ,<br><br>Defendant. | Case No. 21-cr-246 (ABJ) |

## ORDER

Defendant was arrested on March 31, 2021 in Fontana, California. ECF No. 5. Defendant had an initial appearance pursuant to Federal Rule of Criminal Procedure 5(c)(2) in the Central District of California on March 31, 2021 and a detention hearing before the same court on April 2, 2021. ECF No. 8 at 24. The Central District of California ordered that Defendant be held pending trial in the United States District Court for the District of Columbia and removed to the District of Columbia. *Id.* at 17, 22. Thereafter, this Court ordered that Defendant appear before the undersigned on April 23, 2021 at 3:00 p.m. to ascertain the appointment of counsel. On April 20, 2021, the undersigned ordered that Defendant's transfer to the District of Columbia be delayed and that he be held in the California detention facility until the conclusion of that hearing.

Defendant appeared remotely before this Court from the California detention facility on April 23, 2021, where he was arraigned and appointed counsel by the undersigned. He is scheduled to appear for a status hearing before Judge Amy Berman Jackson, the district judge presiding over this case, on May 17, 2021 at 9:30 a.m. In the interest of justice and to protect the Constitutional rights of Defendant, it is hereby

**ORDERED** that the United States Marshals Service shall transport Defendant to Washington, D.C. before May 17, 2021 to ensure his appearance at the next scheduled hearing

2

before this Court. The United States Marshals Service shall coordinate with the detention facility, counsel, and this Court to ensure the defendant is available for any future remote hearings.

**SO ORDERED.**

Date:  April 23, 2021

_____
G. Michael Harvey
United States Magistrate Judge