UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CASE NO. 21-cr-246 (ABJ) |
| v. | : |
| | : |
| DANIEL RODRIGUEZ, | : |
| | : |
| Defendant. | : |

**NOTICE OF DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of May 14, 2021, has been provided to the defense in this matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  _____*/s/*_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2650
Email: Kimberly.Paschall@usdoj.gov