**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CASE NO. 21-cr-246 (ABJ)** |
| **v.** | : | |
| | : | |
| **DANIEL RODRIGUEZ,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF DISCOVERY**

      The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of July 15, 2021, has been provided to the defense in this matter.

                            Respectfully submitted,

                            CHANNING D. PHILLIPS
                            Acting United States Attorney
                            D.C. Bar No. 415793

By:             */s/*
                            KIMBERLY L. PASCHALL
                            Assistant United States Attorney
                            D.C. Bar No. 1015665
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            Phone: (202) 252-2650
                            Email: Kimberly.Paschall@usdoj.gov