

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 30, 2021

Paul Riddle
Rebecca Levy
Katherine Tanaka
Assistant Federal Public Defenders
Federal Public Defender
District of Nevada
*Attorneys for Daniel Rodriguez*

      Re:    *United States v. Daniel Rodriguez*
              Case No. 21-CR-246
              Discovery Letter #3

Dear Counsel:

      We are writing to update you with additional discovery that has been provided for this case on August 30, 2021 via a shared folder on USA File Exchange, that contains the following materials:

      Please note that the following materials have been designated as **highly sensitive materials** and are subject to the Protective Order Governing Discovery that was issued by the Court in this case:

- **Highly Sensitive Materials Folder:**
  - M.F. WHC_medical records_Redacted.pdf (272 pages)
  - *Police & Fire Clinic Records* (5 PDF files)
    - M.F. Admin Records.pdf (21 pages)
    - M.F. Followup Consults_Redacted.pdf (38 pages)
    - M.F. Imaging.pdf (4 pages)
    - M.F. Jan 6 WHC Records_Redacted.pdf (73 pages)
    - M.F. PFC Physicals Records_Redacted.pdf (43 pages)

We will forward additional discovery as it becomes available. If you have any questions about the information provided above or if you have any issues accessing or downloading the materials provided, please contact the undersigned Assistant United States Attorneys.

Sincerely,

RISA BERKOWER
KIMBERLY PASCHALL
TARA RAVINDRA
Assistant United States Attorneys

Enclosures