RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Daniel Rodriguez

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00246-ABJ-1 |
| Plaintiff, | **MOTION TO WITHDRAW BRANDON JAROCH AS COUNSEL** |
| v. | |
| DANIEL RODRIGUEZ, | |
| Defendant. | |

The undersigned counsel for Defendant, Rebecca A. Levy, Assistant Federal Public Defender, hereby moves this Court to withdraw Brandon Jaroch, Assistant Federal Public Defender, as counsel in this matter. The withdrawal is necessary because Mr. Jaroch has accepted a position of employment as a judge in another district. Undersigned counsel will remain as counsel in this matter.

DATED this 31th day of August, 2021.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Rebecca A. Levy*
REBECCA A. LEVY
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 31, 2021, she served an electronic copy of the above and foregoing **MOTION TO WITHDRAW BRANDON JAROCH AS COUNSEL** by electronic service (ECF) to the person named below:

CHANNING D. PHILLIPS
United States Attorney
Kimberly L. Paschall
Risa Berkower
Tara Ravindra
Assistant United States Attorneys
555 4th Street, NW
Washington, DC 20530

/s/ Cecilia Valencia
Employee of the Federal Public Defender