RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
MARGARET W. LAMBROSE
KATHERINE TANAKA
Assistant Federal Public Defenders
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Maggie_Lambrose@fd.org
Katherine_Tanaka@fd.org
Attorneys for Daniel Rodriguez

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>DANIEL RODRIGUEZ,<br><br>   Defendant. | Case No. 1:21-cr-00246-ABJ-1<br><br>**NOTICE OF PUBLIC AUTHORITY DEFENSE** |

   Daniel Rodriguez, by and through counsel, hereby gives notice pursuant to Federal Rule of Criminal Procedure 12.3 that he may assert as a defense at trial that he was acting under public authority.[1]

## I.  RULE 12.3

(a) Notice of the Defense and Disclosure of Witnesses.

---

[1] Rule 12.3(a)(1) provides that the defendant must file the instant notice within the time provided for filing pretrial motions, or at any later time the Court sets.

(1) Notice in General. If a defendant intends to assert a defense of actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the alleged offense, the defendant must so notify an attorney for the government in writing and must file a copy of the notice with the clerk within the time provided for filing a pretrial motion, or at any later time the court sets. The notice filed with the clerk must be under seal if the notice identifies a federal intelligence agency as the source of public authority.

(2) Contents of Notice. The notice must contain the following information:

> (A) the law enforcement agency or federal intelligence agency involved;
>
> (B) the agency member on whose behalf the defendant claims to have acted; and
>
> (C) the time during which the defendant claims to have acted with public authority.

## II.   NOTICE

A Public Authority Defense, while also stemming from the due process clause, is grounded in the Federal Rules of Criminal Procedure that requires notice to the Government.  *See* Fed. R. Crim. P. 12.3.  The foundation of the public authority defense is that it offends due process to convict an individual who was acting upon authorization of a government official. *See United States v. Doe*, 705 F.3d 1134, 1145 (9th Cir. 2013).  The genesis of the authority defense is the decision in *United States v. Barker*, 546 F. 2d 940 (D.C. Cir. 1976).

In *United States v. Barker,* defendants were recruited to participate in a national security operation led by a White House official, whom the defendants had previously known as a CIA agent.  *Barker,* 546 F.2d at 949.  In reversing the defendants' convictions, the appellate court carved out an exception to the

2

mistake of law rule that would allow exoneration of a defendant who relied on authority. *Id.* at 947-49.

While it is not settled how this Circuit has interpreted *Barker* for purposes of an affirmative defense, counsel for Mr. Rodriguez is filing this Notice out of an abundance of caution.

In Accordance with Rule 12.3, Mr. Rodriguez is noticing the following, tracking the requirements listed above:

> (A) The Executive Branch - the law enforcement agency or federal intelligence agency involved;
>
> (B) Former President Donald Trump - the agency member on whose behalf the defendant claims to have acted; and
>
> (C) On or about January 6, 2021 - the time during which the defendant claims to have acted with public authority.

**Dated:** October 15, 2021.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/Rebecca A. Levy*
*/s/Margaret W. Lambrose*
By: */s/Katherine Tanaka*
REBECCA A. LEVY
MARGARET W. LAMBROSE
KATHERINE TANAKA
Assistant Federal Public Defenders

Attorneys for Daniel Rodriguez

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### Certificate of Electronic Service

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 15, 2021, she served an electronic copy of the above and foregoing **NOTICE OF PUBLIC AUTHORITY DEFENSE** by electronic service (ECF) to the person named below:

CHANNING D. PHILLIPS
United States Attorney
Kimberly L. Paschall
Risa Berkower
Tara Ravindra
Assistant United States Attorneys
555 4th Street, NW
Washington, DC 20530

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender