## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-0246 (ABJ) |
| | : | |
| DANIEL JOSEPH RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S OBJECTION TO
## DEFENDANT'S NOTICE OF AFFIRMATIVE DEFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully objects to the defendant's affirmative defense of public authority, noticed in ECF No. 37. The government will provide fulsome briefing in the form of a motion in *limine* when the Court sets the pretrial order in this case.

Dated: OCTOBER 29, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _____/s/_____
Kimberly L. Paschall
Tara Ravindra
Assistant United States Attorneys
D.C. Bar No. 1015665 (Paschall)
D.C. Bar No. 1030622 (Ravindra)
555 4th Street, N.W.
Washington, D.C. 20530
(202 252-2650 (Paschall)
(202) 252-7672 (Ravindra)
Kimberly.Paschall@usdoj.gov
Tara.Ravindra@usdoj.gov