**Exhibit 1**

```
 1                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3

 4    - - - - - - - - - - - - - - - - )

 5    UNITED STATES OF AMERICA          *

 6         vs.                          * CASE NO. 2021-R-00677
                                                    21-cr-246
 7    DANIEL RODRIGUEZ                   *

 8    - - - - - - - - - - - - - - - - )

 9              Files:
                     Disc 1:   VTS_01_1.VOB
10                             VTS_01_2.VOB
                               VTS_01_3.VOB
11                             VTS_01_4.VOB
                               VTS_01_5.VOB
12
                     Disc 2:   VTS_01_1.VOB
13                             VTS_01_2.VOB
                               VTS_01_3.VOB
14                             VTS_01_4.VOB
                               VTS_01_5.VOB
15
                     Disc 3:   VTS_01_1.VOB
16                             VTS_01_2.VOB
                               VTS_01_3.VOB
17

18                        Interview of:

19                   DANIEL "D.J." RODRIGUEZ

20

21                  Wednesday, March 31, 2021

22

23    APPEARANCES:

24         SPECIAL AGENT ENRIQUE ARMENTA

25         SPECIAL AGENT ELIAS
```

<u>P R O C E E D I N G S</u>

(7:09 a.m.)

AGENT ARMENTA:  Just have to fill out this quick paperwork real quick.  Let's see.  That.  Okay.  Do you have a lawyer right now?

MR. RODRIGUEZ:  No, I don't.

AGENT ARMENTA:  No?  Okay.  Okay.  3/31.  Okay. All right.  I'm going to go over the -- just the COVID stuff, you know?  They're going to want to know that.  So, have you traveled from or through any of the locations identified by the CDC as increasing epidemiological risk within the last 14 days?

MR. RODRIGUEZ:  No, sir.

AGENT ARMENTA:  No?  Have you had any close contact with anyone diagnosed with COVID-19 within the last 14 days?

MR. RODRIGUEZ:  No, sir.

AGENT ARMENTA:  No?  Okay.  You don't have a fever or cough or shortness of breath?

MR. RODRIGUEZ:  No.

AGENT ARMENTA:  Okay.  Okay.

(Special Agent Elias enters the room.)

AGENT ARMENTA:  Okay.

AGENT ELIAS:  I hate this table in this room. It's in the wrong spot at all times.

4

```
 1                    AGENT ARMENTA:  I know.  It's kind of awkward.

 2                    AGENT ELIAS:  It doesn't make it easy for us to

 3      sit and talk.

 4                    AGENT ARMENTA:  Sorry.  All right, Daniel.

 5      Daniel, do you go by Daniel, D.J., or what do you prefer?

 6                    MR. RODRIGUEZ:  I guess Danny.

 7                    AGENT ARMENTA:  Danny?  Okay.  So, just so you

 8      know.  My name's Enrique Armenta (ph.).  I'm a special agent

 9      with the FBI, okay?

10                    AGENT ELIAS:  My name's Agent Elias (ph.), also a

11      special agent.

12                    AGENT ARMENTA:  You seem to have a pretty good

13      idea why we're here, right?  You need some tissue or

14      something, just let me know, okay?  We can grab you

15      something.

16                    MR. RODRIGUEZ:  No.  No sense of crying.  I can't

17      be crying (indiscernible).  I don't know what's wrong with

18      me.

19                    AGENT ARMENTA:  So what I wanted to is kind of

20      just explain what's happening and then I want to give you an

21      opportunity to kind of just kind of help us understand, you

22      know, what happened from your perspective, okay?

23                    I want to give you that opportunity.  That's why

24      we're here.  I wanted to take you away from this morning and

25      that kind of hectic chaos and just give you a moment.  Take
```

1    a breath, all right?  I feel like you kind of want to talk

2    about it.  I feel like you kind of want to get it off your

3    chest.

4              MR. RODRIGUEZ:  I'm so weak.  I'm crying.

5              AGENT ARMENTA:  It's okay, man.  It's okay.

6              MR. RODRIGUEZ:  Oh, God.  I shouldn't be crying.

7    I'm a grown man and I knew what I was doing.  Whatever

8    happens to me is going to have to happen to me because I --

9              AGENT ELIAS:  Look, man.  Enrique and I interview

10   a lot of people and we talk to a lot of people who have been

11   in the same situation you've been in.  There's no shame in

12   crying.  There's no shame in you having a tough time with

13   processing.  It's understandable.

14              You're in a important position right now, you

15   know?  I mean, you've said it yourself.  The last couple of

16   months have been really hard, right?  It's been difficult.

17             MR. RODRIGUEZ:  Yeah.

18             AGENT ELIAS:  This is an opportunity here for you

19   to let us know and help us understand, because right now we

20   don't frankly understand exactly what happened from your

21   perspective.  And I think that there's an opportunity here

22   for us to get clarity on what went down and what you see

23   happened.  But --

24             MR. RODRIGUEZ:  If I do that, I don't think it's

25   going to reduce my sentence or something.

1            AGENT ELIAS:  Well, let us read you some paperwork

2  here and then we can talk about how you might be able to

3  help yourself out of your situation, okay?

4            (No audible response.)

5            AGENT ARMENTA:  I'm going to read this do you.

6  Just --

7            AGENT ELIAS:  Let me get those keys one more time

8  from you.

9            AGENT ARMENTA:  Yeah.  Let me know if you

10  understand everything and then if you have any questions,

11  you know?

12            (Special Agent Elias removes restraints.)

13            AGENT ARMENTA:  You have the right to remain

14  silent.

15            MR. RODRIGUEZ:  Oh, I can have it off?

16            AGENT ARMENTA:  Anything you say can be used

17  against you in court.

18            AGENT ELIAS:  (Indiscernible).

19            MR. RODRIGUEZ:  Thank you.

20            AGENT ARMENTA:  You have the right to talk to a

21  lawyer for advice before we ask you any questions.  You have

22  the right to have a lawyer with you during questioning.  If

23  you cannot afford a lawyer, one will be appointed for you

24  before any questioning, if you wish.  If you decide to

25  answer questions now without a lawyer present, you have the

1    right to stop answering at any time, okay?  Do you

2    understand those rights?

3              MR. RODRIGUEZ:  (Nods head.)

4              AGENT ARMENTA:  Okay.  You sign right here and you

5    can read them, too, to yourself as well.  And just

6    acknowledge that you understand them.

7              MR. RODRIGUEZ:  I want to talk to you guy and, in

8    the past, lawyers have always told me, you know, you don't

9    say anything.  They're not going to help you.

10             AGENT ELIAS:  Well, look.  By signing this, you're

11   just acknowledging that you were read your rights and that

12   you're willing to talk to us at this time.  Just because you

13   signed it doesn't mean any of these rights go away.  These

14   rights are always with you throughout the entire process

15   that you're in the legal system, okay?  Does that make

16   sense?

17             MR. RODRIGUEZ:  Yeah.

18             AGENT ARMENTA:  And you have the right -- if I ask

19   a question or something makes you uncomfortable, just to let

20   me know.

21             MR. RODRIGUEZ:  (Indiscernible).

22             AGENT ELIAS:  Just let us know.

23                            EXAMINATION

24             BY AGENT ARMENTA:

25        Q.   Okay?  But just like my colleague was saying here,

1    you know, our goal today is just kind of to get your -- get

2    an understanding of what happened, right?  Because D.C. kind

3    of has their version of what happened and kind of how they

4    see things and now it's your opportunity to let us know, you

5    know, what really happened.

6              Because I got to be honest with you, they gave

7    them this case, right?  And they were like, this guy

8    assaulted a police officer, you know?  So, it's like, okay.

9    You know, let me look into this, see what we got here,

10   what's going on, just so, you know, I'm prepared, you know,

11   for the interview and everything.

12             And I started, like, finding these videos on

13   YouTube of these guys positing Armen Rezz, WeAreLA, Weberz

14   Way.  Are you familiar with those.

15        A.   (Nods head.)

16        Q.   You know, those guys, those YouTube videos, of all

17   the protests and rallies in LA, right?  And I was like, oh,

18   what's going on here?  Andi was like, oh, dang, that's --

19   there's Danny, you know?  There's D.J.

20        A.   Where'd you see me?

21        Q.   I think it was -- there was one in Huntington

22   Beach.  There was another one in Hollywood.

23        A.   No.  But you saw me in an interview or just in the

24   background?

25        Q.   In a interview and then at the protest, right?  At

1    the -- they were at Back the Blue rallies.  And they were,

2    you know, at these rallies that were, like, for conservative

3    values.  You know, American conservative values.

4         A.   (Crying.)

5         Q.   You know?  And at that point --

6         A.   (Indiscernible).

7         Q.   -- like, I was thinking to myself -- because I

8    thought I had an understanding of what was going on, right?

9    They said, oh, this guy's, you know, assaulted a police

10   officer.  But then I saw you -- there was a -- I think it

11   was Hollywood.  There were police there standing, right?

12   They were just maintaining the peace, you know, and there

13   was this Antifa guy dressed in all black, you know?  And he

14   was just agitating him and just kind of, like -- as if he

15   wanted them to --

16        A.   To hurt --

17        Q.   -- do something.

18        A.   Yeah, yeah.

19        Q.   Right?  Like he was instigating --

20        A.   Make the cops -- yeah.  He's making them look bad,

21   so that the cops can do something --

22        Q.   Right.

23        A.   -- and then it going to be all on film and the

24   cops are abusing you now and --

25        Q.   Exactly, exactly.  And then I see you, like,

1    intervening and you were like, hey.  Hey, dude, chill out.

2    Like, we're here just -- we're just -- we're, you know --

3    we're protesting.  Like, you need to calm down.  It's not

4    about that.  It's not about, you know, that violence and

5    that anger, because he was riled up.

6              He was super riled up.  And you were, like -- you

7    were pretty calm for the situation, you know?  And the

8    officer was calm, you know?  He didn't do anything -- I was

9    kind of surprised at his restraint, you know?  But just kind

10   of seeing that --

11        A.   I'm not even sure what video you're talking about.

12   Was it with the wheelchair guy?

13        Q.   It wasn't that.  I don't know if it was that same

14   day --

15        A.   (Laughter.)  You know the wheelchair guy?

16        Q.   Yeah, I do.  I saw that one, yeah.

17        A.   He got -- he went -- so, the police were -- they

18   made a line in the intersection and he goes to -- with his

19   wheelchair and he rolls up to them and he has a camera, and

20   he just starts, like, sticking it like this, like, all

21   under, like, the cop's face.  And that's when I first

22   started going to the rallies.  I was still pretty new at

23   that time.  I didn't know anybody and I grabbed his

24   wheelchair and I pulled him back, like, six or eight feet.

25   And the cops saw me.  I did it right in front of them.  I'm

1  like, dude, what are you doing, you know?

2      Q.   Yeah.

3      A.   And ever since then, they've -- you know, because,

4  like -- how we met that guy in the wheelchair was he was

5  coming across the -- before that -- the police started their

6  line right there, he was coming over the intersection and --

7  on the crosswalk and he was acting like a victim, like --

8  you know, I'm like, hey, are you okay?  You need help?  And,

9  like -- and then, like, he was -- had a bunch of attitude

10  and didn't like us.

11      And, like, there were some other people around

12  there that were just, like, oh, fuck him or he's -- you

13  know?  And, like -- so, like, he was not with us.  He was

14  there, like, against us.  And then like, we're, like --

15      Q.   Like a agitator.

16      A.   Yeah, yeah.  And then I don't know what

17  happened -- this was a while back.  This was a long time

18  ago.  And then like, whatever happened -- then, like, it

19  started getting more intense and the cops came and did

20  their, like, line.  I think there was only, like, eight --

21  there was, like, eight BLM guys that day in the -- or,

22  Antifa guys or whatever.

23      And they came because, I guess, a week or two

24  before that, there was a big fight.  And I wasn't there.  I

25  didn't go to the rallies yet.  There was a fight.  There

1  was, like -- there was something called, like, the Unity

2  Bridge and there was, like, this guy named Ricky Rebel,

3  like, some gay guy, and he's all singing, like, M-A-G-A.

4  Like, it was all, like, a celebration, a festival, and I

5  guess, like, a big fight broke out.

6          So, I didn't know about that fight, but I found

7  out from Armen Rezz videos that they're rallying there in

8  Beverly Hills, so I'm like, oh, I see this.  Let me go down

9  there.  So, that was the first time I went down there and

10 they had come back, these eight guys or whatever.  And, you

11 know, they're all angry and they're, like, in, like, helmets

12 and, like, goggles, and we're just in regular clothes.

13         And I'm like, hey, what's going on with you guys?

14 And they're all angry and I started to try to talk to them

15 and, like, find some common ground.  And then that

16 wheelchair guy came and he, like, wanted to link up with

17 them, like, they're, like, six or seven, eight Black guys

18 and, like, you know, he's all like, hey, what's -- I seen

19 him.

20         You know, he wheels over there.  Hey, what's up

21 guys?  Fuck these guys.  Oh, the cool guys are here.  Like,

22 that's what he told them, I think.  He's like, oh, the cool

23 guys are here.  Yeah, fuck these guys.  I don't know.  So, I

24 told him -- I'm like, why don't you suck his dick?  And I'm

25 like, you know -- I know you guys have seen those videos.

1    They've all been sent to me.

2           I'm like, you know -- like, oh, you're right there

3    by his dick.  Suck it.  Pull your mask down.  Suck it.  So,

4    after that, like, that guy just went after me and hated me,

5    and so that's how that happened.  So, he was aligned with

6    Antifa/BLM and then they started, like, okay, this is --

7    this guy with the glasses, take his picture.  You know, he's

8    no good.  So that's how I got on their radar.

9           Q.   Oh, I got it.  So then --

10          A.   We all got on their radar somehow or somewhere.

11   What they would do is they would come to the rallies and

12   they would take pictures of us and just consistently getting

13   intel on us.  Following you to your car or trying to dox you

14   on social media.  Your license plate, where you work, your

15   name, your address, whatever.

16          You know, a lot of people I know, you know,

17   they've had that happen to them and have people come to

18   their house, and one guy got jumped.  And some guy named

19   Louis, he was former Antifa and then he, like, saw what was

20   going on.  Like, this is not what I want to be a part of and

21   he came to the Trump side, and they jumped him.  They really

22   messed him up.  He was all scarred.  He's got still scars to

23   this day.  And --

24          AGENT ELIAS:  You know, Danny, I think what my

25   partner was about to say --

```
1            MR. RODRIGUEZ:  Sorry.  Yeah, I went --

2            AGENT ELIAS:  Yeah, no.

3            AGENT ARMENTA:  It's all right

4            AGENT ELIAS:  Why don't you finish that thought

5    because that was a good thought you had.

6            AGENT ARMENTA:  Yeah, yeah.  No, no.  And I

7    appreciate the story.

8            AGENT ELIAS:  Yeah.

9            AGENT ARMENTA:  Because just like what you're

10   saying --

11           AGENT ELIAS:  It's important.

12           AGENT ARMENTA:  -- it gives context --

13           AGENT ELIAS:  Yeah.

14           AGENT ARMENTA:  -- to those things that --

15   because, yeah, you're right.  I did --

16           MR. RODRIGUEZ:  You saw the wheelchair guy, yeah.

17           AGENT ARMENTA:  I saw the wheelchair, but it was

18   only a snippet of it, right?  It was only, like, you,

19   like -- but we don't have the whole story, right?  And

20   that's a big thing with the media and everything.  You take

21   little things and -- so, what I'm trying to say is that --

22           MR. RODRIGUEZ:  My best friend, he had a brother

23   that was in a wheelchair and took so much advantage of it.

24   And I, like, kind of just -- like, if you're in a

25   wheelchair -- okay.  Like you said, like, if you go -- if
```

1    you're respectful, polite, or -- but this guy was, like,

2    victimizing himself.  Like, I'm a -- so, I was like, oh,

3    you're not going to do that with me.  I'm going to treat you

4    like normal.

5                AGENT ARMENTA:  Yeah.

6                MR. RODRIGUEZ:  But he didn't like that, so that's

7    why they came after me, I guess.

8                BY AGENT ARMENTA:

9        Q.    And that's what I'm saying is when I started

10   watching these videos of you and getting the whole picture

11   of actually who Danny is, you know, I saw that there's,

12   like, two sides to you, you know?  There was this side that

13   kind of D.C. had, you know, portrayed, and showed, you know,

14   and that this is your guy.  This is what he did.

15               But then I started looking in -- like I said, and

16   I saw this Danny who stood in between this angry guy and a

17   law enforcement officer just in a T-shirt and his red hat.

18   You know, he wasn't the one with a gun and a baton and

19   handcuff.  You didn't have anything and you stood in between

20   to protect this trained law enforcement, right?

21       A.    Yeah.

22       Q.    And you -- and even to say something, because,

23   like, what person nowadays would even say something, right?

24   So many people just ignore, look the other way, when they

25   see, you know, like, these wrongdoings, right?

1     A.   Yeah.

2     Q.   But you actually had the guts to say something to

3 that guy and put yourself, you know, in that position -- in

4 that uncomfortable position.

5     A.   Did you see the day that they all came, like, 200

6 of them, and I stood in the street.

7     Q.   Yep.

8     A.   You saw that?

9     Q.   Um-hmm.  And so I think that's kind of what I'm

10 trying to, like, understand.

11     A.   I don't know what happened either.

12     Q.   I want to know that Danny, though.

13     A.   (Crying.)

14     Q.   I want to know that Danny that, you know -- that

15 kind of intervened in that situation and I want to know how

16 that Danny got to January 6th.

17          AGENT ELIAS:  Your story's an important story.

18          MR. RODRIGUEZ:  I just think that -- I don't want

19 to seem crazy or, like, a conspiracy theorist because you

20 guy are -- it's going to come out and I'm going to get

21 locked up because, like, I believe this and --

22          AGENT ELIAS:  Listen.

23          MR. RODRIGUEZ:  -- it's going to put me in jail.

24          BY AGENT ELIAS:

25     Q.   Look.  We've done this for a long time.  We've

1   talked to -- like I told you, we talk to a lot of people,

2   and a lot of people are worried about being judged when they

3   talk to law enforcement that we're going to have an opinion.

4   And I'm telling you right now, we don't hold judgment over

5   you.  We want you --

6       A.   It's going to be the jury and the judge, and it's

7   going to be a D.C. judge.

8       Q.   No, no.  But, like, even as a fellow human being,

9   right?  That's what we're telling you is we're looking at

10  you today as a fellow human, as a fellow citizen of this

11  country, as somebody who has lived here and put investment

12  into this country of your work.  And you grew up here and --

13  look.

14      A.   I don't have any loyalty to any other country.

15  Just America.  And this is all I know, and this is all I

16  want.  And I don't care about any other part of the world

17  except for our team.

18      Q.   So how did the Danny that stood on the line in

19  between law enforcement and Antifa/BLM, how did you get to

20  that point?  What happened in your life?  Like, how did you

21  start going to these rallies?

22      A.   InfoWars.

23          AGENT ARMENTA:  And just --

24          BY AGENT ELIAS:

25      Q.   InfoWars?  So, like, Alex Jones stuff?

1          A.   (Nods head.)

2          Q.   Yeah.   Okay.   Yeah.   He's been around a long time.

3     I know lots of people who listen to Alex Jones.   Alex Jones

4     has some good information.   He's got some out there

5     information, but --

6          A.   You know, I just wanted to -- I tried to join the

7     Army --

8          Q.   Okay.

9          A.   -- when Trump became President and I was already

10    35 --

11         Q.   Yeah.

12         A.   -- and I have, like, a bad, you know, history of

13    getting arrested with tickets and stuff, right?   You saw my

14    record.   So they didn't take me.   And I just thought that I

15    could still contribute by -- you know, I didn't take an

16    oath, but I could still stand up for those same things on my

17    own, you know?   I don't got to get a paycheck.   I could

18    still do those things.

19              And I wanted to go to the rallies to make -- and

20    there's too much enemy out there and I wanted to bring them

21    over to our side.   I don't -- when I say, our side, I still

22    feel like I'm on your side.   Like, we're on the same side

23    even though --

24              BY AGENT ARMENTA:

25         Q.   Like you said, the patriot side, right?   Like,

1    you're --

2        A.   It was so fast.  I was a good guy and then,

3    instantly, I became a bad guy.

4        Q.   Tell me about that, Danny.  Because you said

5    InfoWars and --

6        A.   I just saw that there's a -- there's people that

7    have taken over this country from inside, globalist and

8    unelected officials, elitists, you know?  People who are

9    obsessed with power and control and, you know, a lot of

10   the -- if you go to LA, you see homeless people and then you

11   see a Ferrari or Rolls-Royce drive by them.

12       Q.   Yep.

13       A.   I don't -- I think this is awful that it's so

14   lopsided and -- you know?  I just -- like, the system --

15   something's wrong.  And the politicians are -- you go to

16   Garcetti's house.  His house is two blocks.  Gavin Newsom,

17   Pelosi's nephew, his winery's not being shut down, his

18   PlumpJack, whatever.  You know, he's -- they're all making

19   money and they're all not being affected and they almost

20   brag about it.  And --

21       Q.   While there's still, like, homeless camps all over

22   LA and -- I was actually in LA not too long ago and it seems

23   like every time I go back there, there's more and more

24   homeless.  And just like you said, there's, like, a Ferrari

25   or a mansion two blocks away and there just people

1   struggling.

2             And there's other people, like, regular folks like

3   you, who are, like, you know, buying a house -- helping your

4   mom buy a house in Fontana, you know, and it's -- even

5   that's hard, right?  Like --

6        A.   Yeah.  No, that's true.  It was -- yeah.  We lost

7   the house.  That cheap house out -- way in the middle of

8   Fontana, I just couldn't -- we couldn't even do that.

9        Q.   It's ridiculous, the housing prices here now.

10       A.   But I just thought that, you know -- they lied all

11  about Trump, saying that he's a bad guy, he's a racist, and

12  a horrible President and all this.  So, no matter what they

13  did to defeat him, it was justified.  Cheat, lie, steal,

14  whatever, Trump is (indiscernible) bad, bad, and all that,

15  right?

16            So we saw that Joe Biden doesn't have a lot of

17  support.  He didn't rally, he didn't have people going to

18  his rallies, and yet he -- it was a landslide victory for

19  him.  And it just -- you know, it doesn't take -- you don't

20  have to be that bright to see that it's -- it was --

21  something wasn't right and it was rigged.  And there's all

22  these people saying, stop the steal, and --

23            BY AGENT ELIAS:

24       Q.   So when did you -- you started going to the

25  rallies, like, when?

1         A.   I think in August.

2         Q.   And is that the same time when you started

3   following InfoWars or was --

4         A.   Oh, no.

5         Q.   InfoWars was (indiscernible)?

6         A.   No, no.  I've been following InfoWars for 2008,

7   2009, maybe.

8         Q.   Oh, okay.  So a long time, right?  Yeah.  Yeah.

9         A.   But he's the one -- Alex Jones and InfoWars were

10  the ones who kind of put it out there, you know, that

11  there's other news that's not on the TV --

12        Q.   Yeah.

13        A.   -- that they don't want you to -- you know?

14  There's a half hour of news and they got to put weather and

15  sports in there.  They don't tell you what happened in the

16  day or --

17             AGENT ARMENTA:  Yeah.

18             MR. RODRIGUEZ:  You know, they don't tell you a

19  lot of things.  So it was just to seek information is what

20  it was.  I was trying to find the truth and answers.  And

21  when I thought I found the truth and answers, I thought it

22  was up to me to -- I don't know.  I just -- it's like when,

23  like -- there's a saying, like, to know better is -- knowing

24  better -- to know better is to do better, you know?

25             So it's like, okay, I know what's going on and

1   nobody's -- I have friends that aren't going to the rallies.

2   They like Trump, but they're not involved.  I have, you

3   know -- my mom, she supports Trump, but she's not getting

4   anybody on his side.  She's not arguing about him.  I'm

5   like, well, I can do this.  I can go talk to people and try

6   to bring them -- like, educate them and -- you know?

7           Because they really are -- they were killing Trump

8   supports, shooting them in the head and beating them up in

9   school and the public, everything, right?  So it's like -- I

10  kept thinking that we were going to go to, like, a civil war

11  and it's going to go hot and we're just -- it's all going

12  to -- you know?  I don't know.

13          I didn't know -- we didn't -- nobody knew, so we

14  just thought that it was going to -- we were preparing for

15  the -- we're trying to save the country.  We thought we were

16  saving the country.  I thought I was helping to save the

17  country.

18          BY AGENT ELIAS:

19      Q.    So you started going to the rallies in August of

20  2020; is that right?

21      A.    Yes, sir.

22      Q.    And those were all the Trump rallies in, like,

23  Huntington Beach, like Enrique was saying, or --

24      A.    I would go normally regularly to the Beverly Hills

25  rallies.

1        Q.   Okay.

2        A.   And I went to some Huntington Beach rallies and

3   then I would so some, you know, like, Garcetti's house

4   or wherever -- I don't know.  I just -- it was whatever --

5   somebody made a flyer and then we go and get a flyer and

6   then we'd go.

7        Q.   What was your --

8             AGENT ARMENTA:  Who would you --

9             AGENT ELIAS:  Go ahead.

10            AGENT ARMENTA:  Oh, sorry.

11            BY AGENT ARMENTA:

12       Q.   Who would you usually go with?

13       A.   I would just go by myself, really.

14       Q.   Is that how you got into it?  You just saw a flyer

15   and then --

16       A.   I think everybody -- well, I saw it on Armen Rezz.

17   I think he was, like, on Facebook.

18       Q.   Okay.

19       A.   And then I just, by accident, got, like, a

20   recommendation.  I had been to that park years ago when

21   Trump came to town in 2016 and in that park in Beverly Hills

22   called Beverly Gardens, it was a Trump protest.  There was a

23   thousand anti-Trump people there and showed up.  There was,

24   like, four, five, six of us that were for Trump.  So that

25   park wasn't new to me.

1          I actually went there and I stood -- I argued with

2     200/300 people there for eight-and-a-half hours, nine hours

3     without water or food, and I just annihilated every single

4     one of them.  I just beat every -- 200/300 people arguing

5     against Trump and I just didn't have anything, and I thought

6     that that was, like, one of my greatest days of my life and

7     I thought it was something that I needed to be doing.

8          I had a lot of answers and information, and I was,

9     you know -- because, like I said, I really thought that it

10    was going to be, like -- a lot of us thought that it was

11    going to be, like, a civil war.  Like, there was going to be

12    straight on, like -- like the original civil war, you know,

13    like, almost.  You know, like, brothers and sisters and

14    fathers and -- you know?  Everyone's fighting each other,

15    right?

16         So in my mind, I felt that the more people we --

17    before it gets to that point, the more people I can educate

18    or bring over or just make them neutral or see that, you

19    know, I'm a Trump supporter and they're lying about us, you

20    know?  And, you know, talk to me or -- you know, I was just

21    trying to make it better if I -- in any way I could.  You

22    know, one person at a time.  And that's why I would go to

23    the rallies and I would try to find the most angry person or

24    the most trouble -- the biggest troublemaker or whoever,

25    like, you know, from the -- whatever.

1          And I would try to talk to them or, like, you

2   know, find some common ground.  And that's essentially what

3   I was just trying to do is just trying to essentially

4   campaign.  I was just campaigning at a rally -- at rallies

5   and -- on my own and, really, that's how

6   everybody --everybody just showed up at those rallies by

7   themselves and we all just started talking to each other

8   every now and then.

9       Q.   You had that one thing to bring you together and

10  kind of --

11      A.   Yeah, yeah.

12           BY AGENT ELIAS:

13      Q.   When did you become convinced that there was going

14  to be a -- like, a civil war?

15      A.    Well, it was always looming in the back of our

16  minds, you know, because -- I mean, it almost happened with

17  Hillary and Trump because we felt -- see, the big -- the

18  Trump movement happened then with Hillary in 2015/2016 and

19  everything, so we all thought that there was going to be

20  civil war then.  We all didn't trust Obama.

21           We're learning about, like, Jade Helm and the FEMA

22  camps, you know?  Why are they ordering all these body bags

23  and what's all this military movement and, you know, these

24  plastic coffins and, like, there's just hundreds of

25  thousands, you know?  So it started, like, triggering

1   reactions in my mind that, like, you know, this country

2   is -- I mean, that's how Rome fell.  Rome fell from within,

3   right?

4        Q.   Sure.

5        A.   I mean, it was -- so, it's like, now the people in

6   America are -- it's being infiltrated and they're taking it

7   down from within.

8             BY AGENT ELIAS:

9        Q.   So Trump became President --

10       A.   Trump became President --

11       Q.   -- and you wanted to join the Army in response to

12  him, like --

13       A.   Yeah.

14       Q.   -- becoming President?

15       A.   I actually did, yeah.  Yeah.

16       Q.   That's cool.

17       A.   Yeah.  I actually went to go to the recruiting

18  office and try to join.  And at that time, Trump was still

19  seen as, like, not a good person.  Like --

20       Q.   Right.

21       A.   Well, it was at the very beginning and I went in

22  there with my -- I volunteered for Trump.  I even -- I did

23  door-to-door and everything.  I went in there to the

24  recruiting office with my Trump shirt and --

25       Q.   Okay.

1        A.    -- I got some weird looks.  And I was like, man,

2    you guys just -- you guys are not for Trump here?  Like, I

3    don't get it.  But they just didn't follow politics.

4        Q.    Yeah.

5        A.    And --

6        Q.    I mean, that's super noble, like, that you feel so

7    compelled to volunteer for the Army because, you know --

8    that you're motivated because the President was elected.

9            AGENT ARMENTA:  Kind of inspired you, right?

10           MR. RODRIGUEZ:  Yeah.  Yeah, yeah.  What's the

11   questions?  Yeah.

12           BY AGENT ELIAS:

13       Q.    Yeah.  So I guess what I was going to ask you is,

14   you know, at some point you thought there'd be a civil war.

15   Was that -- did that become more real to you in 2020?

16       A.    Well, when they said that Joe Biden won the

17   election and I saw a lot of video footage of them, like,

18   stealing, like, pulling the --

19       Q.    The suitcases underneath the table and all that?

20       A.    Yeah, yeah.  And there was, like, postal workers

21   giving testimony about, you know, this -- my supervisor told

22   me this and this is not normal and all these ballots and

23   this and that.  So we knew that our system was not --

24   there's no point in voting anymore.  That it's over.

25           That what made this country great and you vote and

1    it's a -- and you elect your President, we can't even do

2    that anymore.  Like, they saw that -- I think what I -- my

3    beliefs are that an overwhelming number of people came out

4    to vote for Trump and he actually did win that election, the

5    popular vote and the electoral vote.

6         And I think that they saw that he was just so

7    popular and he's not going to lose this next -- his re-

8    election because the economy's so strong and the virus and

9    the -- it's, like, the -- I think the virus is -- was meant

10   more to kill the economy than to kill people.  It was really

11   hurting his reputation, you know, because he has a ego and a

12   big reputation for being a business man and all that and

13   then they just want to blame him for -- anyway.

14        They made sure that the election was lost and

15   there's no point in voting anymore, so it's like -- I'm

16   thinking they're going to come, like, you know -- they're

17   going to come round us up.

18        Q.   The Trump supports?

19        A.   Yeah.  We felt -- we always felt that the Trump

20   supporters were going to get rounded up, even when it was

21   Hillary.

22        Q.   Sure.

23             BY AGENT ARMENTA:

24        Q.   I mean, I'm thinking right now, like, that's kind

25   of a scary thought, right?  To, like, feel like you're going

1    to be rounded up for what you believe?

2         A.    It's reality.

3         Q.    You know?  Yeah.  It's scary, right?  What kind

4    of -- what'd you guys do to kind of prepare for that or,

5    like -- because if it was me, I just would -- I wouldn't

6    just let that happen, right?

7         A.    What do you mean?

8         Q.    Like, you know, if you feel like you're going to

9    be rounded up for what you believe, you know, what did you

10   to kind of defend yourself?

11        A.    Well, there's not much I could've done.  I mean, I

12   don't have a -- I'm not financially stable that I couldn't

13   be home.  I don't really have anywhere to go.  So you're

14   saying, like -- I could've been homeless and been living in

15   a tent or something.  You guys wouldn't have found me.

16              BY AGENT ELIAS:

17        Q.    Well, did you bond together with any of the other

18   Trump supporters to try to figure out, like, how are you

19   going to --

20        A.    No.  I don't talk --

21        Q.    -- make a game plan, or --

22        A.    I was afraid of everybody.  No.  I didn't talk --

23   I really didn't want to tell anybody anything about what

24   happened.

25              BY AGENT ARMENTA:

1        Q.    Because when I think about, like, defending or --

2    because I know you were --

3        A.    Did we -- did I plan with somebody else to do

4    something?  No.  Did we make plans?  Did we organize and --

5    no.  Which is -- it was all by, like --

6        Q.    Well, I'm just -- I'm asking about -- because you

7    were attacked, right?  At a protest?  Antifa folks that

8    attacked you?  Was it, like, in Beverly Hills or something

9    like that?

10       A.    I mean, what do you mean, attacked?

11       Q.    Like they fought you.

12            AGENT ELIAS:  Assaulted you.

13            AGENT ARMENTA:  Assaulted.

14            MR. RODRIGUEZ:  No.

15            BY AGENT ARMENTA:

16       Q.    That never happened?

17       A.    I don't think so.

18       Q.    Did it happened to people you know?

19       A.    Think you're talking about something else.  What

20   are you talking about?

21       Q.    Well, I'm just asking because I know there have

22   been clashes with Antifa and some conservatives at protests.

23   You know, just kind of like the example I gave earlier.  And

24   some of them have been violent, like, Antifa has been

25   violent.  Like, would you not agree?

1    A.   Yeah.  But, like, I'm not going to incriminate

2    anyone that I know that's on my side.

3    Q.   I'm not asking you to incriminate anyone.  I'm

4    just saying, have you seen Antifa be violent in protests?

5    You have, right?

6    A.   (Nods head.)

7    Q.   So I'm just concerned, like, if I see that, then

8    I'm going to prepare myself for that situation.

9    A.   No.  No, I didn't.  Did I buy any body armor or

10   anything?  No.  Helmets or -- no.  Because I felt my

11   words -- I felt that -- this might sound weird to you guys,

12   but I would pray for -- to God to give me the words and the

13   wisdom and the -- direct me to the right path and to protect

14   me and to help to just give me the words to help other

15   people and to open their eyes.

16        And I felt like I was -- I didn't need to be -- I

17   never -- every single time I faced Antifa or BLM, I never

18   once had any feeling ever of, like, fighting them or being

19   aggressive or angry or stabbing someone or anything like

20   that.  I saw them as just confused or brainwashed or

21   manipulated or stupid or something that they -- I just

22   needed to talk to them and try to get to them.  And I -- it

23   was never a physical --

24   Q.   They never tried to assault you or to hurt you?

25   A.   They did.  They did.  They tried to antagonize me

1    and, you know, like, slap me or try to steal my hat or

2    something like that or push me or threaten me or posture up

3    to me or whatever.  But I'm not a --

4        Q.   Well, how'd that make you feel like, because you

5    can only take --

6        A.   It made me feel like I was doing something good.

7    It make me feel like I was doing the right thing.  For the

8    wrong -- for the bad people to be against me, I felt that

9    that was great.

10       Q.   Okay.

11       A.   I felt that --

12       Q.   That make sense.

13       A.   -- when the -- and when the enemy is after you and

14   they don't like you, you're doing something right.

15       Q.   Right.

16            BY AGENT ELIAS:

17       Q.   Danny, I got to tell you, your story's kind of

18   similar to actually some -- with the exception of you, where

19   you're at presently today, I have some friends who felt very

20   similar to you.  They felt like the 2020 election was

21   stolen.  They felt like Trump had won and won righteously.

22   And that it was just a matter of time before that would be

23   found out, that -- or the government that took over post-

24   Trump would round people up.

25       A.   Yeah.  That's Q.

1        Q.   And in response to that --

2        A.   You're talking about QAnon and all of that.

3        Q.   Yeah.  Some of that is Q stuff, for sure.  And in

4   response to that, people did a lot of things.  They went out

5   and they made preparations for their family.  They had

6   bugout bags.  They did all sorts of stuff.  Was there any of

7   that kind of stuff that went on for you?

8             Like, did you make any preparations thinking,

9   like, the Government's going to come round me up.  I need to

10  get a bugout bag or I need to, you know, buy extra food and

11  store it up because we might be hunkered down here at home

12  for a while.

13       A.   If I was financially well off, I -- yeah, I

14  probably would've did more --

15       Q.   Yeah.  It just didn't happen?

16       A.   I just don't have the means.

17       Q.   I see.  So you go to the rallies in August --

18       A.   All my extra money went -- goes to -- was going to

19  gasoline to get a rally.

20       Q.   Yeah.  So you go to the rallies from August

21  through the election, right?  And then the election occurs,

22  and it looks like Biden wins and the election looks stolen.

23  Fill us in the gap now.  That's, like, mid-November of 2020.

24  How do you get to January 6th?  Like, how -- what else

25  happens in that period of time?

1          A.    Trump called us.  Trump called us to D.C.

2          Q.    Tell me about that.  How did he let you guys know

3    to come to D.C.?

4          A.    If he's the commander in chief and the leader of

5    our country, and he's calling for help -- I thought he was

6    calling for help.  I thought he was -- I thought we were

7    doing the right thing.  I thought we were just -- I had no

8    plans of what was going to happen.  I didn't know what was

9    going to happen.  I'm not a leader of anybody.  And I just

10   had I thought what was good intentions of going and being

11   involved and being a part of and joining whatever --

12          I didn't know what was going to happen.  I really

13   didn't.  I've never seen him talk.  I felt it was the last

14   time that I was going to be -- that I could see the

15   President talk.  He doesn't come to California and do

16   speeches.  I've never seen him in-person speak, so I wanted

17   to go see him speak.  He called for his supporters.

18          If I'm  his supporter that's rallying for him

19   every weekend and I volunteer for his campaign and I'm out

20   there arguing, I'm on social media, I'm wearing his gear.

21          Q.    Sure.

22          A.    I was like, I need to be there.  And when his

23   speech was over, I went to the metal detectors because they

24   took my megaphone away.  I had to leave it there.  And so I

25   went back, and I went to go to the area where everybody was

1 dropping their stuff off in the grass, and I grabbed my -- I

2 found it.

3    And I heard some girl telling another girl, oh, my

4 mom just sent me this on the -- on Facebook.  It says that

5 they're storming buildings in D.C.  And that's what she was

6 telling her friend and I overheard, and I was like, huh?  So

7 the whole crowd is marching to the Capitol, and I just

8 followed the crowd.

9    And then when we got there, it looked like it

10 was -- there was a ton of people already going -- like,

11 there was, like, already, like, a green fence that was torn

12 down because I remember, like, walking past some fence that

13 was -- there as clearly a lot -- there was -- I was clearly

14 not in the beginning.  There was a lot of people that were

15 there already, and they were trying to get in.

16    And I didn't -- there's no leaders.  There's no

17 playbook.  There's no guidance.  There's just -- it's just

18 you don't know what's going on.  You just see what's -- you

19 just look around, and you got people over here singing a

20 song or doing an interview, waving their flags.  And then

21 you go up to the Capitol Building and they're getting

22 sprayed in their eyes and just -- it's totally, like, chaos

23 and havoc and all this stuff.  And then like -- so, it's,

24 like -- it's, like, a whole mixture of everybody.

25    And it's like if you wanted to get in the

```
 1   building, you were over there with those people.  If you

 2   wanted to do an interview, you're over here with these

 3   people.

 4            AGENT ARMENTA:  I'm kind of curious, Danny,

 5   just -- how did you get to D.C. to begin with?  Like, did

 6   you fly?  Did you drive?  Did you take a bus or a train

 7   or --

 8            MR. RODRIGUEZ:  I'd rather not say because I

 9   don't -- if you guys don't know, I don't want to get anyone

10   in trouble.

11            AGENT ARMENTA:  Well --

12            BY AGENT ELIAS:

13       Q.   Okay.  Well, then, go back to explaining your

14   position and -- you followed the people past the green fence

15   and --

16       A.   Yeah.  I just --

17       Q.   Where did you end up?  Did you end up in the

18   interview side or did you end up in the people going into

19   the Capitol side?

20       A.   I ended up going up to the -- up the scaffolding

21   to the top.

22       Q.   Where the flag was draped?

23       A.   (No audible response.)

24       Q.   There was a big flag.  Very tall scaffolding for,

25   like, where the media was going to have cameras set up.
```

1   That one?  Or did you go up to the façade, the face of the

2   building?

3       A.   It was -- it's the part where -- you know where

4   they do the inauguration, the -- like, the little balcony?

5       Q.   Yep.

6       A.   To the left of that, there was a big

7   scaffolding --

8       Q.   Okay.

9       A.   -- in the middle that stuck out.

10      Q.   Yep.

11      A.   I just went up that.

12      Q.   And then what?

13      A.   And that's how I got to the top, and I just kind

14  of hung out there for a while and soaked it in and just

15  looked around and seen what was going on.

16      Q.   And then what happened?  At some point, you got to

17  the Capitol steps.

18      A.   Yeah.  I went up to the Capitol steps and I was

19  there for a little while, left, and then I came back again.

20  Just walked around and just kind of saw what was going on.

21      Q.   And you think that's why we're -- you're here

22  today?  Just because you climbed the scaffolding?

23      A.   No.  You guys kind of told me.  That I assaulted a

24  officer.

25               AGENT ARMENTA:  And you don't want to talk about

1   that?

2           MR. RODRIGUEZ:  No.

3           BY AGENT ELIAS:

4     Q.   Because I tell you what.  Everybody else is going

5   to talk about that.

6     A.   Yeah.  I'm pretty ashamed.

7     Q.   I mean, the -- like Enrique said, there's a story

8   that's being written about Danny Rodriguez and right now

9   D.C. has told that story to a judge.  And the court of

10   public opinion has a story from the Huffington Post, has a

11   story from Waterspider on Twitter, from Antifa and BLM.

12   They're telling the --

13     A.   You guys have probably seen --

14     Q.   -- Danny Rodriguez story.

15     A.   -- my videos.  I mean, I don't know all these

16   videos.

17           AGENT ARMENTA:  Chad Loder, Desertborder --

18           MR. RODRIGUEZ:  Yeah.

19           BY AGENT ELIAS:

20     Q.   They're all telling the Danny Rodriguez story.

21     A.   I haven't seen any of those.

22     Q.   But here's your opportunity to tell us your story.

23     A.   My story is just that we thought that we were

24   going to save America, and we were wrong.

25     Q.   At some point, you ended up on the Capitol steps

1   with a taser in your hand.  And somehow you felt what you

2   were doing was the right thing to do.  Somehow you were

3   maybe misled.  Maybe that call that the commander in chief

4   gave was that strong call that tugged on your heart and

5   said, now's the time to protect your country, to be a true

6   patriot.

7       A.   Yeah.

8       Q.   And you got up there with a lot of gusto and a lot

9   of desire to be a true patriot, but the problem that we have

10  right now is we only get one side of the story.  And my

11  words aren't going to be the story that writes Danny

12  Rodriguez's story.  And you had asked earlier about how do

13  you help yourself out of this situation.

14           And if you really want to help yourself out, you

15  tell us a hundred percent the truth.  And you let the U.S.

16  Attorney's Office in D.C. know that you're willing to

17  cooperate with and explain to them everything that happened

18  and take responsibility, because I've done this game for a

19  long time as a law enforcement officer, so I'm going on

20  23 years.  And everybody that I know that I have worked with

21  where they have stepped forward and told the courts and told

22  the prosecutor, look, I take responsibility, the judge looks

23  at that favorably.

24           In fact, the law says that we have to take in

25  consideration your cooperation, if you cooperate.  And

1   your -- and any attorney would tell you that.  And so, all

2   we can do right now is -- we're in a position to make a

3   recommendation to tell the prosecutor, look, here's the

4   Danny Rodriguez that we heard and here's the Danny Rodriguez

5   that told us his story.  He told us what happened.

6            He told us his point of view, and he shared with

7   us and he wants to come forward and he wants to explain

8   everything.  But right now, you're kind of leaving us in a

9   lurch right now because we're -- we don't know the story.

10       A.   What am I leaving out?

11       Q.   Well, you're not telling us about how you ended up

12   on the Capitol steps, in the tunnel, how Officer Fanone got

13   pulled out.

14       A.   I don't know how he got pulled out.  I came up --

15   I walked back up -- I think I left.  I was in the tunnel and

16   they were, like -- there was --

17       Q.   Were you there when they were doing the heave-ho

18   and squeezing that officer?

19       A.   That's when I got out of there because they were

20   smashing me.  And I think they were -- somebody else in --

21   okay.  So somebody else right in front of me got pepper-

22   sprayed right in the -- like, right in their eyes.  I've

23   been pepper-sprayed and it's freaking bad.  And he --

24       Q.   Were you pepper-sprayed there at the Capitol?

25       A.   Oh, no, no.

1    Q.   Okay.  This is a previous time.

2    A.   Yeah.  I was pepper-sprayed by BLM.  They had a --

3  oh, excuse me.  Excuse me.  They had this -- there was this

4  guy in front of me.  So everybody -- man, it was just so

5  tight.  Like, you could not breathe.  Like, there was just

6  people pushing you.  Like, you -- like, I'm in the tunnel,

7  but I'm not pushing.  I'm getting squished.

8         There's a guy in front of me who got sprayed and

9  he got his body turned around, so he's facing me, but he

10 can't leave.  Like, he's getting squished, and he's blind

11 and he's facing the wrong way.  And I'm looking at him and

12 I'm trying to pull him out of there.  So I pull them out of

13 there and I left.  I left the tunnel when the heave-ho was

14 going on.  That's when I got out of there because I was

15 getting squished.

16   Q.   Did you participate in that heave-ho, though?

17   A.   No.  I'm getting squished.

18   Q.   Okay.

19   A.   No, the people --

20   Q.   You didn't say heave-ho or anything like that?

21   A.   No.

22   Q.   You weren't part of that?

23   A.   No.  The heave-ho was coming -- I think the --

24 okay.  So what I learned from the heave-ho later on was -- I

25 don't know if this is true or not, but I think they were

1    doing heave-ho to smash an officer.

2         Q.   That's what it appears on the video.

3         A.   Okay.  So when they were doing the heave-on, when

4    it was -- when I was in there and that was going on, I

5    didn't know that.  I thought they were -- it was not for --

6    what I learned, I think, afterwards was there was a cop in

7    the side by a door or something.

8         Q.   Yeah.

9         A.   And he was getting squished.  And I didn't -- I

10   don't know if that's what they were -- they were trying to

11   smash him or not.  But in the -- there's, like -- the

12   officers had shields and, like, a -- they were on a -- I

13   don't know how deep that -- I don't know how many of them

14   there were --

15        Q.   In the tunnel?

16        A.   -- and if they could hold us back.  But there were

17   so much patriot -- like, there were so many people pushing

18   on me --

19        Q.   Yeah.

20        A.   -- that I don't know -- that I was getting my

21   lungs crushed, so I couldn't breathe.

22        Q.   Yeah.

23        A.   So the -- I don't know how they were able to hold

24   us back.

25        Q.   Yeah.

1      A.   But that's when I got out of there.  I pulled that

2 guy out of there and I got out of there because I couldn't

3 breathe and that guy was sprayed, and then that's when --

4 and I think I took, like, an hour, half hour, or something

5 break.

6      Q.   And then you went back up the steps?

7      A.   I went back up the steps and they were pulling

8 someone out and I didn't know what -- who they were pulling

9 out.  I thought it was one of the Trump supporters they were

10 pulling out.  And then I saw who it was.  It was some kind

11 of officer.

12      Q.   Yeah.  So what happened?

13      A.   So you saw the video what happened, I did.

14      Q.   Yeah, but --

15           BY AGENT ARMENTA:

16      Q.   Danny, this is -- like my colleague said, this is

17 your opportunity to tell us --

18      A.   I'm so, like, embarrassed and ashamed of that.

19      Q.   The way you can help yourself is by being

20 completely honest with us, okay?  And that means not leaving

21 things out, okay?  Do you know what a lie of omission is?

22      A.   What's a lie and omission?

23      Q.   Lie of omission is kind of like if I ask you a

24 question and I don't ask you, like, the direct question.

25 Like, when's the last -- if I'm selling you a car and I'm

1    saying -- and I'm buying a car from you and I say, when's

2    the last time the car's been serviced?  And you're like, oh,

3    it was serviced last week.  It's good to go.  But you didn't

4    tell me that when it was serviced they found out the

5    transmission was shot, tires were bad --

6         A.   Okay.

7         Q.   -- all this stuff.  So those are, you know, facts

8    that I would want to know and what I was trying to get at.

9         A.   (Indiscernible).

10        Q.   You didn't necessarily lie, but it's a lie of

11   omission because you left key facts out.

12        A.   No.  I just came up to the steps again, and I saw

13   them pulling him out, and I tased him.

14             BY AGENT ELIAS:

15        Q.   How many times did you tase him?

16        A.   Oh, just once.

17        Q.   Where'd you tase him at?  Like, on his body.

18   Where?

19        A.   Neck.

20        Q.   In the neck?  Did you do it twice?

21        A.   No.  No, for sure --

22        Q.   Because the video shows it twice.

23        A.   No.  No.  The video -- if the video shows it

24   twice, it's a replay or something.

25        Q.   So you just did it once?

45

1       A.    Yeah.

2       Q.    Why did you tase him?

3       A.    He was struggling with these -- I didn't know what

4   they were going to do to him, but I just, you know -- I

5   thought that he was going to, you know -- I don't know.  I

6   really don't know exactly why I tased him.

7       Q.    So I want you to think in your mind that -- my

8   partner and I, we got here to talk to you and it's not

9   January 7th.  It's not January 10th.  It's March 31st.  What

10  do you think we've been doing between January 6th and

11  March 31st?

12      A.    Rounding people up?

13      Q.    No.  We've been focused on you.  We've been trying

14  to figure you out and we know a lot about who your friends

15  are.  We know a lot about how you got to D.C.  We know a lot

16  about how you spent your money before you went to D.C.

17  and --

18      A.    Can you share any of this with me?

19      Q.    Well, here's the deal --

20      A.    What do you mean, how?  What money do I have?

21            AGENT ARMENTA:  What he's trying to say is that we

22  know about 99 percent of the questions that we're asking

23  you.  So that there's -- that it's completely clear and all

24  our cards are on the table, that it's really important that

25  you be completely honest with us and tell us everything,

1  especially without us saying that -- these facts and then

2  you later agreeing to them.  It looks better if you just

3  give us those facts.

4        MR. RODRIGUEZ:  Okay.

5        BY AGENT ELIAS:

6   Q.   We're not trying to trick you.  We just want you

7  to put your -- everything on the table.  And I don't want it

8  to be -- we're not -- if we're going to put all cards on the

9  table,  I'll tell you right now, there's other people today

10  that are being talked to and the -- remember we talked about

11  the story that's being written by -- about Danny, right?

12        Danny gets to choose if he writes a story today

13  with us.  But right now, the story that's being told is by

14  D.C. -- is by Antifa, BLM, and the Huffington Post, and is

15  going to be told by the people that we're talking to today

16  that choose to talk to us.  And they may tell a story about

17  the Danny Rodriguez.  So if you're making things up or

18  you're leaving things out, that puts us in a bad spot

19  because we can't go to the prosecutor and say, no --

20   A.   No, I didn't make anything up.

21   Q.   -- Danny's a standup guy.

22   A.   I haven't made anything -- I haven't lied or made

23  anything up.

24   Q.   Okay.  Well, but why do you think we're bringing

25  this up to you about lying and making things up or leaving

1    things out?

2               AGENT ARMENTA:  Or lies of omission.

3               BY AGENT ELIAS:

4        Q.   We're bringing that up because we want to give you

5    a chance right now to clear that up with us, clear that

6    space up with us.  We know that you had a taser.

7        A.   Someone gave me a taser there.

8        Q.   Someone at D.C.?  Or before you got to D.C.?

9        A.   No.  A stranger.

10       Q.   A stranger?

11       A.   It was actually a stranger.

12               AGENT ARMENTA:  Are you lying to us, Danny?

13               MR. RODRIGUEZ:  No.

14               AGENT ELIAS:  You know it's a separate crime to

15   lie to a federal agent.

16               MR. RODRIGUEZ:  Okay.  I mean, I'm not lying.

17               BY AGENT ARMENTA:

18       Q.   Just so you know, it's -- it is -- it's a crime to

19   lie to us, okay?

20       A.   I asked --

21       Q.   And that's -- that could be a separate charged.

22       A.   -- if anyone had a taser (indiscernible) and they

23   did.  I said, we need a taser.

24       Q.   Who gave you a taser?

25       A.   I don't know.  I really don't know.  And they

1    didn't get it back.  Like, I turned -- I tried to give it

2    back and then I kept it.  Well, I don't have it now.

3            AGENT ELIAS:  (Indiscernible).

4            MR. RODRIGUEZ:  (Indiscernible).

5            AGENT ARMENTA:  Well, let me stop you right there.

6            MR. RODRIGUEZ:  I threw it away.

7            AGENT ELIAS:  Where?

8            MR. RODRIGUEZ:  When I came back from D.C.

9            BY AGENT ARMENTA:

10    Q.    Like my colleague was saying, there are other

11    be -- people being talked to right now, okay?  That are

12    talking to other agents like us and they're telling us their

13    story.  And --

14    A.    Who are you guys talking to?  The people that I

15    know, you're saying?

16    Q.    And, Danny, it shouldn't matter to you because

17    you're being completely honest with us, right?

18    A.    Yes.

19    Q.    So it shouldn't matter who we're talking to or

20    what information they're giving us.

21    A.    Right.

22    Q.    And I'm saying that because it is absolutely

23    important right now, all cards on the table.  I don't want

24    any confusion for you right now, okay?  It is imperative

25    that you be completely honest with us, because all those

1  people are going to say something, right?  And they're going

2  to tell a story.

3          They're going to tell their version of the story

4  and what happened.  And if their version matches up and it's

5  not what yours is, there's going to be a problem, right?

6  And right now, you're the one looking at -- you're in the

7  most trouble right now, okay?  I think you understand that

8  already.

9      A.   Yeah.

10     Q.   So who do you think D.C. is going to look at when

11 those stories don't match up?

12     A.   (No audible response.)

13     Q.   So I say that because I need you to be completely

14 honest with me.

15     A.   Nobody.  I don't have anybody else to --

16          AGENT ELIAS:  Okay.

17          MR. RODRIGUEZ:  I was there by my -- I mean --

18          BY AGENT ELIAS:

19     Q.   All right.  Let's bust the bubble for a minute.

20 Let's talk about the van trip from LA to D.C.

21     A.   Okay.

22     Q.   Who was in the van with you?

23     A.   We had some strangers go with us that we met and

24 there was --

25     Q.   Strangers that were in the --

1      A.   There was --

2      Q.   -- Patriots 45 MAGA --

3      A.   In the --

4      Q.   -- chat group?

5      A.   After.  Yeah.  We met them through the -- on that

6  day, though.  So there was people that went with us that

7  just wanted to go to D.C. that wanted a --

8      Q.   Like who?

9      A.   There was a woman named Marci (ph.).  There was a

10  guy named Al.  There was a guy named -- Marci, Al -- you

11  know my friend, Edward.  And Andy.  The Asian guy, Andy.

12      Q.   Okay.  Tell us about those people.

13      A.   I haven't talked to them since.

14      Q.   Okay.  That's not what I said.

15      A.   Okay.  So Andy was a friend of some woman that

16  went to the rallies and she recommended him, and Andy never

17  been to a rally before but he really was a Trump supporter

18  and wanted to go to D.C., so he went with us.  Marci was,

19  like, a older lady and she also was a Trump supporter and --

20  I don't remember anything really about Marci.  She was

21  just -- she's, like, a Hispanic lady, older.  I don't know

22  nothing really else about her.

23           Al, we picked him up in Scottsdale on our way.  He

24  needed a ride, too.  They're just regular people.  They're

25  not extremists or they didn't make -- like, they weren't

1    trying to do anything crazy.  They didn't do anything when

2    we went.

3         Q.   What about Ed?  You mentioned Ed.

4    (Indiscernible) --

5         A.   Edward and I are not talking anymore.

6              BY AGENT ARMENTA:

7         Q.   Why not?

8         A.   We had a falling out.  I ended up talking to his

9    ex-girlfriend after the trip, so me and him are not friends

10   anymore.

11        Q.   That Frischkorn?

12        A.   Um-hmm.  Is she going to be in trouble?

13             AGENT ELIAS:  Danny, you need to concern yourself

14   with yourself right now because my concern is you -- as much

15   as you're holding back from us right now -- because you know

16   we know all the names.  You know we've looked at your phone

17   records, your bank records, we -- and we've done it with

18   everybody else, so why hold back?

19             AGENT ARMENTA:  You're making it really hard for

20   us to help you.

21             MR. RODRIGUEZ:  What am I holding back?  I told

22   you about the van.

23             BY AGENT ELIAS:

24        Q.   Let's go back to the Patriots MAGA 45 group.  Is

25   that what it was called?

1        A.    Patriots MAGA 45.  On the Telegram?

2        Q.    Yep.  Let's talk about Telegram.

3        A.    There was a couple of groups on the Telegram and I

4  don't remember the names.

5        Q.    Okay.  How'd those start?

6        A.    One of them Edward started and that was --

7        Q.    What was that one called?

8        A.    I don't know.  I changed the name of that one.  I

9  think it was called MAGA Gang.

10       BY AGENT ARMENTA:

11        Q.    You were an administrator for that one?

12        A.    Yes.

13        Q.    What was the purpose of that group?

14        A.    I think just to stay in communication in case

15  civil war or something.  I don't know.  I didn't start it.

16  I was just -- it's just -- it was just people from our --

17  that we would meet and, you know, try to make a circle of

18  friends, likeminded individuals, you know?  People that you

19  can trust, I guess, like, to count on or you ever needed

20  help or talk about politics or get some stuff off your

21  chest.  As far as I know.

22       I mean, that's what Telegram is, is just -- it's

23  just a bunch of people that -- trying to find -- because if

24  you go to Facebook, it's -- I mean, Telegram's more of a

25  safe place.

```
 1            AGENT ELIAS:

 2       Q.   Why?

 3       A.   Because it's not -- it's more private.  It's

 4  not -- what do you call it?  You can share videos and things

 5  on there.  And if you put it on Facebook, it won't go

 6  through or it won't share --

 7       Q.   Sure.

 8       A.   -- or it'll get taken off or something gets

 9  censored, so it's, like -- it's less censored.

10       Q.   So who was in this MAGA Gang group?

11       A.   There was a lot.  At one point, there was, like,

12  30 or more than 30.

13       Q.   Okay.

14       A.   And right now, there's probably in the 20s.

15  People will come and go or -- and I don't know all of them.

16  I really don't.  I don't know a lot of those people.  And

17  some of them maybe I do know or I've seen their face or I

18  don't know their name or maybe I only know their name or not

19  the -- like, I don't --

20       Q.   Who do you know that's in that group?  Who do you

21  know?

22       A.   Edward.

23       Q.   What's his last name?

24       A.   Badalian.

25       Q.   And who else?
```

```
1        A.    I'd have to see the group.

2              AGENT ARMENTA:  Come on, Danny.

3              MR. RODRIGUEZ:  No --

4              AGENT ARMENTA:  Just who's --

5              BY AGENT ELIAS:

6        Q.    Kayla (ph.) in there?

7        A.    Yeah, probably.  Kaylin (ph.).

8        Q.    Kaylin?

9        A.    Um-hmm.

10       Q.    Okay.  Who else?

11       A.    Oh, there is a Kayla.  There is a Kayla.

12       Q.    Are both of them in there?  Kayla and Kaylin?

13       A.    Probably.

14       Q.    What about Andy?

15       A.    Yeah.  Andy got added afterwards.  Edward added

16  Andy as administrator.

17             AGENT ARMENTA:  What about Mellow (ph.)?

18             MR. RODRIGUEZ:  Mellow went with us.  I don't

19  know --

20             AGENT ELIAS:  What's Mellow (indiscernible) name?

21             MR. RODRIGUEZ:  -- a lot about Mellow.  Mellow is

22  somebody who -- he's not on Telegram.  I tried messaging him

23  before and he doesn't respond, and he'll just show up to the

24  rally sometimes.  I met him because, like, he's, like, a

25  friend of a friend.  He's, like, a little, short French guy
```

1    and, like, real easy to get along with.

2             BY AGENT ARMENTA:

3        Q.   Whose friend is he?

4        A.   He was, I think, this girl named Lisa.  She went

5    by Lisa Simpson, but she doesn't live around here anymore.

6        Q.   Okay.

7        A.   You know Lisa Simpson?

8        Q.   Um-hmm.

9        A.   So Lisa Simpson, she was, like, a big personality

10   and friendly, you know?  Just like -- okay.  So I met her

11   and then it's like friends of her -- she has other friends.

12   And you get, like, a -- you know, this person's -- you meet

13   people through other people at the rallies and --

14             AGENT ELIAS:  Was Lisa in the MAGA Gang group.

15             MR. RODRIGUEZ:  I think at one point.

16             AGENT ELIAS:  Okay.

17             BY AGENT ARMENTA:

18       Q.   Who else was in it that you can think of?

19       A.   Enrique.  Enrique's a good friend, but he never

20   went -- he never go to D.C. and he doesn't get in trouble.

21   He's a good guy.  There's a lot of people that -- Chris

22   Almonte.  He's a really good guy.  He's not part of

23   anything, like, that you guys would want him for.

24       Q.   Did he go to the Capitol?

25       A.   Yeah, he did.  But he wasn't -- he's one of those

1   nonconfrontational, just not arguing with people, and just

2   hanging out kind of guy.  That's who was in the van.

3          AGENT ELIAS:  So in the van was who again?

4   Because we were going over the MAGA Gang, so let me go over

5   the van.

6          MR. RODRIGUEZ:  Okay.  The van is Marci, Andy,

7   Edward --

8          AGENT ARMENTA:  Do you have last names, too?

9          MR. RODRIGUEZ:  Marci, no.  Edward Badalian.  Al,

10  I don't know his last name.  Who else was in the van?

11         BY AGENT ELIAS:

12     Q.   Lisa Simpson?

13     A.   No.  Lisa wasn't in the van.

14     Q.   Kaylin?

15     A.   No.  She wasn't --

16     Q.   Chris Almonte you said, yes?

17     A.   (No audible response.)

18     Q.   Enrique?

19     A.   No.  None of those people were in the van.  Those

20  are the people from the --

21     Q.   Okay.

22     A.   -- Telegram.  (Indiscernible) --

23     Q.   Who rented the van?

24     A.   It was Edward.

25         BY AGENT ARMENTA:

1      Q.   And you said Mellow was, too?

2      A.   Mellow was in the van.

3      Q.   Mellow was in the van?  And Kayla or Kaylin?

4      A.   (Shakes head.)

5      Q.   Neither one of them were?

6      A.   Mm-mm.

7      Q.   Okay.

8           AGENT ELIAS:  Did you guys all chip in for gas?

9  Who paid for the van and the --

10          MR. RODRIGUEZ:  Edward paid for the van.  I ended

11  up putting in, like, a hundred bucks, but Edward was

12  determined to --

13          BY AGENT ARMENTA:

14     Q.   Did Edward rent the van?

15     A.   Yeah.

16     Q.   Did he rent it with someone else?

17     A.   I don't know.  I mean, maybe with Kaylin.

18     Q.   With who?

19     A.   Maybe with Kaylin.

20     Q.   Kaylin?

21     A.   I don't know, because he was -- he made all the

22  arrangements and there was some kind of misunderstanding

23  with the van.  We were going to get a different van, like, a

24  bigger van, like a commercial van or something, and

25  something happened that he didn't know, that he couldn't get

1    it, or whatever and --

2         Q.    Is that when him and Kaylin were still together,

3    or --

4         A.    Shit, I think they're still together.

5         Q.    Okay.  Okay.  So they went together to get the van

6    then?

7         A.    I don't know.  I don't -- I wasn't in the thing,

8    how it happened.  I don't know what it cost or who put their

9    name --

10        Q.    Okay.

11        A.    I mean, they did it together.

12              BY AGENT ELIAS:

13        Q.    Who drove?

14        A.    I drove part of the way.

15        Q.    Did everybody take turns driving pretty much or --

16        A.    Most, yeah.  There was probably one or two people

17   that didn't.

18        Q.    Yeah.

19        A.    Like, Mellow doesn't have a driver's license, do I

20   didn't want him driving.

21        Q.    Okay.

22        A.    Or he doesn't have a car.  I don't know if he has

23   a driver's license but he didn't have a car, so I was like,

24   you're not going to drive if you don't have a car.  I mean,

25   I don't know how you're going to drive.

59

1       Q.   Did Ed drive?

2       A.   Um-hmm.

3            AGENT ARMENTA:  And what was the idea?  Like, why

4  drive a van?  Why not just fly or -- because that's a long

5  way to drive.

6            MR. RODRIGUEZ:  I don't fly because I have issues

7  with flying.  But there was an idea that, if anybody needed

8  to take anything, like, weed maybe, knife, pepper spray,

9  that stuff's not going to be able to get on the plane.

10            AGENT ARMENTA:  That makes sense.

11            BY AGENT ELIAS:

12       Q.   So were those things taken?

13       A.   (No audible response.)

14       Q.   I take it because you listed them to us, yes.

15       A.   Yeah.

16       Q.   So people took weed --

17       A.   Yeah.  I took weed.  I took a knife.  I  took

18  pepper spray.

19       Q.   You took pepper spray?

20       A.   I mean, I didn't use it.  I mean, I kept it in the

21  van.  It was in my bag.

22            BY AGENT ARMENTA:

23       Q.   What about a gas mask.  Did you take a gas mask?

24       A.   I was provided a gas mask.

25       Q.   From who?

1          A.    Edward.

2          Q.    What other items did other people take?  Did other

3    people take knives, pepper spray, or gas masks?

4          A.    I don't know.  Maybe there was --

5          Q.    I mean --

6          A.    I remember seeing a can of wasp spray.

7                AGENT ELIAS:  (Indiscernible)?

8                MR. RODRIGUEZ:  Wasp spray.

9                AGENT ELIAS:  Oh, yeah.

10               MR. RODRIGUEZ:  (Indiscernible) --

11               BY AGENT ELIAS:

12         Q.    Did anybody claim that that was theirs?  They were

13   going to take that to use it?

14         A.    I don't know.  I told them not to use it,

15   whoever's it was.  I think it was Marci's.

16         Q.    Okay.

17         A.    But I was like, that's not -- that's going to

18   blind somebody and do permanent damage.

19               BY AGENT ARMENTA:

20         Q.    Did anybody give you guys anything to take for

21   them?

22         A.    Not me, personally, no.

23         Q.    What about the group that you know of?

24         A.    I don't know.  I didn't take anything from

25   anybody.

1          BY AGENT ELIAS:

2      Q.   All right.  You know what we're driving at.  We

3  already know.  We know the taser was -- there was

4  arrangements with the taser before you guys left LA.

5      A.   I didn't take anybody's taser.

6      Q.   So who took the taser?

7      A.   I don't know.  There was -- I saw a -- like, a

8  light blue taser.

9      Q.   Who transported that?

10     A.   I guess it was just all of us in the van.  What do

11  you mean?  Like, I didn't carry it.  I didn't have it --

12     Q.   Whose taser was it?

13     A.   I think it was Kayla's.

14     Q.   Kayla's?

15     A.   Kayla.  There's Kaylin and there's Kayla.

16     Q.   Right.  So Kayla -- it was Kayla's taser and she

17  asked somebody in the group to take the taser?

18     A.   Yeah.  She might've said it -- she might've asked

19  me.

20     Q.   She asked you.

21     A.   But she -- and I told her, yeah, or something, but

22  I never got it.

23          BY AGENT ARMENTA:

24     Q.   But you saw it.

25     A.   I remember seeing a light blue taser, yeah.

1        Q.    In the van?

2        A.    Somewhere, yeah.  It was, like, a baby blue one,

3   but I never used it or -- that's it.

4        Q.    Do you know who had it?

5        A.    Mm-mm.

6        Q.    Where did you see --

7        A.    I don't think anybody had it.

8        Q.    But where did you see it in the van?

9        A.    I don't know.  Maybe somebody just, like, had it

10   in their hand or something.  Like, was just, like, putting

11   it into somewhere, but I remember seeing there was a light

12   blue taser, baby blue.

13        Q.    Because I was just thinking, if I'm bringing a

14   taser, like, you would know about it because I'd be playing

15   with it or I'd be, you know, joking around --

16        A.    You know what?  There was another taser.  There

17   was two tasers.

18        Q.    Okay.

19        A.    There was a -- Andy bought a taser, but we never

20   used it.  I think it got returned.  Think he bought it and

21   Edward was like -- yeah.  I think he said -- I think we got

22   a call or message or something.  He's like, hey, I'm buying

23   stuff.  I'm at the store.  There's a taser here.  Should I

24   get it?  Or something like that.

25             And I don't remember but I think Edward was like,

1   oh, yeah.  Like, it was a flashlight and a taser combination

2   and that was what somebody was playing with.  You're right.

3   Somebody was, like -- you know, like, if you have a taser,

4   you're (indiscernible).

5        Q.    Yeah.

6        A.    So --

7        Q.    We have cops here who, like, play with tasers, so

8   I know you guys were --

9        A.    It was that flashlight one, but nobody used that

10   on anybody and that got returned to the store, I believe.

11        Q.    Okay.

12        A.    I think.  But that baby blue one was Kayla's, but

13   she never got it.

14             BY AGENT ELIAS:

15        Q.    Why did she ask you to take the taser?

16        A.    We've had issues.  We've had issues with BLM and

17   Antifa.  I'm telling you.

18        Q.    Sure.

19        A.    I've been pepper-sprayed.  That guy Gabe that used

20   to be a friend of mine, he was stabbed for wearing a MAGA

21   hat.  He got stabbed in his arm.  Edward got jumped on

22   Halloween.  We've had a knife pulled out on us here in

23   Riverside on -- over by the Tyler Mall.  We did a rally and

24   some guy came out with a big, ass knife on us and told us to

25   get out of there.

1          We've had a -- I had a gun pulled out on me.  Not

2  pulled out, but he opened his trunk and he had a gun in his

3  trunk, because we were in Venice Beach and I was the last --

4  we had our flags.  So we've had -- been stabbed, I've been

5  pepper-sprayed, knives, guns --

6          Q.   Sure.

7          A.   -- so, it just comes with the territory.  Like you

8  said, you know, like, cops have their guns and we were just

9  out there with --

10         Q.   So how many days before you guys left did Kayla

11  come to you and say, can you take this taser for me?

12         A.   Before we left?  Oh, I don't know.  I don't

13  remember when she got it.  I really don't know how she got

14  it to Edward.  He met her or she met him or he -- they

15  live -- Edward lives far from me.  I live over here and --

16         Q.   But when did Kayla give you the taser?

17         A.   She didn't give it to me.  I don't know.

18         Q.   You told me earlier that she asked you to take it.

19         A.   She asked me to take it, but I never saw her.  I

20  didn't get it from her.

21         Q.   You got it through Ed?

22         A.   No.  No, no, no.  She gave it --

23         Q.   So how'd you get it?

24         A.   -- to Ed.  I never got it.  I never --

25         Q.   Okay.  That's what -- okay.  So she -- Kayla gave

1  it to Ed --

2      A.   She didn't give it to me.  She gave it to him

3  instead.

4      Q.   And Ed gave it to you?

5      A.   No.  I never got it.

6      Q.   Okay.  So she asked you to take it, but you never

7  took receipt of it?

8      A.   Yes, sir.  She asked if I could take it.  I think

9  she asked --

10      Q.   Somehow Ed, though, was -- to your understanding,

11  Ed ended up with the taser and it came with you guys in the

12  van.

13      A.   Yeah.

14      Q.   That's correct?

15      A.   Yeah.

16      Q.   Okay.

17      A.   But nobody -- I don't think it ever left the van.

18          BY AGENT ARMENTA:

19      Q.   Danny, I think -- let me just kind of stop you

20  right there because I want you to just be absolutely clear

21  on where we're coming from here, okay?  So you're telling us

22  that you -- Ed got a taser, he had it, you never had it, and

23  you never used it.

24      A.   Ed got it.  Ed got the light blue baby -- taser, I

25  believe, from Kayla to give to her when she was in D.C.,

1  when they saw each other again.

2       Q.   Okay.

3       A.   But she -- because she couldn't take it on the

4  plane, I guess.  I don't know if those are not allowed on

5  the plane?  So he -- she never got it or needed it and we

6  just brought it back in the van with us.  And then there was

7  another taser that was bought right before we left and

8  Edward said, I think, that he was going to -- he wanted it

9  and then never used it either.  Stayed in the van as well

10 and then that got returned to the store.

11      Q.   And see, that's where I'm having the hard time

12 here is because Kayla gave you guys a taser, gave it to Ed,

13 you had it, and you --

14      A.   No, I didn't have it.

15      Q.   Not you.  It was in the van, the group had, and

16 then you had it -- or, the group had it when you went back.

17 But then in the middle on the 6th, you got a taser from

18 someone else.  Some random person.

19      A.   A black one.

20      Q.   Gave you a taser and that's what you used on the

21 officer.

22      A.   (Nods head.)

23      Q.   You see how that's kind of weird to me?

24      A.   No.  I mean, no, I don't.  What's weird?

25           BY AGENT ELIAS:

1     Q.   Well, describe to us more, then, how you ended up

2    with this other taser from some random stranger because,

3    right now, it seems a little more logical that the taser

4    that was used by you was the taser that was brought from LA.

5     A.   Yeah, for sure.

6     Q.   So explain to us.  We're happy to listen.

7     A.   I just asked.  I said, we need a taser.  I yelled.

8    I yelled in the tunnel.  I'm like, we need somebody with a

9    taser up here.  And someone pulled it out of their pocket

10   and gave it to me, and it was, like, in a little leather --

11   it was, like, a little pouch.  It was, like, square.  Almost

12   like a pack of cigarettes, like a square.  And then I didn't

13   know how to use it or turn it on and I'm like -- I was like,

14   what is this?

15       And then like the guy takes it back from me or I

16   give it back to him and he takes it out of the case.  And

17   then he flips a switch, and he tests it or pushes it for me,

18   and he gave it to me.

19       AGENT ARMENTA:  Didn't you just say it was a Black

20   woman that gave it to you?

21       MR. RODRIGUEZ:  No?

22       AGENT ELIAS:  Yeah, you did.

23       MR. RODRIGUEZ:  A Black woman?  No, I ask the

24   taser was black.

25       AGENT ELIAS:  No, you said a Black woman gave it

1   to you.  You interrupted him to say --

2              MR. RODRIGUEZ:  No, I --

3              AGENT ELIAS:  -- it was a Black woman that gave it

4   to you.

5              MR. RODRIGUEZ:  -- for sure haven't said anything

6   about a Black woman.

7              AGENT ARMENTA:  You did.

8              MR. RODRIGUEZ:  Where's the cameras or the

9   recording?  There's no -- I never said, Black woman.

10             AGENT ARMENTA:  Okay.

11             MR. RODRIGUEZ:  What do you mean, Black woman?  I

12  never said anything about a Black woman.

13             BY AGENT ELIAS:

14      Q.   All right.  So it -- you're willing to accept the

15  fact that the taser you had was from some random stranger.

16  And if any of your friends that we're interviewing today

17  tell us something to the contrary, how will that reflect on

18  you?

19      A.   Oh, they're not.  It's a hundred percent true.

20  It's a hundred percent true.  It was just (indiscernible) --

21      Q.   Because you remember, your --

22      A.   I'm not lying.  I will not lie.  I'm not lying.

23      Q.   And I think you are.

24      A.   I'm not.  I'm not going to --

25      Q.   And I'm going to explain to you why if you keep

1  going.

2      A.   You think I'm protecting them because of the

3  taser?  No.

4      Q.   Because I -- you told us you were in the tunnel

5  when you called for a taser.

6      A.   Um-hmm.

7      Q.   Earlier, you told us you were in the tunnel, you

8  were getting squished, and so you left the tunnel for about

9  a half hour and came back, you had the taser in your hand,

10  and you walked up and you tasered the officer once in the

11  neck.  And you did it because you felt like he was accosting

12  Trump supporters, or patriots.

13      A.   No.  I didn't do it because I felt he was

14  accosting Trump supporters or patriots.  I just thought that

15  he was going to get in -- he was struggling.  Like, they

16  were pulling him out and I --

17      Q.   He was struggling with who?

18      A.   Like, they were carrying him.  They were, like,

19  holding his arms and his legs and his feet.  I don't know

20  who those people were.  I --

21      Q.   So why would you taser somebody that's being

22  carried?

23      A.   I guess --

24      Q.   Danny, you realize you assaulted that man, right?

25      A.   Yes.

1    Q.   And you realize right now you're -- whatever

2  fabrication you're telling us --

3    A.   No.  (Indiscernible) --

4    Q.   -- is not helping your situation.

5    A.   I'm a hundred percent not fabricating anything at

6  all.

7    Q.   Okay.  Then, let's go back over it and you tell me

8  again how you ended up in the tunnel and how you ended up

9  with the taser --

10   A.   I just said -- I just went --

11   Q.   -- and how you ended up tasering Officer Fanone.

12   A.   I just ended up in the tunnel because that's where

13  everybody was trying to get in the building.

14   Q.   Okay.  Explain it to me again in story form.  I'm

15  all ears, because I want to hear the story.  I want to hear

16  the truthful story, though.

17   A.   So I called for tasers because I felt that we were

18  going to get in -- that's how -- that we were going to get

19  in if we could get tasers up to the front.  Like, we didn't

20  have -- we're not calling for knives or guns or shoot them.

21  I'm just -- we're trying to get in the building to try to

22  occupy the building.

23        AGENT ARMENTA:  Okay.

24        MR. RODRIGUEZ:  So I called -- I shouted.  I

25  turned around and I'm like, hey, we need tasers up here.

1   And I thought someone was going to come up with a taser, not

2   hand me a taser.

3           BY AGENT ELIAS:

4       Q.   Okay.  So who -- how did you get the taser?

5       A.   It was just some guy, I swear.  It was just --

6       Q.   Describe him to me.

7       A.   I really don't know.  He was -- I'm in the tunnel

8   and he was behind me on the right -- I mean, on the left,

9   like, kind of by the entrance of the tunnel.  And at the

10  time that -- at that time that happened, it wasn't super

11  packed in there.  There was still little space to walk

12  around right there.  Later on, it got, like -- they got,

13  like, a ton of people.  But at that time, there was enough

14  room to, like, turn around and -- we need tasers, and we

15  need a taser up here, and I got handed a taser.

16          AGENT ARMENTA:  What was he wearing?  Describe it.

17  How tall was he?  How big?

18          BY AGENT ELIAS:

19      Q.   Who are we looking for on the video, because, you

20  know, it's all on video.

21      A.   If you find him on the video, then you -- I really

22  don't know.

23      Q.   Because you know what we see on video?

24      A.   Mm-mm.

25      Q.   We see you produce a taser with your right hand

1    out of your pocket.

2         A.   Well, right.  I mean, I had -- okay.  So I had the

3    taser --

4         Q.   And you're not in the tunnel.  You're no the

5    steps.

6         A.   This is true, yes.  So he gives me the taser, but

7    when I give it -- when I turn around to give it back him, I

8    don't know who's there.  I also had a megaphone.  I looked

9    for my -- I lost my megaphone there, too.  So I put the -- I

10   either dropped the megaphone and then I tried to give him

11   the taser -- I turned around, there -- I don't know.  Nobody

12   was standing there waiting for a taser.  I didn't know who

13   to give it to.  I was waiting for somebody to, like -- can I

14   have my taser back.

15        Q.   Sure.

16        A.   So it was guy.  That's all I know.  It was a male,

17   maybe -- not too old, not to young.

18        Q.   That's --

19        A.   Regular, average guy, like --

20        Q.   You just described 50 percent of the United States

21   population.

22        A.   Right.  He's just -- he was just there, whoever it

23   was.  I honestly think there was two people who were

24   offering a taser and one of them -- I just took it from one

25   of them.  I did put it in my pocket because I didn't return

1   it to anybody.  Nobody -- I'm like, okay.  Now I got a

2   taser.  I'm like, okay.  I lost my megaphone, I can't find

3   it, but now I have a taser.

4        Q.   Okay.  So you think that Officer Fanone's being

5   carried out, held by his arms and legs.  Why did you taser

6   him?  You said he was struggling.

7        A.   I just kind of --

8        Q.   At that point, he's struggling to be let go.

9        A.   Yeah.

10       Q.   And you chose to assault him while he's

11  struggling?

12       A.   Well, I just felt that, like -- I didn't know what

13  they were going to do to him.

14       Q.   And so, you tasered him to protect him?

15       A.   I mean, that sounds stupid.  I don't know if I

16  tasered him to protect him, but maybe just to, like -- so he

17  wouldn't struggle and get hurt, maybe.  If they're going to

18  beat him up or injury him or, like -- I don't know if

19  they're going to -- I don't know what was going to happen to

20  him.

21            And, honestly, I didn't think very much about it

22  because, when I did it, I was like, oh, my God.  What did I

23  just do?  And I got out of there.  I left.  I did it and I

24  left.  (Indiscernible).  The taser that was -- there was

25  three tasers.  Two we brought.  None of them -- none of

1  those that we brought got used.

2           (Special Agent Elias scrolls through videos on his

3  phone.)

4           BY AGENT ARMENTA:

5     Q.    Danny, you understand how serious this is, right?

6  You understand that you're the one facing, like -- full

7  disclosure, all the cards are out on the table, you're

8  looking at seven federal felony counts.  Seven.

9     A.    What is that?  The rest of my life in prison?

10    Q.    It's a lot of years, man.  So if you're not

11 completely honest with -- because you're not being honest

12 with us.

13    A.    I am being honest.

14    Q.    Listen.  Listen, Danny.

15    A.    I am being -- what am I not being honest about.

16    Q.    I can't help you if you're not being honest with

17 us.

18    A.    Okay.  What am I not being honest about, guys?

19           AGENT ELIAS:  Let me play this for you.

20           (Special Agent Elias plays interview of

21 Officer Fanone.)

22           OFFICER FANONE:  "You know, trying to fight best I

23 could.  I remember, like, guys were stripping me of my gear.

24 These were rioters pulling my badge off my chest."

25           MR. RODRIGUEZ:  I didn't see any of that.

1          OFFICER FANONE:  "They ripped my radio" --

2          MR. RODRIGUEZ:  I didn't see any of that.

3          AGENT ELIAS:  Just listen.

4          OFFICER FANONE:  -- "off of -- off my vest,

5    starting pulling, like, ammunition magazines from their

6    holder on my belt.  And then some guy started getting a hold

7    of my gun and" --

8          MR. RODRIGUEZ:  I mean, I didn't see any of that.

9          OFFICER FANONE:  -- "they were screaming out, you

10   know, kill him with his own gun."

11         MR. RODRIGUEZ:  I didn't hear that.  I didn't hear

12   that.

13         OFFICER FANONE:  "At that point, you know, it was

14   just, like, self-preservation, you know, how do I survive

15   this situation.  And I thought about, you know, using deadly

16   force.  I thought about shooting people.  And then I just

17   came to the conclusion that, you know, if I was do that,

18   yeah, I might get a few, but I'm not going to take everybody

19   and they'll probably take my gun away from me.  And that

20   would definitely give them the justification that they were

21   looking for to kill me if they" --

22         (Special Agent Elias stops the video.)

23         MR. RODRIGUEZ:  I wasn't going to kill him or try

24   to kill him.  I wasn't going to kill anybody --

25         AGENT ELIAS:  Look.

1        MR. RODRIGUEZ:  -- or cops.

2        BY AGENT ELIAS:

3    Q.    The disparity is in between your story and what

4    happened to Officer Fanone and what's on video.  I can show

5    you the video of you tasering him twice.

6    A.    It was not twice.

7    Q.    I'll show it to you in just a minute.

8    A.    Show it to me, please.

9    Q.    I will.  But the disparity between what you're

10   saying happened, describing, oh, I'm such a benevolent man

11   coming up to a poor officer who's struggling to keep -- to

12   survive, thinking he's going to die.  Let me help him out.

13   Let me taser him.  Is that really the story you want to be

14   written about you?  Is that in all of my benevolence, I

15   decided I was going to taser this man who is struggling for

16   his life in that moment and thinking he's going to die.

17   Four daughters.

18   A.    No.  I wasn't trying to kill him.  I didn't want

19   him to die.

20   Q.    Then, tell us what happened.  Don't leave the

21   story be this crappy story that you're telling us right now,

22   that you were just there to help him and taser him.

23   A.    No, I wasn't -- I was --

24   Q.    Danny.

25   A.    I'm not smart.

1      Q.   Think about your mom.

2      A.   No.  I'm just not smart.  I'm not lying to you

3  guys.  I'm not lying (indiscernible) --

4      Q.   You need to think about --

5      A.   I'm not lying about anything.

6      Q.   -- how Danny's story is going to be written.

7      A.   I haven't lied about anything.  I haven't lied

8  about anything to you guys so far.  I have not lied in

9  anything.  I have not lied anything --

10          AGENT ARMENTA:  Danny, just take a minute.  Listen

11  to him, okay?

12          BY AGENT ELIAS:

13      Q.   You are in a great position right now to help

14  yourself.

15      A.   (Indiscernible) --

16      Q.   We're your two advocates right now.  We can

17  advocate to the prosecutor, hey, Danny was -- Danny made

18  some mistakes.

19      A.   I'm not lying.

20      Q.   But right now, neither Agent Armenta or myself

21  feel confident in what you're saying.

22      A.   Okay.  What do you want me to tell you?  That I

23  tased him?  Yes.  I --

24      Q.   Explain what you did.

25      A.   Am I fucking piece of shit?  Yes.

1    Q.   Why did you tase him?

2    A.   (Crying.)  I don't know.  I'm a piece of shit.

3  I'm sorry.  I don't know.  He's a human being with children,

4  and he's not a bad guy.  He sounds like he's just doing his

5  job and he's -- I'm an asshole.

6    Q.   But why?  Why would you go up there with a taser?

7    A.   (Crying.)  I said I don't know.

8    Q.   Why would you take that taser that was given to

9  you from your friends and tase him?

10   A.   It wasn't given to me by my friends.  It was given

11 to me by a stranger.  I swear to God.  I swear to God.

12 These are not the same tasers.  I'm telling you.  I'm not

13 trying to protect them.

14   Q.   Okay.  So --

15   A.   I'm not trying to protect somebody.

16   Q.   -- let me pull the video, because I want you to

17 see it, of you tasering him.

18   A.   A hundred percent, it was not twice.  For sure, I

19 did not tase him twice.  For sure.

20        (Special Agent Elias plays a CBS News video.)

21        MR. LESHAN:  "Office Fanone was among a phalanx of

22 police at a west entrance here.  D.C. Police almost never

23 let us talk to line officers, but they wanted us to hear

24 from this hero of democracy.  This is the hallway where

25 Officer Fanone and his comrades refused to yield."

1                    AGENT ELIAS:  Were you in this hallway?

2                    MR. RODRIGUEZ:  (Shakes head.)  I mean, I was --

3     no.

4                    OFFICER FANONE:  I say, well, we're going to go.

5     You know, suit up.

6                    MR. LESHAN:  "Fanone has been working plain

7     clothes for a decade.  He could've spent the riot waiting at

8     his desk, but he and his police and duck hunting partner,

9     Jimmy Albright, self-deployed to the Capitol."

10                   OFFICER FANONE:  "He said, he's bent over at the

11    waist and he's dry-heaving, obviously, from, you know,

12    inhaling all the CS gas."

13                   AGENT ELIAS:  Can you see if you can find that

14    video?

15                   AGENT ARMENTA:  Yeah.

16                   MR. LESHAN:  "One of the first police commanders

17    he encountered was the head of investigations."

18                   OFFICE FANONE:  "And I remember thinking to

19    myself, like" --

20                   AGENT ELIAS:  Do you remember the fire alarm going

21    off in that hallway?

22                   MR. RODRIGUEZ:  (Shakes head.)

23                   OFFICER FANONE:  -- "this dude looks like George

24    [censored] Patton."

25                   RIOTERS:  "Heave-ho.  Heave-ho."

1          MR. RODRIGUEZ:  I wasn't in there for that.

2          MR. LESHAN:  "Officer Daniel Hodges" --

3          MR. RODRIGUEZ:  I think I got out before that.

4          OFFICER HODGES:  (Anguished shouting.)

5          MR. LESHAN:  -- "had already been squished" --

6          MR. RODRIGUEZ:  Yeah.  I don't -- I didn't see

7   that.

8          MR. LESHAN:  -- "between the door and the mob

9   screaming heave-ho.  Fanone says it was like medieval

10   combat."

11          OFFICER FANONE:  "And it was, like, the real life

12   *300*, minus the six-pack abs, which none of us have."

13          MR. LESHAN:  "Somehow, the mob grabbed Fanone out

14   of the line and dragged him into the mob, beating, tasing,

15   smashing him with flag poles."

16          OFFICER FANONE:  "I remember thinking, like, at

17   the moment that I got out side, like, holy [censored], like,

18   there's a lot of [censored] damn people here."

19          INTERVIEWER:  "Did you think you were going to die

20   out there?"

21          OFFICER FANONE:  "Guys were, like, grabbing gear

22   off my vest and I remember guys chanting, like, kill him

23   with his own gun.  Yeah, I thought about killing people.

24   I'd probably shoot a couple and then they're going to take

25   the gun away from me."

1              MR. RODRIGUEZ:  I don't think they were trying to

2    kill him with his own gun.  Maybe one person said that.

3    They weren't chanting that.

4              MR. LESHAN:  "Fanone thought of his four

5    daughters.  'I have kids,' he told the rioters, and a couple

6    of them showed mercy."

7              OFFICER FANONE:  "Thank you, but [censored] you

8    for being there."

9              (Special Agent Elias stops the video.)

10             MR. RODRIGUEZ:  What do you mean?  They helped

11   him, and he just said, fuck you?

12             AGENT ARMENTA:  This is the video right here.

13             (Special Agent Armenta plays a video with no

14   audio.)

15             AGENT ARMENTA:  See, they even -- have you seen

16   this?

17             MR. RODRIGUEZ:  It was only one time.  There's no

18   way it's twice.  It's edited if it's twice.

19             AGENT ELIAS:  You strike him on the right side --

20   on his left side and he recoils and grabs, and you come back

21   in and you do it again.

22             MR. RODRIGUEZ:  Mm-mm, mm-mm, mm-mm.

23             AGENT ELIAS:  Thousand percent.

24             AGENT ARMENTA:  It's right there.

25             AGENT ELIAS:  Watch the video.  See if I can find

1    the straight video.

2              AGENT ARMENTA:  There's the taser.

3              AGENT ELIAS:  Is that you?

4              MR. RODRIGUEZ:  Yeah.

5              AGENT ELIAS:  Is that your hat?

6              MR. RODRIGUEZ:  Yeah.

7              AGENT ARMENTA:  I mean, they did all the work for

8    us.

9              MR. RODRIGUEZ:  Yeah.  I'm telling you, they set

10   us up on purpose.

11             BY AGENT ELIAS:

12       Q.   Did somebody stick a taser in your hand?

13       A.   No.  I'm saying they set up as far as, like, they

14   went over there to film everybody that they recognized,

15   like, to do this on purpose afterwards.  No, they didn't

16   stick a taser in my hand.  I did.

17       Q.   You tased the officer.  Nobody put -- Trump didn't

18   put you up to tasing the officer.

19       A.   No, no.  No, he didn't.  I did.

20       Q.   You did it all on your own.

21             (Special Agent Armenta stops the video.)

22             MR. RODRIGUEZ:  Yes.

23             BY AGENT ELIAS:

24       Q.   Isn't it true, Danny, that you and your friends

25   planned weeks in advance to go to that rally with weapons

1   and gear, that you practiced how you were going to do

2   things?

3       A.   I didn't have any gear.  I didn't take any

4   weapons.

5       Q.   You took a knife --

6       A.   I always have a knife.

7       Q.   -- and pepper spray.

8       A.   That's always in my car.

9       Q.   And you were given a gas mask.

10      A.   That's always in my car.  I mean -- okay.  I've

11  been --

12      Q.   You took those things.

13      A.   I have a -- everybody has a -- I mean, it was a

14  little, four-inch pocket knife, okay?  My pepper spray is

15  just -- it's just something that you have.

16          BY AGENT ARMENTA:

17      Q.   What about the gas mask?

18      A.   I didn't buy the gas mask.

19      Q.   You just carry that with you?

20      A.   The gas masks were taken and I didn't -- I was --

21  there was, like, some -- like, four gas masks, like, bought

22  and I was just -- one was -- like, here, you can have a gas

23  mask.  But I didn't take it and I didn't wear it.  I didn't

24  have it.  It was in the van.

25      Q.   But you see what we're -- like, that shows

1   preparation, right?  That shows --

2        A.   I didn't prepare for that.

3        Q.   -- planning.

4        A.   I didn't plan that.  I didn't buy that.

5        Q.   When, like --

6        A.   I didn't wear it.  I didn't take it.  I left it

7   there.  I didn't put it on.  I don't have it.

8        Q.   That doesn't matter, Danny.  It shows planning and

9   preparation.  You took those things.  You don't take

10  things --

11       A.   I didn't pack them.

12       Q.   -- for no reason.  Nobody takes things for no

13  reason.  And when we tell D.C. what we said and what we

14  discussed, and they ask us, was Danny cooperative?

15       A.   None of that stuff was --

16       Q.   Did he tell you (indiscernible) -- they're going

17  to ask me, well, what did he say about the weapons?  What

18  did he say about the gas masks?

19       A.   None of that stuff was on me.

20       Q.   What did he say about the mace and --

21       A.   None of that --

22       Q.   -- the pepper spray?

23       A.   -- stuff was on me when I was at the Capitol.

24       Q.   What do I tell them?  I'm asking you -- my

25  colleague was asking you --

1      A.    I didn't --

2      Q.    -- what the preparation was to go there, what you

3  guys were planning.  You brought stuff planning for

4  something.  What was it?

5            BY AGENT ELIAS:

6      Q.    I mean, you said --

7      A.    We were planning --

8      Q.    -- Andy called Ed and said, hey, there's a taser

9  here.  Should I buy it?  Ed said, yes.  You already told us

10 that.  Why is Andy calling Ed saying, should I buy a taser

11 if you're -- and you guys took the taser to D.C., if you're

12 not preparing?

13     A.    That's not me.

14     Q.    Okay.  Well, tell us about it, though.  Tell us

15 about the preparations the group did.

16     A.    The preparations were for BLM and Antifa.  We

17 thought that they were going to go -- we thought we were

18 going to hit it like a civil war.  There was going to be a

19 big battle.  This is what I thought.

20     Q.    Okay.

21     A.    I thought there was going to be a big battle in --

22 I thought that there was going to be battles across the

23 country.  I thought that there was going to be fighting, for

24 some reason, in different cities and I thought that the main

25 fight, the main battle, was going to be in D.C. because

1    Trump called everyone there.  And then I thought that that

2    was going to bring BLM and Antifa there, and it was going to

3    be, like, a big battle.  That's what I really thought.  They

4    didn't -- that's not what happened.

5         Q.   So how did you prepare for battle?

6         A.   (No audible response.)

7         Q.   Tell us about paintball.

8         A.   Just, like, jogging.

9         Q.   Tell us about paintball.

10        A.   Oh, paintball?  I mean, I don't even own a gun.

11   Paintball was just, like, to get people -- to try and get

12   people to work together and follow directions in order to --

13   paintball was just, like -- it just wasn't -- it was --

14        Q.   Who went to paintball?

15        A.   -- just fun.

16        Q.   Who went to paintball?

17        A.   Edward.  Kaylin went once.  No, we invited

18   everybody.  We tried to get a lot of people to go.  We tried

19   to always -- I mean, Edward even made some flyers to go,

20   like, get people going and active.  Like, we were trying to

21   get, like -- build, like, a camaraderie, like a team, like

22   a -- people who -- we were just trying to get friends.

23   We're just trying to make friends and get likeminded

24   individuals together.

25        Q.   Did you practice formations?

1      A.   No.  Like --

2      Q.   Is that part --

3      A.   -- stacking up and entering a building or

4  something?

5      Q.   Or just working together.  How to work together --

6      A.   I think we were -- I think that's -- I think that

7  was maybe, like, what we thought was going to happen, but,

8  you know, when you go to paintball, it's just -- have you

9  guys ever been paintballing?

10      Q.   Just becomes more of a free-for-all?

11      A.   Yeah.  There's just -- you can't take orders.  You

12  don't know the map and it was just -- there's strangers and

13  there's --

14           BY AGENT ARMENTA:

15      Q.   Was there someone trying to organize it to make it

16  more, you know, tactics-based?  Like a learning --

17      A.   I guess that's what the -- what Edward wanted but,

18  you know, he's not a military person or -- you know?  I

19  mean, I tried listening to him and, like, he'd be like,

20  okay, I'll cover you.  Go.  And I remember one time I

21  just -- he's like, go.  And then as soon as I put my head

22  up, I got shot in my face.  So I'm like, okay.  It's not

23  going to work.  I mean --

24      Q.   Did he see himself as, like, a military person?  A

25  military leader?

88

1     A.   I think he might.  I learned -- I never had been

2  paintballing before and I learned that it's -- if that was

3  real bullets, there's no chance.  You pick your head up and

4  you get shot with a paintball, like, bullets?  This is

5  not -- it's not fun.  That's not going to be -- that's not

6  going to end well, you know?  Running for cover and --

7  that's not fun.  That's not going to be cool.

8     Q.   Did you guys ever go shooting?

9     A.   I went shooting once --

10     Q.   Who went?

11     A.   -- with Edward.  Edward and his girlfriend, Sam.

12  Some girl, Sam, he was seeing.

13     Q.   And what did you guys shoot?

14     A.   He had a .45.

15     Q.   Edward did?

16     A.   Yeah.

17     Q.   And that was it?

18     A.   Yeah.

19          BY AGENT ELIAS:

20     Q.   Did you take your mom's gun?

21     A.   No.  My mom don't have a gun.  My mom --

22     Q.   Whose .45 is at the house?

23     A.   There's no .45 at my house.

24     Q.   Yeah, there was.

25          BY AGENT ARMENTA:

1          Q.   It was there.  We saw it.

2          A.   Huh?

3          Q.   Yeah.

4          A.   Where?

5          Q.   There's a .45 in there.

6          A.   No.  You guys are lying.

7               AGENT ELIAS:  No, in the bedroom.

8               MR. RODRIGUEZ:  Whose bedroom?  My mom's?

9               AGENT ELIAS:  Yeah.

10              AGENT ARMENTA:  Yeah.  It was there.  SWAT found

11    it right away.

12              MR. RODRIGUEZ:  My mom has a .45?

13              AGENT ELIAS:  She said there's no guns in the

14    house.

15              MR. RODRIGUEZ:  Oh, then, there's no gun in the

16    house.

17              AGENT ARMENTA:  No, we're not lying to you.  There

18    was a gun in the house.

19              MR. RODRIGUEZ:  I don't own a gun.  I don't have a

20    gun.

21              AGENT ARMENTA:  (Indiscernible) --

22              BY AGENT ELIAS:

23         Q.   Did you buy a gun at Ammo Brothers?

24         A.   I tried.  I tried to buy a Glock.

25         Q.   Why?

1        A.   Because I had money at the time.  Like, I've

2   always wanted a gun and I needed the money, so I got my

3   money back.  I mean, I've always wanted a gun, but I

4   didn't -- I never purchased one.  I put money down, I went

5   through the background check, and before the background

6   check came, I needed the money.  And I went back to Ammo

7   Brothers, they kept $100 -- they kept -- I forget the

8   percentage it was of the gun.

9        The Glock, I think it was, like, $600 with some

10  change, like $620 or something, for a nine.  It was, like, a

11  Glock 19 or Glock 17.  And then I went back and I needed my

12  money back and they kept some of it.  And I had to pay bills

13  or something, or think that's what I went to D.C. with.

14  Like, I don't know.  I don't remember.

15        But I do not own a gun.  I did -- yes, I tried to

16  buy a gun.  Tried to buy a gun twice.  I bought a -- I went

17  to Turner's?  I went to Turner's and I tried to buy a

18  Walther, a .22, a little -- a P22 handgun.  And the DOJ

19  didn't deny or confirm me, so they gave me my money back.

20  They were like -- they gave me all my money back.  They

21  said, you got to go contact the DOJ.  I never did.

22        And I went to go -- I was like, okay.  I'll try it

23  again.  And then before -- so, what I was going to do is --

24  I was like -- because the DOJ didn't confirm or deny me, I

25  needed to get a hold of them.  I didn't.  Think some time

1    went by.  Was like, okay.  Let me go try to buy a different

2    gun.  Maybe I -- maybe it wasn't a good idea to get the .22.

3    Let me get a nine.

4             And then I -- I knew the DOJ was either going

5    to -- I think I thought it was going to be the same thing.

6    I'm like, I can't wait that 30 days or whatever.  I just,

7    you know -- I need the money for bills or something.  So I

8    took the money back and I never got a gun.  And as far as my

9    mom goes, she doesn't own a gun either.

10        Q.   Okay.  Who else in the group bought supplies other

11   than Andy and Ed?

12        A.   Supplies?  Like, food, or --

13        Q.   So let's go --

14        A.   No weapons.  There was no other weapons.

15        Q.   So anybody buy pepper spray, wasp spray, gas

16   masks, knives, tasers?

17        A.   I already had the knife.  I didn't buy a knife,

18   so --

19        Q.   Okay.  Who else bought stuff, though?

20        A.   I don't -- I think --

21        Q.   I mean, you're in the van, driving for

22   3,800 miles.

23        A.   I think everybody pitched in.  Everybody pitched

24   in for gas and for food and -- as far as the wasp spray

25   goes, I think Marci brought that --

1      Q.   Okay.

2      A.   -- from home.  And the taser, Andy bought -- I

3   remember him calling me the day before or something, the

4   night before, like, we were getting stuff to go, and he

5   called me, and I think he asked me if I wanted it or

6   something, and then I said, no, I don't want it, or I don't

7   have money or something.  I don't remember.  I just said,

8   no.

9           And then I think Edward wanted it.  I don't know

10  if he was with me or -- I don't know.  But somehow he said

11  that he did, and then Andy bought it.  I think it was $50.

12  I mean, it was a flashlight taser.  And then we were playing

13  with it in the van, and then it stayed in the van.  But as

14  far as weapons, like --

15           BY AGENT ARMENTA:

16     Q.   Why did it stay in the van?  If you guys bought

17  it, why --

18     A.   Okay.  Well, first of all, we were going to go see

19  Trump speak.  We're not taking weapons.  We're not taking --

20  we went on -- I think it was a Saturday he was going to

21  speak in D.C., do his speech, and we woke up and went.  It

22  was early.  I think it --

23     Q.   But you guys were also expecting a civil war, too.

24     A.   Yeah.

25     Q.   You weren't just there to see him speak.  You

1  were -- you said a civil war across the country.

2      A.   The night before we got there, we went out in the

3  streets to -- because of the civil war.  We thought -- we

4  were like, okay.  Let's go see what's going on out here.

5  Let's go see if we can find, like, BLM, if there's rioting.

6  Like, we wanted to go see.  So nothing was going on.  There

7  was no BLM.  There's no Antifa.  There was really nothing

8  going on.  The whole city was -- there's cops everywhere, so

9  I think that was the first night, which is a Friday maybe.

10  What day was the speech?  Sunday?

11      Q.   And then you had your taser then?

12      A.   No.  I didn't have a taser.

13      Q.   So where was it?

14      A.   No.  I got a taser that day from the tunnel.

15      Q.   No.  I'm saying the one you guys bought.  The one

16  you guys bought before --

17      A.   The flashlight one?

18      Q.   Um-hmm.

19      A.   Where was it?

20      Q.   Yeah.

21      A.   It was in the box that it came in.

22      Q.   My question is why was it in the box?  If you guys

23  bought a taser preparing for a civil war --

24      A.   Well, he didn't buy it for me.  He bought it for

25  Edward and maybe Edward either -- it was -- I don't know.

1      Q.   Did Edward take it with him?

2      A.   No.  I think he didn't like it or -- he bought it

3  without -- he bought it -- Andy was at the store and said,

4  I -- there's one of these things here for sale.  Should I

5  get it?  And then Edward has money.  He has extra money, you

6  know?  He's like, yeah, I'll get it, yeah, sure.  You know?

7      Q.   And then what about, like -- did you use your

8  card, ever, when you were in D.C.?  Your debit card?

9      A.   I don't remember.

10      Q.   Would you be surprised to find out you didn't?

11      A.   I probably didn't.

12      Q.   So what was the cash withdraw for before you go to

13  D.C.?

14      A.   Gas, probably.

15      Q.   So you withdrew $760 in cash for gas?

16      A.   I never had $760 in my account.

17      Q.   You withdrew it in cash from your -- from an ATM.

18  You got cash -- this was on the 4th right before you guys

19  started going --

20      A.   I think you're confusing me with Edward.

21      Q.   No, I'm not.

22      A.   I didn't have $700.

23      Q.   You took out 700 --

24      A.   The day -- no, no, for sure.  You guys, you're

25  confusing me with Edward, I think, because the day that I --

1    the day before we left, I had $26 to my name.  No.

2         Q.   And you got a big cash influx, like you said, with

3    the --

4         A.   No.  I had $100.  I worked -- I did, like, a

5    little side job and I got $100, so I went with a hundred

6    and --

7         Q.   So you don't know what that was for?

8         A.   No.  No.  It wasn't me.  I never had $700 cash in

9    that time.

10        Q.   Okay.  I'm telling you, you did, okay?  All right?

11        A.   Oh, wait a minute.  When we were there.  When we

12   were there in D.C., I got the stimulus.  That was $600

13   stimulus check.  But I didn't have access to it.

14        Q.   And you took out $760 in cash.

15        A.   No.

16        Q.   And so I'm curious of what you used that for.

17        A.   No.  I did not take out -- no.  I did not have

18   $760 cash before we went to D.C., for sure.

19        Q.   No, you did.  And then you didn't use your card at

20   all when you were in D.C., but you used it on the way to

21   D.C.

22        A.   On what?  Gas?

23        Q.   Food.

24        A.   Food?  Okay.

25        Q.   I'm just curious of why.

1    A.    Do you have, like, a -- that wasn't me.  I think

2    you're confusing me, because the van, I couldn't pay for,

3    and that's about how much the van.  So you're saying, like,

4    $600, $700.  That sounds like Edward paying for the van.

5         Q.    No.  It was you.

6               BY AGENT ELIAS:

7         Q.    Where do you bank at, Danny?

8         A.    At Chase.

9         Q.    Is that your only bank account?

10        A.    I had a Bank of America bank account, but there's

11   nothing in it, so I think it's closed.

12        Q.    You have any credit cards?

13        A.    No.

14        Q.    So if we got your records from Chase and it showed

15   a $760 withdrawal, you're just not remembering it?

16        A.    No.  I don't think it had a sixteen -- yeah.  I

17   don't think that was me.

18              BY AGENT ARMENTA:

19        Q.    760.

20        A.    I really don't think I had $760 to pull out

21   (indiscernible).

22        Q.    You really don't think or you for sure don't?

23        A.    I don't have that kind of cash to be pulling out.

24        Q.    Well, I saw your bank records and I thought the

25   same thing.  That's why I thought that was weird.

1      A.   $760 from an ATM?  Before we left?

2      Q.   Um-hmm.

3      A.   No, that's not me.  How many days before we left?

4      Q.   It was on January 4th.

5      A.   Oh, January 4th?  We were already on the road.

6           AGENT ELIAS:  Because you left the 3rd?

7           MR. RODRIGUEZ:  I think so.  Well, it was a couple

8  days' trip, so -- hell, no.  That wasn't me.  I think you're

9  confusing me with someone else that you've been --

10          AGENT ARMENTA:  Okay.

11          MR. RODRIGUEZ:  That's not me.  I didn't have

12 $760.

13          BY AGENT ARMENTA:

14     Q.   You did.  I'm just -- like I said --

15     A.   In my Chase?

16     Q.   -- I'm giving you the opportunity to be honest

17 with me.

18     A.   No, I am really not thinking that was me.

19     Q.   Completely, cards on the table, because the more

20 that you're hiding from me --

21     A.   Man, I'm not --

22     Q.   -- the less that you tell me --

23     A.   Yeah.

24     Q.   -- it just -- I can't help you.

25     A.   No.  I don't have -- I didn't -- I don't -- no.

```
 1    That was not me.  I didn't have $760.  I had $26 on the day

 2    before -- this is -- you're going to be like, oh, this guy's

 3    full of shit.  Look.  I'm a person that believes in God and

 4    I was like, it's meant for me to go.  I have $26, and I'm

 5    still going.  Like, I told everybody, I'm going to D.C. with

 6    no money.

 7         Q.   Okay.  Okay, okay.

 8         A.   I had no money.  So like, I just got there.  Like,

 9    I (indiscernible) --

10         Q.   So where did you stay at?

11         A.   At a rented house.

12         Q.   Be more descriptive.

13         A.   Like, a Airbnb.

14         Q.   It was an Airbnb?

15         A.   Um-hmm.

16         Q.   Where was it?

17         A.   In Arlington.

18         Q.   Arlington, Virginia?

19         A.   Yeah.

20         Q.   Who got it?

21         A.   Someone named Michelle.

22         Q.   Michelle?  What's her last name?

23         A.   Henney.

24         Q.   Okay.  So she got the Airbnb?

25         A.   Yeah.
```

1        Q.   And how do you know Michelle?

2        A.   From the rallies.

3        Q.   And what else?

4        A.   That's it.

5        Q.   That's it?

6        A.   I mean, she's a Trump supporter.  That's it.

7        Q.   You've only seen her at the rallies?

8        A.   No.  I mean, I know her, like, through -- no, I

9   haven't only seen her at the rallies.

10        Q.   You've only seen her?

11        A.   No.  I've not only -- no, I know her.

12        Q.   Okay.  Well, tell me about that.  Where else have

13   you seen her?  How do you know her?  What's your

14   relationship like?

15        A.   She would go to the rallies and she needed some

16   help at her house, so I would help her at her house with,

17   like -- she got into an accident, so she has a hard time

18   remembering and, like, her hands -- her ex -- I don't know

19   if her -- she got in a car accident because somebody was

20   driving like an asshole.  She got injured and now she's all

21   messed up and she can't really do that much.

22            Like, she has issues, like, with her hand,

23   grabbing stuff, or her mind -- she had a concussion and she

24   forgets and she can't remember.  And she's really, like --

25   she needs a lot of help.  Her mind is, like -- she'll go to

1    the bathroom and then she'll be like, why am I in here?

2    And --

3         Q.   So have you been to her place lately?

4         A.   No, not -- I mean, I've been to her house.  Not

5    really recently.

6         Q.   When was the last time you've been to her house?

7         A.   A few weeks ago.  A couple weeks ago.

8         Q.   Okay.  And what -- you were helping her out or

9    what were you --

10        A.   Yeah.  I was over there and tried to help her out.

11   You know, it's like she needs painting and, like, you know,

12   she went on this -- she got people to donate old cans of

13   paint for her.  So I went and got her paint, and then I

14   brought it to her house, and then I'm over there mixing and

15   then straining it for her and getting paint on me.  I'm just

16   doing side stuff to help her.  She's trying to sell her

17   house.

18        Q.   Okay.  And so she was out there --

19        A.   She's alone.  She lives by herself and she has

20   nobody to help her, so I'm like, let me see if I can help

21   you, what I -- little things I can do.  Whatever I'm capable

22   of.

23        Q.   Okay.  So she was out -- how did she get in D.C.?

24        A.   I don't know.  I think she flew.

25        Q.   She flew?  Okay.  And was she at the Capitol?

1        A.    I think so.

2        Q.    And what did she do there?

3        A.    Oh, she's not -- she didn't do anything.  She's

4   not a person that --

5        Q.    How do you know that?  Did you see her there?

6   Like, outside of the Airbnb?

7        A.    I think I seen her once.  I didn't see a lot of

8   people.  I was there mostly -- I didn't even see -- I saw

9   Edward that day -- 40 minutes that day, that entire day.  I

10  was -- we were all separated, so I don't know what she was

11  doing.

12       Q.    You were separated from Ed almost --

13       A.    I was separated from everybody, yeah.  I was by

14  myself most of the -- that day.

15       Q.    Are you lying to me again?

16       A.    No.

17            AGENT ELIAS:  What about when you guys were inside

18  the Capitol, when you guys broke in through that window?

19            MR. RODRIGUEZ:  I didn't -- so I came back up, and

20  that window was broken already.  I don't know how it was

21  broken.  I saw Gina (ph.) -- well, I didn't see Gina.  Gina

22  saw me.  She yelled at me with the megaphone.  And she was

23  like, DJ.  I heard my name.  I'm like, what the hell?  Who's

24  calling my name?  I'm in D.C.  DJ, get in there.  And then

25  Edward, too.  Edward's like, go in there.  Get in there.

1        Man, after I tased the cop, I wasn't trying to do

2   anything anymore.  I was like, this is too much.  I already

3   did plenty.  And I came back up the steps looking for

4   Edward.  I came back looking for everybody, somebody that I

5   knew, because I didn't know anybody.  I was by myself.  And

6   that window was already broken out, and there was already

7   people in there.  So they told me, get in there, and I'm,

8   okay.

9        BY AGENT ARMENTA:

10       Q.   So you weren't busting the window?

11       A.   That window was already broken that we went in.

12       Q.   Were you busting the window?

13       A.   What window?

14       Q.   What'd you use to bust the window?

15       A.   I don't know.  Somebody was busting it and, like,

16   decided to help them.  It was, like, a metal pole.

17       Q.   And what --

18       A.   And I think that the person who I was helping was

19   the one that filmed that.

20       Q.   Oh, really?

21       A.   Yeah.

22       Q.   And was Edward there with you?

23       A.   He was in there, I guess, but I didn't see him the

24   whole time.  We talked afterwards, and I never knew he was

25   in there.  I even told him like, where were you, you know?

1    He was like, I was in there.

2         Q.    What about Mellow?

3         A.    No.  Mellow didn't go in there.  Mellow is scared

4    to get in trouble.  He's just, like -- he's just one of

5    those guys who -- he'll hang around.  But when -- if

6    anything happens, he disappears.

7         Q.    So Mellow wasn't with you while you're busting the

8    window?

9         A.    No.

10         Q.    And you're saying you didn't see Ed?

11         A.    I did see him in there, but not to my memory.  I

12    found out afterwards that he was in there, but I don't

13    remember him in my memory or remember talking to him or

14    seeing him when I was in -- when it was happening, but --

15         Q.    You know the video I'm referring to?

16         A.    He was in there.  I saw from the video, but I

17    don't remember him in there.  I seen that he was in there.

18    But when I -- when it was going on, I didn't remember -- or

19    see him/pay attention.

20         Q.    And you remember what you were saying in that

21    video?

22         A.    Little bit.

23         Q.    What'd you say?

24         A.    That they just killed somebody for doing this.

25         Q.    And what were you trying to tell everybody?

1          A.    Just trying to warn everybody because I didn't

2     want anybody to get killed.  Or if they were, they needed to

3     know that it was a possibility.  And it's really serious

4     what was going on and everyone got quiet.

5          Q.    And then where'd you guys go?

6                (Special Agent Elias plays a video.)

7                MR. RODRIGUEZ:  Just opened that door and down the

8     hallway and I think (indiscernible).

9                (Indiscernible audio from video.)

10               MR. RODRIGUEZ (IN VIDEO):  "They have shot and

11    killed a girl.  They have shot and killed a girl."

12               AGENT ELIAS:  Is that you?

13               UNIDENTIFIED FEMALE:  -- "the fire alarm."

14               MR. RODRIGUEZ (IN VIDEO):  "Make sure you got

15    those goggles on."

16               (Indiscernible audio from video.)

17               MR. RODRIGUEZ (IN VIDEO):  "Get some things to

18    help you.  Get some things to help you out there."

19               (Indiscernible audio from video.)

20               UNIDENTIFIED FEMALE:  -- "another window to break

21    to make in and out easy.  Like this window here needs to be

22    broken out."

23               AGENT ELIAS:  Who's saying that right now?

24    Talking about breaking windows?  Is that Gina?

25               UNIDENTIFIED FEMALE:  -- "need to be broken?

1    Yeah.  (Indiscernible)."

2              (Indiscernible audio from video.)

3              MR. RODRIGUEZ:  Can you rewind it?

4              (Indiscernible audio from video.)

5              UNIDENTIFIED FEMALE:  -- "another window to break

6    to make in and out easy.  Like this window here needs to be

7    broken out -- need to be broken?  Yeah.  (Indiscernible)."

8              (Indiscernible audio from video.)

9              AGENT ELIAS:  That Ed right there?

10             MR. RODRIGUEZ:  Yeah.  That's Ed.

11             UNIDENTIFIED FEMALE:  "No, I told you to wait for

12   me."

13             UNIDENTIFIED MALE:  "(Indiscernible).  What you --

14   tell me what you're doing.  Just give me some narrative."

15             UNIDENTIFIED FEMALE:  "We need people.  We need

16   people.  Come in (indiscernible)" --

17             UNIDENTIFIED MALE:  "We need people, goddamnit."

18             (Indiscernible audio from video.)

19             AGENT ELIAS:  Who's that?

20             (Indiscernible audio from video.)

21             MR. RODRIGUEZ (IN VIDEO):  "Get in here."

22             AGENT ELIAS:  Was that -- that's Ed --

23             UNIDENTIFIED MALE:  "More people, goddamnit."

24             AGENT ELIAS:  -- in the brown jacket.

25             (Indiscernible audio from video.)

1             UNIDENTIFIED FEMALE:  "No, I told you to wait for

2    me."

3             UNIDENTIFIED MALE:  "(Indiscernible).  What you --

4    tell me what you're doing.  Just give me some narrative."

5             UNIDENTIFIED FEMALE:  "We need people.  We need

6    people.  Come in (indiscernible)" --

7             UNIDENTIFIED MALE:  "We need people, goddamnit."

8             (Indiscernible audio from video.)

9             MR. RODRIGUEZ (IN VIDEO):  "Get in here."

10            UNIDENTIFIED MALE:  "More people, goddamnit."

11            (Special Agent Elias stops the video.)

12            MR. RODRIGUEZ:  I don't think that's Ed in brown

13   jacket.

14            BY AGENT ELIAS:

15       Q.   Who was trying to break the window in the video?

16       A.   (No audible response.)

17       Q.   That was you, right?  Why were you trying to break

18   the window?

19       A.   Because I thought we were going to be in there for

20   a while.

21       Q.   Were you trying to let more people in?

22       A.   I thought that we were going to get gassed,

23   honestly.  And as a way of breathing or escaping as well.

24       Q.   Okay.

25            BY AGENT ARMENTA:

1      Q.   You were saying, get in here.

2      A.   Yeah.  I told them to get in here.

3      Q.   So you were telling more people to get in there,

4   like you wanted backup.

5      A.   I thought we were going to occupy the building.  I

6   thought we were going to take a couple days or something.  I

7   honestly thought it might be, like, a day or two that we

8   were going to be in there and I thought that they were going

9   to gas mask -- I mean, not gas mask.  I thought they were

10  going to tear gas us, so we needed either an escape route or

11  a breathing hole.

12           BY AGENT ELIAS:

13      Q.   So why were you guys going to occupy the building

14  for a couple days?  What was the point?  Was it to disrupt

15  the process that Congress was going through in confirming

16  Biden?

17      A.   I didn't know what was going on --

18      Q.   Wait, wait, wait.

19      A.   No, I was -- we were trying to -- I didn't have a

20  plan.  I didn't have a plan.

21      Q.   You look like a leader in there.

22           AGENT ARMENTA:  You were ordering people,

23  organizing, moving furniture, busting windows, letting

24  people in.

25           AGENT ELIAS:  Telling people to put their goggles

1   on.

2            AGENT ARMENTA:  It looks like a combat situation.

3            BY AGENT ELIAS:

4        Q.   I mean, you just told us you were planning to stay

5   there for a couple days, to take over --

6        A.   No, no, no.

7        Q.   -- the United States Capitol.

8        A.   Like, I don't have food, water.  I'm not planning

9   on staying anywhere for any -- I just didn't know.

10       Q.   You thought you were going to be there for a

11   couple days.

12       A.   It was a lot of things.  No.  Yeah, right.  It

13   was -- I thought it was a possibility.  I thought it was

14   possible that this might --

15       Q.   Why were you guy --

16       A.   We didn't know what was -- we didn't know.

17       Q.   -- trying to take the Capitol?

18       A.   Because we felt that they stole the election.  We

19   thought they -- we felt that they stole this country, that

20   it's gone, it's wiped out.  America's over.  It's destroyed

21   now.

22       Q.   And so if you took the Capitol, then what?

23       A.   I don't know.  We just thought that -- damn, dude.

24   I don't know.  I understand what it -- it's very stupid and

25   ignorant, and I see that it's a big joke, that we thought

1    that we were going to save this country, we were doing the

2    right thing and stuff.  I get it.  I don't know.  I don't --

3        Q.   So we can put in our report that you told us that

4    you and Ed entered the Capitol and you guys broke -- or,

5    you, personally, broke -- attempted to break another window

6    to provide you guys the ability to stay there if you needed

7    to for a couple of days, in case there was gas, that it

8    would let the gas out.

9        A.   It wasn't to provide us for days to stay there.  I

10   just thought that it was -- okay.  I don't know the floor

11   plan to the Capitol, so when we were in that -- we go in

12   through a window that's not, like, an access normally.

13       Q.   Sure.

14       A.   Like, when you go in that room, there was -- it

15   was -- there was no -- I don't know how to -- like, you had

16   to go through the whole building to get around, upstairs or

17   something to get into that room.  So I didn't know what was

18   on the -- okay.  So there was, like, a lounge or a

19   conference room or, like, a -- it wasn't somebody's personal

20   office.

21       Q.   Right.

22       A.   It was just, like, a table and chairs or

23   something.  Like, a coffee table.  I don't remember.  And

24   then a door.  And when you showed me that video, in my -- I

25   don't even remember it being like that.  I thought that

1    there was stairs to the right and they went down.  But in

2    that video, there was a room.  I don't know how that --

3         Q.   Okay.

4         A.   I don't know.  But I just -- I thought that there

5    was going to be a bunch of, like, tear gas and we were going

6    to get trapped and not be able to breathe.  And it's like --

7         Q.   But you went into the Capitol with an intention to

8    disrupt Congress, right?  I mean, you were trying to stop --

9         A.   I didn't --

10        Q.   -- what was going on.  You were stopping the

11   steal.  That was the whole point, right?

12        A.   I literally didn't know that there was Congress --

13   they were there voting that day.  I found out afterwards

14   that there was a session that stopped and then they went

15   back and resumed a session.

16        Q.   Okay.

17        A.   Or something.

18             AGENT ARMENTA:  Didn't Trump talk about it in his

19   speech?  You were there for it.

20             MR. RODRIGUEZ:  He said to go to the Capitol and

21   let them know something, like --

22             BY AGENT ELIAS:

23        Q.   So you assumed when you went to the Capitol, that

24   Congress --

25        A.   I wasn't --

1      Q.   -- could've been there.

2      A.   I didn't -- I never went to -- I didn't know I was

3  going in the building until --

4      Q.   Until you did it?

5      A.   Yeah.  I wasn't -- I didn't have a plan --

6      Q.   So hear the question correctly.  At the time you

7  went down to the Capitol, President Trump had said, go down

8  there and let them hear your voices, right?

9      A.   Yeah.

10      Q.   And so, you show up to the Capitol and you're

11  under the impression that there may be people in there that

12  want to hear your voice, so you -- that's why you guys went

13  and protested on the outside.  And then you went inside.

14  There could've been people in there, right?  Other than the

15  officers.

16      A.   I don't know what the -- I don't know a lot about

17  government, that -- I don't know what's going on, on a daily

18  basis.

19      Q.   Let me explain something to you clearly know

20  about.  Were you legally inside the Capitol?  When you

21  entered through a broken window of the United States Capitol

22  Building, are you legally in there?

23      A.   I don't know if that's the law, if it's illegal to

24  enter through a broken window.

25      Q.   If I throw a rock through your sliding glass door

1    at your house and, not as a police officer, I enter in your

2    house, am I legally in your house?

3          A.    No, you're not.  I just --

4          Q.    If you throw a rock through the front of Macy's --

5          A.    Well, there's people --

6          Q.    -- and you walk into Macy's through the broken

7    window, are you legally inside of Macy's?

8          A.    I thought that there was people already -- it's a

9    public building that people were walking through the front

10   door.

11         Q.    Did you enter through a public entrance?

12         A.    No.

13         Q.    How did you enter?

14         A.    Through a window.

15         Q.    Okay.  So don't game me, right?  You knew it was

16   illegal to go --

17         A.    I didn't know, no.  I didn't think about it.  I

18   didn't -- it didn't enter my mind.

19               BY AGENT ARMENTA:

20         Q.    You breaking --

21         A.    I was not considering --

22         Q.    -- a window --

23         A.    You're right, you're right.  I did --

24         Q.    -- and then telling people to get in, like, if you

25   see me doing that at Target --

1      A.   I'm not thinking --

2      Q.   If I bust in Target and then I tell more people to

3  get in -- come on.  Danny, come on.

4      A.   I told you, I thought we were doing the right

5  thing.  (Indiscernible).

6           BY AGENT ELIAS:

7      Q.   I would accept the fact if you told me, yeah, it

8  was illegal, but I knew -- I thought it was the right thing.

9  At least I could accept that from you because I would know

10  that you're at least --

11      A.   I was just not thinking.

12      Q.   -- being honest with me.  But right now, you're

13  just like --

14      A.   To be honest --

15      Q.   -- oh, I don't know.  Is it illegal to go through

16  a broken window?

17      A.   Look.  The honest thing is this.  I'm not

18  considering what's legal or -- I'm only considering in my

19  mind what needs to happen or what I think needs to happen or

20  what should happen.  I'm not thinking, like, I can't, you

21  know -- like, your wife's having a baby and you're doing 80

22  going home.

23           You're not thinking about the speed limit, about

24  the consequences of a ticket or your insurances or injuring

25  somebody.  You're only thinking about the -- what's

1    important and you're not -- you do know what's right and

2    wrong, but you're not -- it's not registering.

3         Q.    Okay.  I can live with that.  But explain that to

4    me.  What were your thoughts at the Capitol when you tasered

5    Officer Fanone or when you went into the Capitol Building?

6    If it was like that --

7         A.    I thought that we were going to save this -- I

8    thought we were going to do something.  I thought that it

9    was not going to end -- happen like that.  I thought that

10   Trump was going to stay President and they were going to

11   find all this crooked stuff and were going to -- I mean, we

12   found out that -- we thought that we did something good.

13        We were getting Nancy -- somebody was -- it was

14   rumored that Nancy Pelosi got her laptop stolen and that

15   they found all this evidence on it and it was a secret plan.

16   We were, like -- it was, like, a -- it was a -- were a

17   distraction.  We were put there to go distract and so

18   somebody can go get Pelosi's laptop and then get all the

19   intel.

20        And then we could just bust everything and find

21   the truth and it'll be all exposed and we'll see that she's

22   corrupt or some kind of evidence.  And we thought we were

23   being a -- we were part of a bigger thing.  We thought we

24   were being used as a part of a plan to save the country, to

25   save America, save The Constitution, and the election, the

1    integrity.

2              BY AGENT ARMENTA:

3         Q.   Like the ends justify the means kind of thing.  Is

4    that what you're saying?

5         A.   Yeah.  We thought.

6         Q.   It was okay to do something wrong or illegal --

7         A.   Yeah.  It's like they thought --

8         Q.   -- because --

9         A.   Like, they treated with Trump and they did all the

10   elections.  They're like, oh, Trump is so bad, and where

11   anything is okay.  And --

12        Q.   So now it's okay --

13        A.   We didn't go light fires.  I wasn't trying to

14   hurt --

15        Q.   But help me understand that for a second.  So --

16        A.   I didn't know --

17        Q.   You know, it was wrong --

18        A.   I didn't know (indiscernible) someone.

19        Q.   -- what they did to Trump and that was wrong, so

20   it was -- it's okay to do illegal things to right that

21   wrong.

22        A.   (Shakes head.)

23        Q.   Am I right?  Is that --

24        A.   Look.  When you -- when we talk about 1776, we see

25   that there was a lot of -- there was a lot of violence.  We

1   had to go against the government and people died.  And there

2   was actually a country that -- something that came out good

3   out of that.  And it took, like, three percent of the

4   population at that time to fight and to -- against Brittan

5   and create this country.

6            And we knew that the Founding Fathers had, you

7   know, told us, you know, and -- about, you know, we have to,

8   like -- this is going to come again and the -- like, all

9   these plans were put in place, so that this wouldn't happen

10   and we were -- I, personally, felt that this is something

11   that the Founding Fathers of the country understood was

12   going to happen again one day and that we would be needed to

13   do something righteous.  And I didn't think that I was going

14   to be the bad guy.

15            BY AGENT ELIAS:

16       Q.   Danny, did you feel like you were the three

17   percent here?  Like, those people that stormed the Capitol,

18   that those were patriots.  Those were people who are doing

19   that because they were the three percent that were going to

20   free our country from fraudulent politicians and schemes of

21   evil people, so that way we could have a republic that was

22   going to be whole again.  Is that what you thought?

23       A.   (Nods head.)

24       Q.   You thought you were that three percent guy.

25       A.   (Crying.)

1          Q.   I know, man.  I know.  It's okay.

2          A.   I'm sorry, guys.

3          Q.   No, we know.  Listen.

4          A.   I'm so sorry, guys.

5          Q.   We know you thought that you were that three

6    percent guy.

7          A.   I'm so sorry.  I'm so sorry.  I didn't know that

8    we were doing the wrong thing.  I thought we were doing the

9    fucking right thing.  I thought we were going to be -- I'm

10   so stupid.  I thought I was going to be awesome.  I thought

11   I was a good guy.  I wanted to -- you know, my whole life,

12   I've been, oh, fuck the police.  I really have.

13        And I started to be -- I got involved -- I came

14   back from Arizona and I lived here and I -- I came back home

15   to California and I got involved with some of the -- some

16   bad people, some gang members and I start -- I wanted to

17   grow weed.  I was growing weed.  I got involved with the

18   wrong people.  I'm telling you, like, people -- killers,

19   like, tattoos all over their face, like, not good people.

20        And I was growing weed with them and I was like,

21   yeah, this is cool.  They all got low riders and this and

22   that, and I was like, oh, this is that lifestyle that's for

23   me.  But it wasn't.  I didn't fit in.  I'm a good person

24   trying to -- and I wanted to be a bad person, and it just

25   didn't work for me.  And I kept getting robbed and they kept

1  taking from me.

2          And then Trump -- and I was listening to InfoWars

3  and I was, like, getting patriotic and I was -- and I ended

4  up leaving all those people behind me and I ended up being

5  homeless.  I became -- I put myself to be homeless because I

6  didn't want to deal with these people anymore.  They had

7  something over me and, like --

8      Q.   Yeah.

9      A.   I'm lucky to -- I lost everything.  I lost

10 everything that was -- I have nothing.  I had what was in a

11 suitcase and I -- now I don't even have that suitcase.  But

12 I wanted to be a good person.  I wanted to get away from

13 those criminals.  I'm like, this is -- they don't have

14 honor, integrity.  They're not like what they seem.  They're

15 not about loyalty.  This is not the kind of people that I

16 want to be around.

17         I was homeless and I went -- and I called my mom

18 and I told her I needed somewhere to stay.  I needed to come

19 back home and move in.  And I was already -- Trump was

20 already, like -- this is 2015, and I was already into

21 InfoWars and Alex Jones, and he's backing up Trump.  And I'm

22 like, all right, man.  This is it.  I'm going to -- this

23 is -- I'm going to fight for this.  I'm going to do -- I

24 want to do this.

25         And I went to Whittier and I volunteered for the

1   Trump campaign.  I did door-to-door, I did phone calls, I

2   did all these things, and I just -- I went to the rally

3   that -- when Trump came to town.  We landed in Santa Monica.

4   I was at that Beverly Hills Park and, I'm telling you, I

5   argued with 200, 300 people and every single one of them --

6           BY AGENT ARMENTA:

7       Q.   I saw that.

8       A.   I just embarrassed all of them, and it was great.

9   It was --

10      Q.   I saw that.

11      A.   Old videos.  Old videos.  I don't know if there's

12  video, you've seen those, because I haven't even seen those.

13      Q.   I saw some on YouTube.  I was -- it was with --

14      A.   Years ago, like, three/four years ago, though.

15      Q.   It was the one where Trump was in LA, right?

16      A.   Yeah.  When he came to California.

17      Q.   Did he come a couple times because I saw one

18  maybe, like, couple years ago.

19      A.   This was years ago, yeah.  He landed in Santa

20  Monica and he went somewhere in Beverly Hills.  And I

21  couldn't -- I didn't know anybody.  I couldn't find the

22  rally, but I found the protesters.  Little did I know there

23  was actual Trump support, like, down the block somewhere.

24  But I show up by myself at this -- with all the haters or

25  whatever.  But where was I going with this?

1          BY AGENT ELIAS:

2          Q.   Listen.  You needed a cause.  You needed a cause

3     and you found a cause.  And it -- listen.  That cause has a

4     lot of good things about it.  Being a patriot's a great

5     thing.

6          A.   Oh my God.  But look at what we did.  We did the

7     wrong --

8          Q.   Supporting the Constitution's a great thing.

9          A.   Yeah.  That's what I thought.

10         Q.   But listen.  You know, people make mistakes.

11         A.   Yeah.

12         Q.   Entering the Capitol on January 6th, that was a

13    mistake.

14         A.   Yeah.

15         Q.   That was a bad choice.

16         A.   Yeah, it sure was.

17         Q.   Tasering Officer Fanone, that was a really bad

18    choice, too.

19         A.   Yeah.

20         Q.   But --

21         A.   I just thought that were going to end up --

22         Q.   On the right side.

23         A.   We were going to end up on the right side and we

24    were going to -- we had to get in there and these -- the

25    cops are stopping us.  And it's like, we don't want to fight

1  with you.  You're not -- you know?  Like, you're protecting

2  evil people.  Like, this is not right.  And I didn't think I

3  was going to hurt a cop.

4        Q.   You got swept up in the moment, trying to do the

5  right thing.

6        A.   Dude, that mob -- when they say, mob mentality,

7  that's a thing.

8        Q.   Sure.

9        A.   That really is.  I didn't understand.  Like, I

10  don't -- like, "that's just a saying."

11        Q.   But you --

12        A.   That's a thing.

13        Q.   True.  It can pull on your emotions.

14        A.   I didn't realize --

15        Q.   But in the moment when you tased Officer Fanone

16  and in the moments when you went into the Capitol, you were

17  aware that you were there and you were -- you weren't having

18  an out-of-body experience.  You knew what was going on.  You

19  called for a taser.  Even though you were swept up in it,

20  you called for a taser.  And not only did you take the

21  taser, but then you put that taser on Officer Fanone's neck.

22        A.   Yes, I did.

23            AGENT ARMENTA:  You even asked how to use it.

24            MR. RODRIGUEZ:  Yes, I did.

25            BY AGENT ELIAS:

1       Q.   So what happened after?  Did you walk into the

2  Capitol?

3       A.   No.  I mean, I went in and then everybody started

4  leaving.  Like, everybody went in and then, next think you

5  know, everybody was gone.  And some girl was like, hey,

6  everybody's leaving.  Everyone's gone.  Why?  And then I go,

7  oh, the cops, and we just ran out of there.  And then we

8  came out and it was all tear gas everywhere.  I mean,

9  everything looked difference.  Everybody was gone.  It was

10  nothing but law enforcement and there was patriots just

11  throwing up and choking and crying and --

12       Q.   Did you take anything from the Capitol?

13       A.   No.

14       Q.   You didn't pick anything else from up -- from

15  inside the Capitol Building at all?

16       A.   No.

17       Q.   If I told you we have a photo of you --

18       A.   Somebody gave that to me.  It was, like, a pouch

19  with an orange strap on it?

20       Q.   Yeah.

21       A.   I don't have that anymore.

22       Q.   How'd you get it?

23       A.   Some guy gave it to me.  He had two of them.

24       Q.   Was he inside the Capitol when he gave it to you?

25       A.   No.  He gave it to me on the outside when we took

1      the picture.

2           Q.   Okay.

3           A.   He had two pouches under a jacket or something and

4      he didn't feel -- I don't think he felt -- I think he was --

5      he felt he was going to get caught or something.

6           Q.   How did you get rid of that pouch?

7           A.   I gave it back to him.

8           Q.   So you just held it to the photo or you -- did you

9      bring it back with you to LA?

10          A.   No.  No, I didn't bring it back to -- like, I had

11     it with me in the van and then he said -- he gave it to me

12     and then he offered -- he said, you know, we probably

13     shouldn't have that.

14          Q.   So where did you offload it?

15          A.   I gave it back to him.  He --

16          Q.   But where?  Like, where were you at?  You said it

17     was in the -- you had it in the van.  So was it in D.C.?  In

18     Virginia?  In Texas?  In California?

19          A.   No.  It was -- no.  It was in D.C. somewhere.  I

20     don't know where he got rid of it.  I think he just threw it

21     in the garbage, in, like, a trashcan.

22          Q.   At the Airbnb?

23          A.   I think so.

24          Q.   Who was it that gave you those pouches?

25          A.   I don't know his name.  He has a beard.

1    Q.   He was with you at the Airbnb?

2    A.   After.  He didn't stay there.  He visited, like,

3  that night.  Like, he came --

4    Q.   Who else knows him?

5    A.   I don't know if anybody knows him.

6    Q.   How did he get invited back to the --

7    A.   Because we recognized his face from Beverly Hills.

8    Q.   So he's from LA?

9    A.   Yeah.

10        AGENT ARMENTA:  Who is he right here?

11        MR. RODRIGUEZ:  Oh.  It's this guy right here

12  where -- you can't see him.  There's a person right here.

13        AGENT ARMENTA:  A person where?

14        AGENT ELIAS:  Where?

15        MR. RODRIGUEZ:  There's a person in here

16  somewhere.  Like, there's gray or something.  Like,

17  that's -- like, that -- there's a person there.

18        BY AGENT ARMENTA:

19    Q.   Are you sure it's not this guy?  He has a beard.

20    A.   No, not him.  No.  He's from, like -- he's not

21  from California.

22    Q.   Who is he?

23    A.   I don't know.  He was somebody that we saw -- I

24  have no idea who that guy is.  I think -- I thought he was

25  cool, though.

1      Q.    Name these people for me.

2            BY AGENT ELIAS:

3      Q.    Yeah, who's this guy?

4      A.    That's Mellow.

5      Q.    Okay.  Who's this?

6      A.    Edward.  Me.  I don't know.  Michelle.  I don't

7   know him.  He's not from California, though.  That's Al from

8   Scottsdale.

9      Q.    Do you know his last name?

10     A.    Mm-mm.

11           AGENT ARMENTA:  Who knows him?

12           MR. RODRIGUEZ:  Al?

13           AGENT ARMENTA:  Um-hmm.

14           AGENT ELIAS:  Think Michelle.

15           MR. RODRIGUEZ:  Oh, you know what?  Michelle don't

16   even like him.  I don't know who knows him.

17           AGENT ARMENTA:  And he drove with you guys?  Is

18   that the guy that -- the Al that --

19           MR. RODRIGUEZ:  We picked up.  Yeah.  That's the

20   Al that we picked up on the way.

21           AGENT ARMENTA:  Okay.

22           AGENT ELIAS:  Who's this?

23           MR. RODRIGUEZ:  I don't know who that is.  That

24   might be Marci.  That might be -- if that's -- I don't know

25   if that's a guy or girl.  That's Andy.  That's Al.  I don't

1    know.  And the girl I don't know either.

2            BY AGENT ARMENTA:

3        Q.   And who all stayed in the Airbnb?  Who actually

4    slept there?

5        A.   I don't know because there was different -- there

6    was there or four -- there was people already there when we

7    got there and then they were there the one night.  And then

8    I didn't -- like, there was this cute there and then she

9    disappeared.  I don't know where she went, but she's not in

10   the picture.  Not all those people stayed there I don't

11   think.  Okay.  So it was three stories, and our little area

12   was the bottom, the basement part, and there was a separate

13   entrance.  So unless you go upstairs, you don't know who's

14   there and you don't know, like --

15       Q.   How many people you think total were there?

16       A.   There was a lot.  I mean, there was a lot of

17   people there.  But there was -- like I said, there was --

18       Q.   Like, how many is a lot?  Twenty, 30, 50?

19       A.   Oh, how many's here?

20            AGENT ELIAS:  Going to step out for a quick

21   second.

22            MR. RODRIGUEZ:  Yeah.  Maybe, like, less than 20.

23            AGENT ARMENTA:  Less than 20?

24            MR. RODRIGUEZ:  I mean, if there's 10/11 people

25   right there.

1                   AGENT ARMENTA:  So just an additional 10?

2                   MR. RODRIGUEZ:  Yeah.  Maybe at the most.  Can I

3    use the restroom, too?

4                   AGENT ARMENTA:  You want to --

5                   AGENT ELIAS:  Yeah.  Let's take a break.

6                   AGENT ARMENTA:  Okay.

7                   AGENT ELIAS:  Go ahead and just slip your shoes

8    on.

9                   AGENT ARMENTA:  Yeah.

10                   MR. RODRIGUEZ:  Let me get my glasses.

11                   AGENT ELIAS:  Let me go clear it first.

12                   AGENT ARMENTA:  Okay.

13                   (All parties exit the room.)

14                   (Mr. Rodriguez enters the room.)

15                   AGENT ARMENTA:  Austin?  Can you do that real

16   quick, because they need it?  Okay.  (Indiscernible).  The

17   arrest warrant?  Can you take care of that real quick?

18   (Indiscernible) a minute.  You got that?

19                   AUSTIN:  Yeah, sure.

20                   (Special Agents Elias and Armenta and an

21   unidentified male enter the room.)

22                   AGENT ELIAS:  All right.

23                   AGENT ARMENTA:  Just email it to them?

24                   AGENT ELIAS:  Yeah, yeah.

25                   AGENT ARMENTA:  Okay.

1          AGENT ELIAS:  He's got to file paperwork real

2    quick here.  I'm going to --

3          UNIDENTIFIED MALE:  Do I need a mask?

4          AGENT ELIAS:  What's that?

5          UNIDENTIFIED MALE:  Do I need a mask?

6          AGENT ELIAS:  Yeah.  Could --

7          UNIDENTIFIED MALE:  Sure.

8          (Special Agent Armenta and male exit the room.)

9          AGENT ELIAS:  Okay.  So --

10         UNIDENTIFIED MALE:  Give me two seconds.

11         AGENT ELIAS:  Yep.

12         BY AGENT ELIAS:

13    Q.    I have a question for you.  I mostly work

14    international terrorism cases, so I work, like, the ISIS and

15    stuff like that.

16    A.    Wow.

17    Q.    So I don't deal a lot with stuff going on --

18         (Unidentified male enters the room.)

19         MR. RODRIGUEZ:  Can I come work with you?

20         BY AGENT ELIAS:

21    Q.    (Laughter.)  Right?  But what I do want to know

22    about -- you said something that was interesting to me and I

23    know very little about it.  But I know that there's this

24    group that's, like, the three percent group.  What is that

25    about?

1        A.    The three percent group is something that they lie

2   about.   They tell you what it is and it's not that.   What it

3   is, is it's just -- we believe that there was three percent

4   of the population that overthrew the former British

5   government.

6        Q.    Right.

7        A.    Now, that would include all of our Founding

8   Fathers, everyone we've ever heard of, George Washington,

9   Thomas Jefferson, all them, right?   So that's -- they were

10  all the three -- they were just -- that's all it took was

11  the Three Percenters.   And when Trump was, you know, at his

12  peak, way more than three percent support.   So we --

13       Q.    Sure.

14       A.    -- figure, like, hey, they only need three percent

15  of the population to overthrow a corrupt government.

16       Q.    Yeah.

17       A.    So when you say, Three Percenter, we see ourselves

18  as people protecting the country.

19       Q.    Okay.

20       A.    Like, we're the three percent who are willing to

21  do something and not just watch it happen.

22       Q.    So how does it -- is it like a group, or --

23       A.    There is an official, I believe, Three Percenters,

24  which is supposed to be the people laying in wait, right?

25  Like, oh, we're ready to save this country.   We're ready to

1    do something.  But a lot of them are just behind the

2    keyboard and, you know --

3        Q.   Just, like, keyboard warrior kind of thing?

4        A.   Yeah.  And then there's other people who don't

5    consider theirselves Three Percenters who went to D.C. and

6    maybe they did storm the Capitol and --

7        Q.   Yeah.

8        A.   -- maybe they're considered the Three Percenters

9    of today.

10       Q.   So you had had a three percent sticker on your

11   car, on your black Infiniti, right?

12       A.   Um-hmm.

13       Q.   So what did that signify to you?

14       A.   It signified the patriot movement, the original

15   patriots that love America, our Founding Fathers.  That's

16   what it symbolizes to me.  The people who actually stood up

17   to create this country.  That's what a Three Percenter is to

18   me.  It's somebody who is just --

19       Q.   Did you have any -- did you go to any meetings

20   where -- with people that were Three Percenters or any --

21       A.   No.

22       Q.   Part of, like, a --

23       A.   No.  I don't know any --

24       Q.   -- Telegram channel that had Three Percenters in

25   it, or --

1          A.   No.   No.   As far as I know, I'm -- of everybody I

2    know, I would be the only one that would say I'm a Three

3    Percenter.   Like --

4          Q.   Okay.

5          A.   -- claim it or put a sticker.  I don't know

6    anybody that has a sticker or a shirt or a tattoo or

7    meetings or -- I have never met with any militia or --

8          Q.   Okay.

9          A.   I'm just by myself Three Percenter.

10         Q.   So how did you come in to know about the three

11   percent stuff?

12         A.   I think from InfoWars.

13         Q.   Just from InfoWars?

14         A.   I think, yeah.

15         Q.   Were you on any channels, like, any reddits or any

16   4Chan, 99Chan, 8Chan?

17         A.   (Shakes head.)

18         Q.   None of that stuff?  You don't do any of that

19   stuff, or --

20         A.   (Shakes head.)

21         Q.   What about -- what kind of communications do you

22   use?  Like --

23         A.   I just --

24         Q.   Telegram, right?

25         A.   Well, recently, yeah.  Telegram.

1      Q.   So you had the -- we had talked about -- what's

2   the name of it?  The MAGA Gang.  You said there was another

3   one that you used, another -- was it the --

4      A.   Like, Constitutional Patriot or something it was

5   called.

6      Q.   Patriots --

7      A.   Patriots Forever.

8      Q.   Patriots MAGA 45 or something like that?

9      A.   The names change.  I don't know.

10      Q.   Well, you were administrator for them.

11      A.   I was on one of them that I changed the name.

12      Q.   What was that one called?

13      A.   That was that MAGA Gang one.

14      Q.   Okay.  And that was changed to what?

15      A.   I haven't --

16      Q.   Patriots 45?

17      A.   No, no.  I haven't changed it for --

18      Q.   Were you in the Telegram channel, the Patriots 45?

19      A.   I don't know.

20      Q.   It's like Patriots MAGA 45 or something like that.

21      A.   I mean, I don't know.

22      Q.   If I told you somebody told me that you were the

23   administrator for that --

24      A.   Oh, the -- I've only been an administrator for

25   that one.

1      Q.   Okay.  What's your handle on Telegram?  Do you

2  have a handle you use?

3      A.   Yeah.  I think it was Trumpmafia1776.

4      Q.   And is that the only handle that you use on

5  Telegram?

6      A.   I made a new one.

7      Q.   What was the new one?

8      A.   My name is Sonny, s-o-n-n-y, daise, d-a-i-s-e,

9  ouside, outside without a T.  That was for you, for the FBI.

10     Q.   Why?

11     A.   Sunny days outside.  That's what I want.

12     Q.   Okay.  So you just have Trumpmafia1776 and

13  Sonnydaiseouside without a T.

14     A.   Yeah.

15     Q.   Any other ones?

16     A.   For Telegram?  No.

17     Q.   What about -- what other channels or platforms do

18  you use?  Instagram, Twitter?

19     A.   I have a YouTube.  That's about it.  I mean, I --

20  yesterday or the day before, I opened up a -- I got a new

21  phone -- well, not a new phone, but I bought a -- I got a

22  new app for Instagram, but I haven't set it up or -- what's

23  the other one?  Yeah, Instagram.  I mean, I started one, but

24  I don't even know if it -- the profile's filled out, so I'm

25  not --

1          Q.   Facebook?

2          A.   I had -- yeah.  I have a Facebook, but I don't go

3     on it.  I haven't been on it since January.

4          Q.   What about Twitter?

5          A.   I had a Twitter, but I haven't been on Twitter for

6     a couple years, probably.

7          Q.   Do you remember any of the YouTube, Instagram,

8     Facebook, or Twitter handles?

9          A.   My YouTube is Trumpmafia, I think.

10         Q.   Any other ones?

11         A.   I don't remember Twitter.  Twitter was probably

12    just D.J. Rodriguez.

13         Q.   Okay.

14         A.   And what was the other one?  Facebook?

15         Q.   Instagram or Facebook?

16         A.   Facebook is Daniel Rodriguez.

17         Q.   Did you have any spam accounts?

18         A.   What's that?  No.

19         Q.   Spam accounts are alias accounts.  You just had

20    one account on each of these platforms other than Telegram?

21         A.   Alias accounts?

22         Q.   Or multiple accounts?  Like, some people have --

23         A.   Well, I had --

24         Q.   -- five YouTube account channels.

25         A.   -- another YouTube account, which is --

1      Q.   Okay.

2      A.   -- my original, but they delete -- they kicked me

3   off.

4      Q.   What was that one called?

5      A.   That's just my name.  That's just my normal one,

6   my -- think it was just --

7      Q.   Just Daniel Rodriguez?

8      A.   Yeah, I think so.  I don't know.  But my -- so, my

9   email is Donald Jefferson, and I think it was under Donald

10   Jefferson and they kicked me -- because I can't get -- I had

11   to make a new email address to get back on YouTube because

12   they wouldn't let me on YouTube because of whatever videos I

13   was liking or commenting on --

14      Q.   So Donaldjefferson@gmail?

15      A.   Donaldjefferson82@gmail.

16      Q.   Did you only have a Google email account?  Did you

17   have a -- any other ones?

18      A.   I have another email.

19      Q.   Okay.

20      A.   It's the Trumpmafia1776, I think.

21      Q.   At Gmail?

22      A.   Yeah.  I had to make that one just for YouTube, so

23   I could get on YouTube.

24      Q.   Did you have a Yahoo! or --

25      A.   I had --

```
 1          Q.    -- Outlook?

 2          A.    No.  I mean -- no.

 3          Q.    You did have a Yahoo account?

 4          A.    Oh God, no.  Like, no, I don't think I did.

 5          Q.    Okay.

 6          A.    It would've been, like, 15 years ago or something.

 7     I don't remember.

 8          Q.    Okay.  So only two email accounts that you know

 9     of?

10          A.    (Nods head.)

11          Q.    I'm not going to find more email accounts on your

12     electronic devices?

13          A.    No, just Gmail.  Just a Gmail with my --

14          Q.    Which Gmail?

15          A.    The Donaldjefferson82 is my main email.

16          Q.    Okay.  What's your -- what phone platforms do you

17     use?

18          A.    What do you mean?  Android?

19          Q.    Do you use WhatsApp?

20          A.    No.

21          Q.    Do you have a WhatsApp account?

22          A.    No.

23          Q.    What's your cell phone number?

24          A.    626-935-5176.

25          Q.    What about Skype?
```

```
1        A.   (Shakes head.)

2        Q.   Any other platforms that you can talk or send end-

3   to-end encrypted communications over?

4        A.   (Shakes head.)

5        Q.   WeChat, Tango, Fyber?

6        A.   (Shakes head.)

7        Q.   You're shaking your head, but is that a no?

8        A.   Nothing.  No, nothing.  No, nothing.  Just

9   Telegram.

10        Q.   Okay.  What app --

11        A.   And text message.

12        Q.   Do you have TextSecure?

13        A.   No, I don't think so.

14        Q.   What payment apps do you use?  Zelle?

15        A.   Nothing.

16        Q.   Venmo?

17        A.   No.

18        Q.   None of that stuff?

19        A.   No.

20             UNIDENTIFIED MALE:  Cash App?

21             BY AGENT ELIAS:

22        Q.   Cash App?

23        A.   No.

24        Q.   Nothing?  Your only bank account's through Chase?

25        A.   Yeah.
```

1      Q.   And you said you formerly had a Bank of America?

2      A.   Yeah.

3      Q.   With the other people in your group, Mellow or Ed,

4   Michelle, how did you communicate with them when you weren't

5   in-person?

6      A.   Text message.

7      Q.   Over, like, iMessage or over -- text message over

8   Telegram?

9      A.   Sometimes Telegram or just regular message.  Just

10  regular text -- cell phone text.

11     Q.   Okay.  So after you left the Capitol and you went

12  back to the Airbnb, then what happened?

13     A.   Nothing.  We came back.  We --

14     Q.   What day did you -- did you leave the next day?

15     A.   The next morning.

16     Q.   The next morning?

17     A.   Yeah.

18     Q.   Okay.

19     A.   Yeah.

20     Q.   And who all was in the van coming back?

21     A.   The same people.

22     Q.   Okay.  So Marci, Andy, Ed, Al, Mellow, and you?

23     A.   Wait a minute.  Al wasn't there.  I think Al flew

24  back.  Al flew back and we took his stuff to his house for

25  him.  His luggage or whatever he had.  He brought too much

```
 1    stuff.

 2        Q.   Did you -- did he have any souvenirs he took from

 3    the Capitol?

 4        A.   No.  As far as I know, nobody took anything home

 5    from the Capitol.

 6        Q.   Let's talk about who did you meet up with.  From

 7    your LA area people that you knew, who did you meet up with

 8    over in D.C.?  Or who did you know that traveled from LA

 9    that was part of your group that you knew was in D.C. the

10    same time you were?

11        A.   It was just that girl, Kayla, Chris Almonte, some

12    guy named Sauna (ph.).

13        Q.   Sauna?

14        A.   Yeah.

15        Q.   Okay.

16        A.   We knew a lot of people, though.  I mean, if

17    you --

18        Q.   Sure.

19        A.   -- go to all the rallies.

20        Q.   Gina was there.

21        A.   Gina.

22        Q.   Did you talk to Gina before she got arrested?

23        A.   Um-hmm.

24        Q.   What'd you find out from her?

25        A.   Nothing.  I mean, we just said hi.  But, I mean,
```

1  we didn't talk about anything else.  I don't really know her

2  that well.

3       Q.   Did you go over to her house?

4       A.   I've been to her house.

5       Q.   After January 6th, have you been to her house?

6       A.   Yeah.  I went one time, yes.

7       Q.   With Ed?

8       A.   No.

9       Q.   With who?

10      A.   Gabe.  The guy who turned a rat.

11      Q.   What do you mean?

12      A.   The guy who's snitching on everyone.  He's a Trump

13  supporter, but -- and he had all this -- he used to always

14  pick fights with BLM and Antifa, and we always had problems

15  with him making us look bad, and he always wanted to get

16  violent.  And now he's turned on us -- or, me.

17      Q.   What happened when you went with Gabe to talk to

18  Gina?

19      A.   It was just, like, to touch base.  It was just

20  like, hey, you know, we're -- we made it.  We're back.

21  Everything's okay.  Are you okay?  Kind of thing.

22      Q.   What is Gabe going to say happened?

23      A.   I don't know.  I don't know about that guy.  I

24  mean, I haven't had contact with him and he was really

25  quiet.  He looked like he didn't like what happened and he

1   was just -- kind of just sit -- staring at the floor a

2   little bit or something.  Like, sitting on the couch quiet.

3   And Gina and I were talking about D.C. and he was just quiet

4   and, I mean -- and then he left and I left.  We were only

5   there for, like, 30 minutes maybe.

6        Q.   Is there any reason why Gina would tell us that

7   you told her not to say anything to -- about you being at

8   the Capitol?

9        A.   Yeah.  I mean --

10       Q.   Is that what you guys talked about?

11       A.   I guess.  Yeah.  I mean, like -- yeah.  We're

12   like, don't talk about this and don't tell anybody and --

13       Q.   Did you threaten her?

14       A.   No.

15       Q.   But you told her not to say anything.

16       A.   No, I didn't tell her.  I mean, I think it was --

17   no.  I don't even think I told her not to say anything.  I

18   just think it was just assumed or implied that --

19       Q.   Well, tell me what you said because I don't want

20   to put words in your mouth.  Tell me how the conversation

21   went.

22       A.   I really didn't talk to Gina too much.  I mean, we

23   were over there and just talking, and was smoking some weed

24   on her patio.  That's it.

25       Q.   And?

1          A.   I didn't threaten her or tell her any -- tell her

2     to do anything.

3          Q.   But you guys did talk about not saying anything to

4     the police about what happened in D.C.?

5          A.   We weren't even talking necessarily about not

6     talking to the police.  We were saying not to talk to --

7     about this to anyone that we know.

8          Q.   So just don't tell anybody?

9          A.   Just keep it quiet and don't tell anybody anything

10    and let's try to live our lives normal, but not really, no.

11         Q.   Okay.

12         A.   Like I said, we thought everything was going to

13    turn out different and we didn't know this was going to be

14    like this.  It was all a second thought.  We weren't

15    thinking about let's go do something a get away with it

16    after.  We just didn't even think about -- I didn't even

17    think about what we were going to do.  I mean, yeah, we -- I

18    played it in my mind, like, scenarios or just my imagination

19    or something.  But I didn't have a definite plan or we

20    didn't work any details out with -- I didn't work -- you

21    know?

22              I mean, Edward and I would butt heads.  He would

23    want to do one thing, I'd want to do another, and -- you

24    know?  So we're not, like -- we're just out there just

25    with -- I'm out there without a plan.

1        Q.    Okay.  So whose idea was it to go to paintball to

2    practice?

3        A.    Oh, that was Edward.  Edward owns --

4        Q.    It was all Edward?

5        A.    -- a paintball gun, so he wanted -- I think he

6    just wanted friends to go out there and do paintball with

7    him.  And he's probably using it as an excuse to go train or

8    get in shape or something.

9        Q.    And earlier, when we talked about things you

10   might've done to prepare to go on January 6th, you had

11   mentioned you had done some working out or something like

12   that.  Running or something you said?

13       A.    Oh, you know, just -- yeah.

14       Q.    Getting in shape?

15       A.    Jogging.  Just jogging.

16       Q.    Why were you jogging to go to -- back to the

17   Capitol?

18       A.    Because we thought that we were going to be

19   fighting a bunch of Antifa and BLM, and we didn't want to be

20   getting beat up.

21       Q.    Okay.  When did you take up jogging?

22       A.    I don't know.  Like, six months ago, four months

23   ago.  Four months ago, maybe.

24       Q.    So like, right after the election?

25       A.    Maybe.  Yeah, I guess.  Around the -- around

1    October.  We'll say October, because I've been getting out

2    of shape and not -- I mean, I'm 38.  If you don't exercise,

3    you get -- your body -- you know, it took a while for me to

4    get back -- able to -- like, I couldn't jog.  I couldn't --

5    I was like -- it looked really awkward and, you know, it was

6    like my muscles weren't there anymore.  Like, my brain was

7    like, run, and, like, my body was not able to run.  Like, I

8    couldn't even --

9        Q.    Yeah.

10       A.    So no.  I was just trying to get in shape.  It's

11   not necessarily like something with, like -- I have all

12   these intentions of -- you know?  I'm not some commando guy

13   that I'm trying to get -- look how skinny I am.  I know

14   I'm -- just trying to get in a little shape.

15       Q.    But at least part of your -- let me ask the

16   question, please.

17       A.    Um-hmm.

18       Q.    So part of the going to training at paintball or

19   shooting at the firing range --

20       A.    Well, paintball was just fun.

21       Q.    Hold on.  Please let me finish the question, okay?

22       A.    Sorry.

23       Q.    So paintball originally, you said, Ed was trying

24   to get people together for formations, although it didn't

25   turn out that way.  He was trying to get them together to

1   practice, like, how they would go up against BLM or Antifa.

2        A.    Maybe, yeah.

3        Q.    Yeah.  And then after the election, you attempted

4   to buy a gun, but -- let me finish, please.

5        A.    Um-hmm.

6        Q.    And you guys did go to a shooting range after the

7   election.

8        A.    No, before.

9        Q.    You jogged.

10        A.    We just went out to the dessert to go shoot.

11        Q.    Oh, you went to the dessert to shoot?

12        A.    Yeah.

13        Q.    After the election?

14        A.    No, it was before.  It was a while ago.  It was --

15   okay.  Maybe it was after --

16        Q.    Okay.

17        A.    It was in November, I think.

18        Q.    Yeah.

19        A.    I remember I had a rented car when we went.  It

20   was a --

21        Q.    Oh, who rented it?

22        A.    No, I had a rental because --

23        Q.    Oh, you had a rental?

24        A.    -- my car was totaled.  It got -- I got in an

25   accident, so my insurance company gave me a rental car, and

 1    I remember we went in that rental car to go shoot in a --

 2         Q.    Okay.

 3         A.    We went out to some legal spot where we could go

 4    shoot.

 5         Q.    By Oak Creek?

 6         A.    No.  No, that's where I live.  No.  We went

 7    somewhere else.

 8         Q.    On BLM land or something?

 9         A.    Yeah.  Yes.  Somewhere Edward looked up.

10         Q.    Okay.  What was the --

11         A.    I kind of --

12         Q.    -- was part of it to prepare for, like, the Antifa

13    thing?

14               (Special Agent Armenta enters the room.)

15               MR. RODRIGUEZ:  I don't -- no.  Well, not for me.

16               AGENT ELIAS:  Okay.

17               MR. RODRIGUEZ:  I've been shooting and I just --

18    it's just fun.

19               AGENT ELIAS:  Thank you, sir.

20               UNIDENTIFIED MALE:  Yeah.

21               MR. RODRIGUEZ:  I only -- I've been shooting with

22    other people and it's just for fun.  I don't own --

23               AGENT ELIAS:  Okay.

24               MR. RODRIGUEZ:  -- a gun, so it's like --

25               AGENT ELIAS:  Okay.

```
 1              MR. RODRIGUEZ:  -- just to go for fun.  It's

 2    not tactical, like --

 3              AGENT ELIAS:  Sure.

 4              (Unidentified male exits the room.)

 5              MR. RODRIGUEZ:  I don't have a -- yeah.  You're

 6    not going to read any messages or find anything on me that

 7    I'm out there, like, trying to prepare for shooting people.

 8              BY AGENT ELIAS:

 9         Q.   Did you buy smoke grenades?

10         A.   Yeah.

11         Q.   When did you buy those?

12         A.   When we went paintballing.

13         Q.   What was it for?

14         A.   For paintballing or --

15         Q.   You didn't use them during the paintball, though.

16         A.   No.  You know what I used them -- what I wanted

17    them for was for a rally in Huntington Beach.  I believe I

18    originally bought red smoke grenades to do them at the beach

19    at our -- at Huntington Beach.

20         Q.   Did you take them with you to D.C.?

21         A.   Think so.  I think so.

22         Q.   Okay.

23         A.   Yes.  Yes, I took two.  I took two smoke grenades

24    because I thought that it would help us if we were trying to

25    escape, like, BLM or Antifa or something.  Like, they were
```

1  surrounding us, or --

2       Q.   Where'd you buy those at?

3       A.   A paintball store.

4       Q.   Do you remember the name?

5       A.   Critical.

6       Q.   What else did you buy that ended up going with you

7  to D.C.?

8       A.   Nothing.  I didn't have any money.

9            BY AGENT ARMENTA:

10      Q.   What about -- what did, like, Ed buy or whoever

11  else went with you?  What other equipment?

12      A.   Ed bought the gas masks and the van, the rental.

13  I mean --

14      Q.   What else?  What other equipment?  Supplies?

15      A.   Walkie-talkies.

16      Q.   Okay.

17           AGENT ELIAS:  Yeah, that's right.  You had that

18  on -- clipped on your shirt.

19           MR. RODRIGUEZ:  Yeah.  We bought some walkie -- he

20  bought some walkie-talkies.

21           AGENT ARMENTA:  What was that for?  What was the

22  purpose of the walkie-talkies?

23           MR. RODRIGUEZ:  So we wouldn't -- oh, because

24  right before that, I think there was a -- remember in

25  Tennessee or Memphis or somewhere, there was a bomb.  Do you

1  remember that RV and it wiped out all the cell phones?  So

2  we thought that it was possible that they might bomb -- do a

3  bombing in D.C. and that we won't have any cell phone

4  communication, so we were just preparing to find each other

5  with the walkie-talkies.  That's all it was.

6          AGENT ELIAS:  Who all had walkie-talkies in D.C.?

7          MR. RODRIGUEZ:  Well, there was four walkie-

8  talkies and there was only two of them charged.  So I mean,

9  I think it was me, Mellow, Andy, and Edward.  But Mellow

10  kept it in his pocket and Andy's was dead, so it was just me

11  and Ed.  And then I think the batteries just died, because

12  we had just bought them.  We didn't even charge them, so we

13  were just walking around with dead walkies for most of the

14  day.

15          AGENT ELIAS:  Okay.  So while you were stepped

16  away, we went over his Telegram, YouTube, Instagram,

17  Facebook, Twitter, his emails, his cell phone number, other

18  accounts he uses.  And then they left the next morning after

19  January 6th and it was Marci, Andy, Ed, Mellow, and D.J.  Al

20  flew back and they dropped their -- his stuff off for him.

21          MR. RODRIGUEZ:  Al, for some reason, either wanted

22  to stay later or something.  He didn't like the drive.

23          AGENT ELIAS:  Yeah.

24          AGENT ARMENTA:  He was the one from Arizona?

25          MR. RODRIGUEZ:  Yeah, yeah.  He was always -- he

1   was doing all this complaining, so I think maybe, like, he

2   didn't want to go back or --

3           AGENT ELIAS:  Yeah.

4           MR. RODRIGUEZ:  He was just complaining.  The

5   music's too loud --

6           AGENT ELIAS:  And then he said he met up with out

7   there Kayla, Chris Almonte, somebody named Sauna, and Gina.

8   And then we talked a little bit about Gina and he said that,

9   after January 6th, he did go to Gina's house with Gabe one

10  time.  And they did discuss not saying anything to anyone.

11          BY AGENT ARMENTA:

12      Q.   Okay.  So you told Gina that?

13      A.   Yeah.  We were just not going to talk to -- talk

14  about it with anybody.

15      Q.   Did you threaten her at all?

16      A.   No.  For sure, no.

17      Q.   So she's not going to say that?

18      A.   I would hope not.

19      Q.   What about --

20      A.   No.  She's a sweet woman.  I wouldn't threaten

21  her.  And plus, what I did, why -- how can I threaten?  I

22  mean, if I threaten her, she's just going to turn me in,

23  right?

24      Q.   I'm just curious.  Like, any other statements

25  regarding now President Joe Biden, was there any -- ever a

1    time where you were angry or threatened to assassinate him

2    or say anything --

3         A.   For sure, no.  For sure, no.  I realize what

4    was -- what happened and if he --

5         Q.   I'm talking about before --

6         A.   Oh, no.

7         Q.   -- and after.

8         A.   No.  For sure, no.  No.

9         Q.   Because there's people saying that you did say

10   that.

11        A.   Okay.  Then you --

12        Q.   I'll be completely honest with you.

13        A.   They said what?

14        Q.   Because it's --

15        A.   What are they saying?  That I --

16        Q.   We've been talking for a while now --

17        A.   -- been threatening Joe Biden's life?

18        Q.   Yeah.

19        A.   For sure, no.

20        Q.   So I need to hear it from you.

21        A.   If I was -- number one, that's, like, a federal --

22   like, that's a -- I already know that, you know, threatening

23   a President is a very serious accusation.  If you say

24   something on the phone, I think -- from what I understand,

25   it, like, might trip up, like, an automatic thing where

1    you're recorded or something and --

2         Q.   Did you say anything related?  Like, I would never

3    live under a Biden regime.  I would rather die before that.

4         A.   Over my dead body.  I mean, over my dead body, I

5    said.

6         Q.   If I got the opportunity, I would --

7         A.   Yeah.

8         Q.   -- assassinate Joe Biden.

9         A.   No, I didn't say that.  I said, Joe Biden's going

10   to be President over my dead body, I remember.  Yeah.  I'm

11   still alive, so I failed.

12        Q.   So then, if you had the opportunity, you would --

13        A.   No.  Not anymore.  Nothing like that.  Like, I

14   don't --

15             AGENT ELIAS:  In the past, though, you had those

16   ideations.  You had thought about, like -- in the past, when

17   you were upset about the election and the vote was stolen --

18             MR. RODRIGUEZ:  No.  No, no, no, no, no, no, no,

19   no.  No.

20             BY AGENT ARMENTA:

21        Q.   Come on, full down low, man.  (Indiscernible).

22        A.   No.  No.  No.  I'm not going to be able to take

23   out Joe Biden.  I'm not delusional.

24        Q.   I'm not saying that you actually think you could.

25   I'm just saying, did you say it?

1        A.   No.

2        Q.   Did you express that emotion about that --

3        A.   No.

4        Q.   -- desire?  Because there are people that did say

5   that you said that.

6        A.   I don't care what they said (indiscernible) --

7        Q.   I'm just letting you know because I don't wan

8   there to be any confusion when it comes up that you lied to

9   us or that you didn't -- you weren't fully honest with us.

10  So that I'm laying all our cards on the table, showing you

11  what we know.

12       A.   Yeah, I know.

13       Q.   And so -- because like I said, you're the one that

14  D.C.'s got this freaking hard-on for because of what you

15  did, you know?  Just with the officer, right?  So if someone

16  else says it, three, four, five other people are saying that

17  you made these statements, who do you think they're going to

18  believe?  And if you're saying --

19       A.   There's not three or four, five people out there

20  that I talk to that I would say that --

21       Q.   I'm just saying, if we find more --

22       A.   There's (indiscernible) --

23       Q.   But if you come to us and say, like, hey, I said

24  this because I was upset.  There was -- like, if you give us

25  context.  Like, this happened.  I saw this on InfoWars or I

1    heard about this.

2         A.   The worst thing I said was, Joe Biden will be

3    President over my dead body, as if I'm going to give up my

4    own life to stop this.

5         Q.   And that's how you felt?

6         A.   I thought that I wasn't coming back at one point,

7    yeah.  I was prepared to not come back.  Yeah.

8         Q.   You were prepared to give up your life to prevent

9    him from being President?

10        A.   No.  To save the country.

11        Q.   But, I mean, that's the same thing, right?

12             BY AGENT ELIAS:

13        Q.   Was that when you went to D.C.?

14        A.   I thought we were saving the country and I thought

15   it was just my -- it was -- I'm nothing.  I'm nobody.  And

16   for what the future is -- it's because the future -- there's

17   the future of the country and the kids and, you know,

18   everybody that -- what is -- what am I -- what --

19        Q.   So you thought you were going to martyr yourself

20   for the cause of the country?

21        A.   I'm so stupid.

22        Q.   Is that what --

23        A.   I didn't -- no.  I don't have a death wish.  I

24   don't want to die.  I don't want to --

25             AGENT ARMENTA:  Well, there's difference from

1   having a death wish than being willing to die for a cause,

2   right?

3            MR. RODRIGUEZ:  I don't want to die for it.  I

4   don't want to die at all.

5            BY AGENT ELIAS:

6       Q.   But you did want to die for the cause at one

7   point.  You just told us that --

8       A.   I was willing to.  I didn't want to.

9       Q.   Right.

10      A.   I was prepared that that was a possibility, but

11  clearly, I don't --

12      Q.   (Indiscernible) --

13      A.   I like my freedom and my life.  I don't want to --

14  I didn't go there to die.  I could've died this morning.  I

15  could've not come out of the room.

16      Q.   When you were fighting with Officer Fanone, did

17  you think that that might be -- that you might be in that

18  moment where this might be the real deal?  This might be the

19  real thing for the cause here?  This might be that turning

20  point for the --

21      A.   Well, yeah.

22      Q.   Yeah?

23      A.   I thought that that's what was happening.  I

24  thought that we were making it happen.  I thought we were

25  saving the democracy and the election and the --

1    Q.   Were you willing to take Officer Fanone's life for

2  the cause?

3    A.   No.  I didn't try to take his life.  I knew -- I

4  don't --

5         BY AGENT ARMENTA:

6    Q.   Have you ever said that, that -- in the past, that

7  you would be willing to, you know, kill someone in combat,

8  an officer if need be --

9    A.   Oh.

10   Q.   -- if they were --

11   A.   Oh, no.  I don't think I ever said anything like

12  that.

13   Q.   Because there's people saying that you said that,

14  too.  Just so you --

15         AGENT ELIAS:  And there actually might be, like,

16  digital evidence that says that from you.

17         MR. RODRIGUEZ:  I don't think there is.

18         AGENT ARMENTA:  Well, that's not really a denial

19  if you're saying, I don't think there is.

20         MR. RODRIGUEZ:  No.  I don't think I ever said

21  anything like that or felt anything like that.

22         AGENT ELIAS:  Is it possible you said that?

23         MR. RODRIGUEZ:  I don't believe it is.  I would

24  remember feeling that way or thinking like that.

25         AGENT ARMENTA:  Danny, it sounds like you were

1    willing to die for your cause, you know, which I get.  I

2    totally understand that.

3              MR. RODRIGUEZ:  I don't feel it's our -- it's my

4    cause.  I think it's, like -- it's a bigger cause.  It's not

5    just me.  It's for everyone.

6              AGENT ARMENTA:  You were willing --

7              AGENT ELIAS:  Totally, yeah.

8              AGENT ARMENTA:  -- for the benefit of the country.

9              MR. RODRIGUEZ:  Yeah.

10             BY AGENT ARMENTA:

11        Q.   Right?  You were willing to die for the benefit of

12   the country.  That's a -- I mean, that's pretty serious

13   thing, right?  Were you also willing to kill somebody who

14   was trying to disrupt that or trying to hurt the country?

15        A.   You know --

16        Q.   Because, like, honestly --

17        A.   I didn't go planning to murder anybody.

18        Q.   I'm not saying that.

19        A.   But I knew that it was a possibility that --

20             BY AGENT ELIAS:

21        Q.   There could be causalities and --

22        A.   There could be causalities.  That, like, if this

23   was another civil war, this was another 1776, another 4th of

24   July or something, that that could be a possibility and --

25        Q.   Officer Fanone was just a casualty.  That's part

1   of it, right?  I mean, because your thinking is like --

2         A.   Do you guys -- you went through taser training

3   before?

4         Q.   Um-hmm.

5         A.   And you've been tased?

6         Q.   Um-hmm.

7         A.   So he's been tased before, Officer Fanone.

8         Q.   Um-hmm.

9         A.   And he has a lot of neck tattoos.  That's painful,

10  too, right?

11        Q.   Okay.  So where you going with that?

12        A.   I'm not going anywhere with that.

13        Q.   So you're saying he just had a little bit of pain?

14        A.   I don't know how much pain he has.  I've never

15  been tased.  I'm sorry.  I don't know what it's like.  He

16  can tase me.

17        Q.   But it seems like you were saying those things to

18  be dismissive about the harm that you caused him.

19        A.   If I could go back and -- yes, I wouldn't do it

20  again.  But what I did, I can't undo it.  And I have, like,

21  no -- I'm embarrassed by it and I'm ashamed by it.  And my

22  mom's going to find out about it, probably.

23        Q.   But, Danny, the issue is, when you went to D.C.

24  and when you thought that you were part of this three

25  percent civil war that you were going to be fighting for

1     freedom, when you tased Officer Fanone, he was standing in

2     your way of fighting for freedom, right?

3          A.   (No audible response.)

4          Q.   Was he one of those -- were you filling to accept

5     him as a casualty if it -- so be it that the --

6          A.   No.

7          Q.   No?

8          A.   No.  I wasn't trying -- I would've stayed there

9     and, like, helped him, like, do something, like, hurt them

10    or -- he said that they were trying to get his gun.  They

11    said they were trying to -- they were chanting, kill him

12    with his -- I didn't hear any of that.  I didn't do any of

13    that.  And honestly, I just walked up when they were pulling

14    him out.

15               (Special Agent Armenta exits the room.)

16               MR. RODRIGUEZ:  And I saw that video where there

17    was people protecting him and I probably should've.  I

18    didn't know that they were going to try to get his -- I

19    didn't --

20               BY AGENT ELIAS:

21         Q.   But if that happened, he's just -- that's a

22    casualty of war, right?

23         A.   No.  I wouldn't really kill an officer.

24         Q.   Let's talk about these people.

25         A.   This person is from New Jersey.  I don't know her.

1    Q.   Who's this?

2    A.   That's Chris Almonte.

3    Q.   Who's this?

4    A.   That's that guy, Sauna.

5         (Special Agent Armenta enters the room.)

6         MR. RODRIGUEZ:  And I don't really know him.  I

7    just know his name is Sauna.

8         BY AGENT ELIAS:

9    Q.   Where's he from?

10   A.   He's from -- they're all from here.

11   (Indiscernible) --

12   Q.   LA?

13   A.   We're all from LA except for this person.  This

14   person we just met that day -- or, I just met her.

15   Q.   From, like, LA proper, Brentwood?

16   A.   I don't --

17   Q.   You don't know?

18   A.   No.  I mean, we're Beverly Hills rally, like,

19   area --

20   Q.   Okay.

21   A.   -- people.

22   Q.   Who's this?

23   A.   That's Ed.

24   Q.   (Pointing at the photograph.)

25   A.   Her name is Rip (ph.).  I don't really know her

```
 1    too well.

 2         Q.   Was she from LA?

 3         A.   Yeah.

 4         Q.   Did she travel with you guys?

 5         A.   No.

 6         Q.   Did you guys transport anything for --

 7         A.   I think these two girls are cute.  That's all I

 8    know about them.  I don't know any -- where they live.

 9         Q.   Who's this?

10         A.   That's Kayla.

11         Q.   Kaylin?

12         A.   No, Kayla.

13         Q.   Kayla?  Who's this?

14         A.   (Laughter.)  That's me.

15         Q.   You know who these two people are?

16              (Special Agent Armenta exits the room.)

17              MR. RODRIGUEZ:  (Indiscernible).

18              BY AGENT ELIAS:

19         Q.   Need glasses?

20         A.   No.  (Indiscernible).

21              (Unidentified male enters the room.)

22              MR. RODRIGUEZ:  Mm-mm.

23              BY AGENT ELIAS:

24         Q.   Do you see this -- is that an American flag neck

25    scarf and a brown jacket?
```

1      A.   Oh, is that Edward?

2      Q.   Is this also an American flag neck scarf and a

3  brown jacket?

4      A.   Yeah.  That's Edward, I guess.

5      Q.   You know who this is?  Who is that?

6      A.   (No audible response.)

7      Q.   Why do you protect her?

8      A.   (Crying.)  She doesn't know what's going on.

9      Q.   Oh, I think she does.

10     A.   She's not one of us.  She's not part of this.

11     Q.   I think she is.

12     A.   (Shakes head.)

13     Q.   Then you have to start telling me why she not

14  because, right now, she's renting the car that you guys

15  drove.

16     A.   She doesn't know anything (indiscernible) --

17     Q.   She knows everything, Danny.  And you told her

18  everything, too.

19     A.   No.  No.

20     Q.   Is this Kaylin?

21     A.   Just leave her out.

22     Q.   Is it Kaylin?

23     A.   Just please leave her alone.  That girl is just

24  such a sweetheart.  She's so innocent.  She doesn't have

25  anybody.

1       Q.   She's from Philadelphia, right?

2       A.   From Pennsylvania.

3       Q.   Pennsylvania, right?  She's a nanny?

4       A.   Yeah.

5       Q.   You got to talk to me.  If you want me to help her

6  out, then I need to know what I -- what her exposure is.

7  Because right now --

8       A.   I haven't told her anything.

9       Q.   -- she's part of the group.

10      A.   I kept her with no information.

11      Q.   What's your relationship with her?

12      A.   I like her.  Don't mention --

13      Q.   Does she like you?

14      A.   Not really.

15      Q.   She's with Ed, right?

16      A.   Kind of.  But he don't really like her.

17      Q.   Ed kind of uses women, right?  He sleeps with a

18  lot of different girls.

19      A.   Yeah.

20      Q.   Did Ed us her to rent the vehicle?

21      A.   I don't know.  Maybe.

22      Q.   Did Ed tell you that she rented the vehicle?

23      A.   No.  He didn't tell me anything.  He was supposed

24  to be the one that was renting it.

25      Q.   She goes to the rallies with you guys?

1      A.   No.  No.

2      Q.   She in the Telegram channel?

3      A.   Yeah.

4      Q.   So she knew what you guys were about.

5      A.   She's just not on there, though.  Like, she

6  doesn't -- I put messages to her and she doesn't read them

7  or -- she doesn't go on there.  She has it, but she's not on

8  there.

9      Q.   So if you're not in a relationship with her, why

10  are you loyal to her and protecting her?  And if she doesn't

11  truly know anything, why do you get so emotional about her?

12      A.   She's the only one I have.  She's the only thing I

13  have besides my mom.  That's the truth.  That's all it is.

14  She's someone I talk to.  She's a friend.

15      Q.   But you confided in her all of the things that

16  you've done.

17      A.   No.  No.  I don't want to scare her.  I don't want

18  her to worry and stuff.  She probably won't want me around.

19  Ed already tried to scare her away from me, saying that I'm

20  no good, I'm -- I don't know.  Maybe he told her stuff about

21  D.C.  You might know more.  (Laughter.)  You might know more

22  about them.

23      Q.   Did you guys -- did you or Ed or anybody else

24  threaten anybody after January 6th, tell them to not talk?

25      A.   I don't really threaten anyone.  I mean, that's --

1    I don't threaten anyone.  I haven't threatened anyone, no.

2         Q.   Did you ever make any communications to anybody,

3    whether it be through text communication or verbal

4    communication, telling somebody that if they talked to the

5    police or went to the police, that there'd be consequences?

6         A.   No.  I definitely didn't do that.  And you would

7    be able to prove it, so why would I lie?

8         Q.   So we started off our conversation today about --

9    we wanted to get to know the story of Danny.  And basically,

10   I'm going to try to summarize the story that you've told us

11   so far and I want you to tell me where I'm wrong, if it's

12   wrong.  But --

13        A.   Who is this guy?

14        Q.   Just when my partner goes out.  He's just another

15   agent.

16             UNIDENTIFIED MALE:  It's just two people to

17   protect.

18             MR. RODRIGUEZ:  Got it, got it.

19             BY AGENT ELIAS:

20        Q.   Yeah.  He's just another agent on our -- in our

21   office.  So essentially, you have been a fan and a support

22   of Trump for a long period of time.  And when Trump became

23   President, you were motivated to try to join the military,

24   but the military -- the Army didn't take you based off of

25   your prior history.  But you volunteered to do canvassing on

 1    behalf of the campaign.

 2              And then at some point in August of 2020, you

 3    started attending Trump rallies.  Most of them in the

 4    Beverly Hills area, but some of them in Huntington Beach

 5    and --

 6         A.   Politicians' houses.

 7         Q.   -- at politicians' houses.  And at some point

 8    after the election, when it appeared to you that Biden was

 9    going to be declared the winner, you --

10         A.   I didn't think that Biden was ever going to be

11    declared winner.

12         Q.   But at some point, you believed that the election

13    was stolen from Trump, that Trump had won in a landslide,

14    but that those votes weren't being legally counted.  And

15    some of that information you got from InfoWars and from some

16    of the other videos that you were seeing of, like, ballots

17    being moved about in boxes and things like that.  Is that

18    correct so far?

19         A.   Yeah.  Yeah.  Steven Crowder and Mark Dice.

20         Q.   Okay.

21         A.   InfoWars.  It's all over.

22         Q.   Right.

23         A.   From the Hodgetwins.  There's just tons of

24    channels that -- evidence everywhere.

25         Q.   Okay.

1      A.   Overwhelming evidence that it's been stolen,

2   everything's not right.

3      Q.   Right.

4      A.   We need to fix this.

5      Q.   And part of your background and your experience

6   was that you felt like, at some point, you get involved with

7   the three percent belief.

8      A.   No -- oh, yeah.

9      Q.   Do you know -- how far back was that, by the way?

10      A.   I just felt like --

11          (Special Agent Armenta enters the room.)

12          MR. RODRIGUEZ:  I don't know anybody else that

13   called themself a Three Percenter or --

14          AGENT ELIAS:  Sure.

15          MR. RODRIGUEZ:  So I just -- nobody around my

16   friends, my circle, like, knew what that was, was about

17   patriotism (indiscernible) --

18          (Unidentified male exits the room.)

19          BY AGENT ELIAS:

20      Q.   But at some point, you got involved

21   (indiscernible).

22      A.   Yeah.  I just thought --

23      Q.   You never, like (indiscernible)--

24      A.   -- that that was cool, yeah.  I was putting

25   stickers on my car.  I'm like, okay.  Let me order something

1  online and put it on my car, and that's all it was.  It was

2  never a meeting.  I never met another --

3      Q.   I know.  And I was going to get to that.  But I

4  was just wondering, when did that three percent stuff start

5  to, like, kind of be something that you were really

6  interested in?

7      A.   Oh, maybe, like, ten years ago.  At least, like,

8  2013, 2012.

9      Q.   Okay.  When did you get the sticker for your car?

10     A.   When I got the car.

11     Q.   Which was?  I don't know that date.

12     A.   I got that car in 2017, probably.  That black one.

13     Q.   Okay.  And that's when you put three percent

14  sticker on it?

15     A.   Yeah.  I mean, I had InfoWars sticker, California

16  Republic sticker, American flag sticker.

17     Q.   Okay.

18     A.   Even had a thin blue line sticker.

19     Q.   Okay.

20     A.   I had all the stickers on there.  Three Percenter,

21  1776.

22     Q.   Okay.  So back to my summary of what you've told

23  us thus far.  And then you and some of the other friends

24  that were part of a -- your Telegram, Patriots -- whatever

25  the Telegram group was.  MAGA Gang.  And they're also the

1   group of friends that attends those Beverly Hills rallies

2   had decided you guys were going to heed the call of

3   President Trump and head back to D.C.

4           Part of what you thought, though, would -- could

5   take place when you went to D.C. was that you guys were

6   going to encounter BLM and Antifa who were there to be

7   opposing, like they had been in other rallies here in

8   California.

9   A.   We were originally going to go protect -- the

10  original intent -- or possibility was to go protect the

11  Capitol.

12  Q.   From Antifa and BLM.

13  A.   From vandalism and --

14  Q.   Right.

15  A.   -- fire.

16  Q.   And so you -- in order to make sure that you guys

17  were equipped for that because of all your experiences that

18  you lived --

19  A.   That's why I needed the gas mask and --

20  Q.   -- you needed the gas mask, the bear spray, the

21  tasers, all those things were because you thought you guys

22  were going to be engaged in some sort of civil war with BLM

23  and Antifa.  You go to the -- you arrive by van, you attend

24  the Trump rally the morning of the 6th, and then you go to

25  the Capitol and you breach through the Capitol area.

1          You end up in the area where the tunnel is and, at

2    some point, you engage with Officer Fanone after receiving a

3    taser from some mysterious person after you call for a

4    taser.  You tased Officer Fanone, you reviewed those videos

5    with us, that you confirm that that is you tasing Officer

6    Fanone in those videos.  And at some point, after tasering

7    Officer Fanone, you end up breaching the Capitol through a

8    glass window that was already broken.

9          And once inside the Capitol, we showed you that

10   video of you inside the Capitol and you confirmed that that

11   was you that was trying to break the other window open.  And

12   you believed at some point you may be there for a while and

13   so you needed to open that other window for ventilation in

14   case you were tear gassed.  But at some point, those things

15   all occurred, correct?  That's what you've told us thus far.

16        A.    (No audible response.)

17        Q.    Then you left from there.  You took a photo with

18   somebody else.  The guy outside that had the little --

19        A.    Oh, yeah, we --

20        Q.    -- gas bag or whatever it was.

21        A.    Yeah.

22        Q.    Hazmat bag.

23        A.    Yeah.  When we came out, we took that picture.

24        Q.    Took those pictures, you went back to the Airbnb,

25   you left the following day in the van, and it was everybody

1    except for Al was -- came back in the van.  And you've

2    confirmed, at least in part, that one of Ed's goals may have

3    been -- for the paintball training was to practice should

4    you guys go up against Antifa or BLM, to make sure you guys

5    knew how to work together as a team.

6        A.   I don't know if that was his intent or his goals,

7    but that's what I thought it might be.

8        Q.   Okay.  And you acquired -- at some point, you

9    acquired the smoke grenades for going to those rallies.

10        A.   No.  I had the smoke grenades because we went

11    paintballing, but they didn't let us use them at the

12    paintball, so I just --

13        Q.   Well, you bought them at the paintball place.

14        A.   Yeah.  And then I just had them.

15        Q.   And you said you were going to use them maybe at

16    the Huntington rally.

17        A.   Yeah.

18        Q.   And you didn't.

19        A.   Yeah.

20        Q.   But then you ended up on taking those along with

21    your knife, your pepper spray, and the gas mask that Ed gave

22    you.  Those all ended up in --

23        A.   I take a knife everywhere.  I didn't take a --

24        Q.   I understand, I understand.  I'm just saying the

25    items you told us you took.  All those ended up going with

1    you back to the Capitol.  When you tasered Officer --

2         A.   We didn't -- that stuff stayed in the van.  We

3    didn't --

4         Q.   It went to the Capitol region.  Let me be clear.

5         A.   Yeah.  It went to Arlington, but it never went

6    into D.C.

7         Q.   Okay.  The van wasn't in D.C.?  So when you

8    offloaded it, it stayed at the Airbnb?

9         A.   No.  We took a Uber into D.C.

10        Q.   You Uber'd to D.C.?

11        A.   Yeah.

12        Q.   How many people went in the Uber?

13        A.   Well, we had a couple Ubers.

14        Q.   Okay.

15        A.   It was just --

16        Q.   Who paid for the Ubers?

17        A.   Oh, it wasn't me.  I don't know.

18        Q.   You don't know who ordered the Ubers?

19        A.   No.  I don't have a Uber app or anything.

20        Q.   Okay.

21        A.   Might've been Ed, I guess.

22        Q.   Might've been who?

23        A.   Ed.

24        Q.   Okay.  When you were engaged in your activities at

25    the Capitol, including the tasering of Officer Fanone,

1   including breaking into the Capitol, there's a part of you

2   that believed that there may be -- this may be a civil war

3   moment where you had to be part of the necessary group of

4   people that were going to repel the evil to make sure that

5   our United States and our Constitution would survive, right?

6        A.   (Crying.)

7        Q.   And so when you --

8        A.   Am I mental?  Am I?  Am I just that stupid?  I

9   mean, yes.

10       Q.   Listen, Danny.  I think you just made some bad

11  choices, man.

12       A.   Did we all really just -- are we all that stupid

13  that we thought we were going to go do this and save the

14  country and it was all going to be fine after?  We really

15  thought that.  That's so stupid, huh?

16       Q.   You did think that, right?

17       A.   Yeah.  Yeah.  We really thought that we were doing

18  the right thing, that we were going to -- yeah.

19       Q.   And those -- the officers that were there, they

20  were getting in your guys' way.

21       A.   (Crying.)  Yeah.  We just -- yeah.  We were just

22  like, come on.  Get out of the way, guys.  This is

23  (indiscernible) --

24       Q.   So if they were in your way, you guys just had to

25  tase them.

1        A.    We're with you guys.  Come on, guys.  We back the

2   blue.  You know how many times I've had to argue with people

3   about backing the blue and the cops telling us at rallies,

4   you know, stay on the sidewalk or it's time to get out of

5   here or whatever?  And I'm like, come on, guys.  This is not

6   how we back the blue.  And I tased one of them.  Yeah.  I

7   don't know what --

8        Q.    If you could say something to that officer, what

9   would you say?

10       A.    (Crying.)  I'm sorry he had to go through that.

11  It's not right that he had to suffer like that.  And it puts

12  fear in him and worrying about his life.  He was scared for

13  his own life and thought about having to kill us.  And he

14  was willing to die because of his beliefs, too.

15       Q.    What were his beliefs?

16       A.    That he was standing up against the racists or

17  something, maybe.  Like, the Trump people are bad and he

18  was -- he felt he was doing the right thing, too.

19       Q.    Do you think he was doing the right thing?

20       A.    Yeah.  He was doing his job.

21       Q.    Do you think you were doing the right thing in the

22  moment?

23       A.    Yeah.  But not very confidently, I guess.  I mean,

24  not -- I mean, when I tased him, I really -- you know, like,

25  when you do something, you're like, goddamnit, why did I do

1    that?  I just -- I had -- got caught up in the moment and I

2    didn't really think.  I didn't think about him and his

3    family and what was going to happen to him.  I should've

4    protected him and stopped what was going on.

5         Q.   Danny, what should happen to somebody who assaults

6    an officer and breaks into the Capitol?  And by break, I

7    mean illegally enters the Capitol.

8         A.   Well --

9         Q.   Causes property damage in the Capitol.  What

10   should happen to somebody who does this?

11        A.   Well, this kind of situation's never happened

12   before.  I don't know what should happen because there was a

13   lot of brainwashing and manipulation and politics and a lot

14   at stake.  A lot of peoples' lives on the line and

15   livelihoods and the futures on the line and -- you know?

16   There's a lot of emotions when you get involved when

17   you're -- when you feel like you're fighting evil.  You're

18   fighting pedophiles.

19             And it -- you have a lot of fire that gets lit

20   inside you when you know that, like -- like, if you see a

21   dog or a child being beaten and it's like you can only,

22   like, take so much before you start to, like, feel

23   responsible for not doing something.

24        Q.   On January 6th, did you feel it was your

25   responsibility --

1        A.    I did.

2        Q.    -- to go there?

3        A.    (Crying.)  I did.  I did.  I thought that -- yes.

4   Yes.  I thought that I knew enough or I knew better and I

5   was -- I thought that I was doing the right thing.  I

6   thought it was all going to be different.  I thought Trump

7   was going to stay President.  I don't know.  I just can't

8   believe my life, what I did to it.

9        Q.    So what should happen to you?

10       A.    You know, I don't really want to answer that

11  because I don't --

12       Q.    That's fair.

13       A.    I don't know if I can tell what's going to happen

14  to me.

15       Q.    Okay.

16       A.    Probably done too much talking today.

17       Q.    Is there anything that you want to change from any

18  of your previous statements that you've made to us?  You

19  know what I'm talking about?  Changing from maybe something

20  that wasn't truthful?

21       A.    No, I have not lied.  I've really not lied.  Not

22  about the gun -- you said I have gun -- you guys -- there

23  was no gun at my house, right?

24       Q.    There was a gun, yeah.

25            AGENT ARMENTA:  There was a gun.

1              MR. RODRIGUEZ:  In my mom's room?

2              AGENT ELIAS:  Um-hmm.

3              MR. RODRIGUEZ:  She had a gun?  A .45?

4              AGENT ARMENTA:  Yes, Danny.  We're not lying about

5       that.

6              AGENT ELIAS:  You'll get to see a copy of the

7       property evidence report and photos.

8              MR. RODRIGUEZ:  What the fuck?  She told me she's

9       not allowed to have a gun.

10             AGENT ELIAS:  She did.

11             MR. RODRIGUEZ:  See, when I first to buy that

12      Walther and I didn't get approved for the DOJ, I -- well,

13      originally, I was buying the gun for my mom.  It was a .22

14      for the house.  I was like, we should just own a gun, I told

15      her.  We should just own a gun for the house.  And it was a

16      .22.  I was like, she shouldn't be scared of that.  She

17      should be comfortable with that.

18             And I asked her -- and I -- when I told her -- I

19      go, well, I got this gun, I paid for it, but I couldn't get

20      my name -- they wouldn't approve me or whatever.  And I told

21      her, well, let's put it in your name.  And then that's when

22      she told me she couldn't have a gun.

23             AGENT ELIAS:  Okay.

24             MR. RODRIGUEZ:  So that's why when you said

25      there's a gun, I don't -- I didn't believe you.  I --

1           AGENT ELIAS:  So anything that you want to change

2    statement-wise?

3           MR. RODRIGUEZ:  I mean, nothing lies.

4           BY AGENT ARMENTA:

5    Q.   Anything you're not telling us that you know we

6    would be interested in as far as the involvement of your

7    friends in this?

8    A.   I mean, Edward and I were close at one point, but

9    we don't even talk anymore.  Like I said, I'm not into -- I

10   don't follow the -- if you even -- I don't know if you guys

11   look at my YouTube.  I don't even watch a video or --

12   Q.   Danny, Danny, Danny, that's not what I asked.

13   A.   -- not commenting.

14   Q.   That's not what I asked.

15   A.   No.

16   Q.   Is there anything that you didn't tell us -- like,

17   remember, I talked about lies of omission?

18   A.   (Nods head.)

19   Q.   Is there anything that you want to let us know, so

20   we can tell the prosecutors, hey, actually, Danny came

21   forward and he told us this, and he was being really

22   helpful.

23   A.   I would try to -- I would like to be more helpful,

24   but I don't have any -- what do you -- I mean, if you ask me

25   (indiscernible) --

1           BY AGENT ELIAS:

2      Q.   Did you plant the pipe bombs?

3      A.   Did I what?

4      Q.   Did you plant the pipe bombs that were down there?

5      A.   No.  I don't know if there was any -- no.

6      Q.   Did Ed?

7      A.   No.  I don't know anything about pipe bombs.  I

8  heard that there was pipe bombs from the news.  I don't

9  know.

10     Q.   Do you know any information about other people,

11 other groups that took weapons and did things at the

12 Capitol?  Assaulted officers, injured officers?

13     A.   Mm-mm.

14     Q.   Because that would be information that could help

15 you out.

16     A.   I don't.  I don't.  I don't know anything like

17 that.

18          BY AGENT ARMENTA:

19     Q.   And just so you know, like I said, Danny, like,

20 you know, complete honesty, we talked to a lot of people

21 today, not just you.  We executed a lot of search

22 warrants --

23     A.   They're lying about me saying that I'm threatening

24 the President and stuff like that, though.

25     Q.   We executed a lot of search warrants just like we

1    did at your mom's house.  We searched vehicles, houses,

2    persons, and phones, and we're going to find those

3    information, those communications, even if it's deleted.

4    The FBI's really good at finding information that's deleted,

5    because, as you might know, if you delete a text or an app

6    on a cell phone, it's not really deleted.

7         A.    You guys found all those Clinton emails?

8         Q.    Um-hmm.

9         A.    No, I don't have anything.

10        Q.    So honestly, Danny, you should be worried about

11   yourself right now.

12        A.    I'm really worried about -- I'm probably, what?

13   Looking at 20 years or more?  Forty years, 50 years?  What

14   am I doing?  I'm going to die in prison?

15             BY AGENT ELIAS:

16        Q.    No.  Like, the way it works is they take a look at

17   all of your charges and they take a look at your prior

18   criminal history and whether or not you cooperated with the

19   government, and all those things count towards credits

20   either for or against you.  And if you go to a trial at the

21   end, then the judge issues a sentence.  Or if you plead out

22   beforehand, then you negotiate a plea deal with the U.S.

23   Attorney's Office.  So it can go a lot of different ways.

24             I can tell you right now, I think -- on the

25   assault on a federal officer, I think your exposure, the

1    sentence max is 20 years.  But that's the statutory maximum

2    that you would get if you had busted through the charts on

3    all the offender scores and everything like that, and had no

4    cooperation credits.  So that doesn't mean you're going to

5    get 20 years.

6              What you're actually facing is something

7    underneath that.  But what that will be, it all depends on

8    what your criminal history is like; like I said, if you

9    cooperated with the government; if you entered in a plea

10   agreement or not; all those things.  And that's all stuff

11   that you have to talk with your personal attorney over.

12        A.   I don't have a good previous history.

13             BY AGENT ARMENTA:

14        Q.   That's why I was telling I was trying to help you

15   out and that everything you need to tell us has to be the

16   absolute truth --

17        A.   It was.

18        Q.   -- and all the information.

19        A.   It is.

20        Q.   Okay?

21        A.   Yeah.  It's been --

22        Q.   I'm just giving you the free pass now, let you

23   know.

24        A.   It's been.

25        Q.   All right?

1        A.   I have not --

2        Q.   If there's something that we have, we look at,

3   that isn't mixing with your statements or cell phone texts

4   from Ed's phone or Frischkorn's phone or Rashmatter's (ph.)

5   phone or -- do you want me to go on?

6        A.   That's Kayla's last name.

7        Q.   Yeah.  You see what I'm saying, though?  I'm

8   trying to be all cards on the table right now, okay?  And

9   it's going to hurt you, man, and you're already looking at a

10  serious charge.  So please let me help you.  Don't let -- I

11  don't want you to leave this room and say, shit, I should've

12  told him this.  Will this hurt me?

13       Because what you're looking at, you don't want

14  even the slightest chance of that happening.  And those

15  other guys over there, they're not looking at nearly what

16  you're looking at.  So if you're trying to help them out,

17  they don't need it.  You're the one that needs it.

18       A.   Right.  I don't --

19            BY AGENT ELIAS:

20       Q.   They might be wheeling and dealing already.

21       A.   I don't have anymore information that I haven't

22  told you.  I've been truthful.  I didn't know about the gun

23  and I've not done any threats.  I never threatened Gina.  I

24  never -- or anybody about talking.  I've never -- the worst

25  thing I said about killing somebody was me dying.  I said,

1    over my dead body.  I remember writing that or saying that

2    to somebody.

3              And I never -- it was very weird because, here I

4    am supporting the President of the United States, Trump, and

5    the -- and that's -- to me, I've been following Trump for a

6    long time.  It's like, I know the guy.  I've been -- I

7    watched him on The Apprentice and, like, I recognize this

8    guy.  I know him, like, almost like a old friend, like

9    someone I'm familiar with, and I don't really see him as the

10   President.

11             I don't really recognize that this is the

12   highest -- I mean, I do.  But it's like this is an important

13   person in the world and I'm backing him up, but what about

14   when he's replaced or gone?  Now I'm the enemy of the most

15   important person in the world -- or, whatever, with all this

16   power, and it didn't register.  I'm now the enemy -- like,

17   as if -- I'm supporting Trump, but it didn't register in my

18   mind.

19             Like, what if I was against Trump?  Like, what are

20   the consequences of, like, trying to overthrow a President

21   or something, you know?  And then I find myself in that

22   position like that.  Like, first I'm trying to be the good

23   guy.  I think I'm the good guy.  I want to be the good guy.

24   Now I'm, like, the bad guy.

25             And now it's like I just went after the President

1  of the United States?  Like, that is not a joke.  That's

2  something, like -- hello?  Like, what was I thinking?  What

3  am I doing?  Like, snap out of it.  Like, you're going after

4  the highest office out there.  Like, you're delusional.

5  What is -- what was wrong with you?

6            Like, FBI, CIA, Secret Service, like all these

7  agencies and marshals and whatever's -- whoever's out there,

8  it's like now I'm on their -- the enemy list of all them.  I

9  didn't -- that's how stupid I am.  I didn't realize -- I

10  don't know.  I just didn't think it was going to turn out

11  like this.  I thought the good -- I thought was -- who I

12  thought the good guys were, the good guys were going to win.

13  And I thought I was a good guy.  Wanted to be a good guy.

14            AGENT ELIAS:  All right.  We're going to get you a

15  property receipt for this.  You have a 597?  Can you --

16            AGENT ARMENTA:  I can look for one.

17            AGENT ELIAS:  Will you just grab one real fast?

18            AGENT ARMENTA:  Okay.

19            AGENT ELIAS:  And then --

20            MR. RODRIGUEZ:  Is there any way I could talk to

21  my mom?

22            (Special Agent Armenta exits the room.)

23            AGENT ELIAS:  No.  Not right now.  You'll be able

24  to -- when you get --

25            MR. RODRIGUEZ:  You mean, when I got to jail, I

 1   have to call her?

 2            AGENT ELIAS:  Yeah.  We're going to take you down

 3   to the courthouse.  You'll have an initial appearance today

 4   with the Judge where the Judge will read you your charges

 5   and you'll have a -- like, appointed legal counsel for you.

 6   And then the Judge will order you -- sorry.  You won't have

 7   initial appearance today.  It would just on -- put on

 8   calendar and they'll set it over for an initial appearance

 9   for you where you -- you'll have -- then you'll have legal

10   counsel and all that stuff.  So you'll get access to a phone

11   today.  You'll be able to call her.

12            MR. RODRIGUEZ:  And if I don't know the number?

13            AGENT ELIAS:  Can try to get it for you.  I'm sure

14   one of the agents who was interviewing her got her phone

15   number, so I can write it down a piece of paper for you.

16            MR. RODRIGUEZ:  I think it's 786-4860.  I'm not

17   going to see freedom for the next 20 -- maybe 20 years from

18   this moment forward, huh?

19            AGENT ELIAS:  That's not true.  Some people get

20   put out -- they get let out on pretrial release.  You

21   assaulted a federal officer, so it's going to be -- you have

22   tough --

23            MR. RODRIGUEZ:  (Indiscernible).

24            AGENT ELIAS:  -- a tough battle there.

25            MR. RODRIGUEZ:  (Indiscernible).

1              AGENT ELIAS:  But you got to talk with your

2    attorney about those things.

3              MR. RODRIGUEZ:  My car, my -- everything is gone.

4    I mean, I'm not -- I lost everything, then, huh?

5              AGENT ELIAS:  I mean, it's all -- whatever is your

6    possessions is your possessions.  You can deal with that

7    with your mom and you.

8              MR. RODRIGUEZ:  It's time for a new life

9    (indiscernible).

10             AGENT ELIAS:  At any point, did you delete any

11   evidence, any text messages, any communications after

12   January 6th, thinking that we would be coming to seek that

13   information?

14             (Special Agent Armenta enters the room.)

15             MR. RODRIGUEZ:  Maybe.  I don't remember the

16   specifics but, I mean, you're going to find it.

17             BY AGENT ELIAS:

18        Q.   You did delete stuff, though?

19        A.   No.  I mean, I just delete stuff, like, I just --

20   I don't -- not on purpose or --

21        Q.   Did you go through your phone and delete photos or

22   things inside your phone that were taken at the Capitol to

23   try to hide the fact that you were there?

24        A.   Yeah.  But it's still on the phone.  You'll find

25   it.

```
 1           Q.   You did delete, though.

 2           A.   No.  I didn't delete anything.  I moved it to an

 3    SD card.  The SD card's still on the phone.  You'll find it.

 4           Q.   Okay.  Why'd you move it to the SD card?

 5           A.   Thinking that I would get away with it, but

 6    already knew.

 7           Q.   Okay.

 8           A.   So I guess, you know, it's -- there's no point.

 9    You guys are going to get in the phone or find a picture.

10    You guys found all those other pictures and --

11           Q.   Yeah.

12                AGENT ARMENTA:  It's like one $10 bill, right?

13                AGENT ELIAS:  Yeah.

14                AGENT ARMENTA:  Yeah?

15                AGENT ELIAS:  Yeah.  And there's a money from, but

16    he doesn't need that.  He just need to sign for the property

17    on this.  You and I will sign the money form when we book it

18    in.  So this will be held in our office as part of your

19    property under your case investigation.

20                MR. RODRIGUEZ:  (Indiscernible) --

21                AGENT ELIAS:  No.  It won't be in the Bureau of

22    Prison or in the Department of Corrections' property.  It'll

23    be in government property here.

24                MR. RODRIGUEZ:  I'll get a --

25                AGENT ELIAS:  You'll get a check back at the end
```

1    of -- the conclusion of your case.

2              AGENT ARMENTA:  And then received by is us, right?

3              AGENT ELIAS:  Yep.

4              MR. RODRIGUEZ:  In 20 years, I'll use it for the

5    bus.

6              AGENT ELIAS:  And then just line through all this.

7    Just draw a line through all the spaces.

8              MR. RODRIGUEZ:  Is there really going to be all

9    these prison cells open for all of us or what?

10             AGENT ELIAS:  What are you talking about?

11             MR. RODRIGUEZ:  Is there enough room for all those

12   10,000 patriots?

13             AGENT ELIAS:  Do you follow QAnon very much?

14             MR. RODRIGUEZ:  I don't.  No, because it's --

15             AGENT ARMENTA:  Just sign right there.

16             MR. RODRIGUEZ:  Not anymore.  (Indiscernible).

17             AGENT ARMENTA:  And then just right here, one $10

18   bill, two $1 bills.

19             AGENT ELIAS:  You were into Q at some point?

20             MR. RODRIGUEZ:  Not really.  It was a -- it was

21   too confusing and cloudy and disinformation since the --

22   from the beginning.  There was more -- there was multiple

23   Qs, so it --

24             AGENT ELIAS:  Yeah.

25             MR. RODRIGUEZ:  -- couldn't be trusted.

1              AGENT ELIAS:  Right.

2              MR. RODRIGUEZ:  But I do -- I am familiar with

3    some of the topics of Q and, like, the child -- the

4    pedophile stuff.

5              AGENT ELIAS:  Yeah.  Because you had mentioned

6    something about pedophiles earlier, so I was wondering if

7    you were into the Q stuff with that.

8              MR. RODRIGUEZ:  Well, that stuff's been out there

9    for a while and --

10             AGENT ELIAS:  Pizzagate, all of that, are you into

11   that stuff?

12             MR. RODRIGUEZ:  Yeah.  The pedogate thing --

13             AGENT ELIAS:  Can you stand?

14             (Special Agent Elias applies restraints.)

15             MR. RODRIGUEZ:  -- I was following --

16             AGENT ELIAS:  Go ahead, put your hands behind your

17   back.

18             MR. RODRIGUEZ:  -- that stuff before.

19             AGENT ARMENTA:  Do I need to make a copy of this,

20   Nate?

21             AGENT ELIAS:  The receipt?

22             AGENT ARMENTA:  Yeah.

23             AGENT ELIAS:  Yeah.  We'll book it with his

24   property.

25             AGENT ARMENTA:  Okay.  Let me make a copy real

1    quick.

2              MR. RODRIGUEZ:  So this'll be the last time I'll

3    see you guys?

4              AGENT ELIAS:  No.  We'll be around.

5              (Special Agent Armenta exits the room.)

6              MR. RODRIGUEZ:  See you in court or what?

7              AGENT ELIAS:  There's good potential for that, at

8    least later on.

9              MR. RODRIGUEZ:  I'm going to take it to trial.

10             AGENT ELIAS:  Well, you certainly have your rights

11   to do that.  You can have a seat here.  We'll be ready to go

12   in a minute.  Just don't sit on your hands.  Just try to sit

13   on the edge of the seat.  There you go.

14             MR. RODRIGUEZ:  I guess I'll take my chances with

15   a jury, see how they feel.

16             AGENT ELIAS:  Well, like I said, you are certainly

17   entitled to a jury trial and you are more than welcome to

18   talk with your legal counsel about that.

19             MR. RODRIGUEZ:  Does my arrest record affect me if

20   I have -- if I've had -- oh, wow.  Yeah.  I don't have that

21   anymore.  I don't have that orange bag.

22             AGENT ELIAS:  That's the bag we were talking

23   about, though, right?

24             MR. RODRIGUEZ:  Yeah.  I didn't take that, but if

25   the -- this guy --

```
 1              (Special Agent Armenta enters the room.)

 2              AGENT ELIAS:  Him?

 3              MR. RODRIGUEZ:  No, that's Mellow.  The guy in the

 4     middle is the one who gave it to me.

 5              AGENT ELIAS:  And what was his name?

 6              MR. RODRIGUEZ:  I don't know his name.

 7              AGENT ELIAS:  He's from LA, though?

 8              MR. RODRIGUEZ:  Um-hmm.

 9              AGENT ELIAS:  Okay.

10              AGENT ARMENTA:  Those are the same pants you got

11     on right now, huh?

12              MR. RODRIGUEZ:  Yep.

13              AGENT ELIAS:  So he ID'd Mellow.

14              AGENT ARMENTA:  That's Mellow?

15              AGENT ELIAS:  Yeah.  And this is the guy from LA.

16     He doesn't know his name.

17              AGENT ARMENTA:  Okay.  Who was that Swedish scarf

18     guy?

19              MR. RODRIGUEZ:  That who the -- that's that guy.

20              AGENT ARMENTA:  Is that him?

21              MR. RODRIGUEZ:  Yeah.

22              AGENT ARMENTA:  That's him?

23              MR. RODRIGUEZ:  I don't know him, though.

24              AGENT ARMENTA:  You don't know his real name?

25              MR. RODRIGUEZ:  He doesn't have a Swedish accent.
```

1              AGENT ARMENTA:  Yeah.  It's just the scarf.  I

2    think that's why they're calling him that.

3              MR. RODRIGUEZ:  So you're looking for him, too?

4              AGENT ARMENTA:  Somebody is.  Not me.  I mean, I

5    just heard about it, so I was just curious.

6              MR. RODRIGUEZ:  You guys are just assigned to me

7    only?

8              AGENT ARMENTA:  Yeah.  They give us cases and we

9    just, you know, do our jobs.

10             MR. RODRIGUEZ:  Can I take my water?

11             AGENT ELIAS:  Nope, because you'll get -- be able

12   to get stuff over at the marshals'.  Hold on.  Stay here for

13   a second.

14             (Special Agents Armenta and Elias step into the

15   hall.)

16             AGENT ELIAS:  Are we going to transport right now?

17             AGENT ARMENTA:  Yeah.  Let me take this to Eric

18   or -- yeah.

19             AGENT ELIAS:  Okay.

20             AGENT ARMENTA:  I'll be right back.  You good?

21             AGENT ELIAS:  Yeah.

22             (Special Agent Elias enters the room.)

23             AGENT ELIAS:  You can go ahead and have a seat.

24   We got to -- he's got to run (indiscernible).

25             MR. RODRIGUEZ:  If I call my mom and I tell her --

1   ask her to call Kaylin and I tell Kaylin -- and I tell my

2   mom to tell Kaylin that they're watching here, is that

3   illegal or am I going to get in trouble?

4          AGENT ELIAS:  Yeah.  So at this point, if you say

5   anything to anybody who you think is a witness for the

6   Government, that the Government may want to talk to -- so,

7   any of your associates, anybody who was in the Telegram

8   channels, anybody who could have a piece of information.

9   And you tell them, the FBI's onto you, don't talk to them,

10   you do anything that could impede my investigation, that

11   would be obstruction of justice.  So that's another federal

12   felony, so you don't want to probably engage in that kind of

13   behavior.

14          MR. RODRIGUEZ:  Are you guys going to go after

15   Kaylin?

16          AGENT ELIAS:  Well, we're going to follow the

17   evidence.  So if the evidence shows that she committed a

18   crime then, yeah, she's going to be --

19          MR. RODRIGUEZ:  She didn't commit a crime

20   (indiscernible) --

21          AGENT ELIAS:  Okay.  Well, then, you don't have

22   anything to worry about, right?  We don't make things up.

23   We don't make up cases on people.  We just follow the

24   evidence and let the evidence speak for itself.  That's how

25   we do our cases.

1               MR. RODRIGUEZ:  What about Edward?  You guys

2     haven't gone after Edward?

3               AGENT ELIAS:  Well, like I said, we're talking to

4     a lot of people today.  Lot of people got search warrants, a

5     lot of people got talked to.  So what happens with those

6     people in the future, it's all dependent upon the courts.

7               MR. RODRIGUEZ:  Okay.  So all you guys are FBI

8     that I see up here?

9               AGENT ELIAS:  Um-hmm.

10              MR. RODRIGUEZ:  That's cool.  I didn't know you

11    guys were, like, normal, plain clothes-looking guys.  You

12    guys could've been following me the whole time.

13              AGENT ELIAS:  Could've been.  Could've been.

14              MR. RODRIGUEZ:  So it doesn't sound very good, my

15    case, huh?

16              AGENT ELIAS:  I'm sorry?

17              MR. RODRIGUEZ:  My case doesn't sound very good

18    for me, huh?

19              AGENT ELIAS:  Well, I mean, it is what it is,

20    right?  I mean, you admitted to a lot of the facts that we

21    had talked about in here and so --

22              MR. RODRIGUEZ:  Will that help me?

23              AGENT ELIAS:  What's that?

24              MR. RODRIGUEZ:  Will that help me?

25              AGENT ELIAS:  Well, I think -- thank you.  I think

1   your honesty and -- that puts you in a position where we can

2   go to the prosecutor and say, hey, look.  He provided us

3   with a statement.  You know, here's the facts that he gave

4   us and, you know -- so, you have to then talk with your

5   defense attorney and figure out if you guys want to go enter

6   into a cooperation agreement with the Government or you want

7   to fight the case and take it to trial.

8             Those are -- so the way your cooperation in this

9   interview would help you is to show continued cooperation in

10   the future and that, you know, the -- like I said, the law

11   requires that the Government give you credit for cooperating

12   with them.  It's called -- part of the sentencing guidelines

13   for the federal law says that if you give credits -- or, if

14   you cooperate, then you can get credit for reduction on your

15   sentence.  So good?  Hang tight here.

16             (Special Agent Elias steps into the hall.)

17             (End of recording.)

18

19

20

21

22

23

24

25