# EXHIBIT "A"

**Declaration of Michele Blackwill**

I, Michele Blackwill, hereby declare as follows:

My name is Michele Blackwill. I am an Investigator in the Federal Public Defenders Office, District of Nevada, assigned to the trial unit.

I am assigned to work on Daniel Rodriguez's case. As part of my work on the case, I conducted an interview with his mother, Yolanda Gail, on November 8, 2021.

- Ms. Gail stated on March 31, 2021, she was asleep in her home, early in the morning approximately three am. Her home is located in CA.

- Ms. Gail heard loud noises that eventually woke her from her sleep. She sat up in her bed when she heard numerous flash bangs that sounded like fireworks.

- After the flash bangs, several individuals came though her six-foot double pane window, breaking glass everywhere.

- Ms. Gail never heard any knocking before the window broke.

- Ms. Gail states there was debris all over her living room and dining room. They threw flash bangs in Daniel's room as well. Her tile floor was black, and her carpets were burned. Her home was listed for sale at the time.

- Ms. Gail had no idea who was in her home. She asked them to identify themselves, and they told her they were the FBI. There were approximately eight to ten people in the house, and they had weapons out.

- Ms. Gail saw Daniel in the hallway. He was begging them to let him put pants on before they took him out of the house. This was the last time she saw or heard Daniel.

- Ms. Gail was in pajamas. She was handcuffed. It was cold outside, and she asked them to allow her to get a jacket.

- Ms. Gail states the FBI searched the entire house and they threw stuff all over the house. When finished, they gave her a piece of paper with everything they took.

- Ms. Gail was scared and freaked out, even weeks after March 31, 2021. She felt like she had to comply.

I prepared this declaration for Ms. Gail, which I believe to be a true and accurate representation of the information provided by her during our interview.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and was executed in Clark County, Nevada, on November 8, 2021.

Michele Blackwill,

*Michele Blackwill*