UNITED STATES OF AMERICA
VS.
DANIEL RODRIGUEZ

Civil/Criminal No. 21-CR-246 (ABJ)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Transcript of Interview 3/31/2021 | 11/16/2021 | 11/16/2021 | Special Agent Nathan Elias | FILED NOV 16 2021 Clerk, U.S District & Bankruptcy Courts for the District of Columbia |
| 2 | Advice of Rights Form | 11/16/2021 | 11/16/2021 | Special Agent Nathan Elias | |
| 3 | Video of 3/31/2021 | 11/16/2021 | 11/16/2021 | Nathan Elias | |
| 3A | Video of 3/31/2021 | 11/16/21 | 11/16/2021 | " | |
| 3B | Video of 3/31/2021 | 11/16/21 | 11/16/2021 | " | |
| 3C | Video of 3/31/2021 | 11/16/2021 | 11/16/2021 | " | |
| 4 | FBI 302 | 11/16/2021 | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
DANIEL RODRIGUEZ

Civil/Criminal No. 21-CR-246 (ABJ)

**FILED**
NOV 16 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| B | 6 SUV's INSIDE BLUE EVENT LOG - AT THE SCENE OF THE ARREST | 11/16/21 | | SPECIAL AGENT NATHAN ELIAS | |
| C | FBI 302 FOR ARREST | 11/14/21 | 11/16/2021 | " | |