# EXHIBIT "A"

Excerpt of Recorded Interview of Daniel Rodriguez        United States of America v. Daniel Rodriguez

Page 1

1

2

3

4

5

6

7

8

9                    TRANSCRIPTION OF EXCERPT OF

10          RECORDED INTERVIEW OF DANIEL RODRIGUEZ

11                  Wednesday, March 31, 2021

12

13

14

15

16

17

18   _____

19    Proceedings recorded by electronic sound recording;

20       Transcript produced by transcription service.

21   _____

22

23   Transcribed by:  BECKY J. PARKER, RPR, CCR
24                    Nevada Certified Court Reporter No. 934

25

OASIS
REPORTING SERVICES

Excerpt of Recorded Interview of Daniel Rodriguez          United States of America v. Daniel Rodriguez

Page 2

1          WEDNESDAY, MARCH 31, 2021

2                    -oOo-

3

4          SPECIAL AGENT ELIAS:  I'm kind of curious,

5    Danny, just how did you get to D.C. to begin with?

6    Like, did you fly, did you drive, did you take a bus, or

7    a train, or...

8          MR. RODRIGUEZ:  I'd rather not say, because I

9    don't -- if you guys don't know, I don't want to get

10   anyone in trouble.

11         SPECIAL AGENT ARMENTA:  Okay.  Well, then, go

12   back -- go back to explaining your position, then.

13   You -- you followed the people past the green fence --

14         MR. RODRIGUEZ:  Uh-huh.

15         SPECIAL AGENT ARMENTA:  -- and --

16         MR. RODRIGUEZ:  Yeah.  I just -- I just --

17         SPECIAL AGENT ARMENTA:  Where did you end up?

18   Did you end up in the interview side or did you end up

19   in the people going into the Capitol side?

20         MR. RODRIGUEZ:  I -- I -- I ended up going up

21   through the -- up the scaffolding to the top -- to the

22   top.

23         SPECIAL AGENT ARMENTA:  Where the flag was

24   draped?

25         MR. RODRIGUEZ:  Mmm.

Excerpt of Recorded Interview of Daniel Rodriguez     United States of America v. Daniel Rodriguez

Page 3

1          SPECIAL AGENT ARMENTA:  The -- there's a big

2  flag, a very tall scaffolding for like where the media

3  was going to have cameras set up.  That one, or did you

4  go up to the -- the -- the facade, the face of the

5  building?

6          MR. RODRIGUEZ:  Um, it was -- it -- it's the

7  part where -- you know where they do the inauguration,

8  that, like, the little --

9          SPECIAL AGENT ARMENTA:  Yeah.

10          MR. RODRIGUEZ:  -- balcony?

11          SPECIAL AGENT ARMENTA:  Uh-huh.

12          MR. RODRIGUEZ:  To the left of that, there

13  was a big, um, scaffolding --

14          SPECIAL AGENT ARMENTA:  Okay.

15          MR. RODRIGUEZ:  -- in the middle --

16          SPECIAL AGENT ARMENTA:  Uh-huh.

17          MR. RODRIGUEZ:  -- that stuck out.

18          SPECIAL AGENT ARMENTA:  Yeah.

19          MR. RODRIGUEZ:  I just went up that.

20          SPECIAL AGENT ELIAS:  And then what?

21          MR. RODRIGUEZ:  And that's how I got to the

22  top.  And I just kind of hung out there for a while and

23  soaked it in and looked around and seen what was going

24  on.

25          SPECIAL AGENT ELIAS:  And then what happened?

Excerpt of Recorded Interview of Daniel Rodriguez        United States of America v. Daniel Rodriguez

Page 4

1  At some point you got to the Capitol steps.

2          MR. RODRIGUEZ:  Yeah.  I -- I went up to the

3  Capitol steps, and I was there for a little while, left,

4  and then I came back again.  Just walked around and just

5  kind of saw what was going on.

6          SPECIAL AGENT ELIAS:  And you think that's

7  why we're -- you're here today, is because you climbed

8  the scaffolding?

9          MR. RODRIGUEZ:  No.  You guys kind of told

10 me, that I assaulted an officer.

11         SPECIAL AGENT ARMENTA:  Do you want to talk

12 about that?

13         MR. RODRIGUEZ:  No.

14         SPECIAL AGENT ELIAS:  Because I -- I tell you

15 what, everybody else is going to talk about that.

16         MR. RODRIGUEZ:  Yeah.  I'm pretty ashamed.

17         SPECIAL AGENT ELIAS:  I mean, that -- that --

18 like Enrique said, there -- there's a story that's being

19 written about Danny Rodriguez.  And right now, D.C. has

20 told that story to a judge.  And the court of public

21 opinion has a story from the Huffington Post, has a

22 story from Waterspider on Twitter, from Antifa and BLM.

23 They're telling the Danny Rodriguez story.

24         MR. RODRIGUEZ:  You guys have probably seen

25 more videos than me.  I don't know all those videos.



Excerpt of Recorded Interview of Daniel Rodriguez      United States of America v. Daniel Rodriguez

Page 5

1          SPECIAL AGENT ARMENTA:  Chad Loder,

2 desertborder --

3          MR. RODRIGUEZ:  No.

4          SPECIAL AGENT ARMENTA:  -- all these guys.

5          SPECIAL AGENT ELIAS:  They're all telling the

6 Danny Rodriguez story.

7          MR. RODRIGUEZ:  I haven't seen any of those.

8          SPECIAL AGENT ELIAS:  But here's your

9 opportunity to tell us your story.

10          MR. RODRIGUEZ:  My story is just that we

11 thought that we were going to save America, and move on.

12          (End of transcription.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1                  C E R T I F I C A T E

2

3                  I, BECKY J. PARKER, do hereby certify

4    that the foregoing pages constitute a full, true, and

5    accurate transcript of the digital recording, all

6    transcribed to the best of my skill and ability.

7                  WITNESS my hand this 4th day of December,

8    2021.

9

10

11

12                  _____

13                  BECKY J. PARKER, RPR, CCR

14                  Nevada Certified Court Reporter No. 934

15

16

17

18

19

20

21

22

23

24

25

Excerpt of Recorded Interview of Daniel Rodriguez     United States of America v. Daniel Rodriguez

**-**

**-ooo-**
2:2

**2**

**2021**
2:1

**3**

**31**
2:1

**A**

**AGENT**
2:4,11,15,17,23 3:1,9,11,14,
16,18,20,25 4:6,11,14,17
5:1,4,5,8

**America**
5:11

**Antifa**
4:22

**ARMENTA**
2:11,15,17,23 3:1,9,11,14,
16,18 4:11 5:1,4

**ashamed**
4:16

**assaulted**
4:10

**B**

**back**
2:12 4:4

**balcony**
3:10

**begin**
2:5

**big**
3:1,13

**BLM**
4:22

**building**
3:5

**bus**
2:6

**C**

**cameras**
3:3

**Capitol**
2:19 4:1,3

**Chad**
5:1

**climbed**
4:7

**court**
4:20

**curious**
2:4

**D**

**D.C.**
2:5 4:19

**Danny**
2:5 4:19,23 5:6

**desertborder**
5:2

**draped**
2:24

**drive**
2:6

**E**

**ELIAS**
2:4 3:20,25 4:6,14,17 5:5,8

**end**
2:17,18 5:12

**ended**
2:20

**Enrique**
4:18

**explaining**
2:12

**F**

**facade**
3:4

**face**
3:4

**fence**
2:13

**flag**
2:23 3:2

**fly**
2:6

**G**

**green**
2:13

**guys**
2:9 4:9,24 5:4

**H**

**happened**
3:25

**Huffington**
4:21

**hung**
3:22

**I**

**inauguration**
3:7

**interview**
2:18

**J**

**judge**
4:20

**K**

**kind**
2:4 3:22 4:5,9

**L**

**left**
3:12 4:3

**Loder**
5:1

**looked**
3:23

**M**

**MARCH**
2:1

**media**
3:2

**middle**
3:15

**Mmm**
2:25

**move**
5:11

**O**

**officer**
4:10

**opinion**
4:21

**opportunity**
5:9

**P**

**part**
3:7

**past**
2:13

**people**
2:13,19

**point**
4:1

**position**
2:12

**Post**
4:21

**pretty**
4:16

**public**
4:20

**R**

**Rodriguez**
2:8,14,16,20,25 3:6,10,12,



Excerpt of Recorded Interview of Daniel Rodriguez     United States of America v. Daniel Rodriguez

15,17,19,21 4:2,9,13,16,19,
23,24 5:3,6,7,10

---

**S**

**save**
5:11

**scaffolding**
2:21 3:2,13 4:8

**set**
3:3

**side**
2:18,19

**soaked**
3:23

**SPECIAL**
2:4,11,15,17,23 3:1,9,11,14,
16,18,20,25 4:6,11,14,17
5:1,4,5,8

**steps**
4:1,3

**story**
4:18,20,21,22,23 5:6,9,10

**stuck**
3:17

---

**T**

**talk**
4:11,15

**tall**
3:2

**telling**
4:23 5:5

**thought**
5:11

**today**
4:7

**told**
4:9,20

**top**
2:21,22 3:22

**train**
2:7

**transcription**
5:12

**trouble**
2:10

**Twitter**
4:22

---

**U**

**Uh-huh**
2:14 3:11,16

---

**V**

**videos**
4:25

---

**W**

**walked**
4:4

**Waterspider**
4:22

**WEDNESDAY**
2:1

**written**
4:19

