UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-0246 (ABJ) |
| | : | |
| DANIEL JOSEPH RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF GOVERNMENT'S SUPPLEMENTAL SUBMISSION IN RESPONSE TO COURT'S MINUTE ORDER OF DECEMBER 9, 2021 REGARDING DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits two additional exhibits per the Court's December 9, 2021 Minute Order. The first exhibit is Exhibit 3, previously admitted at the hearing, downloaded directly from the FBI recording system in California. This exhibit is three discs, containing the entire custodial interview, downloaded in the fashion requested in the Minute Order. A copy will be provided to the defense. The second is Clipped Exhibit 3, which the government clipped for the Court from the discs downloaded directly from the FBI recording system. It begins at 7:50:29 and ends at 7:57:29. A copy will be provided to the defense.

In consultation with the FBI regarding the Court's request in the December 9, 2021 Minute Order, the government also obtained an audio-only file from the March 31, 2021 custodial interview, which the government understands to be a recording from a device on Special Agent Armenta's person. This file has been disclosed to the defense. That audio-only file was also uploaded to the discs provided to the Court as the .mp3 file labeled "AFTBURN."

These files were provided to Chambers today via hand delivery.

1

Dated: December 17, 2021	Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:	  /s/  
Kimberly L. Paschall
Tara Ravindra
Assistant United States Attorneys
D.C. Bar No. 1015665 (Paschall)
D.C. Bar No. 1030622 (Ravindra)
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2650 (Paschall)
(202) 252-7672 (Ravindra)
Kimberly.Paschall@usdoj.gov
Tara.Ravindra@usdoj.gov