United States District Court
District of Columbia

United States of America,

    Plaintiff,

v.

Daniel Rodriguez,

    Defendant.

Case No. 1:21-cr-00246-ABJ-1

**Notice in Response to Minute Order**

**I.   Response**

Counsel has no objection to the unsealing of the minute order from January 14, 2022.

**Dated:** January 20, 2022.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  */s/Rebecca A. Levy*
    */s/Margaret W. Lambrose*
    */s/ Katherine Tanaka*
REBECCA A. LEVY
MARGARET W. LAMBROSE
KATHERINE TANAKA
Assistant Federal Public Defenders

Attorneys for Daniel Rodriguez

**Certificate of Electronic Service**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 20, 2022, she served an electronic copy of the above and foregoing **Notice in Response to Minute Order** by electronic service (ECF) to the person named below:

>CHANNING D. PHILLIPS
>United States Attorney
>Kimberly L. Paschall
>Risa Berkower
>Tara Ravindra
>Assistant United States Attorneys
>555 4th Street, NW
>Washington, DC 20530

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender
