UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-0246 (ABJ) |
| | : | |
| DANIEL JOSEPH RODRIGUEZ, et. al. | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S RESPONSE TO COURT ORDER FROM JANUARY 14, 2022

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, comes now to respond to this Court's Sealed Minute Order from January 14, 2022. The government does not object to that Minute Order being unsealed.

The government is willing to answer additional questions from the Court, should the Court have additional inquiries.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov