United States District Court
District of Columbia

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel Rodriguez,<br><br>    Defendant. | Case No. 1:21-cr-00246-ABJ-1 |

**UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTION DEADLINES
TO MAY 27, 2022**

The defendant, Daniel Rodriguez, by and through his counsel of record, requests this Court continue the pretrial motion deadlines from May 20, 2022 to May 27, 2022 to allow Mr. Rodriguez sufficient time to consult with counsel prior to the filing of any motion.  The nature of the pretrial motion that Mr. Rodriguez may file is both complicated and lengthy.  Mr. Rodriguez's counsel has discussed the pretrial motion with the government, and they do not object to a continuance.  In addition, counsel for Mr. Badalian does not object to Mr. Rodriguez's request.

The Court has previously indicated that Mr. Rodriguez's Speedy Trial calculations are currently tolled pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and (B) and (h)(6). ECF No. 101.

For the foregoing reasons, Mr. Rodriguez respectfully requests this Court continue the pretrial motion deadline for one week to May 27, 2022.

**Dated:** May 20, 2022

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Rebecca A. Levy*
*/s/Margaret W. Lambrose*
*/s/Katherine Tanaka*
REBECCA A. LEVY
MARGARET W. LAMBROSE
KATHERINE TANAKA
Assistant Federal Public Defenders

Attorneys for Daniel Rodriguez

**Certificate of Electronic Service**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 20, 2022, she served an electronic copy of the above and foregoing **MOTION TO CONTINUE PRETRIAL MOTION DEADLINES** by electronic service (ECF) to the person named below:

>CHANNING D. PHILLIPS
>United States Attorney
>Kimberly L. Paschall
>Assistant United States Attorneys
>555 4th Street, NW
>Washington, DC 20530

>>*/s/ Cecilia Valencia*
>>Employee of the Federal Public Defender