RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Daniel Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLOMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL RODRIGUEZ,<br><br>    Defendant. | Case No. 1:21-cr-00246-ABJ-1<br><br>**MOTION TO WITHDRAW<br>AARIN E. KEVORKIAN<br>AS COUNSEL** |

The undersigned counsel for Defendant, Rebecca A. Levy, Assistant Federal Public Defender, hereby moves this Court to withdraw Aarin E. Kevorkian, Assistant Federal Public Defender, as counsel in this matter. Ms. Kevorkian is no longer associated with this case. Undersigned counsel will remain as counsel in this matter.

DATED this 31st day of August, 2022.

                                                 RENE L. VALLADARES
                                               Federal Public Defender

                                    By:  */s/ Rebecca A. Levy*
                                               REBECCA A. LEVY
                                               Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 31, 2022, she served an electronic copy of the above and foregoing **MOTION TO WITHDRAW AARIN E. KEVORKIAN AS COUNSEL** by electronic service (ECF) to the person named below:

>CHANNING D. PHILLIPS
>United States Attorney
>Kimberly L. Paschall
>Risa Berkower
>Tara Ravindra
>Assistant United States Attorneys
>555 4th Street, NW
>Washington, DC 20530

>/s/ Cecilia Valencia
>Employee of the Federal Public Defender