# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-CR-246-ABJ |
| DANIEL RODRIGUEZ; EDWARD BADALIAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America   .

Date: 09/14/2022

/s/ Anthony W. Mariano
*Attorney's signature*

Anthony W. Mariano, MA Bar No. 688559
*Printed name and bar number*

United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
*Address*

Anthony.Mariano@usdoj.gov
*E-mail address*

(202) 476-0319
*Telephone number*

*FAX number*