## United States District Court
## District of Columbia

United States of America,

                Plaintiff,

v.

Daniel Rodriguez,

                Defendant.

Case No. 1:21-cr-00246-ABJ-1

### Notice of Filing

Notice is hereby given that Daniel Rodriguez, through his Attorney of Record, Rebecca Levy, files this Waiver of Appearance, attached as Exhibit A, for the February 10, 2023, proceeding to circulate the juror questionnaire.

Dated: December 27, 2022.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:

*/s/ Rebecca A. Levy*
*/s/ Margaret W. Lambrose*
*/s/ Katherine Tanaka*

REBECCA A. LEVY
MARGARET W. LAMBROSE
KATHERINE TANAKA
Assistant Federal Public Defenders
Attorneys for Daniel Rodriguez

**Certificate of Electronic Service**

I hereby certify on the 27th day of December 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record pursuant to the rules of the Clerk of Court.

*/s/ Cecilia Valencia*
Employee of the Federal Public
Defender