| Government | ✓ |
|------------|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

**UNITED STATES OF AMERICA**

**VS.**     Civil/Criminal No.  2 1 - c r - 2 4 6

**Daniel Rodriguez, et al.**

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| **Category: 000** | **Video Montages** | | | | | | |
| 001 | U.S. Capitol Police CCTV Camera Montage | 403 since Badalian is not in the video | Objection – foundation, authenticity, lack of identifiable descriptor, 106, if admitted it would be for demonstrative purposes | | | | |
| 002 | Official Proceeding Montage House and Senate Floor Cameras | Hearsay, if audio | Objection – foundation, authenticity, lack of identifiable descriptor, 106 | | | | |
| **Category: 100** | **United States Capitol Police Surveillance Video** | | | | | | |
| 101 | USCP Camera 0074 – Interior of Lower West Terrace "Tunnel" | 403 irrelevant if no Badalian | Once government lays foundation and relevance is established no objection | | | | |
| 102 | USCP Camera 0944 – Exterior of West Plaza | 403, irrelevant if no Badalian | Once government lays foundation and relevance is established no objection | | | | |
| 103 | USCP Camera 0944- Time Lapse Video West Plaza | No objection | Objection based upon the video pixilation, 106, 403 and lacks foundation, | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 104 | USCP Camera 0462 – Vice President Evacuated from Senate Office | No objection | Objection to relevance | | | | |
| Category: 200 | **Body Worn Camera Video from Metropolitan Police Department Officers, January 6, 2021** | | | | | | |
| 201 | Body Worn Camera – Officer Albright, at 14:38 | 403, not relevant | Objection as to foundation, need to confirm this is Officer Albright's body camera | | | | |
| 202 | Body Worn Camera – Officer Albright, at 15:02 | 403, cumulative, not relevant to Badalian | No objection | | | | |
| 203 | Body Worn Camera – Officer Fanone, at 15:02 | 403, not relevant to Badalian | No objection | | | | |
| 204 | Body Worn Camera- Officer Fanone, at 15:18 | 403, not relevant to Badalian | No objection | | | | |
| 205 | Body Worn Camera – Sergeant Mastony, at 13:35 | 403, not relevant to Badalian | No objection | | | | |
| 206 | Body Worn Camera – Sergeant Mastony, at 15:09 | 403, not relevant to Badalian | No objection | | | | |
| 207 | Body Worn Camera – Imbrenda, at 14:51 | 403, not relevant to Badalian | Objection as to lack of foundation and authenticity, Imbrenda is not on the government's witness list, relevance | | | | |
| 208 | Body Worn Camera – Lim, at 16:34 | 403, not relevant to Badalian | No objection | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 209 | Body Worn Camera – Mott, at 16:35 | 403, not relevant to Badalian | No objection | | | | |
| Category: 300 | Open Source Videos | | | | | | |
| 301 | Farina, Jon – Open Source Video from Tunnel | 403, not relevant to Badalian | Objection 401, 402, 403 | | | | |
| 302 | "Political Trance" Video 5b_lpJf42ss – Open Source Video | 403, not relevant to Badalian | Objection 401, 402, 403 | | | | |
| 303 | InfoWars Video January 8, 2021 | No objection | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 304 | GoPro Video, January 6, 2021 | 403, not relevant to Badalian | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 305 | Jeremy Lee Quinn Unblocked Video Full | No objection | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 306 | LOBS Short Docs Video | No objection | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 307 | Jarrett Robertson NYC Video Full | No objection if edited to relevant video | Objection as to lack of foundation, not on witness list, unclear how | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| | | | this will be authenticated. | | | | |
| 307.1 | Jarrett Robertson Inside Building Clip | No objection | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 308 | Right Side Broadcasting Network Video | No objection if edited to relevant video - 403 | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 309 | Just Another Channel | Hearsay if audio, video must be edited to be relevant - 403 | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 310 | Tyler Baggins video | Hearsay if audio, video must be edited to be relevant - 403 | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 311 | Rodriguez at the Ellipse Speeches, available at https://archive.org/details/gM4D3jKYtPYaTwq5v | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, government must lay foundation for relevance | | | | |
| 312 | Parler West Front Video, available at https://web.archive.org/web/20210111054238/https://video.parler.com/65/0u/650ut3VxB679.mp4 | Hearsay irrelevant, 403 | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 313 | BitChute Video, available at https://www.bitchute.com/video/mNmU8tvsrkep/ | 403, not relevant to Badalian | Objection as to lack of foundation, not on witness list, unclear how this will be authenticated. | | | | |
| 314 | Video of Giuliani and Eastman Speeches | Hearsay irrelevant, 403 | No objection | | | | |
| 315 | Transcript of Giuliani and Eastman Speeches | 403 irrelevant | No objection | | | | |
| 316 | Video of then-President Trump Speech | 403 irrelevant | No objection | | | | |
| 317 | Transcript of then-President Trump Speech | 403 irrelevant | No objection | | | | |
| **Category: 400** | **Videos Recovered from Private Individuals** | | | | | | |
| 401 | Bisignano IMG_4967.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 (this is video from a prior evening) | | | | |
| 402 | Bisignano, IMG_5041.MOV; Video from Gina Bisignano | No objection | Objection as to 401, 402, 403 | | | | |
| 403 | Bisignano IMG_5045.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 404 | Bisignano, IMG_5046.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 405 | Bisignano IMG_5047.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 406 | Bisignano IMG_5048.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | no objection | | | | |
| 407 | Bisignano, IMG_5049.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | No objection | | | | |
| 408 | Bisignano IMG_5050.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 409 | Bisignano, IMG_5052.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 410 | Bisignano IMG_5057.MOV; Video from Gina Bisignano | No objection | Objection as to 401, 402, 403 | | | | |
| 411 | Bisignano IMG_5058.MOV; Video from Gina Bisignano | No objection | Objection as to 401, 402, 403, cumulative | | | | |
| 412 | Bisignano IMG_5059.MOV; Video from Gina Bisignano | No objection | Objection as to 401, 402, 403 | | | | |
| 413 | Bisignano IMG_5060.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 414 | Bisignano IMG_5061.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 415 | Bisignano IMG_5062.MOV; Video from Gina Bisignano | Irrelevant to Badalian - 403 | Objection as to 401, 402, 403 | | | | |
| 416 | Bisignano IMG_5064.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 417 | Bisignano IMG_5065.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 418 | Bisignano IMG_5079.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 419 | Bisignano IMG_5080.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 420 | Bisignano IMG_5082.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 421 | Bisignano IMG_5083.MOV; Video from Gina Bisignano | Irrelevant to Badalian – 403 hearsay | Objection as to 401, 402, 403 | | | | |
| 422 | Bisignano IMG_5087.MOV; Video from Gina Bisignano | No objection | Objection as to 401, 402, 403 | | | | |
| 423 | Bisignano IMG_5089.MOV; Video from Gina Bisignano | Irrelevant to Badalian – 403 hearsay | Objection as to 401, 402, 403 | | | | |
| 424 | Bisignano IMG_5092.MOV; Video from Gina Bisignano | Hearsay irrelevant, 403 | Objection as to 401, 402, 403 | | | | |
| 425 | BIsignano IMG_5096.MOV; Video from Gina Bisignano | Irrelevant to Badalian – 403 hearsay | Objection as to 401, 402, 403 | | | | |
| 426 | Cantwell 240 unified_message_30841 7637274430; Video from Lewis Cantwell | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 427 | Cantwell 242 unified_message_39678 6214945046; Video from Lewis Cantwell | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 428 | Cantwell 249 unified_message_45225 8619121686; Video from Lewis Cantwell | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 429 | Cantwell 302-308 unified_message_30904 3420532095; Video from Lewis Cantwell | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 430 | Cantwell 311-313 unified_message_12092 5766523019; Video from Lewis Cantwell | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 431 | Cantwell 316 unified_message_24777 6163407469; Video from Lewis Cantwell | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 432 | Cappuccio, Stephen - Video from Cellphone extraction | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 433 | St. Cyr Google account IMG_2797; Video from Yvonne St. Cyr | Irrelevant to Badalian – 403 hearsay | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 434 | Geoffrey Sills – Video from Instagram Account | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 436 | Video from Jacob Chansley | No objection | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 437 | Melagrano IMG_6635; Video from Melagrano | Hearsay irrelevant, 403 | Objection as to lack of foundation and | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| | | | authenticity, not on witness list. | | | | |
| 438 | Melagrano IMG_6658; Video from Melagrano | No objection | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 439 | Melagrano IMG_6667; Video from Melagrano | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 440 | Melagrano IMG_6679; Video from Melagrano | Hearsay irrelevant, 403 | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 441 | Howell; Video from Howell | No objection | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 442 | Video from Xander Mozejewski | 403 - Irrelevant | Objection as to 401, 402, 403, unnoticed 404(b) (video and text messages together based upon scenes from a separate rally in California) | | | | |
| Category: 500 | Photos | | | | | | |
| 501 | Photo – Officer Fanone Neck on January 6, 2021 | No Objection if Rodriguez as co-defendant - 403 | No objection | | | | |
| 502 | Photo – Officer Fanone Hospital | No Objection if Rodriguez as co-defendant - 403 | No objection | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 503 | Photo- Officer Fanone Neck Only Hospital | No Objection if Rodriguez as co-defendant - 403 | No objection | | | | |
| 504 | Photo- Patriots 45 Chat members on the Mall | No objection | No objection | | | | |
| 505 | Photo- Rodriguez Lower West Terrace | No Objection if Rodriguez as co-defendant - 403 | No objection | | | | |
| 506 | Photo- Badalian and Bisignano | No objection | No objection | | | | |
| 507 | Capitol Grounds photo | No objection | No objection | | | | |
| 508 | Capitol Grounds with Perimeter | No objection | No objection | | | | |
| 509 | Capitol Grounds with "Area Closed" Capitol Police signs on fencing | No objection | Subject to government laying foundation for relevance. | | | | |
| 510 | "Area Closed" Capitol Police sign | No objection | Subject to government laying foundation for relevance. | | | | |
| 511 | "Area Closed" sign on fencing at Peace Circle | No objection | Subject to government laying foundation for relevance. | | | | |
| 512 | "Souvenir Photo Op" Rodriguez with Escape Hood | Irrelevant if Rodriguez not a co-defendant - 403 | Objection to foundation and authenticity, 401, 402, 403 | | | | |
| 513 | AirBNB Fuck Biden Photo | 403, prejudicial | Objection to foundation and authenticity, relevance, 401, 402, 403 | | | | |
| 514 | Rodriguez, Badalian and Melo with Washington | No objection | Objection to foundation and authenticity | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| | Monument in Background | | | | | | |
| 515 | Rodriguez, Nguyen and Melo in the van | Irrelevant if Rodriguez not a co-defendant - 403 | Objection to foundation and authenticity | | | | |
| 516 | Vehicles caravan photographs (10 total) | | Objection to foundation and authenticity, cumulative | | | | |
| 516.1 | Caravan Photo 1 | 403 irrelevant | No objection | | | | |
| 516.2 | Caravan Photo 2 | 403 irrelevant | No objection | | | | |
| 516.3 | Caravan Photo 3 | 403 irrelevant | No objection | | | | |
| 516.4 | Caravan Photo 4 | 403 irrelevant | No objection | | | | |
| 516.5 | Caravan Photo 5 | 403 irrelevant | No objection | | | | |
| 516.6 | Caravan Photo 6 | 403 irrelevant | cumulative | | | | |
| 516.7 | Caravan Photo 7 | 403 irrelevant | cumulative | | | | |
| 516.8 | Caravan Photo 8 | 403 irrelevant | cumulative | | | | |
| 516.9 | Caravan Photo 9 | 403 Irrelevant as to badalian if rodriguez is not a co-defendant | cumulative | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 516.10 | Caravan Photo 10 | 403 irrelevant | cumulative | | | | |
| 517 | Rodriguez, Nguyen, Badalian and Melo with Fuck Biden flag at Caravan | 403 - prejudicial | Objection to foundation and authenticity, relevance, 403 | | | | |
| 518 | Rodriguez and Nguyen with Fuck Biden flag at caravan 1 | 403 Irrelevant as to badalian if rodriguez is not a co-defendant | Objection to foundation and authenticity, relevance, 403, cumulative | | | | |
| 519 | Rodriguez and Nguyen with Fuck Biden flag at caravan 2 | 403 Irrelevant as to badalian if rodriguez is not a co-defendant | Objection to foundation and authenticity, relevance, 403, cumulative | | | | |
| 520 | Rodriguez with Fuck Biden flag at caravan | 403 Irrelevant as to badalian if rodriguez is not a co-defendant | Objection to foundation and authenticity, relevance, 403, cumulative | | | | |
| 521 | Photo of Gina Bisignano High Heel Notebook | No objection | No objection if Ms. Bisignano testifies | | | | |
| 522 | Photo from DJ phone at paintball | COULD NOT LOCATE | Objection, relevance, 403, 404 | | | | |
| 524 | Photograph of Lower West Terrace 1 | No objection | No objection | | | | |
| 525 | Photograph of Lower West Terrace 2 | No objection | No objection | | | | |
| 526 | Photograph of "Tunnel" | No objection | No objection | | | | |
| 527 | Photograph of Inside Rooms | No objection | No objection | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 528 | Photograph of Window in ST-2M | No objection | No objection | | | | |
| 529 | Photograph of Furniture in ST-2M | No objection | No objection | | | | |
| 530 | Photograph of ST-2M | No objection | No objection | | | | |
| 531 | Photograph of ST-4M | No objection | No objection | | | | |
| 532 | Photograph of Window in ST-4M | No objection | No objection | | | | |
| 533 | Photograph of Emergency Escape Hood | No objection | No objection | | | | |
| 534 | Photograph from Scott Henderson Facebook at the Ellipse Trump Speech | No objection | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 535 | Photograph from Semper Anticus Facebook at the West Front | No objection | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 536 | Enterprise Rental Car Still 1 | No objection | No objection | | | | |
| 537 | Enterprise Rental Car Still 2 | No objection | No objection | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| Category: 600 | Electronic Devices & Contents | | | | | | |
| 601 | Daniel Rodriguez's Phone | COULD NOT LOCATE – no objection | Scope of the exhibit is broader than 401, 402 and objection as to 403 potentially 404 | | | | |
| 602 | Extracted Contents of Daniel Rodriguez Phone | 403 as to Badalian and Bruton issues, expect P. 22 no obj. | Scope of the exhibit is broader than 401, 402 and objection as to 403 potentially 404 | | | | |
| 602.1 | Scoped conversations Andy Nguyen | Could not locate | Lack of identifier Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 602.2 | Scoped conversation with Edward Badalian | Could not locate | Lack of identifier , Statement of co-conspirator | | | | |
| 602.3 | Scoped conversation with Gabriel Lebaron | Could not locate | Lack of identifier | | | | |
| 602.4 | Scoped conversation with Eric Christie | Could not locate | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 603 | Edward Badalian's Phone | Could not locate | Scope of the exhibit is broader than 401, 402 and objection as to 403 | | | | |
| 604 | Extracted Contents Gina Bisignano Phone | Could not locate | Scope of the exhibit is broader than 401, 402 and objection as to 403 | | | | |
| 605.1 | Screenshots from Kayla Reifschneider's Phone 1 | No objection if foundation | No objection | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 605.2 | Screenshots from Kayla Reifschneider's Phone 2 | No objection if foundation | Lack of identifier, possibly 106 | | | | |
| 606 | Screenshots from Al Carsten's Phone (15 total) | | | | | | |
| 606.1 | Text to DJ from Al Carsten's Phone 1 | 403 irrelevant to Badalian | No objection | | | | |
| 606.2 | Text to DJ from Al Carsten's Phone 2 | 403 irrelevant to Badalian | No objection | | | | |
| 606.3 | Text to DJ from Al Carsten's Phone 3 | 403 irrelevant to Badalian | No objection | | | | |
| 606.4 | Text to DJ from Al Carsten's Phone 4 | 403 irrelevant to Badalian | No objection | | | | |
| 606.5 | Text to DJ from Al Carsten's Phone 5 | 403 irrelevant to Badalian | No objection | | | | |
| 606.6 | Text to DJ from Al Carsten's Phone 6 | 403 irrelevant to Badalian | No objection | | | | |
| 606.7 | Text to DJ from Al Carsten's Phone 7 | 403 irrelevant to Badalian | No objection | | | | |
| 606.8 | Text to DJ from Al Carsten's Phone 8 | 403 irrelevant to Badalian | No objection | | | | |
| 606.9 | Text to DJ from Al Carsten's Phone 9 | 403 irrelevant to Badalian | No objection | | | | |
| 606.10 | Text to DJ from Al Carsten's Phone 10 | 403 irrelevant to Badalian | No objection | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 606.11 | Text to DJ from Al Carsten's Phone 11 | 403 irrelevant to Badalian | No objection | | | | |
| 606.12 | Text to DJ from Al Carsten's Phone 12 | 403 irrelevant to Badalian | No objection | | | | |
| 606.13 | Text to DJ from Al Carsten's Phone 13 | 403 irrelevant to Badalian | No objection | | | | |
| 606.14 | Text to DJ from Al Carsten's Phone 14 | 403 irrelevant to Badalian | No objection | | | | |
| 606.15 | Andy Nguyen and Van from Al Carsten's Phone | 403 irrelevant to Badalian | Objection to hearsay | | | | |
| Category: 700 | Documents | | | | | | |
| 701 | Safeway Email Disclosure | 403, irrelevant | Objection to Hearsay | | | | |
| 702 | Safeway Mid-Atlantic Daily Sales Report, 1/5/21 through 1/7/21 | 403, irrelevant | No objection | | | | |
| 703 | Safeway PA Shipment | 403, irrelevant | No objection | | | | |
| 704 | Safeway Business Records Certification | 403, irrelevant | No objection | | | | |
| 705 | Congressional Record Senate | No objection | No objection | | | | |
| 706 | Congressional Record House | No objection | No objection | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 707 | Senate Concurrent Resolution 1 | No objection | No objection | | | | |
| 708 | House Video Certificate of Authenticity | No objection | No objection | | | | |
| 709 | Senate Video Certificate of Authenticity | No objection | No objection | | | | |
| 710 | Mayor's Order 2021-002 | No objection | No objection | | | | |
| 711 | Farina Video Certificate of Authenticity | No objection | Objection to the underlying video | | | | |
| 712 | Google Certificate of Authenticity Political Trance | No objection | Objection to the underlying video | | | | |
| 713 | Call Detail Records Rodriguez | No objection | Objection as to foundation, authentication, 401, 402, 403 | | | | |
| 714 | Call Detail Records Badalian | No objection | Objection as to foundation, authentication, 401, 402, 403 | | | | |
| 715 | Call Detail Records Bisignano | No objection | Objection as to foundation, authentication, 401, 402, 403 | | | | |
| 716 | CAST Report for Rodriguez Cell Site Records | No objection | Objection as to foundation, authentication | | | | |
| 717 | Critical Paintball | No objection | 401, 402, 403, 404 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 718 | Michael Fanone medical records | No objection if Rodriguez is co-defendant - 403 | Objection as to hearsay | | | | |
| 719 | AirBnb Reservation Records | No objection | Objection as to Hearsay | | | | |
| 720 | Enterprise Rental Agreement Summary | No objection | Objection as to Hearsay | | | | |
| 721 | Gina Bisignano Plea Agreement | No objection | No objection | | | | |
| 722 | Architect of the Capitol Window Damage Estimate | No objection | No objection | | | | |
| 723 | Curriculum Vitae of FBI Special Agent John C. Hauger Jr. | No objection | Objection as to Hearsay | | | | |
| Category: 800 | **Physical Evidence** | | | | | | |
| 801 | Gina Bisignano High Heel Notebook | No objection | Cumulative; see 521 | | | | |
| 802 | Blue taser seized at Edward Badalian residence | No objection | 403, unnoticed 404(b) | | | | |
| 803 | Mace pepper gel, sabre and triple action mace seized at Edward Badalian residence | No objection | 403, unnoticed 404(b) | | | | |
| 804 | Bear spray seized at Edward Badalian residence | No objection | 403, unnoticed 404(b) | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 805 | Gas mask seized at Edward Badalian residence | No objection | 403, unnoticed 404(b) | | | | |
| 806 | Ski googles seized at Edward Badalian residence | No objection | 403 | | | | |
| 807 | Cobra micro talk radios seized at Edward Badalian residence | No objection | 403 | | | | |
| 808 | Rize paintball gun seized at Edward Badalian residence | No objection | 401, 402, 403, 404 | | | | |
| 809 | Glock Receipt | No objection | 401, 402, 403, 404 | | | | |
| 810 | Emergency Escape Hood | No objection | No objection | | | | |
| Category: 900 | Telegram Exhibits | | | | | | |
| 901 | Telegram Video November 1 | 403 - irrelevant | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 902 | Telegram Video November 13 | 403 - irrelevant | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 903 | Telegram Video December 8 | 106- No objection, if reduced to relevant evidence re badalian | Objection as to lack of foundation and authenticity, not on witness list. | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 904 | Telegram Video December 19 | 106- No objection, if reduced to relevant evidence re badalian | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| 905 | Telegram Video December 31 | 106- No objection, if reduced to relevant evidence re badalian | Objection as to lack of foundation and authenticity, not on witness list. | | | | |
| Category: 1000 | **Custodial Interview** | | | | | | |
| 1001 | Daniel Rodriguez custodial interview Disc 1 | Objection under Bruton | Subject to the Court's ruling on defendant's Motion to Suppress | | | | |
| 1001.1 | Daniel Rodriguez custodial interview Disc 1 – Clip 1 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1001.2 | Daniel Rodriguez custodial interview Disc 1 – Clip 2 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1001.3 | Daniel Rodriguez custodial interview Disc 1 – Clip 3 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1001.4 | Daniel Rodriguez custodial interview Disc 1 – Clip 4 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1001.5 | Daniel Rodriguez custodial interview Disc 1 – Clip 5 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1002 | Daniel Rodriguez custodial interview Disc 2 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| 1002.1 | Daniel Rodriguez custodial interview Disc 2 – Clip 1 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1002.2 | Daniel Rodriguez custodial interview Disc 2 – Clip 2 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1002.3 | Daniel Rodriguez custodial interview Disc 2 – Clip 3 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1002.4 | Daniel Rodriguez custodial interview Disc 2 – Clip 4 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1002.5 | Daniel Rodriguez custodial interview Disc 2 – Clip 5 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1003 | Daniel Rodriguez custodial interview Disc 3 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1003.1 | Daniel Rodriguez custodial interview Disc 3 – Clip 1 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1003.2 | Daniel Rodriguez custodial interview Disc 3 – Clip 2 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1003.3 | Daniel Rodriguez custodial interview Disc 3 – Clip 3 | Objection under Bruton | We need a copy of the transcript highlighted from the govt. | | | | |
| 1004 | Daniel Rodriguez custodial interview transcript | | We need a copy of the transcript highlighted from the govt. | | | | |
| | | | | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | BADALIAN OBJECTIONS | RODRIGUEZ OBJECTIONS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|---|
| Category: 1100 | Stipulations | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |