UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-246 (ABJ) |
| : | |
| DANIEL RODRIGUEZ, : | |
| : | |
| Defendant. : | |

**MOTION TO DOCKET REDACTED STATEMENT OF OFFENSE**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to publicly docket a redacted version of the Statement of Offense during the plea hearing set for February 14, 2023.

In support thereof, the government states as follows:

1. The parties are scheduled to enter into a plea agreement on February 14, 2023.

2. The Statement of Offense, to which both parties have agreed, contains information from the victim's medical records. To protect the victim's privacy, the government is requesting that the version of the Statement of Offense filed to the public docket be redacted of information that was obtained from the victim's medical records.

3. Defense counsel, Rebecca Levy, indicated that the defense does not object to the government's request.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court publicly docket a redated version of the Statement of Offense.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:

_____/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 1015665
601 D St, N.W.,
Washington, D.C. 20001
202-252-2650
Kimberly.paschall@usdoj.gov