United States District Court
District of Columbia

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Daniel Rodriguez,<br><br>      Defendant. | Case No. 1:21-cr-00246-ABJ-1 |

**Joint Notice of Availability**

Joint Notice is hereby given that all parties are available on June 21, 2023, to conduct Mr. Rodriguez's sentencing.

Dated: May 2, 2023.

                                              Respectfully submitted,

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                              */s/Rebecca A. Levy*
                                              */s/Margaret W. Lambrose*
                 By:     */s/Katherine Tanaka*
                                                REBECCA A. LEVY
                                                MARGARET W. LAMBROSE
                                                KATHERINE TANAKA
                                              Assistant Federal Public Defenders
                                              Attorneys for Daniel Rodriguez

**Certificate of Electronic Service**

    I hereby certify on the 2nd day of May 2023, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record pursuant to the rules of the Clerk of Court.

                                                */s/ Cecilia Valencia*
                                               Employee of the Federal Public Defender