UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RODRIGUEZ,<br><br>Defendant. | Case No. 21-CR-246-1 (ABJ) |

**UNOPPOSED MOTION TO DOCKET REDACTED SENTENCING MEMORANDUM AND FILE UNREDACTED SENTENCING MEMORANDUM UNDER SEAL**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to publicly docket a redacted version of the government's Sentencing Memorandum and file the unredacted version under seal.

In support thereof, the Government states as follows:

1. Sentencing is scheduled for June 21, 2023.

2. The Government's Sentencing Memorandum contains information from the victim's medical records. To protect the victim's privacy, the Government is requesting that the version of the Sentencing Memorandum filed to the public docket be redacted of information that was obtained from the victim's medical records.

3. The government also requests that the unredacted copy be filed under seal on the docket. The government will provide the unredacted versions to counsel and Chambers.

4. Defense counsel, Rebecca Levy, indicated that the defense does not object to the Government's request.

1

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court publicly docket a redated version of the Sentencing Memorandum.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:

\_\_\_\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
601 D St, N.W.,
Washington, D.C. 20001
202-252-2650
Kimberly.paschall@usdoj.gov