# EXHIBIT "C"

# EXHIBIT "C"

# Mark J. Mills, JD, MD
# CURRICULUM VITAE
**(Revised:  April 2021)**

**Private Consultation:**
**Forensic Psychiatry and**
**Behavioral Assessment**

**Chief Medical Officer**
**cognotion.com**

**Office:**



**Raleigh, NC 27612**

**Contacts:**

;
mjmillsjdmd@gmail.com

**Mark J. Mills, JD, MD**
**Curriculum Vitae, April 2021**
**Page 2 of 31**

| | |
|---|---|
| **BORN** | Pasadena, California; November 19, 1945 |
| **CITIZENSHIP** | United States of America |
| **EDUCATION** | A.B., University of California, Berkeley, 1967<br>J.D., Harvard Law School, 1970<br>M.D., Stanford University School of Medicine, 1975 |
| **LICENSURE** | Nevada (2015-current) 16116<br>Maryland (inactive) D0078801<br>District of Columbia (inactive) MD-32430<br>Massachusetts (inactive) 46279<br>California (inactive) G32251 |
| **NPI NUMBER** | 1689812919 |

## ACADEMIC AWARDS

1967 A.B. cum laude
1967 Phi Beta Kappa

## COURT CASE

Mills v. Rogers, 457 U.S. 291 (1982), addressing a psychiatric patient's right to refuse treatment

## POSTGRADUATE TRAINING

| 1970-1971 | Graduate Student Assistant in Psychiatry, Massachusetts General Hospital, Boston, Massachusetts |
|---|---|
| 1975-1976 | Intern in Psychiatry, Stanford University Medical Center (and Veterans Administration Medical Center) Stanford, California |
| 1976-1977 | Resident in Psychiatry, Stanford University Medical Center (and Veterans Administration Medical Center) Stanford, California |
| 1977-1978 | Chief Resident, Department of Psychiatry, Veterans Administration Medical Center, Palo Alto, California (for Stanford University) |

## ACADEMIC APPOINTMENTS

| 1978-1980 | Assistant Professor (Clinical), Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Stanford, California |
|---|---|
| 1980-1981 | Instructor, Department of Psychiatry, Harvard Medical School, Boston, Massachusetts |
| 1981-1983 | Assistant Professor, Department of Psychiatry, Harvard Medical School |
| 1983-1986 | Lecturer, Department of Psychiatry, Harvard Medical School, Boston, Massachusetts |
| 1983-1985 | Associate Professor, Department of Psychiatry and Biobehavioral Sciences, |

| | University of California Los Angeles School of Medicine |
|---|---|
| 1985-1987 | Professor, Department of Psychiatry and Biobehavioral Sciences, University of California Los Angeles School of Medicine, Los Angeles, California |
| 1987-1999 | Clinical Professor, Department of Psychiatry and Biobehavioral Sciences, University of California Los Angeles School of Medicine, California |
| 1997-2002 | Clinical Professor, Department of Psychiatry, Georgetown University School of Medicine, Washington, DC |
| 1997-2003 | Clinical Professor, Department of Psychiatry, New York Medical College, St. Vincent's Hospital, New York |
| 2002-2010 | Professor (Clinical), Department of Psychiatry, Columbia University, College of Physicians and Surgeons, New York |
| 2003-2010 | Adjunct Professor, Department of Psychiatry and Behavioral Sciences, New York Medical College, St. Vincent's Hospital, New York |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1977-1978 | Acting Director, Psychiatric Evaluation Unit, Palo Alto Veterans Administration Medical Center |
| 1978-1980 | Director, Psychiatric Evaluation Unit, Palo Alto Veterans Administration Medical Center |
| 1980-1981 | Executive Officer, Massachusetts Mental Health Center |
| 1980-1981 | Co-Director, Program in Psychiatry and the Law, Massachusetts Mental Health Center |
| 1980-1981 | Walk-In Supervisor, Massachusetts Mental Health Center |
| 1983-1987 | Chief, Psychiatry Service, West Los Angeles Veterans Administration, Brentwood Division |
| 1984-1991 | Director, Program in Psychiatry and the Law, Neuropsychiatric Institute, University of California Los Angeles, School of Medicine |
| 1985-2001 | Member, Stanford Medical School Alumni Resource Group |

## BOARD CERTIFICATION, FELLOWSHIPS, AWARDS, GRANTS

| | |
|---|---|
| 1982- | Diplomate, American Board of Psychiatry and Neurology, No. 24106 |
| 1983- | Diplomate, American Board of Forensic Psychiatry, No. 143 |
| 1978- | Fellow, American College of Legal Medicine |
| 1981 | Harry C. Solomon Award |
| 1982 | Harry C. Solomon Award (co-recipient) |
| 1985 | Distinguished Service Award, American Society of Law & Medicine |
| 1985 | Bronze Medal, 28th Annual International Film and Television Festival of New York, "In the Absence of Angels - A Report on the Homeless Mentally Ill Chronology" |
| 1986- | Fellow, Pacific Rim College of Psychiatrists |
| 2010- | Distinguished Lifetime Fellow, American Psychiatric Association |

## PROFESSIONAL SOCIETY MEMBERSHIPS, OFFICES AND
## MAJOR COMMITTEE ASSIGNMENTS

| | |
|---|---|
| 1976- | American Psychiatric Association, Distinguished Lifetime Fellow |
| 1976-1980 | Committee on Psychobiology, Northern California Psychiatric Society |

| | (Chair, 1978-79) |
|---|---|
| 1978-2005 | American Academy of Psychiatry and the Law |
| 1978-2004 | American College of Legal Medicine |
| 1979-1984 | Commission on Judicial Action, American Psychiatric Association |
| 1980- | American Association for the Advancement of Science |
| 1980-1987 | Committee on Accreditation of Training Programs in Forensic Psychiatry, American Academy of Psychiatry and the Law |
| 1981-1985 | Committee on the Abuse of Psychiatry and Psychiatrists, American Academy of Psychiatry and the Law |
| 1981-1982 | Commission on the Mentally Disabled, American Bar Association (Consultant) |
| 1981-1983 | American College of Mental Health Administration |
| 1981-1983 | Chair, Committee on Law, National Association of State Mental Health Program Directors |
| 1982-1987 | Program Committee, American Academy of Psychiatry and the Law |
| 1982-1983 | Chair, Committee on Comprehensive Health Planning, American Psychiatric Association |
| 1982-1987 | American Association of Psychiatric Administrators |
| 1982-1987 | American Society of Law and Medicine |
| 1983-1987 | Committee on Psychiatry and the Law, California Psychiatric Association |
| 1983-1989 | Southern California Psychiatric Society |
| 1983-1987 | Program Committee, Hospital and Community Psychiatry Institute Program, American Psychiatric Association (Chair, 1986-1987) |
| 1984-1988 | Committee on Public Psychiatry, American Psychiatric Association |
| 1984-1995 | American College of Psychiatrists |
| 1984-1989 | American Association of Social Psychiatry |
| 1985-1994 | Benjamin Rush Society |
| 1985-1990 | Committee on Confidentiality, American Psychiatric Association (Consultant) |
| 1986- | Pacific Rim College of Psychiatrists (Fellow) |
| 1986-1989 | Council on Psychiatry and Law, American Psychiatric Association (Vice Chair) |
| 1989-1995 | San Diego Society of Psychiatric Physicians |
| 1991-1995 | Committee on Occupational Psychiatry, American Psychiatric Association |
| 1994-2005 | American Medical Association |
| 1994-1995 | California Medical Association |
| 1995-2005 | Medical Society of the District of Columbia |
| 1995-2016 | Washington Psychiatric Society |
| 2016- | Nevada Psychiatric Association |
| 2017- | American Medical Association |

**EDITORIAL BOARDS**

| 1981-1991 | Assistant Editor, Behavioral Sciences and the Law |
|---|---|
| 1982-1989 | Associate Editor, Bulletin of the American Academy of Psychiatry and the Law |
| 1982-1987 | Advisory Board, Hospital and Community Psychiatry |
| 1984-1985 | Associate Editor, Legal Aspects of Psychiatric Practice |
| 1985-1990 | Associate Editor, Alzheimer's Disease and Associated Disorders |
| 1986-1990 | Associate Editor, Psychiatric Journal of the University of Ottawa |
| 1987-1989 | Editorial Board, International Journal of Law and Psychiatry |
| 1987-2007 | Associate Editor, Journal of Clinical Psychiatry |

## BOARDS OF DIRECTORS

| | |
|---|---|
| 1982-1985 | American Society of Law and Medicine |
| 1985-1988 | International Academy of Law and Mental Health |
| 1985-1989 | Center for the Study of Psychological Trauma (Advisory Council) |
| 1986-1989 | Greater Los Angeles Partnership for the Homeless |
| 1995-2005 | Advisory Board, Wender-Weis Foundation for Children, Palo Alto, California |
| 1999- | Forensis, Inc. |

## JOURNALS SOLICITING MANUSCRIPT REVIEW

American Journal of Psychiatry
Archives of General Psychiatry
Psychosomatics
Journal of Legal Medicine
Journal of Clinical Psychiatry
American Journal of Medicine

## PROFESSIONAL AND EDUCATIONAL APPOINTMENTS
## MAJOR COMMITTEE ASSIGNMENTS IN HOSPITALS AND MEDICAL SCHOOLS

| | |
|---|---|
| 1970-1973 | Medical School Admissions Committee, Stanford University Medical Center |
| 1975-1976 | Residence Education Committee, Stanford University Medical Center |
| 1978-1980 | The Committee on Patients' Rights, Palo Alto Veterans Administration Medical Center |
| 1979-1980 | Clerkship Coordinator, Department of Psychiatry and Behavioral Sciences, Stanford University Medical Center |
| 1980-1981 | Safety Committee, Chairman, Massachusetts Mental Health Center |
| 1983-1985 | Therapeutic Agents and Pharmacy Review Committee, Chairman, Veterans Administration Medical Center, West Los Angeles, California |
| 1983-1987 | Physicians Professional Standards Board, Veterans Administration Medical Center, Brentwood Division |
| 1983-1984 | Residency Education Committee, Neuropsychiatric Hospital, University of California, Los Angeles |
| 1983-1986 | Residency Education Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1986 | Medical Center Planning Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1984 | Human Subjects Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1986 | Public Policy and Political Action Committee, Department of Psychiatry and Biobehavioral Sciences, University of California, Los Angeles |
| 1983-1986 | Budget Committee, Veterans Administration Medical Center, Brentwood Division, Los Angeles |
| 1983-1986 | Committee on Academic Promotions, Department of Psychiatry and Biobehavioral Sciences, University of California, Los Angeles |
| 1984-1986 | Committee on Executive Development, Neuropsychiatric Institute, University of California, Los Angeles |

| | |
|---|---|
| 1984-1987 | Policy Advisory Committee, Robert Wood Johnson Clinical Scholars Program, University of California, Los Angeles |

## STATE APPOINTMENT

| | |
|---|---|
| 1981-1983 | Commissioner, Department of Mental Health, Massachusetts, chief executive officer for the state system of mental health and mental retardation services ($500 million budget, 32,000 employees) |

## VISITING APPOINTMENTS

| | |
|---|---|
| 1979-1980 | Cooperating Clinical Assistant Professor, Stanford Law School |
| 1980-1983 | Physician in Residence, Veterans Administration, Washington, D.C. |
| 1981-1982 | Visiting Lecturer, Harvard Law School |
| 1986-1988 | Consultant, Tourette Syndrome Association |
| 1987-1988 | Consultant, Task Force on Mental Health and Correctional Issues, California Council on Mental Health |

## CONSULTATIONS TO GOVERNMENT

| | |
|---|---|
| 1980-1981 | Consultant, State of Nevada, Department of Mental Health |
| 1984-1986 | Consultant, Civil Rights Division, United States Department of Justice |
| 1984-1986 | Consultant, State of California, Select Committee on Mental Health |
| 1985-1988 | Consultant, State of New York, Office of Mental Health |
| 1987-1988 | Consultant, State of Oregon, Office of the Department of Justice |
| 1987-1989 | Consultant, State of Arkansas, Office of the Attorney General |
| 1987- | Consultant, United States Attorney, United States Department of Justice |
| 1987-1990 | Consultant, State of Arizona, Department of Health Services |
| 1987 | Consultant, State of Maryland, Department of Health and Mental Hygiene |
| 1988-1991 | Consultant, State of California, Department of Mental Health, Forensic Services |
| 1989 | Consultant, State of Tennessee, Department of Mental Health and Mental Retardation |
| 1989-1991 | Consultant, State of Maine, Office of Attorney General |
| 1997-1998 | Consultant, State of Illinois, Department of Mental Health and Developmental Disabilities |
| 2003-2006 | Consultant, Federal Bureau of Investigation |

## CONSULTATIONS TO NUCLEAR POWER INDUSTRY

| | |
|---|---|
| 1987-95 | Southern California Edison Company (Medical Review Officer) |
| 1989-95 | Pacific Gas and Electric Company (Medical Review Officer) |
| 1990 | Arizona Public Service Company (Behavioral Consultant) |

## EDUCATIONAL ACTIVITIES AND MAJOR TEACHING EXPERIENCE

| | |
|---|---|
| 1969 | Organizer and lecturer: "Practical Law for the Layman," six-lecture series to students at a Cambridge, Massachusetts high school. |

| | |
|---|---|
| 1977 | Organizer and lecturer: "Emergency Psychiatry," ten introductory lectures given to first-year residents, Stanford University School of Medicine. |
| 1977-1980 | Organizer and lecturer: "The Psychiatric Interview," "Affective disorders," and "Neurosis" for clerkship students, Psychiatry 300, Stanford University School of Medicine. |
| 1977-1980 | Organizer and lecturer: "Major Clinical Syndromes," psychopathology course for second-year psychiatry residents, Stanford University School of Medicine. |
| 1979-1980 | Organizer and lecturer: "Psychopathology and Mental Health Law" (with David Rosenhan), Law 338, Law School, Stanford University. |
| 1979-1980 | Organizer and lecturer: "Topics in Psychobiology" (with Philip A. Berger), Human Biology 163, Stanford University. |
| 1980 | Organizer and lecturer: "Psychiatry and the Law" (with Thomas G. Gutheil), a two-lecture series for first-year psychiatric residents, Massachusetts Mental Health Center. |
| 1980 | Organizer and lecturer: "Experience of Therapy," Psychiatry 700, a twelve-lecture series for first-year students, Harvard Medical School. |
| 1981 | Organizer and lecturer: "Prediction and Prevention of Harmful Conduct" (with Alan D. Dershowitz and Thomas G. Gutheil), Harvard Law School. |
| 1982 | Organizer and lecturer: "Program in Psychiatry and Law" (with Thomas G. Gutheil), Massachusetts Mental Health Center. |
| 1983- | Organizer and lecturer: "Seminar in Law and Psychiatry," series for psychiatric residents, University of California, Los Angeles. |
| 1983-1984 | Course Chairman: Inpatient clerkship for medical students, University of California, Los Angeles. |
| 1983-1984 | Course Chairman: Outpatient clerkship for medical students, University of California, Los Angeles. |
| 1983-1984 | Course Chairman: Six-week clinical clerkship for medical students, University of California, Los Angeles. |
| 1983-1984 | Course Chairman: Clinical fundamentals clerkship for second year medical students, University of California, Los Angeles. |
| 1983-1984 | Organizer and lecturer: "The Insanity Defense" (with William J. Winslade), seminar for law students, School of Law, University of California, Los Angeles. |
| 1984 | Lecturer: "Legal Issues in Geriatric Psychiatry," for geriatric medicine fellows, |

West Los Angeles Veterans Administration Medical Center, Los Angeles.

1984     Lecturer: "Psychiatric Issues in Civil Commitment," (with Robert Goldstein, J.D.), seminar for law students, School of Law, University of California, Los Angeles.

1985-1986     Lecturer: "The Psychiatric Hospital in History, Medicine and Law" (with Dora B. Weiner), College of Letters and Sciences, University of California, Los Angeles.

## PUBLICATIONS - ARTICLES (REFEREED JOURNALS)

1. Mills, M.J. and Stunkard, A.J. Behavioral changes following surgery for obesity. American Journal of Psychiatry, 133:526-531, 1976.

2. Watson, S.J., Berger, P.A., Akil, H., Mills, M.J. and Barchas, J.D. Effects of naloxone on schizophrenia: reduction in hallucinations in a subpopulation of subjects. Science, 201:73-76, 1978.

3. Yesavage, J.A.; Fill, N.A.; Lapp, D.; Becker, J.; Mills, M.J. and Bourgeois, M. Psychopathologie et traitement des psychotiques violents aux Etats-Unis. Annales Médicopsychologiques, 137:760-763, 1979.

4. Mills, M.J.; Hsu, L.C. and Berger, P.A. Informed consent: psychotic patients and research. Bulletin of the American Academy of Psychiatry and the Law, 8:119-132, 1980.

5. Mills, M.J. The rights of involuntary patients to refuse pharmacotherapy: what is reasonable? Bulletin of the American Academy of Psychiatry and the Law, 8:313-334, 1980.

6. Mills, M.J. The continuing clinicolegal conundrum of the Boston State Hospital Case. Medico-legal News, 9:9-18, 1981.

7. Yesavage, J.A.; Werner, P.D.; Becker, J.M.T.; Holman, C.A. and Mills, M.J. Inpatient evaluation of aggression in psychiatric patients. Journal of Nervous and Mental Disease, 169:299-302, 1981.

8. Yesavage, J.A.; Becker, J.M.T.; Werner, P.D.; Mills, M.J.; Holman, C.A. and Cohn, R. Serum level monitoring of thiothixene in schizophrenia: acute single-dose levels at fixed doses. American Journal of Psychiatry, 139:174 -178, 1982.

9. Mills, M.J. and Gutheil, T.G. Guardianship and the right to refuse treatment: a critique of the Roe case. Bulletin of the American Academy of Psychiatry and the Law, 9:239-246, 1982.

10. Gutheil, T.G. and Mills, M.J. Legal conceptualizations, legal fictions and the manipulation of reality: conflict between models of decision-making in psychiatry and law. Bulletin of the American Academy of Psychiatry and the Law, 10:17-27, 1982.

11. Yesavage, J.A.; Werner, P.D.; Becker, J.M.T. and Mills, M.J. Short-term civil commitment of the violent patient: a study of legal status and hospital behavior. American Journal of Psychiatry, 130:1145-1149, 1982.

12. Yesavage, J.A.; Benezech, M.; Bourgeois, M. and Mills, M.J. Etudes des correlations entre modes d'intèrnement et comportement agressif dans une unité psychiatrique californienne. Annales Médicopsychologique, 137:770-776, 1982.

13. Yesavage, J.A.; Werner, P.D.; Becker, J.M.T. and Mills, M.J. The context of involuntary commitment on the basis of danger to others: a study of the use of the California l4-day certificate. Journal of Nervous and Mental Disease, 170:622-627, 1982.

14. Mills, M.J. and Cummins, B.D. Deinstitutionalization Reconsidered. International Journal of Law and Psychiatry, 5:271-284, 1982.

15. Mills, M.J.; Gutheil, T.G.; Igneri, M.A. and Grinspoon, L. Mental patients' knowledge of in-hospital rights. American Journal of Psychiatry, 140:225-228, 1983.

16. Mills, M.J. and O'Keefe, A.M. Legal issues in outpatient treatment. Journal of Clinical Psychiatry, 44:33-40, 1983.

17. Rubin, L.C. and Mills, M.J. Behavioral precipitants to civil commitment, American Journal of Psychiatry, 140:603-606, 1983.

18. Mills, M.J.; Yesavage, J.A. and Gutheil, T.G. Continuing case-law development in the right to refuse treatment. American Journal of Psychiatry, 140:715-719, 1983.

19. Yesavage, J.A.; Becker, J.M.T.; Patton, M.J.; Seeman, K; Werner, P.D.; Brunsting, D.W. and Mills, M.J. Family conflict, psychopathalogy and dangerous behavior by schizophrenic inpatients. Psychiatry Research, 8:271-280, 1983.

20. Mills, M.J.; Cummins, B.D. and Gracey, J.S. Legal issues in mental health administration. International Journal of Law and Psychiatry, 6:39-55, 1983.

21. Benezech, M.; Yesavage, J.A.; Addad, M.; Bourgeois, M. and Mills, M.J. Homicide by psychotics in France: a five-year study. Journal of Clinical Psychiatry, 45:85-86, 1984.

22. Mills, M.J.; Pearsall, T.D.; Yesavage, J.A. and Salzmann, C. Electroconvulsive therapy in Massachusetts.  American Journal of Psychiatry, 141:534-538, 1984.

23. Mills, M.J. The so-called duty to warn: the psychotherapeutic duty to protect third parties from patients' violent acts. Behavioral Sciences and the Law, 2:237-258, 1984.

24. Mills, M.J. Legal issues in psychiatric treatment. Psychiatric Medicine, 2:245-261, 1984.

25. Senter, N.W.; Winslade, W.J.; Liston, E.H. and Mills, M.J. Electroconvulsive therapy: evolving legal regulation. Journal of Social Psychiatry, 4:11-15, 1984.

26. Mills, M.J. The mental health commissionership: major changes over a decade. Hospital and Community Psychiatry, 36:363-368,1985.

27. Phelan, L.A.; Mills, M.J. and Ryan, J.A. Prosecuting psychiatric patients for assault. Hospital

and Community Psychiatry, 36:581-582, 1985.

28. Escobar, J.I.; Mann, J.J.; Keller, J.; Wilkins, J.; Mason, B. and Mills, M.J. A comparison of injectable molindone and haloperidol followed by transition to oral forms in the treatment of acutely ill schizophrenics. Journal of Clinical Psychiatry, 46:15-19, 1985.

29. Irwin, M.; Lovitz, A.; Marder, S.R.; Mintz, J.; Winslade, W.J.; Van Putten, T. and Mills, M.J. Informed consent understanding in psychosis. Amer. Journal of Psychiatry, 142:1351-1354, 1985.

30. Friedlander, A.H. and Mills, M.J. The dental management of the drug-dependent patient. Oral Medicine, 60:489-492, 1985.

31. Beaber, R.J.; Marston, A.; Michelli, J. and Mills, M.J. A brief test for measuring malingering in schizophrenic individuals. American Journal of Psychiatry, 142:1478-1481, 1985.

32. Fogel, B.S.; Mills, M.J. and Landen, J.E. Legal aspects of the treatment of delirium. Hospital and Community Psychiatry, 62:154-158, 1986.

33. Bursztajn, H.; Gutheil, T.G.; Mills, M.J.; Hamm, R.M. and Brodsky, A. Process Analysis of Judges' Commitment Decisions: a preliminary empirical study. American Journal of Psychiatry, 143:170-174, 1986.

34. Mills, M.J.; Norquist, G.S.; Shelton, R.C.; Gelenberg, A.J. and Van Putten, T. Consent and liability with neuroleptics: the problem of tardive dyskinesia. International Journal of Law and Psychiatry, 8:243-252, 1986.

35. Mills, M.J. Civil commitment of the mentally ill: an overview. Annals of the American Academy of Political and Social Sciences, 484:28-41, 1986.

36. Yesavage, J.A.; Benezech, M.; Larrieu-Arguille, R.; Bourgeois, M.; Tanke, E.; Roger, P. and Mills, M.J. Recidivism of the criminally insane in France: a 22-year follow-up. Journal of Clinical Psychiatry, 47:465-466, 1986.

37. Mills, M.J.; Sullivan G. and Eth, S. Protecting third parties: a decade after Tarasoff. American Journal of Psychiatry, 144:68-74, 1987.

38. Friedlander, A.H.; Mills, M.J. and Gorelick, D.A. Alcoholism and dental management. Oral Surgery, Oral Medicine, Oral Pathology, 63:42-46, 1987.

39. Friedlander, A.H.; Mills, M.J. and Wittlin, B.J. Dental management considerations for the patient with post-traumatic stress disorder. Oral Surgery, 63:669-673, 1987.

40. Young, J.L., Mills, M.J. and Sach, R.L. Civil commitment by conservatorship: the workings of California's law. Bulletin of American Academy of Psychiatry and the Law, 15:127-139, 1987.

41. Mills, M.J. and Eth, S. Legal liability with psychotropic drug use: extrapyramidal syndromes and tardive dyskinesia. Journal of Clinical Psychiatry, 48:28-33, 1987.

42. Kuo, S.H.; Chien, C.P. and Mills, M.J. Forensic psychiatry in Taiwan: civil case litigation. International Journal of Law and Psychiatry, 10:297-309, 1987.

43. Mills, M.J. and Eth, S. Consent and liability with psychotropics: special problems with anxiolytics.  Journal of Clinical Psychiatry, 48:29-32, 1987.

44. Friedlander, A.H.; Mills, M.J. and Cummings, J.L. Consent for dental therapy in severely ill patients.  Oral Surgery, 65:179-182, 1988.

45. Mills, M.J. Civil commitment: the relationship between perceived dangerousness and mental illness. Archives of General Psychiatry, 45:770-772, 1988.

46. Mills, M.J. and Rosenberg, J.E. Ask the Experts: Confidentiality and Peer Review, American Academy of Psychiatry and the Law Newsletter, 1995.

47. Ornish, S.A.; Mills, M.J. and Ornish, M.C. Prearraignment forensic evaluations: towards a new policy. Bulletin of the American Academy of Psychiatry and the Law, 24:453-470, 1996.

48. Gerasimov, M.R.; Ashby, C.R., Jr.; Gardner, E.L.; Mills, M.J.; Brodie, J.D. and Dewey, S.L. Gamma vinyl-GABA Inhibits Methamphetamine, Heroin, and Ethanol-Induced Increases in Nucleus Accumbens Dopamine. Synapse, 34:11-19, 1999.

49. Hirose, S.; Ashby, C.R., Jr. and Mills, M.J. Effectiveness of ECT combined with Risperidone against aggression in schizophrenia. Journal of Electroconvulsive Therapy, 17:22-26, 2001.

50. Reeves, D., Mills, M.J., Billick, S.B. and Brodie, J.D. The limitations of brain imaging in the assessment of criminal intent. Journal of the American Academy of Psychiatry and the Law, 31:89-96, 2003.

**PUBLICATIONS - ARTICLES (NON-REFEREED JOURNALS)**

51. Mills, M.J. and Levy, B.E. The Mills case: the issue of treatment refusal remains unresolved. American Academy of Psychiatry and the Law Newsletter, 7:10-13, 1982.

52. Winslade, W.J.; Lyon, M.A.; Levine, M.L. and Mills, M.J. Making medical decisions for the Alzheimer's patient: paternalism and advocacy. Psychiatric Annals, 14:206-208, 1984.

53. Mills, M.J. and Winslade, W.J. Clinicolegal aspects of treating demented patients. Psychiatric Annals, 14:209-211, 1984.

54. Mills, M.J. The Tarasoff duties expand. American Academy of Psychiatry and the Law Newsletter, 9:8-11, 1984.

55. Mills, M.J. A psychotherapeutic duty to fourth parties. American Academy of Psychiatry and the Law Newsletter, 10:15, 1985.

56. Mills, M.J. and Raiss, C. California law limits Tarasoff liability. American Academy of Psychiatry and the Law Bulletin, 11:12-14, 1986.

57. Mills, M.J. Treating the treatment-refusing patient. American Academy of Psychiatry and the Law Newsletter, 13 (2):12-13, 1988.

58. Mills, M.J. and Rosenberg, J.E. Question: Is there a duty to disclose possible peer-review activities to patients? American Academy of Psychiatry and Law Newsletter, 19 (3):65-66, 1994.

59. Mills, M.J. and Rosenberg, J.E. Ask the Experts: Confidentiality and Peer Review. American Academy of Psychiatry and the Law Newsletter, 1995.

60. Mills, M.J. Obtaining Informed Consent for Clozaril Treatment. The Clozaril (clozapine) Monitor 1 (5):4, 1998.

**PUBLICATIONS - BOOK**

61. Halleck, N.H., Halleck, S.L., Hodge, S.K., Pfaehler, G.T., Miller, R.D., Mills, M.J. and Sadoff, R.L. The Use of Psychiatric Diagnoses in the Legal Process. American Psychiatric Association Task Force Report No. 32, Washington, D.C., 1992.

**PUBLICATIONS - BOOK CHAPTERS**

62. Mills, M.J. and Avery, D. The legal regulation of electroconvulsive therapy. In Mood Disorders: The World's Major Public Health Problem. F.J. Ayd (ed.), Frank Ayd Communications, Baltimore, Maryland, 154-183, 1978.

63. Avery, D. and Mills, M.J. Electroconvulsive therapy and antidepressants in the treatment of depression. In Mood Disorders: The World's Major Public Health Problem. F.J. Ayd (ed.), Frank Ayd Communications, Baltimore, Maryland, 138-153, 1978.

64. Mills, M.J. Helping the obese patient. In Psychiatry for the Primary Care Physician. A.M. Freeman, R.L. Sack, and P.A. Berger (eds.), Williams and Wilkins, Baltimore, Maryland, 317-332, 1979.

65. Mills, M.J. The right to treatment: little law but much impact. In Psychiatry l982: American Psychiatric Association Annual Review, L. Grinspoon (ed.), American Psychiatric Association Press, Washington, D.C., 361-370, 1982.

66. Gutheil, T.G. and Mills, M.J. Legal aspects of pseudoseizures. In Pseudoseizures, T.L. Riley and A. Roy (eds.), Williams and Wilkins, Baltimore, Maryland, 213-223, 1982.

67. Mills, M.J. and Gutheil, T.G. Legal approaches to treating the treatment-refusing patient. In Refusing Treatment in Mental Health Institutions - Values in Conflict. A.E. Doudera and J.P. Swazey (eds.), AUPHA Press, Ann Arbor, Michigan, 95-99, 1982.

68. Gutheil, T.G. and Mills, M.J. Clinical approaches to patients who refuse medication. In Refusing Treatment in Mental Health Institutions - Values in Conflict. A.E. Doudera and J.P. Swazey (eds.), AUPHA Press, Ann Arbor, Michigan, 101-106, 1982.

69. Mills, M.J. Expanding the duties to protect third parties from violent acts. In Legal Encroach-

ments into Psychiatric Practice, New Directions for Mental Health Service Series, S. Rachlin (ed.), Jossey-Bass, Inc., San Francisco, California, 61-68, 1985.

70. Gutheil, T.G.; Rachlin, S. and Mills, M.J. Differing conceptual models between psychiatry and law. In Legal Encroachments into Psychiatric Practice, New Directions for Mental Health Service Series, S. Rachlin (ed.), Jossey-Bass, Inc., San Francisco, California, 5-11, 1985.

71. Mills, M.J. and Beck, J.C. The Tarasoff case. In The Potentially Violent Patient and the Tarasoff Decision in Psychiatric Practice. James C. Beck (ed.), American Psychiatric Association Monograph Series. American Psychiatric Association Press, Washington, D.C., 2-7, 1985.

72. Lamb, H.R. and Mills, M.J. The chronically mentally ill: changes in law and procedure. In Hospital and Community Psychiatry, 37: 475-480, 1986. (Refereed Article) Reprinted in, Developments Affecting Those with Chronic Mental Illness. J.A. Talbott (ed.), American Psychiatric Press, Washington, D.C., 133-144, 1986.

73. Mills, M.J. and Daniels, M.L. Medical-legal issues. In Principles of Medical Psychiatry, A. Stoudemire and B.S. Fogel (eds.), Grune & Stratton, Orlando, Florida, 463-474, 1987.

74. Mills, M.J. and Eth, S. Legal aspects of treating patients with organic mental syndromes. In Treatments of Psychiatric Disorders. T.D. Karasu (ed.), A Task Force Report of the American Psychiatric Association, Washington, D.C., 983-994, 1989.

75. Eth, S. and Mills, M.J. Ethical issues in the treatment of patients with organic mental syndromes. In Treatments of Psychiatric Disorders. T.D. Karasu (ed.), A Task Force Report of the American Psychiatric Association, Washington, D.C., 994-1008, 1989.

76. Eth, S. and Mills, M.J. Ethical and legal considerations in geriatric psychiatry. H.I. Kaplan and B.J. Kaplan (eds.) In Comprehensive Textbook of Psychiatry/V., Williams & Wilkins, Baltimore, Maryland, 2059-2062, 1989.

77. Eth, S. and Mills, M.J. Treating patients who threaten violence: ethical concerns. In Critical Issues in American Psychiatry and the Law, 7: Ethical Issues in Psychiatry and the Law, Richard Rosner and Robert Weinstock (eds.), Plenum, New York, 197-206, 1990.

78. Mills, M.J. and Lipian, M.S. Psychiatry and legal regulation: Thirty years of beneficence or three decades of bedevilment? In The Mosaic of Contemporary Psychiatry in Perspective. A. Kales, C. Pierce and M. Greenblatt (eds.), Springer-Verlag, New York, 24-35, 1991.

79. Mills, M.J. and Rosenberg, J.E. Psychopharmacology and the Law. In Psychopharmacology: From Theory to Practice, Second Edition. J. Barchas, P. Berger, R. Ciaranello, G. Elliott (eds.), Oxford University Press, 1994.

80. Mills, M.J. and Lipian, M.S. Malingering. In Comprehensive Textbook of Psychiatry/VI. H.I. Kaplan and B.J. Kaplan (eds.), Williams & Wilkins, Baltimore, Maryland, 1614-1622, 1995.

81. Lipson, G. S. and Mills, M.J. Stalking, Erotomania, and the Tarasoff Cases. In The Psychology of Stalking - Clinical and Forensic Perspectives. J. Reid Meloy (ed.), Academic Press, San Diego,

California, 258-273, 1998.

82. Lipian, M.S. and Mills, M.J. Malingering. In Comprehensive Textbook of Psychiatry/VII. H.I. Kaplan and B.J. Kaplan (eds.), Lippincott, Williams & Wilkins, Philadelphia, Pennsylvania, 1898-1908, 2000.

83. Mills, M.J. and Lipian, M.S. Malingering. In Comprehensive Textbook of Psychiatry/VIII. H.I. Kaplan and B.J. Kaplan (eds.), Lippincott, Williams & Wilkins, Philadelphia, Pennsylvania, 2247-2258, 2005.

## PUBLICATIONS – LETTERS

84. Mills, M.J. and Stunkard, A.J. A misinterpretation? American Journal of Psychiatry, 134:459-460, 1977.

85. Mills, M.J. More on Rogers v. Okin. Medicolegal News, 9:2, 1981.

86. Mills, M.J. The problems of public psychiatry. New England Journal of Medicine, 309:113-114, 1983.

97. Mills, M.J.; Phelan, L. and Ryan, J.A. Response to letter. Hospital and Community Psychiatry, 36:1321-1322, 1985.

88. Mills, M.J.; Sullivan G. and Eth, S. Duty to protect. American Journal of Psychiatry. 144:1107-1108, 1987.

89. Altshuler, L.L.; Cummings, J.L. and Mills, M.J. Differential diagnosis of mute patients. American Journal of Psychiatry, 144:1107-1108, 1987.

90. Altshuler, L.L.; Cummings, J.L. and Mills, M.J. Differential diagnosis of mute patients. American Journal of Psychiatry, 144:1113, 1987.

91. Ornish, S.A.; Mills, M.J. and Ornish, M.C. Prearraignment forensic evaluations: toward a new policy. Journal of the American Academy Psychiatry and the Law, 25:426-432, 1997.

## PUBLICATIONS – OTHER

92. Mills, M.J. The use of drugs by law students. Harvard Law School Library, Cambridge, Massachusetts. (Thesis for Juris Doctor)

93. Gutheil, T.G. and Mills, M.J. Nobody has done the study. American Academy of Psychiatry and the Law Newsletter, 7:28, 1982. (Editorial)

94. Mills, M.J. Knowing right from wrong: the insanity defense of Daniel McNaughtan by Richard Moran. Bulletin of the American Academy of Psychiatry and the Law, 11:91-92, 1983. (Book Review)

95. Mills, M.J. Psychiatric interventions and malpractice. Clinical Psychopharmacology, 3:335,

1983. (Book Review)

96. Bonner, III, J.W.; Levenson, A.I.; and Mills, M.J. ACP-Psychiatric Update: Risk Management, 12:7, 1992 (Panel discussion and text prepared for the American College of Psychiatrists)

## SELECTED PRESENTATIONS

1. Mills, M.J. and Stunkard, A.J. Behavioral changes following surgery for obesity. Presented at the American Psychiatric Association Annual Meeting, Anaheim, California, May 1977.

2. Mills, M.J. and Stunkard, A.J. Surgery for obesity. Presented at the American College of Physicians Annual Meeting, Dallas, Texas, April 1977.

3. Mills, M.J. Informed consent with psychotic patients. Presented to the Northern California Psychiatric Society, Carmel, California, April 1977.

4. Mills, M.J. Informed consent and research. Presented at the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, May 1977.

5. Mills, M.J. and Avery, D. (How) Should the law regulate ECT? Presented at the VI World Congress of Psychiatry, Honolulu, Hawaii, August 1977.

6. Sack, R.L.; Young, J.; and Mills, M.J. Conservatorship for the mentally ill. Presented at the VI World Congress of Psychiatry, Honolulu, Hawaii, August 1977.

7. Lederberg, M.S.; Mills, M.J.; and Freeman, A.J. Psychiatric consultation for legal reasons. Presented at the VI World Congress, Honolulu, Hawaii, August 1977.

8. Mills, M.J. and Avery, D. The legal regulation of ECT. Presented at the Tenth Annual Taylor Manor Symposium, Ellicott City, Maryland, April 1978.

9. Mills, M.J. The rights of involuntary patients to refuse pharmacotherapy: what is reasonable? Presented at the Tenth Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, Maryland, October 1979.

10. Mills, M.J. Legislative issues in head injury care: legal protection for family and client. Presented at the National Association for the Head Injured Annual Meeting, San Jose, California, March 1980.

11. Mills, M.J. Legal protection - guardianship/conservatorship. Presented at the National Association for the Head Injured Annual Meeting, San Jose, California, March 1980.

12. Mills, M.J. Legal issues and the treatment of the resistant patient. Presented at Treating the Resistant Patient: Inpatient and Community Perspectives. The First Annual Shoul Memorial Conference, Harvard Medical School, Boston, Massachusetts, October 1980.

13. Mills, M.J. Resolved: Psychiatrists should participate in the death sentence. Presented at the 11th Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, Illinois,

October 1980.

14. Mills, M.J. Research in mental health law. Presented at the 32nd Annual Meeting of the American Society of Criminology, San Francisco, California, November 1980.

15. Mills, M.J. On the right to refuse treatment. Presented at the Psychiatry Law Update: New developments affecting clinicians and attorneys, Harvard Medical School, Boston, Massachusetts, February 1981.

16. Mills, M.J. Forensic aspects of psychological testing. Presented to the Department of Psychology, Massachusetts Mental Health Center, Boston, Massachusetts, March 1981.

17. Mills, M.J. Developing case law in the right to refuse treatment. Presented at the 21st International Conference on Legal Medicine, San Diego, California, May 1981.

18. Mills, M.J. The right to refuse treatment: evolution and revolution. Presented at the UCLA Colloquium on Behavioral Sciences, Los Angeles, California, May 1981.

19. Mills, M.J. The right to refuse treatment reconsidered. Presented at the Department of Psychiatry Conference, Harbor Medical Center, Long Beach, California, September 1981.

20. Mills, M.J. Public-sector constraints on mental health delivery. Presented at the Psychiatry Grand Rounds, Brigham and Women's Hospital, Boston, Massachusetts, October 1981.

21. Mills, M.J. Rethinking the limits of deinstitutionalization. Presented at the Annual Meeting of the American Psychology-Law Society, Cambridge, Massachusetts, October 1981.

22. Mills, M.J. Forensic psychiatry and DSM-III: Problems of administration. Presented at the 12th Annual Meeting of the American Academy of Psychiatry and the Law, San Diego, California, October 1981.

23. Mills, M.J. Complexities and realities of public-sector mental health delivery: can the present system survive? Presented at the Florence Heller Graduate School (Brandeis University), Boston, Massachusetts, November 1981.

24. Mills, M.J. The zeitgeist and mental health delivery. Presented at the Connecticut Mental Health Center (Yale), New Haven, Connecticut, January 1982.

25. Mills, M.J. Competency to stand trial: The functional approach, or much ado over little. Presented at the Massachusetts Bar Association's Criminal Justice Section and the Social Science Research Institute, Boston, Massachusetts, April 1982.

26. Mills, M.J. Public policy and the behavioral disorders of the developmentally disabled. Presented at Tufts University School of Medicine, Medford, Massachusetts, April 1982.

27. Mills, M.J. Civil law-psychiatry interfaces of note: civil commitment, the right to refuse treatment, and the right to treatment. Presented at the Grand Rounds, Massachusetts General Hospital, Boston, Massachusetts, April 1982.

28. Mills, M.J. New federalism and the states. Presented at the Brattleboro Retreat, Brattleboro, Vermont, May 1982.

29. Mills, M.J. The right to treatment: little law but much impact. Presented at the American Psychiatric Association Annual Meeting, Toronto, Canada, May 1982.

30. Mills, M.J. Continuing case-law development in the right to refuse treatment. Presented at the American Psychiatric Association Annual Meeting, Toronto, Canada, May 1982.

31. Mills, M.J. Block grants in mental health: principles and policies. Presented at the American Psychiatric Association Annual Meeting, Toronto, Canada, May 1982.

32. Mills, M.J. The role of the state in mandating services to persons with the dual diagnoses. Presented at the American Association of Mental Deficiency Annual Meeting, Boston, Massachusetts, June 1982.

33. Mills, M.J. Legal issues in the administration of mental health and retardation services. Presented at the Eighth International Congress on Law and Psychiatry, Quebec, Canada, June 1982.

34. Mills, M.J. The right to refuse treatment in the wake of Mills, Rennie and Youngberg. Presented at National Association of State Mental Health Program Directors, Arlington, Virginia, July 1982.

35. Mills, M.J. Patients' rights: important recent developments. Presented at the Veterans Administration Medical Center, Salisbury, North Carolina, September 1982.

36. Mills, M.J. General hospital psychiatry: a Massachusetts perspective. Presented at the Mental Health Project Annual Meeting, Framingham, Massachusetts, October 1982.

37. Mills, M.J. and Klein, J.I. Between a rock and a hard place. Presented at the American Psychiatric Association 34th Institute of Hospital and Community Psychiatry, Louisville, Kentucky, October 1982.

38. Mills, M.J. and Goldstein, W.H. Administration for clinicians. Presented at the American Psychiatric Association 34th Institute of Hospital and Community Psychiatry, Louisville, Kentucky, October 1982.

39. Mills, M.J. and Goldstein, W.H. Creative administration and staffing. Presented at the American Psychiatric Association 34th Institute of Hospital and Community Psychiatry, Louisville, Kentucky, October 1982.

40. Mills, M.J. and Gutheil, T.G. Guardianship and the right to refuse treatment: a critique of the Roe case. Presented at the Thirteenth Annual Meeting of the American Academy of Psychiatry and the Law, New York, New York, October 1982.

41. Gutheil, T.G. and Mills, M.J. Legal fictions and the manipulation of reality. Presented at the Thirteenth Annual Meeting of the American Academy of Psychiatry and the Law, New York, New York, October 1982.

42. Mills, M.J. Choices for the Commonwealth: the condition of politics and public policy in Massachusetts.  Presented at the John F. Kennedy Library, Boston, Massachusetts, October 1982.

43. Mills, M.J. Public administration in the Department of Mental Health. Presented at the Sloan School of Management, (MIT), Cambridge, Massachusetts, October, 1982.

44. Mills, M.J. Mental health treatment of adjudicated persons. Presented at the National Commission on the Insanity Defense, Arlington, Virginia, October, l982.

45. Mills, M.J. National perspectives on the state of mental health delivery. Presented at the Nat'l. Council of Community Mental Health Centers, Springfield, Massachusetts, November 1982.

46. Mills, M.J. Legal developments affecting patient care. Presented at the Psychiatric Grand Rounds, Saint Vincent's Hospital, Worcester, Massachusetts, November 1982.

47. Mills, M.J. Issues in public sector mental health delivery. Presented at the Joint Grand Rounds, Department of Psychiatry and Department of Medicine, Rhode Island Hospital and Brown University, Providence, Rhode Island, November, 1982.

48. Mills, M.J. Future directions in mental health care. Presented at Boston University School of Medicine, Department of Psychiatry and Social Work, Boston, Massachusetts, November 1982.

49. Mills, M.J. and Hilliard, J. Confidentiality and Tarasoff: the current status. Presented at Issues in Mental Health and Law, Massachusetts Mental Health Center, Harvard Medical School, Boston, Massachusetts, December 1982.

50. Mills, M.J. The future of general hospital psychiatry units and community mental health centers in an era of fiscal constraints. Presented at A Community Interface: The Mental Health Center and the General Hospital, St. Anne's Hospital, Charlton Memorial Hospital and Corrigan Mental Health Center, Westport, Massachusetts, January 1983.

51. Mills, M.J. Legal reform and deinstitutionalization: changes in the mental health care system. Presented at the Rutgers-Princeton Post Doctoral Program in Mental Health Research, New Brunswick, New Jersey, February 1983.

52. Mills, M.J. Constitutional litigation involving mental health systems. Presented at the Annual Meeting of the Association of State Mental Health Attorneys, Arlington, Virginia, February 1983.

53. Mills, M.J. Recent developments in mental health law affecting practitioners. Presented at the Philip Pinel Institute, University of Montreal, Montreal, Canada, February, l983.

54. Mills, M.J. Legal issues in outpatient treatment. Symposia: Compliance and the schizophrenic outpatient. Presented at the American Psychiatric Association Annual Meeting, New York, New York, May 1983.

55. Mills, M.J. Some recent problems confronting deinstitutionalized patients. Presented at the American Psychiatric Association Annual Meeting, New York, New York, May 1983.

56. Mills, M.J. Civil commitment: standards and procedures. Presented at Recent Developments in Mental Health Law, sponsored by the American Society of Law and Medicine, Chicago, Illinois, June 1983.

57. Mills, M.J. Evolving civil commitment standards. Presented at the 14th Annual Meeting of the American Academy of Psychiatry and the Law, Portland, Oregon, October 1983.

58. Mills, M.J. National dilemmas in public-sector mental health delivery. Presented at the Portland City Club, Portland, Oregon, October 1983.

59. Mills, M.J. Civil commitment: do the new standards make sense? Presented at the 35th Annual Meeting of the American Society of Criminology, Denver, Colorado, November 1983.

60. Mills, M.J. Further development in the right to refuse treatment. Presented at the Colloquium Series, Department of Psychiatry, University of Missouri, Columbia, Missouri, December 1983.

61. Mills, M.J. Legal issues in psychiatry: consent and liability with neuroleptics; evolving civil commitment criteria; rights to and to refuse treatment; and the insanity defense. Presented at the Psychiatry Conference, Beth Israel Conferences, Vail, Colorado, February 1983.

62. Mills, M.J. Assaults on professional staff: systems resistance to prosecution. Presented at the American Academy of Forensic Sciences, Anaheim, California, February 1984.

63. Mills, M.J. Rethinking civil commitment. Presented at the Sepulveda Veterans Administration Medical Center, Sepulveda, California, March 1984.

64. Mills, M.J. Psychotherapist's duties to third parties. Presented at the University of Southern California School of Medicine, Los Angeles, California, March 1984.

65. Mills, M.J. Dangerousness: the duties to warn and protect. Presented at the Department of Psychiatry, Kern Medical Center, Bakersfield, California, March 1984.

66. Mills, M.J. The psychotherapist's duties in dealing with violent patients. Presented at the Isaac Ray Center, Rush-Presbyterian-St.Luke's Medical Center, Chicago, Illinois, April 1984.

67. Mills, M.J. Legal evolution of Tarasoff. Presented at the Clarke Institute of Psychiatry, Toronto, Ontario, Canada, April 1984.
68. Mills, M.J. Psychiatric ethics. Presented at Delamo Hospital, Torrance, California, April 1984.

69. Mills, M.J. Interviewing in special circumstances: the assaultive patient. Presented at the American Psychiatric Association Annual Meeting, Los Angeles, California, May 1984.

70. Mills, M.J. A collaborative law/psychiatry relationship: co-mediated divorce by a psychiatrist and a lawyer. Presented at the American Psychiatric Association Annual Meeting, Los Angeles, California, May 1984.

71. Mills, M.J. Tarasoff and its legal progeny. Presented at the American Psychiatric Association Annual Meeting, Los Angeles, California, May 1984.

72. Mills, M.J. Some legal aspects of prescribing anti-psychotic medications. Presented at the 8th Annual Psychiatry Symposium on "Trends in Psychiatry," Kaiser Permanente, Newport Beach, California, June 1984.

73. Mills, M.J. Expanding duties to third parties: further sequelae to Tarasoff. Presented at the 10th International Congress of Law and Psychiatry, Banff, Alberta, Canada, June 1984.

74. Mills, M.J. Evolving duties when using neuroleptic therapy: problems of consent and liability. Presented at the Seminar on Tardive Dyskinesia, Detroit-Wayne County Community Mental Health Board, Detroit, Michigan, June 1984.

75. Mills, M.J. Mental health and mental retardation issues in equal employment opportunity assessment.  Presented at the Conference on Equal Employment, Los Angeles, California, June 1984.

76. Mills, M.J. Some aspects of California's civil commitment procedures. Presented at the Veterans Administration Center, Sepulveda, California, September 1984.

77. Mills, M.J. Recent developments affecting hospitalization standards. Presented at the Recent Developments in Mental Health Law Meeting, sponsored by the American Society of Law and Medicine, Los Angeles, California, October 1984.

78. Mills, M.J. Forensic update. Presented at the American Psychiatric Association 36th Institute on Hospital and Community Psychiatry, Denver, Colorado, October 1984.

79. Mills, M.J. and Winslade, W.J. Confidentiality. Presented at the American Psychiatric Association 36th Institute on Hospital and Community Psychiatry, Denver, Colorado, October 1984.

80. Mills, M.J. Heterocyclic antidepressants and cardiotoxicity. Presented at the People-to-People International Medical Conference of the CMA on Affective Psychosis, Huang Shan City, People's Republic of China, November 1984.

81. Mills, M.J. Clinicolegal consequences of deinstitutionalization. Presented at People-to-People International Delegation, Korean Medical Association, Seoul, South Korea, November 1984.

82. Mills, M.J. Predicting dangerousness: the clinical relevance of Tarasoff. Presented at the Patton State Hospital Colloquium, Patton California, December 1984.

83. Mills, M.J. Clinical management of the dangerous patient: does Tarasoff make sense? Presented at Gladman Memorial Hospital, Oakland, California, December 1984.

84. Mills, M.J. Problems in psychiatry. Presented at the 1985 Medical Malpractice Seminar, U.S. Department of Justice, Attorney General's Advocacy Institute, Long Beach, California, January 1985.

85. Mills, M.J. Legal boundaries in psychiatric practice. Presented at the Benjamin Rush Society Meeting, Tucson, Arizona, January 1985.

86. Mills, M. J. Current themes in malpractice litigation. Presented at Kaiser Permanente, Van Nuys, California, February 1985.

87. Mills, M.J. Legal changes affecting homelessness. Presented at the Forum for the Homeless, Los Angeles, California, March 1985.

88. Mills, M.J. Legal issues in psychiatric care. Presented at the Ventura County Medical Center, Ventura, California, March 1985.

89. Mills, M.J. Clinical issues in the right to treatment/right to refuse treatment. Presented at the American Orthopsychiatry Association Annual Meeting, New York, NY, April 1985.

90. Mills, M.J. Further clinicolegal conundra in the Tarasoff progeny. Presented at the Connecticut Mental Health Center (Yale), New Haven, Connecticut, April 1985.

91. Mills, M.J. Legal and ethical considerations for professionals treating violent patients. Presented to the Institute for the Advancement of Human Behavior, Chicago, Illinois, April 1985.

92. Mills, M.J. Some legal issues arising in the treatment of violent patients. Presented to the Fellows in Psychiatry and Law, USC Medical Center, Los Angeles, California, May 1985.

93. Mills, M.J. Interviewing in special circumstances: the assaultive patient. Presented at the American Psychiatric Association Annual Meeting, Dallas, Texas, May 1985.

94. Mills, M.J. Patient confidentiality: should precedence take over other interests except where life is at stake (Scientific Debate)? Presented at the American Psychiatric Association Annual Meeting, Dallas, Texas, May 1985.

95. Lamb, R.H. and Mills, M.J. Our chronic patients' future in a changing world: change in laws and procedures. Presented at the American Psychiatric Association Annual Meeting, Dallas, Texas, May 1985.

96. Mills, M.J. Legal approaches to treating the violent, non-compliant patient in the community. Presented at the Seattle CMHC/University of Washington Annual Meeting on Innovation in Community Treatment, Seattle, Washington, June 1985.

97. Mills, M.J. Legal implications of tardive dyskinesia. Presented to Dep't. of Psychiatry and Behavioral Sciences, The University of Texas Medical Branch, Galveston, Texas, October 1985.

98. Mills, M.J., et al. Violent and threatening patients: legal, regulatory, and professional issues. Presented at Veterans Administration Medical Center Tucson, Arizona, October 1985.

99. Mills, M.J. Liability, limitation, protecting third parties and Tarasoff. Presented to American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 1985.

100. Mills, M.J. and Klein, J. Forensic Update. Presented at the American Psychiatric Association 37th Institute on Hospital and Community Psychiatry, Montreal, Quebec, Canada, October 1985.

101. Lamb, H.R., Goldfinger, S. and Mills, M.J. The problem of homelessness. Presented at the American Psychiatric Association 37th Institute on Hospital and Community Psychiatry, Montreal, Canada, October 1985.

102. Mills, M.J. The prevention of psychiatric malpractice. Presented at the Sepulveda Veterans Administration Medical Center, Sepulveda, California, November 1985.

103. Mills, M.J. Legal issues affecting the treatment of schizophrenia. Presented at CPC Walnut Creek Hospital, Walnut Creek, California, December 1985.

104. Mills, M.J. Managing the violent patient: clinical and legal perspectives. Presented at Thallians Mental Health Center (Cedars-Sinai Medical Center), Los Angeles, California, January 1986.

105. Mills, M.J. How psychotherapists can avoid malpractice litigation. Presented at El Centro Mental Health Center, East Los Angeles, California, February 1986.

106. Mills, M.J. Avoiding psychotherapeutic malpractice while protecting threatened third parties. Presented at the Sheppard Pratt Hospital, Baltimore, Maryland, March 1986.

107. Mills, M.J. The clinical management of the violent and potentially violent patient. Presented at the University Extension Program (Dangerousness: Legal and Clinical Aspects), Irvine, California, March 1986.

108. Mills, M.J. Legal and ethical issues in psychiatric treatment. Presented at Woodview-Calabasas Hospital, Calabasas, California, March 1986.

109. Mills, M.J. Interviewing in special circumstances: the Tarasoff problem. Presented at the American Psychiatric Association Annual Meeting, Washington, DC, May 1986.

110. Roth, L.H., Appelbaum, P.S., Bloom, J.D., Rada, R.T., and Mills, M.J. Legal psychiatry: update and new issues. Presented at the American Psychiatric Association Annual Meeting, Washington, D.C., May 1986.

111. Hartman, N. and Mills, M.J. Legal/ethical issues in psychopharmacologic research. Presented at the International Conference on Mental Health and Technology, Vancouver, British Columbia, Canada, June 1986.

112. Mills, M.J. Protecting third parties from the violent patient: recent developments in the U.S. Presented at the Department of Psychiatry, University of Ottawa, Ontario, Canada, June 1986.

113. Mills, M.J. Roundtable discussion of forensic psychiatry. Presented at the Healthways Communications Conference, Keystone, Colorado, July 1986.

114. Mills, M.J. Insanity: an expert's view. Presented to the Los Angeles County Public Defenders, Los Angeles, California, August 1986.

115. Mills, M.J. American deinstitutionalization: a critical appraisal. Presented at the First Pacific Regional Congress on Law and Mental Health (The Australian Institute of Criminology), Canberra,

Australian Capital Territory, Australia, August 1986.

116. Mills, M.J. Evolution of the right to refuse treatment in the United States. Presented at the First Pacific Regional Congress on Law and Mental Health (The Australian Institute of Criminology), Canberra, Australian Capital Territory, Australia, August 1986.

117. Beliveau, L. and Mills, M.J. New ethical issue: the rationalization of professional resources based on the effectiveness of treatment for psychiatric patients in security institutions. Presented at the International Conference on Health Law and Ethics (American Society of Law and Medicine), Sydney, New South Wales, Australia, August 1986.

118. Mills, M.J. The politics of deinstitutionalization in the United States. Presented at the International Conference on Health Law and Ethics (American Society of Law and Medicine), Sydney, New South Wales, Australia, August 1986.

119. Mills, M.J. The right to refuse treatment: developments in American law. Presented at the International Conference on Health Law and Ethics (American Society of Law and Medicine), Sydney, New South Wales, Australia, August 1986.

120. Mills, M.J. The evolution of the Tarasoff doctrine: protecting third parties from the violent acts of patients. Presented at The Northside Clinic, Greenwich, New South Wales, Australia, August 1986.

121. Mills, M.J. Current United States trends in the delivery of public mental health services. Presented to the New South Wales Branch of the Australian College of Psychiatry, Sydney, New South Wales, Australia, August 1986.

122. Mills, M.J. The right to refuse treatment in the institutional setting. Presented to Atascadero State Hospital, Atascadero, California, October 1986.

123. Mills, M.J. Maintenance treatment in psychosis: New trends (legal developments). Presented to Princeton American Communication Company (video presentation), Princeton, New Jersey, October 1986.

124. Mills, M.J. The violent patient: legal and public policy perspectives. Presented to the Department of Psychiatry and Behavioral Sciences, The University of Texas Medical/Branch at Galveston, Galveston, Texas, November 1986.

125. Mills, M.J. Legal developments affecting the delivery of public mental health services. Presented to the Department of Psychiatry, Hahnemann Medical School, Philadelphia, Pennsylvania, November 1986.

126. Mills, M.J. Strategies of dealing with threatening and potentially violent patients. Presented to the Department of Psychiatry, Health Science Center, University of Oregon, Portland, Oregon, November 1986.

127. Mills, M.J. Avoiding psychiatric malpractice: perspectives in irony. Presented at the Veterans Administration Medical Center, Psychiatric Service Case Conference, Seattle, Washington,

November 1986.

128. Mills, M.J. Avoiding psychiatric malpractice. Presented to the Department of Psychiatry, Thallians Mental Health Center, Cedars-Sinai Medical Center, Los Angeles, California, November 1986.

129. Mills, M.J. Mental health legal reform, or do the issues ever change: libertarianism versus paternalism.  Presented at the 7th Annual Congress of the Australian and New Zealand Association of Psychiatry, Psychology and Law, Newman College, Melbourne, Victoria, Australia, November 1986.

130. Mills, M.J. Malpractice and legal reform in psychiatry. Presented to the Department of Psychiatry and the Behavioral Sciences, University of Southern California, Los Angeles, California, December 1986.

131. Mills, M.J. Anxiety: quest for improved therapy. Presented to the Los Angeles audience of the Mead Johnson Television Seminar, Los Angeles, California, January 1987.

132. Mills, M.J. Avoidance of psychiatric malpractice. Presented to Atascadero State Hospital, Atascadero, California, April 1987.

133. Mills, M.J. Some observations on the right to refuse treatment. Presented to the New York State Office of Mental Health, Office of Counsel, Lake George, New York, April 1987.

134. Mills, M.J. Legal ramifications of extrapyramidal symptoms. Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

135. Mills, M.J. Psychotropic therapy: the issue of drug-induced impairment (potential legal implications).  Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

136. Mills, M.J. Controversies in law and psychiatry: update (the duty to protect). Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

137. Mills, M.J. Inpatient management of the aggressive patient: some legal aspects. Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

138. Mills, M.J. Preventing psychiatric malpractice: practitioners' dilemmas for the 80s. Presented at the Southern California Psychiatric Society, Inland Region, Colton, California, May 1987.

139. Mills, M.J. Ethics and legality of seclusion and restraint. Presented at Patton State Hospital, Patton, California, July 1987.

140. Mills, M.J. Unwillingness, non-competence and antipsychotic medication. Presented at Napa State Hospital, Napa, California, July 1987.

141. Mills, M.J. Psychiatric malpractice: new dilemmas posed by Tarasoff. Presented at Northridge Hospital Medical Center, Northridge, California, September 1987.

142. Mills, M.J. The malpractice crisis: implications for treatment and liability. Presented at Veterans Administration Hospital, Sepulveda, California, October 1987.

143. Mills, M.J. Treatment for affective disorders: an update on legal complications. Presented at Ochsner Clinic, New Orleans, Louisiana, November 1987.

144. Mills, M.J. Psychiatric malpractice: how to stay out of the courtroom. Presented at Veterans Administration Medical Center, Palo Alto, California, November 1987.

145. Mills, M.J. The patient's record: information appropriate for "eupractice". Presented at Cedars-Sinai Medical Center, Los Angeles, California, November 1987.

146. Mills, M.J. Recent legal developments in psychiatric practice. Presented at Woodview-Calabasas Hospital, Calabasas, California, January 1988.

147. Mills, M.J. Confidentiality and privileged communication. Presented at Patton State Hospital, Patton, California, February 1988.

148. Mills, M.J. Forensic aspects of psychopharmacology. Presented at The Southern California Psychiatric Society, Los Angeles, California, February 1988.

149. Mills, M.J. Avoiding psychiatric malpractice: refining the physician-patient role. Presented at the University of Cincinnati, Cincinnati, Ohio, March 1988.

150. Mills, M.J. Legal developments in psychiatric practice. Presented at the University of Texas, Houston, Texas, April 1988.

151. Mills, M.J. Avoiding psychiatric malpractice. Presented at the University of California Davis Medical Center, Sacramento, California, April 1988.

152. Mills, M.J. A comprehensive review of the laws regulating psychotherapists: an emphasis on emerging situations. Presented at the Washington Association of County Designated Mental Health Professionals, Olympia, Washington, April 1988.

153. Mills, M.J. Privacy, confidentiality and privileged communication: ongoing dilemmas for the psychotherapist. Presented at Atascadero State Hospital, Atascadero, California, April 1988.

154. Mills, M.J. Management of the aggressive patient: some legal aspects. Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Quebec, Canada, May 1988.

155. Bear, D.M., Pollock, D.C., Ervin, F.R. and Mills, M.J. Neuropsychiatric perspective on human aggression. Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

156. Pollock, D.C., Bear, D.M., Ervin, F.R. and Mills, M.J. Evaluating aggression. Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

157. Ervin, F.R.; Bear, D.M.; Pollock, D.C. and Mills, M.J. Pathological aggression. Presented at

the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

158. Mills, M.J. National trends in mental health law. Presented at Metropolitan State Hospital, Norwalk, California, May 1988.

159. Mills, M.J. "Malpractice-proofing" the medical record: problems for the 1990's. Presented at Southern California Edison Corporation, Rosemead, California, May 1988.

160. Mills, M.J. Legal and ethical pitfalls in primary-care psychiatric counseling. Presented at Southern California Edison Corporation, Rosemead, California, May 1988.

161. Mills, M.J. Evolving legal issues in psychiatric practice. Presented at the Oakwood Hospital, Dearborn, Michigan, June 1988.

162. Mills, M.J. Innovative ways of avoiding medical malpractice suits. Presented at the Valley Community Hospital, Santa Maria, California, June 1988.

163. Mills, M.J. Psychopharmacologic treatment: legal regulations, liability and abuse. Presented at Advancement in Neurosciences: Psychopharmacology update, sponsored by the Association for the Advancement in Neurosciences, Rome, Italy, September 1988.

164. Mills, M.J. Avoiding medical malpractice: strategies and tactics. Presented at the Centinela Hospital Medical Center, Inglewood, California, October 1988.

165. Mills, M.J. Immunity, disease and civil liability. Presented at the 19th Annual Meeting of the American Academy of Psychiatry and the Law, San Francisco, California October 1988.

166. Mills, M.J.  Medical/legal problems in handling legal psychiatric cases. Presented at the Truck Insurance Exchange and California Hospitals Medical Malpractice Seminar, Los Angeles, California, November 1988.

167. Mills, M.J. Strategies for avoiding psychiatric malpractice. Presented at the Langley Porter Psychiatric Institute, San Francisco, California, November 1988.

168. Mills, M.J. Legal issues in psychiatry: avoiding malpractice. Presented at Fair Oaks Hospital, Summit, New Jersey and at Clinton Inn, Tenafly, New Jersey, November 1988.

169. Mills, M.J. Adolescent civil commitment: issues in controversy. Presented at The Regent Hospital, New York, New York, November 1988.

170. Mills, M.J. The theory and practice of "eupractice": does malpractice litigation make for better patient care? Presented at the Humana Hospital, Las Vegas, Nevada, December 1988.

171. Mills, M.J. Ethical issues in the practice of psychopharmacology. Presented at the Benjamin Rush Society Annual Meeting, Baja California, Mexico, January 1989.

172. Mills, M.J. Clinicolegal issues in the prevention of medical malpractice. Presented at Canyon View Hospital, Twin Falls, Idaho, January 1989.

173. Mills, M.J. The legal use of medical experts: their selection and preparation. Presented at The Magic Valley Bar Association, Twin Falls, Idaho, January 1989.

174. Mills, M.J. Legal aspects of psychopharmacologic intervention: neuroleptics, antidepressants and anxiolytics. Presented at the St. Alphonsus Hospital, Boise, Idaho, January 1989.

175. Mills, M.J. Tarasoff duties: prediction of dangerousness in release of mental patients. Presented at Atascadero State Hospital, Atascadero, California, March 1989.

176. Mills, M.J. Informed consent and the use of psychotropic medication. Presented at Menninger Clinic, Topeka, Kansas, April 1989.

177. Mills, M.J. Tardive dyskinesia, neuroleptics, and informed consent. Presented at Menninger Clinic, Topeka, Kansas, April 1989.

178. Mills, M.J. Stigma of ECT: legal perspectives. Presented at the 142nd Annual Meeting of the American Psychiatric Association, San Francisco, California, May 1989.

179. Mills, M.J. Psychiatry and the law: have the last three decades of legal regulation been productive? Presented at the UCLA Neuropsychiatric Institute, Los Angeles, California, May 1989.

180. Mills, M.J. Ethical dilemmas in forensic psychiatry. Presented at Atascadero State Hospital, Atascadero, California, May 1989.

181. Mills, M.J. Controversial issues in psychiatric administration. Presented at Metropolitan State Hospital, Norwalk, California, May 1989.

182. Mills, M.J. Issues in psychiatric malpractice. Presented at Harbor Hospital, Los Angeles, California, June 1989.

183. Mills, M.J. Current themes in psychiatric malpractice litigation. Presented at Metropolitan State Hospital, Norwalk, California, June 1989.

184. Mills, M.J. Implementing informed consent criteria for the hospitalized chronically mentally ill. Presented at the Department of Mental Health and Mental Retardation, Nashville, Tennessee, June 1989.

185. Mills, M.J. Insanity: Do we need it? Presented at Atascadero State Hospital, Atascadero, California, June 1989.

186. Mills, M.J. Legal developments affecting patient care. Presented at Olive View Medical Center, Sylmar, California, June 1989.

187. Mills, M.J. The legal issues affecting psychiatric patients' assault. Presented at Napa State Hospital, Napa, California, September 1989.

188. Mills, M.J. Tort law and malpractice. Presented at Atascadero State Hospital, Atascadero, California, December 1989.

189. Mills, M.J. The future of forensic mental health services. Presented at Mayhem, Madness and Mental Health, San Luis Obispo, California, April 1990.

190. Mills, M.J. The role of the nuclear utility medical review officer: issue of drug testing in the workplace. Presented at the Nuclear Management and Resources Council Meeting, Detroit, Michigan, September 1990.

191. Mills, M.J. The role of the nuclear utility medical review officer: practical issues for physicians.  Presented at Healthcare Centers for Business in Industry, Phoenix, Arizona, October 1990.

192. Mills, M.J. The devil made me do it: some thoughts on the role of mental illness in violent crime. Presented at Plexis II: The Neurobiology of Aggression (Healthcare Rehabilitation Center), Austin, Texas, November 1990.

193. Jackman, J.A., Mills, M.J. and Wells, S.H. Medical/legal aspects of mental illness. Presented at the Whittier Bar Association, Whittier, California, November 1991.

194. Mills, M.J. The theory and practice of defending psychological injury in tort claims: the evaluation and implications of Post-Traumatic Stress Disorder (PTSD).  Presented at the Torts Branch, Civil Division, United States Department of Justice, Washington, D.C., June 1992.

195. Mills, M.J. Substance abuse and stress management in the legal profession. Presented at the California District Attorney's Association Annual Meeting, South Lake Tahoe, California, June 1992.

196. Mills, M.J. The politics of the right to refuse treatment. Presented at the Fifteenth Annual Scientific Meeting of the International Society of Political Psychology, San Francisco, California, July 1992.

197. Mills, M.J. Malpractice risk reduction. Presented at the Southern California Edison Health Care CME Offsite, Pomona, California, January 1993.

198. Mills, M.J. Legal issues in medicine. Presented in conjunction with the course, "The Anthropology of Medicine" to the University of California School of Medicine, La Jolla, California, February 1993.

199. Mills, M.J. Psychiatric dangerousness and civil commitment criteria. Presented at the MCLE Seminar, Rushfeldt, Shelley & Drake, Sherman Oaks, California, March 1993.

200. Mills, M.J. and Rosenberg, J.E. Is it proper to sue and prosecute psychiatric patients for assault?  Presented to the American Academy of Psychiatry and the Law, 25th Annual Meeting, Maui, Hawaii, October 1994.

201. Mills, M.J. Is there a link between mental illness and dangerousness? Presented at the UCSD Department of Psychiatry Conference Seminar titled "Breakthroughs in Psychiatry and the Law: Dealing with Dangerousness in the 90's," San Diego, California, February 1995.

202. Ornish, S.A., Mills, M.J., Humphrey, J., Matthews, D. and Pippin, J.D. Ethics, law and

Prearraignment evaluations. Presented to the American Academy of Psychiatry and the Law, 28th Annual Meeting, Denver, Colorado, October 1997.

203. Mills, M.J. Psychiatric issues in nursing home care. Presented at A.I. Healthcare, New York, New York, April 1999.

204. Mills, M.J. Current topics in forensic psychiatry. Presented at Grand Rounds for Howard University Department of Psychiatry, Washington, D.C., November 2000.

205. Mills, M.J. Psychiatric issues in criminal prosecution. Presented to the Office of the United States Attorney, Central District (Florida), Tampa, Florida, December 2000.

206. Mills, M.J. Effectiveness of ECT combined with Risperidone against aggression in schizophrenia. Presented at Elgin Mental Health Center, Elgin, Illinois, October 2001.

207. Mills, M.J. Recent topics and developments in forensic psychiatry. Presented at Elgin Mental Health Center, Elgin, Illinois, October 2001.

208. Mills, M.J. How to testify as an expert witness in court and before other formal tribunals. Presented at the Annual Meeting of the American Rehabilitation Economics Association (AREA), Reno, Nevada, May 2002.

209. Mills, M.J. Assessing the truthfulness of children's allegations of abuse: some psychiatric perspectives. Presented at the Annual Meeting of the State Bar of Michigan Children's Law Section, Mt. Pleasant, Michigan, May 2005.

210. Mills, M.J. Case examples of sexual predators: are the treatments sufficient and/or is civil commitment appropriate? Presented at the Annual Meeting of the State Bar of Michigan Children's Law Section, Mt. Pleasant, Michigan, May 2005.

211. Mills, M.J. A psychiatric overview of some issues useful in considering children's allegations of abuse and sexual abuse. Presented at the XXIX[th] Annual Congress on Law and Mental Health, sponsored by the International Academy of Law and Mental Health, Paris, France, July 2005.

212. Mills, M.J. Charles McCoy: Psychiatric, Legal and Ethical Perspectives on the Ohio Freeway Shootings. Presented at the Use of Forensic Evidence at Trial (Douglas W. Squires, Director), Capital University Law School, Columbus, Ohio, September 2005.

213. Mills, M.J. Psychiatry and the Law. Presented at the Use of Forensic Evidence at Trial (Douglas W. Squires, Director), Capital University Law School, Columbus, Ohio, October, 2006.

214. Mills, M.J. and Grotberg, E. Forensic psychiatric evaluations as therapy? Presented at the International Academy of Law and Mental Health, Padua, Italy, June 2007.

215. Mills, M.J. (Panelist). Stranger in a Strange Land: Cross-Cultural Issues in the Courts. Presented at the American Bar Association Midyear Meeting, Judicial Division, Los Angeles, California, February 2008.

216. Mills, M.J. Forensic Psychiatry as an Exemplar of Psychiatry. Presented as the Jonathan D. Brodie Award lecture, New York University School of Medicine, New York New York, April 2008.

217. Mills, M.J. (Panelist). How Judges Think: Rule of Law or Rule of Man? Presented at the American Bar Association Annual Meeting, Judicial Division, New York, New York, August 2008.

218. Mills, M.J. (Panelist). When in Rome? Cross-Cultural Issues in the Courts. Presented at the American Bar Association Annual Meeting, Judicial Division, New York, August 2008.

219. Mills, M.J. Detecting embellished or malingered symptoms in brain-injured patient or evaluee. Presented at the Annual Meeting of the Brain Injury Association, Las Vegas, Nevada, April 2009.

220. Mills, M.J. (Panelist). Judicial Decision Making in a Democratic Society: How Judges Think. Presented at the Advanced Judicial Academy, Illinois Judicial Conference, Champaign, Illinois, June 2009.

221. Mills, M.J. (Panelist). Stranger In A Strange Land: Cross-Cultural Issues in the Courts. Presented at the New York Bar Association Meeting, New York, New York, June 2009.

222. Mills, M.J. (Panelist). Lost in Translation: Cross-Cultural Issues in the Courts. Presented at the American Bar Association Annual Meeting, Section on International Law, Chicago, Illinois, August 2009.

223. Mills, M.J. (Panelist). How Judges Think: Rule of Law or Rule of Man? Presented at the Appellate Judges Educational Institute, Orlando, Florida, November 2009.

224. Mills, M.J. (Panelist). Cross-Cultural Issues in the Courts. Presented at the International Bar Association, Section for Law Students, Washington, D.C., March 2010.

225. Mills, M.J. (Panelist). Workshop in Peacemaking – Exploring Common Ground in Worldwide Practices and Rituals. Presented at the 12 Annual ABA Section of Dispute Resolution, San Francisco California, April 2010.

226. Mills, M.J. "Spotting a Faker," or Detecting the Malingering Litigant. Presented at the Annual Meeting of the Brain Injury Association, Las Vegas, Nevada, April 2010.

227. Mills, M.J. Changes in the MMPI: Why One Should Care! Presented at the Annual Meeting of the Brain Injury Association, Las Vegas, Nevada, April 2010.

228. Mills, M.J. Point-Counterpoint: Assessing the Brain-Injured Patient. Presented at the Annual Meeting of the Brain Injury Association, Las Vegas, Nevada, April 2010.

229. Mills, M.J. (Panelist). Cross-Cultural Issues in the Courts. Presented at the Library of Congress, Section on the Law, Washington, District of Columbia, May 2010.

230. Mills, M.J. Forensic Psychiatry and the Violent Offender. Presented at the American Association for the Advancement of Science Judicial Seminar in Emerging Issues in Neuroscience, St.

Louis, Missouri, June 2010.

231. Mills, M.J. (Panelist). Justice 12.0-Is There an App for That? Presented at the American Bar Association Annual Meeting, San Francisco, California, August 2010.

232. Mills, M.J. (Panelist). Stranger in a Strange Land: Cross-Cultural Issues in the Courts. Presented at the American Bar Association Midyear Meeting, Atlanta, Georgia, February 2011.

233. Mills, M.J. (Panelist). The Cultural Defense. Presented at the Wisconsin Equal Justice Conference, State Bar of Wisconsin, Milwaukee, Wisconsin, March 2011.

234. Mills, M.J. (Panelist). The Cultural Defense. Presented at the Arizona Judicial Conference, Arizona Supreme Court, Phoenix, Arizona, June 2011.

235. Mills, M.J. (Panelist). How Judges Think: Rule of Law or Rule of Man? Presented at the Arizona Judicial Conference, Arizona Supreme Court, Phoenix, Arizona, June 2011.

236. Mills, M.J. (Panelist). The Federal Courts in 2031—Making the Future Happen. Presented at the Ninth Circuit Judicial Conference, Carlsbad, California, August 2011.

237. Mills, M.J. (Panelist). Strangers in a Strange Land. Presented at the 2011 Florida Conference of District Court of Appeal Judges, Amelia Island, Florida, September 2011.

238. Mills, M.J. (Panelist). Cross-Cultural Issues in the Courts. Presented at the 2011 Annual Conference of the National Association of Women Judges. Seton Hall University School of Law, Newark, New Jersey, October 2011.

239. Mills, M.J. (Panelist). Strangers in a Strange Land. Presented at the 24th Annual Conference of the National Consortium on Racial and Ethnic Fairness in the Courts, Nebraska Minority Justice Commission, Immigration and the Law. Hilton Hotel, Omaha, Nebraska, May 2012.

240. Mills, M.J. (Panelist). Tradition on Trial: Cross-Cultural Issues in the Courts. Presented at the 54th Annual Judicial Conference. Ocean Shores, Washington, October 2012.

241. Shargel, G. and Mills, M.J., Guest Lecture (by invitation): Psychiatric Issues in Criminal Defense. Presented at Brooklyn Law School, September 12, 2013.

242. Mills, M.J. (Panelist). Strangers in a Strange Land: Cross Cultural Issues in the Courts. Presented at the ABA Section of International Law. Hyatt Regency on Capitol Hill, Washington, DC, April 2015.

243. Mills, M.J. and Georgi, E. Current Issues in the Insanity Defense. Presented to the Miami Office of the Public Defender, Miami, Florida, April, 2019.