# EXHIBIT "H"

# EXHIBIT "H"

# United States District Court
## District of Columbia

| | |
|---|---|
| United States of America<br>     Plaintiff,<br><br>    v.<br><br>Daniel Rodriguez<br>     Defendants. | No. 21-CR-246-1 |

EXPERT REPORT OF MARK KROLL, PhD, FACC, FHRS, FIEEE, FAIMBE

This report summarizes my analysis and findings and includes a statement of my opinions. The report also includes data and other information considered by me in forming my opinions and sets out my qualifications (including my CV which is an integral part of this report).

Mark Kroll, PhD, FACC, FHRS, FAIMBE         5 Dec 2022

# Table of Contents:

Figures.................................................................................................................. 3

Tables................................................................................................................... 3

*Brief Summary of Qualifications*.......................................................................... 4

Most Relevant Committees and Boards: .................................................. 6

*Brief Summary of Opinions:* ................................................................................ 7

*Did Mr. Rodriguez Apply a "TASER" to Ofc. ▮▮▮▮▮'s neck?*.............................. 8

*Could a Sparkler Flashlight Cause Death or Serious Injury?* .............................. 14

Nerve Stimulator Compliance ................................................................. 16
Charge Failure for a Nerve Stimulator ........................................................... 17

Stun Gun Compliance Testing ................................................................. 17
Raw Charge Failure for a Stun Gun ............................................................... 17
Pulse Rate Failure for a Stun Gun.................................................................. 17

*Acoustic Output of the Sparkler Flashlights* ...................................................... 18

*General Comments* ............................................................................................ 19

Previous Testimony................................................................................. 19

Right To Amend: .................................................................................... 19

Further Development:.............................................................................. 19

Specific References: ............................................................................... 20

Opinion Methodology:............................................................................ 20

*References:*......................................................................................................... 21

## Figures

Figure 1. TASER® Federal Trademark Registration ..................................................................... 8
Figure 2. Arcing flashlights. ......................................................................................................... 9
Figure 3. Device of incident vs TASER® CEW ........................................................................... 9
Figure 4. Markings on Ofc. P████ 's neck. ................................................................................ 10
Figure 5. Electrical muscle stimulators are popular for therapy and training. ............................ 11
Figure 6. Sparkler flashlights tested. Top (L-R): FightSense Mini, Sabre S-1005, Runt, Sabre S-1010-TQ, FightSense, Police 512BK, MACE Compact, MACE standard, Police 916, and Vipertek VTS-979 ........................................................................................................................................ 14
Figure 7. Front view of sparkler flashlights tested. ..................................................................... 15
Figure 8. Delivered charges as a function of load resistance. ...................................................... 16

## Tables

Table 1. Muscle stimulation capability of popular EMS units and CEWs ..................................... 11
Table 2. Sound Level of Various Units at 1 meter distance .......................................................... 18

## Brief Summary of Qualifications

I am a Biomedical scientist with a primary specialty in bioelectricity or the interaction of electricity and the body. I hold a B.S. degree in Mathematics and a M.S. degree and a Ph.D. degree in Electrical Engineering from the University of Minnesota and a M.B.A. degree from the University of St. Thomas. I have invested most of my career researching and developing electrical devices to diagnose and treat disease. The primary focus is the effect of electrical shocks on the human body.[*]

This involves researching, lecturing, and publishing on electric shocks and their effects on the human body. It includes lectures throughout Europe, South America, and Asia (in 35 countries) as well as at many of the major universities and medical centers of the United States (U.S.). Usually, the typical audience member is a cardiologist, electrophysiologist, medical examiner, or forensic pathologist. With over 380 issued U. S. patents and numerous pending and international patents, I currently hold the most patents on electrical medical devices of anyone in the world. Over 1 million people have had devices with some of these patented features in their chest, monitoring every heartbeat. http://bme.umn.edu/people/adjunct/kroll.html.

In 2010 I was awarded the Career Achievement Award by the Engineering in Medicine and Biology Society (EMBS) of the Institute of Electrical and Electronics Engineers (IEEE) which is the most prestigious award given internationally in Biomedical Engineering.

http://tc-therapeutic-systems.embs.org/whatsnew/index.html

I am believed to be the only individual to receive the high "Fellow" honor from both Cardiology and Biomedical societies. To wit:

1997   Fellow, American College of Cardiology
2009   Fellow, Heart Rhythm Society
2011   Fellow, IEEE Engineering in Medicine and Biology Society
2013   Fellow, American Institute for Medical and Biological Engineering

I am the author of over 200 abstracts, papers, and book chapters and also the co-editor of 4 books including the only 2 scientific treatises on Conducted Electrical Weapons (CEW):

1. TASER® Conducted Electrical Weapons: Physiology, Pathology and Law. Springer-Kluwer 2009.
2. Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis: Springer-Kluwer 2012.

---

[*]See current CV for further details and specifics. My curriculum vitae containing details of my relevant formal education, experience, and publications authored is attached and made an integral part of this report.

Directly relevant paper publications include over 100 papers, books, book chapters, indexed letters on CEWs and arrest-related death (ARD), and numerous scientific meeting abstracts. [1-110] For more details please see CV.

I have also made many presentations on CEWs to scientific, medical, pathology, as well as law enforcement, audiences. These include: 2007 American Academy of Forensic Science (AAFS) conference major presentation in San Antonio, Texas and the 2007 BEMS (Bio-electromagnetic Society) meeting Plenary Address in Kanazawa, Japan.

1. Major invited lecture at the 2006 NAME (National Association of Medical Examiners) conference in San Antonio, Texas.
2. Advanced Death Investigation Course of St. Louis University (2007) as faculty lecturer to full audience.
3. Faculty lecturer to full audience at Institute for the Prevention of In-Custody Death Conferences (2006 and 2007), Las Vegas, Nevada.
4. Chair of special session on TASER CEW at 2006 Cardiostim meeting in Nice, France.
5. Guest lecture to U.S. Military on CEW in 2006.
6. "Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device," was presented at the 2008 scientific conference of the Heart Rhythm Society.
7. "Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture?" was presented at the 2008 scientific conference of the Heart Rhythm Society.
8. "Weight-Adjusted Meta-Analysis of Fibrillation Risk From TASER® Conducted Electrical Weapons" presented at the 2009 AAFS conference.
9. "Meta-Analysis of Fibrillation Risk From TASER® Conducted Electrical Weapons as a Function of Body Mass" presented at the 2009 scientific conference of the Heart Rhythm Society.
10. Oral presentation at the 2014 NAME (National Association of Medical Examiners) conference in Portland, Oregon.
11. Pathophysiological Aspects of Electroshock Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria. July 2015.
12. Real and Imagined Risk of Electrical Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria. Dec 2016.
13. The Science of Arrest-Related-Death. International Law Enforcement Educators and Trainers Association. Chicago, USA. April 2015.
14. Arrest-Related Death. United States Department of Justice, San Diego. Jun 2016.
15. Arrest-Related Deaths: Managing Your Medical Examiner. Lexipol WebCast 20 June 2019.
16. Defending Non-firearm Arrest-Related Death Cases. International Municipal Lawyers Association Conference. Washington, DC. 24 April 2020.
17. Science of Restraint-related Death. Office of Special Investigations Training Program. New York State Attorney General Division. March 25, 2021

In addition to the major addresses above, I have made lectures and presentations at the U.S. Department of Justice (2007), AAFS (2006), and BEMS (2006) regarding TASER CEWs.

I have deployed and discharged TASER CEWs numerous times and have personally experienced a TASER® X26 CEW probe deployment discharge to the center of my chest. I have also experienced an Obovov muscle stimulator output to my thigh.

## Most Relevant Committees and Boards:

1. International Electrotechnical Commission (IEC) (Geneva, Switzerland) TC64 MT4 Committee. This committee is the top international authority for setting the international electrical safety limits for electrocution and other electrical dangers.
2. Axon Enterprise, Inc. (Axon né TASER), corporate and also Scientific and Medical Advisory Board.
3. ANSI (American National Standards Institute) standards committee on electrical weapons.

I have provided courtroom testimony in U.S., Australia, and Canada, along with being a retained expert in the United Kingdom and France. I also have significant research, publications, and testimony in the areas of resuscitation, ARDs (arrest-related death), prone restraint, and biomechanics. I have been retained by the United States Department of Justice for several cases involving electrical weapons. These cases involved criminal prosecution, Border Patrol, and the US Marshals.

# Brief Summary of Opinions:

1. The device allegedly used in this incident was *not* a stun gun.

2. The device allegedly used in this incident was *not* an electroshock weapon.

3. The device is best described as a "sparkler flashlight" since its effects are primarily auditory and visual and there is no stunning. To use a canine analogy, they are all bark and no bite.

4. It is my opinion to a reasonable degree of scientific certainty that the device could not be used in a manner likely to produce death.

5. It is also my opinion to a reasonable degree of scientific certainty that the device cannot be used in a manner likely to produce serious bodily injury because it cannot cause injury that involves a substantial risk of death, extreme physical pain, protracted and obvious disfigurement, or protracted loss or impairment of the function of a bodily member, organ, or mental faculty.

6. The device did not cause any of the markings on the neck of Ofc. F███████.

7. Ofc. F██████ was never weakened by the device.

8. Ofc. F██████ was never immobilized by the device.

9. The device did not cause Ofc. F██████ to ever lose consciousness.

10. The loud arcing sound from the device most likely caused Ofc. F███████ to imagine far greater pain than was actually present.[103,104]

# Did Mr. Rodriguez Apply a "TASER" to Ofc. F███████'s neck?

The Government sentencing memorandum regarding defendant Kyle James Young stated (page 2):

> That rioter, Daniel Rodriguez, later repeatedly applied a taser to the back of MPD Officer M██████ F██████'s neck as Young joined in the assault.

And (page 30):

> Rodriguez simultaneously moved toward Officer F█████ and positioned himself to apply the taser to the back of F█████'s neck.

As shown in Figure 1, TASER® is a federally registered trademark for an expensive (~$1000 each) high-performance conducted electrical weapon (CEW) used by law enforcement. The TASER CEW can temporarily paralyze someone by locking up their muscles from wire connections to 2 probes that are separated by at least 30 cm (12 in.) on the body.[111]



**Figure 1. TASER® Federal Trademark Registration**

The TASER® CEWs are not confused with the $20 sparkling flashlights that are capable of making a loud electrical noise as shown in Figure 2.



**Figure 2. Arcing flashlights.**

 

**Figure 3. Device of incident vs TASER® CEW**

Further on page 30 we read:

> Seconds later, Rodriguez again held the taser to the back of Officer █████'s neck, and Young lunged toward Officer █████. The sound of the taser being activated is audible on the video. Officer █████ again reacted in pain.

9

The implication of this statement is that the crackling sound of an electrical arc verifies that current was being delivered into Officer F███████'s neck. That implication is unsubstantiated.[30] If a contact is made by either a true electrical weapon or a sparkler flashlight, the sparkling ceases as the current path is then thru the skin and not thru the air via an arc.

On page 39 we learn:

> Officer F████████ sustained significant and painful injuries on January 6, 2021. The officer experienced excruciating pain each time Rodriguez repeatedly applied a taser to the back of his neck. Officer F████████ can be heard screaming on his body-worn camera on three separate occasions-at minute markers 15:19:15, 15:19:17, and 15:19:21-22. The tasing caused burn marks to the back of Officer M.F. 's neck that resulted in scarring.



**Figure 4. Markings on Ofc. F██████'s neck.**

As documented below, the actual output of the sparkler flashlights is minimal. While annoying, volunteers regularly apply such a device to their thigh while talking. None describe the sensation as "excruciating pain."

The average charge from the tested sparkler flashlights was $0.78 \pm 0.80$ microcoulombs. This can be compared to therapeutic ("6-pack") muscle stimulators which typically deliver $> 20$ μC.[102] See Table 1. Note that the TASER CEWs deliver $\sim 60$ μC or almost 100 times as much charge as the sparkler flashlights.



**Figure 5. Electrical muscle stimulators are popular for therapy and training.**

As seen in Table 1, some TASER® CEWs put out slightly more current **per channel** than do therapeutic muscle stimulators.[102] Note that the Obovov R-C4D puts out slightly more normalized aggregate current (1.34 mA) than does the X26P CEW (1.3 mA).[112] For total current injected into the body the iStim EV-805 delivers 3.29 mA over 4 channels (8 electrodes). This exceeds the 3.13 mA total output of the newer T7 CEW. This also exceeds the total current output (1.3 mA) of the X26P which has only a single channel.

**Table 1. Muscle stimulation capability of popular EMS units and CEWs**

| Model | d (µs) | Raw Charge (µC) | Normalization Factor | Normalized Charge (µC) | Pulse Rate (PPS) | Iagg Normalized (mA) | Channels | Total Iagg (mA) |
|---|---|---|---|---|---|---|---|---|
| EMS 7500 | 301 | 23.6 | 0.54 | 12.8 | 68.6 | 0.88 | 2 | 1.76 |
| iStim EV-805 | 305 | 21.8 | 0.54 | 11.7 | 70.1 | 0.82 | 4 | 3.29 |
| Obovov R-C4D | 210 | 24.6 | 0.69 | 16.9 | 79.6 | 1.34 | 2 | 2.69 |
| X2 CEW | 71.2 | 65.3 | 1.14 | 74.2 | 19.6 | 1.45 | 2 | 2.91 |
| X26P CEW | 98.6 | 65.7 | 1.01 | 66.1 | 19.6 | 1.30 | 1 | 1.30 |
| T7 CEW | 60 | 59.2 | 1.20 | 71.0 | 22.0 | 1.56 | 2 | 3.13 |

All readings with 500 Ω load. $I_{agg}$ = aggregate current per ANSI CPLSO-17.

The markings on the neck have nothing to do with the alleged application of the sparkler flashlight.[113] This is clear for several reasons:

1. The markings are inconsistent and hence not done by the same device.
2. The marking in the lower right hand circle is solitary and thus it is lacking a paired electrical return. Ergo, this could not have been done by an electrical device as that would require 2 connections.
3. The spacings between the other 2 circled marking pairs are inconsistent and hence not done by the same device.

4. None of the markings match the rectangular shapes of the electrodes in the photographed sparkler flashlight.

5. The power output of a sparkler flashlight is typically less than 1 W and thus incapable of causing a burn. In contrast, consider a 1500 W hair dryer which can cause surface reddening with long applications.

(Page 48):

> Second, Young prevented the officer from protecting himself from Rodriguez , who repeatedly tased him. Officer F███ has stated, "I was struck with a taser device at the base of my skull numerous times, and they continued to do so until I yelled out that I have kids." Based on the officer's body-worn camera footage and the distinct screams of pain he emitted each time he was tased, Officer F███ was tased multiple times literally seconds before Young grabbed his wrist and restrained his arm. Officer F███ can also be heard screaming in pain while Young is restraining his wrist.

As discussed earlier, no Taser device was involved in this incident.

(Page 49):

> Similar to the victim in *Rosario,* Officer F███ could not fight back as his items were being taken from him as he had been weakened by the taser and essentially immobilized by Young.

This allegation is unsubstantiated for several reasons:

1. There was no "taser" involved.
2. Sparkler flashlights do not deliver sufficient charge to affect the muscles.
3. Even the stronger *true* muscle stimulators require inches of separation in order to affect the muscles locally as seen in Figure 5. Such a separation is not seen between the electrodes in the photograph of the sparkle flashlight used in this incident.
4. Immobilization requires a stronger true muscle stimulator such as a TASER® electrical weapon with electrodes spanning the entire back.[111] For example an electrode on the shoulder and a return electrode on the waist can cause immobilization.
5. There are no delayed effects after even after the application of a true electrical weapon. Subjects are able to immediately regain full bodily function even after the application of the powerful X26E TASER CEW.[41]

Item 54 of the Indictment states:

> At approximately 3:18 p.m.; on-or about January 6, 2021, another rioter pulled Metropolitan Police Department Officer M.F. out of the police line and into the crowd. Shortly thereafter, RODRIGUEZ twice applied the small, black electro-shock weapon to the back of Officer M.F.'s neck. Officer M.F. subsequently lost consciousness and was later admitted to Washington Hospital Center for treatment for his injuries.

This allegation is unsubstantiated for several reasons:

1. The sparkler flashlight is not a weapon and hence there was no "electro-shock weapon" involved.
2. Over 2 million training applications of the powerful TASER® electrical weapons on law-enforcement officers has never found of a case of loss of consciousness.
3. Numerous peer-reviewed clinical studies of the effects of true electrical weapons have never reported a single loss of consciousness.[114-126]

## Item 79 of the Indictment states:

On or about January 6, 2021, within the District of Columbia, DANIEL RODRI-GUEZ, using a deadly and dangerous weapon, that is, an electroshock weapon, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uni-formed services), and any person assisting such an officer and employee, that is, M.F., an officer from the Metropolitan Police Department, while such officer and employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

This allegation is unsubstantiated for several reasons:

1. The sparkler flashlight is not a weapon and hence there was no "electro-shock weapon" involved.
2. The sparkler flashlight is not dangerous outside of giving Amazon shoppers a false sense of security.
3. The sparkler flashlight is not deadly.

13

# Could a Sparkler Flashlight Cause Death or Serious Injury?

I searched for "stun gun" on Amazon and purchased 3 samples of each of the popular units. The 4 Vipertek and 4 MACE units had been purchased previously.



**Figure 6. Sparkler flashlights tested. Top (L-R): FightSense Mini, Sabre S-1005, Runt, Sabre S-1010-TQ, FightSense, Police 512BK, MACE Compact, MACE standard, Police 916, and Vipertek VTS-979**

The units were tested with a selectable load resistance of 400, 500, 600, 700, 800, 1k, 1.2k, 1.5k, and 2 kΩ.[127] The load resistances were made up from Ohmite model OY series 100 Ω and 1 kΩ noninductive ceramic resistors rated for 20 kV and 70 J of capacitive discharge. Series trimming was done with smaller-value carbon resistors.

14



**Figure 7. Front view of sparkler flashlights tested.**

The load resistance was varied from 400 Ω to 2 kΩ to cover good thru bad connections. None of the Runt units functioned and both Sabre units failed during testing, so data below only covers 7 models.



**Figure 8. Delivered charges as a function of load resistance.**

## Nerve Stimulator Compliance

The outputs were evaluated according to the standard relied on by the US FDA (Food and Drug Administration) under 21CFR882.5890.

This particular standard is the AAMI (American Association for Medical Instrumentation and ANSI (American National Standards Institute) standard NS4:2013 "Transcutaneous Electrical Nerve Stimulators."[128]  With global harmonization, the FDA is also accepting the international standard, the IEC (International Electrotechnical Commission) standard 60601-2 (Nerve and Muscle Stimulators).[129]

AAMI/ANSI NS4:2013 §3.2.2.1 and IEC 60601-2 §201.12.4.104(a) both specify a load of 500 Ω so there was no conflict between the standards — for measuring the output — and thus this load was used for the output testing.
AAMI/ANSI NS4:2013 §3.2.2.2 allows a maximum of 75 µC per pulse and thus these units satisfy the upper safety limits by over 50 to 1.

From this we can conclude that the units are incapable of causing any injury.

**Charge Failure for a Nerve Stimulator**

AAMI ANSI NS4:2013 §B.3.2.2.1 requires a minimum of 7 µC per pulse. The tested units failed the standard by at least 82%.

## Stun Gun Compliance Testing

ANSI CPLSO-17 (Electrical Characteristics of ECDs and CEWs) is the relevant standard for evaluating the outputs of a stun gun.[112] ANSI CPLSO-17 §A.1 states that the load shall be 600 Ω.

ANSI CPLSO-17 §9.4 allows a maximum charge per pulse of 125 µC and thus the units tested satisfy the safety limit by a factor of at least 100 to 1.

**Raw Charge Failure for a Stun Gun**

ANSI CPLSO-17 §9.3 requires a minimum of 40 µC for the minimum charge. The tested units failed the standard by at least 97%%. In other words, the units delivered only 3% of the required minimum and are not stun guns.

**Pulse Rate Failure for a Stun Gun**

ANSI CPLSO-17 §9.2 requires the pulse rate to be less than 30 pulses per second (PPS). All of the units tested exceeded the pulse rate limit. One should not intuit that these higher rates make these units more effective. Human motor nerves are insensitive to sensing pulse rates far in excess of the normal physiological stimulation rate. In fact, pulse rates of 80 or 100 PPS are considered high frequency.[130,131] The astronomically high pulse rates of these units would tend to preclude muscle stimulation.

The sparkler units are not stun guns. The device allegedly used in this incident was *not* an electroshock weapon.

## Acoustic Output of the Sparkler Flashlights

I tested the output of the sparkler flashlights using the standard 1 m distance from the sound pressure level meter and the electrical arc of the unit. The results are shown below.

**Table 2. Sound Level of Various Units at 1 meter distance**

| Model | Sound Level (dBA) |
|---|---|
| FightSense Mini | 105.8 |
| Sabre S-1005 | 106.3 |
| Runt | No Units Functioned |
| Sabre S-1010-TQ | 104.5 |
| FightSense | 109.6 |
| Police 512BK | 105.6 |
| MACE Compact | 106.3 |
| MACE standard | 102.2 |
| Police 916 | 109.2 |
| Vipertek VTS-979 | 106.8 |

The sound pressure levels are quite high and could cause hearing damage with an exposure of greater than 5 minutes according to the Center for Disease Control. The output waveforms of the devices are consistent with maximizing the electrical arcing sound and not with providing nerve stimulation.

# General Comments

## Previous Testimony

I have testified as an expert at trial or by deposition within the preceding 4 years in:

1. Aguilar v Los Angeles.  US District Court, Los Angeles, CA. (May 2018 & April 2019) D
2. Ramos v East Hartford. US District Court, Hartford, CT. (June 2018) D
3. Todero v Blackwell. US District Court, Indianapolis, IN (Sept 2018) D
4. Silva v Chung. US District Court, Honolulu. (May 2019) D
5. Wood v Entergy. Arkansas District Court, AR. (May 2019) P
6. Cardionet v Infobionics. US District Court, Boston, Massachusetts. (Sept 2019) D
7. Payne v Omaha. US Dept of Labor (Oct 2019)  P
8. Timpa v Dillard. US District Court, Dallas, TX (Dec 2019) D
9. USA vs. Burton Ritchie. US District Court, Las Vegas, NV (Jan 2020) P
10. Starke v Astar. Florida District Court, St. John's County, FL (Apr 2020) D
11. Nevro v Boston Scientific re US #9162071, Wash. DC. US Patent Appeals Board. (May 2020) P
12. Nevro v Boston Scientific re US #8682447, Wash. DC. US Patent Appeals Board. (May 2020) P
13. Nevro v Boston Scientific re US #6381496, Wash. DC. US Patent Appeals Board. (July 2020) P
14. Loftis v American Electric Power. US District Court, Charleston, WV (Oct 2020) D
15. Valear v Q3. Colorado Dst Ct., Denver Cty, CO. (June and Oct 2021) D
16. Georgia v Howell, Scott, and Copeland. Georgia District Court, GA. (Oct 2021) D
17. Harris v Rambosk. US District Court, FL (Oct 2021) D
18. Dold v. Snohomish County. US District Court, WA (Jan 2022) D
19. Adkins v. Appalachian Power. US District Court, WV (Jan 2022) D
20. Celestin v. Ocoee, US District Court, FL. (July 2022) D

## Right To Amend:

The opinions in this report are living opinions. Should additional discovery material be received, or additional research be completed, and then reviewed, these opinions may be altered or reinforced depending upon what information is obtained, reviewed, or studied. If new issues are opined, identified, or developed subsequent to submission of this report, I reserve the right to supplement, or further supplement, this report. *I especially reserve the right to amend my report after receiving new forensic evidence.*

## Further Development:

Further, the opinions, which are expressed in this report, are listed to comply with current report requests. Each opinion may be further developed through research, investigation, during deposition or trial testimony.

## Specific References:

Some of the opinions in this report may list specific references to some of the case specific documents reviewed or considered. These listings are not intended to be all-inclusive. I specifically reserve the right to supplement the support for each of the opinions in this report.

## Opinion Methodology:

The enclosed opinions were developed using the disciplines of bioelectricity, electrophysiology, biomedical science, cardiovascular physiology, scientific methods, mathematics, and physics and are to a reasonable degree of professional and scientific certainty.

Additionally, the opinions provided in this case were developed using one or more qualitative and quantitative research methodologies, in addition to my education, training, experience, and literature review.

20

# References:

1.  Kunz SN, Calkins HG, Adamec J, Kroll MW. Adrenergic and metabolic effects of electrical weapons: review and meta-analysis of human data. *Int J Legal Med*. Sep 2018;132(5):1469-1475. doi:10.1007/s00414-018-1771-2

2.  Kunz SN, Calkins H, Adamec J, Kroll MW. Cardiac and skeletal muscle effects of electrical weapons : A review of human and animal studies. *Forensic Sci Med Pathol*. Sep 2018;14(3):358-366.   doi:10.1007/s12024-018-9997-3

3.  Kroll MW, Ritter MB, Kennedy EA, et al. Eye injuries from electrical weapon probes: Incidents, prevalence, and legal implications. *J Forensic Leg Med*. Feb 14 2018;55:52-57. doi:10.1016/j.jflm.2018.02.013

4.  Kroll MW, Ritter MB, Kennedy EA, et al. Eye injury from electrical weapon probes: Mechanisms and treatment. *Am J Emerg Med*. Jun 2   2018:epublished. doi:10.1016/j.ajem.2018.06.004

5.  Kroll MW, Hail SL, Kroll RM, Wetli CV, Criscione JC. Electrical weapons and excited delirium: shocks, stress, and serum serotonin. *For Sci Med Pathol*. 2018:epublished.

6.  Kroll M. A new study looks at the cognitive effects of electronic control vs. physical exertion and alcohol.: Invited Review. *PoliceOne*. Jan 2018;

7.  Kroll M. Cause-Of-Death Challenges in Arrest-Related Deaths. *PoliceOne*. June 2018;

8.  Kroll M. Arrest Related Death Investigation Checklist. In: Vilke Ra, ed. *Guidlines for Investigating Officer Involved Shootings, Arrest-Related Deaths, and Deaths in Custody*. Taylor and Francis; 2018:259-264.

9.  Chiles B, Nerheim M, Brave M, Kroll M. Electrical Weapon Charge Delivery with Arcing. *EMBC Proceedings*. 2018;40

10. Panescu D, Nerheim M, Kroll MW, Brave M. New Conducted Electrical Weapons: Electrical Safety Relative to Relevant Standards. . *Conf Proc IEEE EMBC*. Jul 2017;39:2185 - 2190.

11. Panescu D, Kroll MW, Brave M. New Conducted Electrical Weapons: Finite Element Modeling of Safety Margins. . *Conf Proc IEEE EMBC*. Jul 2017;39:2170 - 2176.

12. Panescu D, Kroll MW, Brave M. New Conducted Electrical Weapons: Thoracic Cage Shielding Effects. . *Conf Proc IEEE EMBC*. Jul 2017;39:2191-2196.

13. Kroll MW, Still GK, Neuman TS, Graham MA, Griffin LV. Acute forces required for fatal compression asphyxia: A biomechanical model and historical comparisons. *Med Sci Law*. Apr 2017;57(2):61-68. doi:10.1177/0025802417695711

14. Kroll M, Ritter M, Williams H. Fatal and Non-fatal Burn Injuries with Electrical Weapons and Explosive Fumes. *J Forensic and Legal Medicine*. 20 June 2017;50:6-11.

15. Kroll M, Brave M. TASER® Conducted Electrical Weapons. In: Vilke Ra, ed. *Guidelines for Investigating Officer Involved Shootings, Arrest-Related Deaths, and Deaths in Custody*. Taylor and Francis; 2017:246-271:chap 13.

16. Kroll M. Positional, Compression, and Restraint Asphyxia: A Brief Review. Technical Report. https://www.researchgate.net/publication/313 205063_Positional_Compression_and_Restraint _Asphyxia_A_Brief_Review

17. Brave M, Kroll M, Karch S, et al. Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest *International Conference on Forensic Science and Crime, London*. 19 Jan 2017;

18. Panescu D, Kroll MW, Brave M. Current distribution in tissues with conducted electrical weapons operated in drive-stun mode. *Conf Proc IEEE EMBC*. Aug 2016;38:5241-5245. doi:10.1109/EMBC.2016.7591900

19. Kroll MW, Ritter MB, Guilbault RA, Panescu D. Infection Risk From Conducted Electrical Weapon Probes: What Do We Know? *J Forensic Sci*.   Nov   2016;61(6):1556-1562. doi:10.1111/1556-4029.13148

20. Kroll MW, Luceri RM, Lakireddy D, Calkins H. Do TASER Electrical Weapons Actually Electrocute? *Can J Cardiol*. Oct 2016;32(10):1261 e11. doi:10.1016/j.cjca.2015.12.030

21. Kroll MW, Adamec J, Wetli CV, Williams HE. Fatal traumatic brain injury with electrical weapon falls. *J Forensic Leg Med*. Oct 2016;43:12-19. doi:10.1016/j.jflm.2016.07.001

22. Karch SB, Brave MA, Kroll MW. On positional asphyxia and death in custody. *Med Sci Law*.   Jan   2016;56(1):74-5. doi:10.1177/0025802415598807

23. Griffin L, Kroll M. Rib-cage strength calculator. https://www.researchgate.net/publication/311518699_Rib-cage_strength_calculator

24. Brave MA, Lakkireddy DR, Kroll MW. Validity of the small swine model for human electrical safety risks. *Conf Proc IEEE EMBC*. Aug 2016;38:2343-2348. doi:10.1109/EMBC.2016.7591200

25. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation: are swine a sensitive species? *J Interv Card Electrophysiol*. Mar 2015;42(2):83-9. doi:10.1007/s10840-014-9964-1

26. Panescu D, Kroll MW, Andrews CJ, Pratt H. Transthoracic Ventricular Fibrillation Charge Thresholds. *Conf Proc IEEE EMBC*. Aug 26 2015;37:7208-7213.

27. Panescu D, Kroll MK, Brave MA. Cardiac fibrillation risks with TASER conducted electrical weapons. *Conf Proc IEEE EMBC*. 2015;37:323-9. doi:10.1109/EMBC.2015.7318365

28. Kroll MW, Perkins PE, Panescu D. Electric Fence Standards Comport with Human Data and AC Limits. *Conf Proc IEEE EMBC*. Aug 25 2015;37:1343-1348.

29. Kroll M. A Brief Primer on Cardiac Arrest Rhythms Technical Report. https://www.researchgate.net/publication/316524318_A_Brief_Primer_on_Cardiac_Arrest_Rhythms

30. Kroll M. Significance of Sound During CEW Application. Technical Report. https://www.researchgate.net/publication/275024090_Significance_of_Sound_During_CEW_Application

31. Kroll M. Conducted Electrical Weapon Drive-Stun Mode: Skin Rub vs. Injection. Technical Report. https://www.researchgate.net/publication/275035976_Conducted_Electrical_Weapon_Drive-Stun_Mode_Skin_Rub_vs_Injection

32. Kroll M. Baseball, Poison, and Soup Recipes: The TASER Trio of Popular Myths. Technical Report. *ResearchGatenet*. 2015:1-3. doi:10.13140/RG.2.1.3348.4320

33. Irnich W, Kroll MW. A Model of Electrostimulation Based on the Membrane Capacitance as Electromechanical Transducer for Pore Gating. *Pacing Clin Electrophysiol*. Jul 2015;38(7):831-45. doi:10.1111/pace.12573

34. Panescu D, Kroll M, Iverson C, Brave M. The sternum as an electrical shield. *Conf Proc IEEE EMBC*. 2014;36:4464-70. doi:10.1109/EMBC.2014.6944615

35. Panescu D, Kroll M, Brave M. Limitations of animal electrical cardiac safety models. *Conf Proc IEEE EMBC*. 2014;36:6483-6. doi:10.1109/EMBC.2014.6945113

36. Panescu D, Kroll M, Brave M. Transthoracic cardiac stimulation thresholds for short pulses. *Conf Proc IEEE EMBC*. 2014;36:4471-4. doi:10.1109/EMBC.2014.6944616

37. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. Response to letter regarding article, "TASER electronic control devices and cardiac arrests: coincidental or causal?". *Circulation*. Nov 04 2014;130(19):e168. doi:10.1161/CIRCULATIONAHA.114.010923

38. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? Supplement. Case Reports. *Circulation*. Jan 7 2014;129(1):On Line Supplement. doi:10.1161/CIRCULATIONAHA.113.004401

39. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? Case Reports. *Circulation*. Jan 7 2014;129(1):93-100. doi:10.1161/CIRCULATIONAHA.113.004401

40. Graham M, Karch S, Wetli C, Kroll M, Brave M. Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest. *NAME Annual Conference*. 2014;

41. Criscione JC, Kroll MW. Incapacitation recovery times from a conductive electrical weapon exposure. *Forensic Sci Med Pathol*. Jun 2014;10(2):203-7. doi:10.1007/s12024-014-9551-x

42. Panescu D, Nerheim M, Kroll MW. Electrical safety of conducted electrical weapons relative to requirements of relevant electrical standards. *Conf Proc IEEE EMBS*. 2013;35:5342-7.

43. Kroll M. Arrest-Related Death: Evidence Collection. Technical Report. https://www.researchgate.net/publication/262639672_Arrest-Related_Death_Evidence_Collection

44. Kroll MW, Walcott GP, Ideker RE, et al. The stability of electrically induced ventricular fibrillation. *Conf Proc IEEE EMBC*. 2012;34:6377-81. doi:10.1109/EMBC.2012.6347453

45. Kroll MW, Panescu D. Physics of Electrical Injury. In: Ho JD, Dawes DM, Kroll MW, eds. *Atlas of conducted electrical weapon wounds and forensic analysis*. Springer; 2012:25-45.

46. Kroll MW, Fish RM, Lakkireddy D, Luceri RM, Panescu D. Essentials of low-power electrocution: established and speculated mechanisms. *Conf Proc IEEE EMBC*. 2012;34:5734-40.

47. Kroll MW, Fish RM, Calkins H, Halperin H, Lakkireddy D, Panescu D. Defibrillation success rates for electrically-induced fibrillation: hair of the dog. *Conf Proc IEEE EMBC*. 2012;34:689-93. doi:10.1109/EMBC.2012.6346025

48. Kroll MW, Dawes DM, Heegaard WG. TASER electronic control devices and eye injuries. *Doc Ophthalmol*. Apr 2012;124(2):157-9. doi:10.1007/s10633-012-9310-9

49. Kroll M. Realities of biomedical product liability suits and the role of junk science: from breast implants to TASER weapons. *IEEE Pulse*. Sep-Oct 2012;3(5):27-32. doi:10.1109/MPUL.2012.2205778

50. Ho J, Dawes D, Kroll M. *Atlas of Conducted Electrical Weapons and Forensic Analysis*. Springer; 2012:204.

51. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation threshold of rapid short pulses. *Conf Proc IEEE EMBC*. 2011;33:255-8.

52. Kroll MW, Lakkireddy D, Rahko PS, Panescu D. Ventricular fibrillation risk estimation for conducted electrical weapons: critical convolutions. *Conf Proc IEEE EMBC*. 2011;33:271-7. doi:10.1109/IEMBS.2011.6090053

53. Kroll M. TASER® Conducted Electrical Weapons: Clinical Forensic Medicine: A Physician's Guide. In: Stark M, ed. *Clinical Forensic Medicine: A Physician's Guide*. Springer; 2011:233-276.

54. Kroll MW, Panescu D, Hinz AF, Lakkireddy D. A novel mechanism for electrical currents inducing ventricular fibrillation: The three-fold way to fibrillation. *Conf Proc IEEE EMBC*. 2010;32:1990-6. doi:10.1109/IEMBS.2010.5627490

55. Dawes DM, Ho JD, Kroll MW, Miner JR. Electrical characteristics of an electronic control device under a physiologic load: a brief report. *Pacing Clin Electrophysiol*. Mar 2010;33(3):330-6.

56. Biria M, Bommana S, Kroll M, Lakkireddy D. Multi-System Interactions of Conducted Electrical Weapons (CEW) – A Review. *Engineering in Medicine and Biology Society Proceedings*. Sept 2010:1266-1270.

57. Kroll MW, Ho JD. *TASER® Electronic Control Devices: Physiology, Pathology, and Law*. Springer; 2009 457.

58. Vanga SR, Bommana S, Kroll MW, Swerdlow C, Lakkireddy D. TASER conducted electrical weapons and implanted pacemakers and defibrillators. *Conf Proc IEEE EMBC*. 2009;31:3199-204. doi:10.1109/IEMBS.2009.5333136

59. Panescu D, Kroll MW, Stratbucker RA. Medical safety of TASER conducted energy weapon in a hybrid 3-point deployment mode. *Conf Proc IEEE EMBC*. 2009;31:3191-4. doi:10.1109/IEMBS.2009.5334538

60. Kroll MW, Panescu D, Carver M, Kroll RM, Hinz AF. Cardiac effects of varying pulse charge and polarity of TASER conducted electrical weapons. *Conf Proc IEEE EMBC*. 2009;31:3195-8. doi:10.1109/IEMBS.2009.5333135

61. Kroll MW. Physiology and pathology of TASER electronic control devices. *J Forensic Leg Med*. May 2009;16(4):173-7.

62. Kroll M, Wetli CV, Mash D, Karch S, Graham M, Ho J. Excited Delirium Syndrome Checklist. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. Springer-Kluwer; 2009:chap Appendix A.

63. Kroll M, Panescu D, Brewer J, Lakkireddy D, Graham M. Meta-Analysis Of Fibrillation Risk From TASER Conducted Electrical Weapons as a Function of Body Mass. abstract. *Heart Rhythm*. 2009;6:AB20-1.

64. Kroll M, Panescu D, Brewer J, Lakkireddy D, Graham M. Weight Adjusted Meta-Analysis of Fibrillation Risk From TASER Conducted Electrical Weapons. *Proceedings of the American Academy of Forensic Science*. Feb 2009:177-177.

65. Kroll M, Luceri R, Calkins H, Lakkireddy D, Ho J. Electrocution Diagnosis Checklist. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. Springer-Kluwer; 2009:chap Appendix B.

66. Kroll M. TASER® Electronic Control Devices. In: Fish R, Geddes L, eds. *Electrical Injuries: Medical and Bioengineering Aspects*. 2 ed. Lawyers and Judges Publishing Company, Inc.; 2009:455-491:chap 42.

67. Dawes D, Kroll M. Neuroendocrine Effects of CEWs. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. Springer-Kluwer; 2009:chap 16.

68. Brewer J, Kroll M. Field Statistics Overview. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. Springer-Kluwer; 2009:chap 24.

69. Panescu D, Kroll MW, Stratbucker RA. Theoretical possibility of ventricular fibrillation during use of TASER neuromuscular incapacitation devices. *Conf Proc IEEE EMBC*. 2008;30:5671-4.

doi:10.1109/IEMBS.2008.4650501

70. Lakkireddy D, Biria M, Baryun E, et al. Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture? *Heart Rhythm*. June 2008;5(5):S97.

71. Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG. Sensitive swine and TASER electronic control devices. *Acad Emerg Med*. Jul 2008;15(7):695-6; author reply 696-8.

72. Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG. TASER safety (Review of a review). *Can Med Assoc J*. Sep 23 2008;179(7):677-8.

73. Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG. Electronic control devices (Response to Editorial). *Can Med Assoc J*. Aug 12 2008;179(4):342-3.

74. Kroll MW, Calkins H, Luceri RM. Electronic control devices and the clinical milieu. *J Am Coll Cardiol*. Feb 13 2007;49(6):732; author reply 732-3.

75. Kroll M, Panescu D, Ho J, et al. Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated With Electronic Control Devices: A Cardiovascular Prospective. *Proceedings of the American Academy of Forensic Science*. 2007;XIII:284-285. doi:10.13140/2.1.4550.9923

76. Kroll M, Luceri RM, Calkins H. A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pacemaker. *J Cardiovasc Electrophysiol*. Dec 2007;18(12):E29-30; author reply E31.

77. Kroll M. Designing the Waveform of the Electronic Control Device to Replace the Police Club. presented at: The Bioelectromagnetics Society 29th Annual Meeting; June 10-15 2007; Kanazawa, Japan.

78. Kroll M. Potential Autopsy Errors With In-Custody-Deaths: The Ronald Hasse Case Study *Institute for the Prevention of In-Custody-Death:* . 2007:http://ipicd.com/Files/Articles/Panel14/Hasse_Case_Study.pdf.

doi:10.13140/2.1.2126.1609

79. Kroll M. Crafting the Perfect Shock. *IEEE Spectrum*. Dec 2007;44(12):27-30.

80. Sweeney J, Kroll M, Panescu D. Analysis of Electrical Activation of Nerve and Muscle by TASERs. *Proceedings of the American Academy of Forensic Science*. 2006;XII:142-143.

81. Stratbucker RA, Kroll MW, McDaniel W, Panescu D. Cardiac current density distribution by electrical pulses from TASER devices. *Conf Proc IEEE EMBC*. 2006;28:6305-7. doi:10.1109/IEMBS.2006.260374

82. Panescu D, Kroll MW, Efimov IR, Sweeney JD. Finite element modeling of electric field effects of TASER devices on nerve and muscle. *Conf Proc IEEE EMBC*. 2006;28:1277-9. doi:10.1109/IEMBS.2006.260376

83. Kroll M, Swerdlow C, Sweeney J. Scientific Basis for the Cardiac Safety of the TASER Electronic Control Device. *Proceedings of the American Academy of Forensic Science*. Feb 2006;XII:139-140.

84. Kroll M, Panescu D. Theoretical Considerations Regarding The Safety of Law Enforcement Electronic Control Devices. 2006:

85. Kroll MW, Ho JD, Vilke GM. 8 facts about excited delirium syndrome (ExDS) we learned in 2018. *PoliceONE*. 11 March 2019 2019;

86. Kroll MW, Brave MA, Kleist SR, Ritter MB, Ross DL, Karch SB. Applied Force During Prone Restraint: Is Officer Weight a Factor? *Am J Forensic Med Pathol*. Mar 2019;40(1):1-7. doi:10.1097/PAF.0000000000000457

87. Kroll M. Basics of Electrocution. *ResearchGate*. 2021:https://www.researchgate.net/publication/356194079_Electrocution_Primer. doi:DOI: 10.13140/RG.2.2.17175.29608

88. Kroll M, Brave M, Pratt H, Witte K, Kunz S, Luceri R. Benefits, Risks, and Myths of TASER® Handheld Electrical Weapons. *Human Factors and Mechanical Engineering for Defense and Safety*. 2019;3(1):7.

89. Kroll MW, Brave MA. Defending Non-Firearm Arrest-Related Death Incidents. *International Municipal Lawyers Association*. 2020:

https://www.researchgate.net/publication/342064787.

90. Chiles BD, Nerheim MH, Markle RC, Brave MA, Panescu D, Kroll MW. Detection of Arcing and High Impedance with Electrical Weapons. *IEEE Eng Med Biol Soc*. 2021;43:1252-1256.

91. Kroll MW, Panescu D, Hirtler R, Koch M, Andrews CJ. Dosimetry for Ventricular Fibrillation Risk with Short Electrical Pulses:

History and Future. . *Conf Proc IEEE Eng Med Biol Soc*. Jul 2019;41:1788-1794.

92. Chiles BD, Nerheim MH, Brave MA, Panescu D, Kroll MW. Electrical Weapon Charge Delivery With Arcing. *Conf Proc IEEE Eng Med Biol Soc*. Jul 2018;2018:2234-2239.

93. Kroll MW, Hail SL, Kroll RM, Wetli CV, Criscione JC. Electrical weapons and excited delirium: shocks, stress, and serum serotonin. *Forensic Sci Med Pathol*. Dec 2018;14(4):478-483. doi:10.1007/s12024-018-0005-8

94. Kroll MW, Witte KK, Ritter MB, Kunz SN, Luceri RM, Criscione JC. Electrical weapons and rhabdomyolysis. *Forensic Sci Med Pathol*. Mar 2021;17(1):58-63. doi:10.1007/s12024-020-00311-7

95. Kroll MW, Witte KK, Kunz SN, Luceri RM, Criscione JC. Electrical weapons, hematocytes, and ischemic cardiovascular accidents. *J Forensic Leg Med*. Jul 2020;73:101990. doi:10.1016/j.jflm.2020.101990

96. Kroll MW, Andrews CJ, Panescu D. Electrocution: Direct-Current Dogma Dies Hard. *Am J Forensic Med Pathol*. Dec 1 2021;42(4):405-406. doi:10.1097/PAF.0000000000000712

97. Chiles BD, Nerheim MH, Markle RC, Brave MA, Panescu D, Kroll MW. Estimation of Physiological Impedance from Neuromuscular Pulse Data. *IEEE Eng Med Biol Soc*. 2021;43:1246-1251.

98. Kroll MW, Ritter MB, Kennedy EA, et al. Eye injury from electrical weapon probes: Mechanisms and treatment. *Am J Emerg Med*. Mar 2019;37(3):427-432. doi:10.1016/j.ajem.2018.06.004

99. Chiles BD, Nerheim MH, Brave MA, Panescu D, Kroll MW. Feed-forward Controlled Electrical Weapon Charge Delivery. *IEEE Eng Med Biol Soc*. 2020:poster presentation.

100. Kroll MW, Kroll LC, Panescu D, Perkins PE, Andrews CJ. High Impedance Electrical Accidents: Importance of Source and Subject Impedance. *Annu Int Conf IEEE Eng Med Biol Soc*. Jul 2019;41:1769-1775. doi:10.1109/EMBC.2019.8857037

101. Kroll MW, Hisey DAS, Andrews CJ, Perkins PE, Panescu D. Humidity and Ventricular Fibrillation: When Wet Welding can be Fatal. *Conf Proc IEEE Eng Med Biol Soc*. 2021;43:1462-1467.

102. Kroll M, Perkins P, Chiles BD, et al. Output of Electronic Muscle Stimulators: Physical Therapy and Police Models Compared. *Conf Proc IEEE Eng Med Biol Soc*. 2021;43:1264-1268.

103. Kroll MW, Ritter MB, Perkins PE, Shams L, Andrews CJ. Perceived Electrical Injury: Misleading Symptomology Due to Multisensory Stimuli. *J Emerg Med*. May 2019;56(5):e71-e79. doi:10.1016/j.jemermed.2019.01.013

104. Kroll MW, Ritter MB, Perkins PE, Shams L, Andrews CJ. Perceived electrical shock and Bayesian inference with multisensory stimuli. *Am J Emerg Med*. Mar 2019;37(3):547-548. doi:10.1016/j.ajem.2018.07.042

105. Kroll MW, Brave MA, Hail SL, Kroll RM, Williams HE. Pneumatic Impedance of Spit Socks and N95 Masks: The Applicability to Death Investigation. *Am J Forensic Med Pathol*. Aug 18 2021;doi:10.1097/PAF.0000000000000706

106. Kroll MW, Ross DL, Brave MA, Williams HE. Police shootings after electrical weapon seizure: homicide or suicide-by-cop. *Int J Legal Med*. Nov 2021;135(6):2547-2554. doi:10.1007/s00414-021-02648-2

107. Kroll MW, Brave MA, Kleist SR, Ritter MB, Ross DL, Karch SB. Prolonging the Prone Postulate. *Am J Forensic Med Pathol*. Mar 2020;41(1):81-82. doi:10.1097/PAF.0000000000000528

108. Kroll MW, Hall CA, Bozeman WP, Luceri RM. The prone position paradox. *Med Sci Law*. Nov 3 2021:258024211051436. doi:10.1177/00258024211051436

109. Kroll MW, Melinek J, Martin JA, Brave MA, Williams HE. Confusion between firearms and electrical weapons as a factor in police shootings. *Forensic Sci Med Pathol*. Jan 24 2022;doi:10.1007/s12024-022-00457-6

110. Kroll MW, Brave MA, Hail SL, Kroll RM, Williams HE. Pneumatic Impedance of Spit Socks and N95 Masks: The Applicability to Death Investigation. *Am J Forensic Med Pathol*. Mar 1 2022;43(1):7-10. doi:10.1097/PAF.0000000000000706

111. Ho J, Dawes D, Miner J, Kunz S, Nelson R, Sweeney J. Conducted electrical weapon incapacitation during a goal-directed task as a function of probe spread. *Forensic Sci Med Pathol*. Dec 2012;8(4):358-66. doi:10.1007/s12024-012-9346-x

112. ANSI. Electrical characteristics of ECD's and CEW's. Bristol, UK: estandards.net; 2017.

113. Ho J, Dawes D. Conducted Electrical Weapon Drive-Stun Wounds. In: Ho J, Dawes D, Kroll M, eds. *Atlas of Conducted Electrical Weapons and Forensic Analysis*. Springer; 2012:61-78:chap 4.

25

114. Chan T, Sloane C, Neuman T, et al. The Impact of the Taser Weapon on Respiratory And Ventilatory Function in Human Subjects. *Acad Emerg Med* 2007;14:191-192.

115. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the TASER. *J Emerg Med*. Aug 2007;33(2):113-7.

116. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum troponin I measurement of subjects exposed to the Taser X-26. *J Emerg Med*. Jul 2008;35(1):29-32. doi:S0736-4679(07)00838-4 [pii] 10.1016/j.jemermed.2007.08.073

117. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. *Am J Emerg Med*. Jan 2008;26(1):1-4.

118. Vilke GM, Sloane CM, Suffecool A, et al. Physiologic effects of the TASER after exercise. *Acad Emerg Med*. Aug 2009;16(8):704-10.

119. Vilke G, Chan T, Sloane C, Neuman T, Castillio E, Kolkhorst F. The effect of TASER on cardiac, respiratory and metabolic physiology in human subjects. *NIJ Report*. 2011:1-28 https://www.ncjrs.gov/pdffiles1/nij/grants/236947.pdf.

120. Ho JD, Dawes DM, Reardon RF, et al. Echocardiographic evaluation of a TASER-X26 application in the ideal human cardiac axis. *Acad Emerg Med*. Sep 2008;15(9):838-44.

121. Dawes D, Ho J, Miner J. The neuroendocrine effects of the TASER X26: a brief report. *Forensic Sci Int*. Jan 10 2009;183(1-3):14-9. doi:S0379-0738(08)00367-8 [pii] 10.1016/j.forsciint.2008.09.015

122. Dawes D, Ho J, Reardon R, Miner J. Multiple simultaneous exposures of the TASER X26 in human volunteers. *Europace*. 2009;11:i49. doi:Europace 2009:11i49-i50;doi:10.1093/europace/eup0

123. Ho JD, Dawes DM, Bultman LL, Moscati RM, Janchar TA, Miner JR. Prolonged TASER use on exhausted humans does not worsen markers of acidosis. *Am J Emerg Med*. May 2009;27(4):413-8. doi:S0735-6757(08)00226-X [pii]

10.1016/j.ajem.2008.03.017

124. Ho JD, Dawes DM, Cole JB, Hottinger JC, Overton KG, Miner JR. Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion. *Forensic Sci Int*. Sep 10 2009;190(1-3):80-6. doi:S0379-0738(09)00237-0 [pii] 10.1016/j.forsciint.2009.05.016

125. Ho JD, Dawes DM, Heegaard WG, Miner JR. Human research review of the taser(R) electronic control device. *Conf Proc IEEE EMBC*. 2009;31:3181-3. doi:10.1109/IEMBS.2009.5334540

126. Dawes DM, Ho JD, Reardon RF, Miner JR. Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers. *Am J Emerg Med*. Jan 2010;28(1):49-55. doi:S0735-6757(09)00700-6 [pii] 10.1016/j.ajem.2008.09.033

127. Kroll MW, Perkins PE, Pratt H, Stuart E, Bury J, Panescu D. Safety of a High-Efficiency Electrical Fence Energizer. *Annu Int Conf IEEE Eng Med Biol Soc*. Jul 2020;42:5016-5020. doi:10.1109/EMBC44109.2020.9176351

128. AAMI. Transcutaneous electrical nerve stimulators. *Association for the Advancement of Medical Instrumentation*. 2013;AAMI NS4:2013/(R)

129. IEC. IEC 60601-2-10: Particular requirements for the basic safety and essential performance of nerve and muscle stimulators. *International Electrotechnical Commission*. 2016:https://webstore.iec.ch/publication/60601.

130. Law PP, Cheing GL. Optimal stimulation frequency of transcutaneous electrical nerve stimulation on people with knee osteoarthritis. *J Rehabil Med*. Sep 2004;36(5):220-5. doi:10.1080/16501970410029834

131. Barikroo A, Carnaby G, Bolser D, Rozensky R, Crary M. Transcutaneous electrical stimulation on the anterior neck region: The impact of pulse duration and frequency on maximum amplitude tolerance and perceived discomfort. *J Oral Rehabil*. Jun 2018;45(6):436-441. doi:10.1111/joor.12625