United States District Court
District of Columbia

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Daniel Rodriguez,<br><br>  Defendant. | Case No. 1:21-cr-00246-ABJ-1 |

**UNOPPOSED MOTION TO FILE A REDACTED REPLY**

The defendant, Daniel Rodriguez, by and through his counsel of record, respectfully moves for an order allowing the filing of a Reply to the government's Sentencing Memorandum to be filed redacted.

1. Sentencing is scheduled for June 21, 2023. On June 9, 2023, the government filed a Sentencing Memorandum.

2. The Reply to the government's Sentencing Memorandum regarding restitution contains a photograph of M.F. that has not been publicly filed and to protect the victim's privacy, it will be redacted.

3. The government does not object to this request.

Accordingly, Mr. Rodriguez requests this Court issue an Order allowing him to file a redacted copy of the reply and file an unredacted copy of the reply under seal.

**Dated:** June 16, 2023.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  */s/Rebecca A. Levy*
*/s/Margaret W. Lambrose*
*/s/Katherine A. Tanaka*
REBECCA A. LEVY
MARGARET W. LAMBROSE
KATHERINE A. TANAKA

Assistant Federal Public Defenders
Attorneys for Daniel Rodriguez

## Certificate of Electronic Service

I hereby certify on the 16th day of June 2023 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Cecilia Valencia*

Employee of the Federal Public Defender