# United States District Court
# District of Columbia

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Daniel Rodriguez,<br><br>       Defendant. | Case No. 1:21-cr-00246-ABJ-1 |

## Notice of Appearance

Notice is given that Assistant Federal Public Defender, Cristen C. Thayer, will serve as counsel for the above captioned defendant. Counsel's address is as follows:

>Federal Public Defender
>411 E. Bonneville Avenue, Suite 250
>Las Vegas, Nevada 89101

**Dated:** July 20, 2023.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Cristen C. Thayer*
CRISTEN C. THAYER
Assistant Federal Public Defenders

Attorney for Daniel Rodriguez

## Certificate of Electronic Service

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 20, 2023, she served an electronic copy of the above and foregoing **Notice of Appearance** by electronic service (ECF) to the person named below:

> CHANNING D. PHILLIPS
> United States Attorney
> Kimberly L. Paschall
> Risa Berkower
> Tara Ravindra
> Assistant United States Attorneys
> 555 4th Street, NW
> Washington, DC 20530

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender