United States District Court

District of Columbia

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Daniel Rodriguez,<br><br>       Defendant. | Case No. 1:21-cr-00246-ABJ-1 |

**Notice of Appeal**

Notice is given that Defendant Daniel Rodriguez appeals from any adverse rulings and determinations in this matter to the United States Court of Appeals for the District of Columbia Circuit from the judgment and conviction entered on July 10, 2023 (ECF No. 202).

**Dated:** July 20, 2023.

                                            Respectfully submitted,

                                            RENE L. VALLADARES<br>
                                            Federal Public Defender

                          By:  */s/Cristen C. Thayer*<br>
                                             CRISTEN C. THAYER<br>
                                             Assistant Federal Public Defender<br>
                                             Federal Public Defender<br>
                                             411 E. Bonneville Ave., Ste. 250<br>
                                             Las Vegas, NV  89101<br>
                                             Cristen_Thayer@fd.org

                                             Attorney for Daniel Rodriguez

**Certificate of Electronic Service**

      I certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Participants registered CM/ECF users will be served by the CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail:  Mr. Daniel Rodriguez.

                                                */s/ Cecilia Valencia*
                                                Employee of the Federal Public Defender