UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr- 246 (ABJ) |
| | : | |
| v. | : | <u>UNDER SEAL</u> |
| | : | |
| DANIEL JOSEPH RODRIGUEZ, | : | |
| EDWARD BADALIAN, | : | |
| PAUL BELOSIC | : | |
| Defendants. | : | |

**UNITED STATES' MOTION TO UNSEAL
<u>INDICTMENT AND RELATED DOCUMENTS</u>**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to unseal the Indictment and related documents in the above-captioned matter. In support thereof, the United States states as follows:

1. On November 10, 2021, a grand jury for the District of Columbia returned an indictment, charging Defendants Daniel Joseph Rodriguez, Edward Badalian, and Paul Belosic, with violations of: (1) Conspiracy, in violation of 18 U.S.C. § 371; (2) Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2), 2; (3) Tampering with Documents or Proceedings, in violation of 18 U.S.C. § 1512(c)(1); (4) Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); (5) Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. § 111(a)(1) and (b); (6) Theft of Government Property, in violation of 18 U.S.C. § 641; (7) Destruction of Government Property, in violation of 18 U.S.C. § 1361; (8) Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A). Since that time, while a redacted indictment has been made public with respect to Defendants Rodriguez and Badalian, the case has been sealed as to Defendant Belosic pursuant to a motion by the United Sates and granted by the Court on that day. An arrest warrant issued that date remains outstanding for Defendant Belosic.

2.      The United States previously sought, and the Court granted, a motion to seal, until the Arrest Warrant was executed, the Indictment, the Arrest Warrant for Defendant Belosic, its Motion To Seal and Supporting Memorandum, the proposed Order attached to that Motion, and any Order granting that motion.

3.      Defendant Rodriguez has since entered a guilty plea, ECF No. 159, and has been sentenced, ECF No. 202.  Defendant Badalian has proceeded to trial and was found guilty of several offenses and is awaiting sentencing.  Minute Entry of April 4, 2021.

4.      Defendant Belosic has not yet been arrested.  However, during the trial in *United States v. Badalian*, 21-cr-246-2, Paul Belosic was publicly identified as associated with the conduct of Defendants Rodriguez and Badalian.  ECF No. 185, at 538:4–12.  It was further stated that Paul Belosic was known to others as "Jeff."  *Id.*  In light of this public identification, and developments in the investigation, the sealing order is no longer necessary in this matter.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court to unseal the Indictment, the Arrest Warrant for Defendant Belosic, the previous Motion To Seal and Supporting Memorandum, the proposed Order attached to that Motion, the Order granting that motion, this Motion and Supporting Memorandum, and the proposed Order attached to this Motion.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052

By:     */s/ Anthony W. Mariano*
        ANTHONY W. MARIANO, MA Bar No. 688559
        Trial Attorney, Detailee

KIMBERLY L. PASCHALL, D.C. Bar No. 1015665
Assistant United States Attorney
Capitol Siege Section
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov
(202) 252-2650
Kimberly.Paschall@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr- 246 (ABJ) |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| DANIEL JOSEPH RODRIGUEZ, | : | |
| EDWARD BADALIAN, | : | |
| PAUL BELOSIC | : | |
| Defendants. | : | |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to unseal an indictment, the Court finds that, because the defendant has been identified publicly, the grounds for sealing no longer exist.

1.   IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment, the Arrest Warrant for Defendant Belosic, the previous Motion To Seal and Supporting Memorandum, the proposed Order attached to that Motion, and the Order granting that motion, the instant application to unseal, and this Order are unsealed and may be publicly docketed.

Date:   _____
  AMY BERMAN JACKSON
  UNITED STATES DISTRICT JUDGE

4