UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-246-1 (ABJ) |
| : | |
| DANIEL RODRIGUEZ, : | |
| : | |
| Defendant. : | |

## UNITED STATES' MOTION FOR LIMITED UNSEALING

The United States respectfully submits this motion for limited unsealing of the February 14, 2023 plea hearing transcript in this case. The defendant, Daniel Rodriguez, has noted an appeal from his conviction, *see* ECF No. 207 (Appeal No. 23-3120). The transcript of the plea hearing on February 14, 2023, has a short, sealed portion. The defendant will seek an unsealing order from the Court and has asked the government's position on unsealing. Without seeing the sealed portion, the government is unable to state its position. The court reporter will not release the sealed transcript to the government without an unsealing order. Accordingly, a limited unsealing order that allows the government access to the sealed version of the transcript would allow the government to respond to the defendant's request.

For the foregoing reasons, the United States respectfully moves the Court for a limited unsealing of the February 14, 2023 plea hearing transcript, to allow for the government to review the transcript.

Date: January 29, 2024

                                                   Respectfully submitted,

                                                   MATTHEW M. GRAVES
                                                   UNITED STATES ATTORNEY
                                                   D.C. Bar No. 481052

By:         /s/
        ANTHONY W. MARIANO
        MA Bar No. 688559
        Trial Attorney, Detailee
        Capitol Siege Section
        United States Attorney's Office
        for the District of Columbia
        601 D Street N.W.
        Washington, DC 20530
        (202) 476-0319
        Anthony.Mariano2@usdoj.gov