## United States District Court
## District of Columbia

United States of America,

    Plaintiff,

v.

Daniel Rodriguez,

    Defendant.

Case No. 1:21-cr-00246-ABJ-1

### DEFENDANT RODRIGUEZ'S NON-OPPOSITION TO UNITED STATES' MOTION FOR LIMITED UNSEALING

    The defendant, Daniel Rodriguez, by and through his counsel of record, does not oppose the government's motion for limited unsealing of the February 14, 2023, plea hearing transcript.  To obtain the complete record for appeal, Mr. Rodriguez will seek an unsealing order of the partial transcript from this Court and has asked the government's position on unsealing. The government's requested limited unsealing order will allow the government access to the sealed version of the transcript in order to respond to Mr. Rodriguez's request.

**Dated:** February 2, 2024.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Wendi L. Overmyer*
WENDI L. OVERMYER
Assistant Federal Public Defender
Appellate Counsel for Daniel Rodriguez

## Certificate of Electronic Service

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on February 2, 2024, she served an electronic copy of the above and foregoing **DEFENDANT RODRIGUEZ'S NON-OPPOSITION TO UNITED STATES' MOTION FOR LIMITED UNSEALING** by electronic service (ECF) to the person named below:

    MATTHEW M. GRAVES
    United States Attorney
    Anthony W. Mariano
    Assistant United States Attorney
    555 4th Street, NW
    Washington, DC 20530

                                          */s/ Cecilia Valencia*
                                          Employee of the Federal Public Defender