## United States District Court
## District of Columbia

United States of America,

        Plaintiff,

v.

Daniel Rodriguez,

        Defendant.

Case No. 1:21-cr-00246-ABJ-1

## Notice of Withdrawal

The Federal Public Defender by and through its attorney, the Federal Public Defender for the District of Nevada, informs the Court that Assistant Federal Public Defender, Cristen C. Thayer, as counsel for Mr. Daniel Rodriguez, is terminating her appearance as counsel of record in this matter. All other defense counsel noted on the docket at the time of this filing will remain counsel for the defendant.

**Dated:** July 22, 2024.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: /s/ Cristen C. Thayer
CRISTEN C. THAYER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
702-388-6577
Cristen_Thayer@fd.org